UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                    Chapter 7

    DAVID RUSI,                                                 Case No.: 23-40150-JMM

                                  Debtor.

------------------------------------------------------------------X
THE IDEAL SUPPLY COMPANY,

                              Plaintiff,                   Adv. Pro. No.: 23-01087-JMM

                      v.

DAVID RUSI,                                                           **AFFIDAVIT OF SERVICE**

                              Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                      )  ss:
COUNTY OF NASSAU    )

    Kim Renny, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over 18 years of age, and resides in Nassau County, New York. On October 24, 2023, I served the following: (1) Supplemental Summons and Notice of Pretrial Conference in an Adversary Proceeding; and (2) Adversary Proceeding Complaint together with the Adversary Proceeding Cover Sheet upon:

Mr. David Rusi
177 Benedict Road
Staten Island, NY 10304

Bruce J. Wisotsky, Esq.
Norris McLaughlin, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 00807

U.S. Trustee
Office of the United States Trustee
Eastern District of New York
(Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004

Melissa A. Pena, Esq.
Norris McLaughlin, P.A.
7 Times Square
New York, NY 10036

David J. Doyaga, Bankruptcy Trustee
26 Court Street, Suite 1803
Brooklyn, NY 11242

by depositing a true copy of same enclosed in a postage-paid, properly addressed wrapper, into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Kim Renny

Sworn to before me this
24th day of October 2023.

_____
Notary Public

BIONCA A. RICHARDSON
Notary Public, State of New York
Reg. No. 01RI6420436
Qualified in Suffolk County
Commission Expires August 09, 2025