

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Adam A. Perlin, Esq.
aperlin@kaufmandolowich.com

April 22, 2024

**BY ECF AND EMAIL: JMM_hearings@nyeb.uscourts.gov**
The Honorable Jil Mazer-Marino
United States Bankruptcy Judge
Bankruptcy Court for the Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201

      Re:    *The Ideal Supply Company v. David Rusi*
               Adversary Proceeding No.: 1-23-01087-jmm

Dear Judge Mazer-Marino,

      The undersigned represents Plaintiff The Ideal Supply Company in the above-referenced matter.

      The parties conferred and jointly request that the Court extend the fact discovery deadline to May 10, 2024 to enable Plaintiff to conduct the deposition of Defendant Rusi and for Defendant to conduct the deposition of Plaintiff. The parties further jointly request that the Court adjourn the pre-trial conference currently scheduled for April 23, 2024 at 11:00 a.m.

      As per the email received from your Courtroom Deputy, Tracie Leonard, the parties have agreed to adjourn the pre-trial conference to June 11, 2024 at 11:30 a.m.

      Thank you in advance for Your Honor's consideration of this request.

      Respectfully,

      Adam A. Perlin

cc: John Macron, Esq. (*via email and ECF*)

**[Text of Order on Following Page]**

The deadline for the parties to complete fact discovery is extended to May 10, 2024.

**SO ORDERED:**



Dated: May 1, 2024
Brooklyn, New York

Jil Mazer-Marino
United States Bankruptcy Judge