United States Bankruptcy Court
Eastern District of New York

The Ideal Supply Company,
    Plaintiff

Adv. Proc. No. 23-01087-jmm

Rusi,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Jun 10, 2024     Form ID: pdf000     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | David Rusi, 177 Benedict Rd., Staten Island, NY 10304-1205 |
| pla | + | The Ideal Supply Company, 445 Communipaw Avenue, Jersey City, NJ 07304-3620 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 10 2024 18:29:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 10 2024 18:29:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | ^ MEBN | Jun 10 2024 18:23:34 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024                             Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam A Perlin | on behalf of Plaintiff The Ideal Supply Company aperlin@kaufmandolowich.com |
| John J Macron | on behalf of Defendant David Rusi john@macroncowhey.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

                                                             Chapter 7

DAVID RUSI,

                Debtor.                          Case No. 23-40150-jmm
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE IDEAL SUPPLY COMPANY,

                Plaintiff,                      Adv. Pro. No. 23-01087-jmm

- against -

DAVID RUSI,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **SCHEDULING ORDER (JMM)**

**WHEREAS**, the Court previously extended the fact discovery deadline to May 10, 2024 **[ECF No. 11] (JMM)**. However, to accommodate Defendant Rusi's schedule, the parties completed the deposition of Defendant Rusi on May 14, 2024 and no further fact discovery remains; and

**WHEREAS**, Plaintiff intends to submit a motion for summary judgment; and

**WHEREAS**, the parties filed a letter **[ECF No. 12] (JMM)** jointly requesting that the Court enter the following briefing schedule.

**IT IS HEREBY ORDERED**, that:

1. Plaintiff will submit its summary judgment motion on or before June 28, 2024; Defendant will submit his opposition, if any, to that motion on or before July 29, 2024; Plaintiff will submit its reply, if any, on or before August 12, 2024;

2. Plaintiff's summary judgment motion is returnable on August 21, 2024; and

3. The pre-trial conference currently scheduled for June 11, 2024 at 11:30 AM is hereby adjourned to August 21, 2024 at 2:30 PM.



Dated: June 9, 2024
      Brooklyn, New York

                                                                         _____
                                                                         Jil Mazer-Marino
                                                             United States Bankruptcy Judge