UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                                      Chapter 7

    DAVID RUSI,                                          Case No. 23-40150-jmm

                              Debtor.        Adv. Pro. No. 1-23-01087-jmm
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE IDEAL SUPPLY COMPANY,                                       **NOTICE OF MOTION**

                          Plaintiff,
    v.

DAVID RUSI,
                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Statement of Material Facts, the Affirmation of Erik A. Ortmann, Esq., with attached exhibits, and upon all prior pleadings and proceedings, Plaintiff The Ideal Supply Company ("Ideal Supply"), in accordance with the Court's Order entered June 28, 2024, will move this Court before the Honorable Jil Mazer-Marino, at the United States Bankruptcy Court for the Eastern District of New York, located in Brooklyn, New York, on a date as determined by the Court, for an Order pursuant to Federal Rules of Bankruptcy Procedure 7056, Federal Rules of Civil Procedure 56, and the Individual Practice Rules of Judge Mazer-Marino, granting Ideal Supply summary judgment against Defendant David Rusi, together with such other and further relief as this Court deems just and proper.

Dated: Woodbury, New York
       July 19, 2024                        KAUFMAN DOLOWICH LLP
                                                  *Attorneys for Plaintiff*
                                                  *The Ideal Supply Company*

                                                  By: _____
                                                  Erik A. Ortmann, Esq.
                                                  Adam A. Perlin, Esq.
                                                  135 Crossways Park Drive, Ste. 201
                                                  Woodbury, NY 11797
                                                  (516) 681-1100