# EXHIBIT 2

| | |
|---|---|
| **From:** | Joseph DeBlase <jdeblase@travislawnyc.com> |
| **Sent:** | Tuesday, June 1, 2021 11:32 AM |
| **To:** | Elizabeth Marchionni |
| **Subject:** | Re: The Ideal Supply Company v. Fahrenheit Mechanical LLC et al - Index No. 152298/2021 |

[EXTERNAL SENDER]

Liz,

Thank you for these documents. I will speak with my client and get back to you.

Regards,

Joe

Joseph A. DeBlase | Travis Law PLLC | www.travislawnyc.com | (212) 248-2120 | 80 Maiden Lane, Suite 304, New York, New York 10038

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.