# EXHIBIT 5

| | |
|---|---|
| **From:** | Elizabeth Marchionni |
| **Sent:** | Monday, October 25, 2021 11:44 AM |
| **To:** | 'Joseph DeBlase'; Christopher Travis |
| **Cc:** | Erik Ortmann |
| **Subject:** | RE: NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share f |
| **Importance:** | High |

Counselors –

I did not receive a response to my email below; please advise. As mentioned, this is our good faith effort to move this matter forward in a mutual manner, if possible.

Regards,
Liz

**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

Direct:   516-283-8723
Cell:     845-721-3198
Main:     516-681-1100
Email:    emarchionni@kdvlaw.com

# WWW.KDVLAW.COM

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

1

🌳Please consider the environment before printing.

**From:** Elizabeth Marchionni <emarchionni@kdvlaw.com>
**Sent:** Monday, September 27, 2021 7:55 PM
**To:** 'Joseph DeBlase' <jdeblase@travislawnyc.com>; Christopher Travis <ctravis@travislawnyc.com>
**Cc:** Erik Ortmann <eortmann@kdvlaw.com>
**Subject:** FW: NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share f

Counselors –

I'm following up on this matter. Please advise as no BOP was received; this is our good faith effort to resolve any dispute.
Also, as you know we made a voluntary production of documents on June 1 2021 (see attached). Given the circumstances, Ideal's instructed us to move forward (absent any further discussions regarding resolution).
Please contact me directly to discuss.

Thanks,
Liz


**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

Direct:    516-283-8723
Cell:      845-721-3198
Main:      516-681-1100
Email:     emarchionni@kdvlaw.com

# WWW.KDVLAW.COM

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

🌳Please consider the environment before printing.

**From:** efile@nycourts.gov <efile@nycourts.gov>
**Sent:** Tuesday, July 6, 2021 4:49 PM
**To:** ctzifas@gmail.com; Andrew Kao <akao@kdvlaw.com>; efile@nycourts.gov; Erik Ortmann

<eortmann@kdvlaw.com>; crt@ctravislaw.com; ctzifas@semetislaw.com; ctravis@travislawnyc.com; jdeblase@travislawnyc.com; Elizabeth Marchionni <emarchionni@kdvlaw.com>; emarchio@gmail.com
**Subject:** NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share fu...

[EXTERNAL SENDER]



# New York County Supreme Court
## Notification of Filing
## 07/06/2021

On 07/06/2021, the NYSCEF System received the documents listed below from filing user, ELIZABETH MARCHIONNI . Please keep this notice as a confirmation of this filing.

## Case Information

Index #: **152298/2021**
Caption: **THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share funds received by Fahrenheit Mechanical Inc., under Article 3-A of the New York State Lien Law v. FAHRENHEIT MECHANICAL LLC et al**
eFiling Status: **Partial Participation Recorded**
Assigned Case Judge: **No Judge Assigned**

## Documents Received

| Doc # | Document | Received Date |
|---|---|---|
| 14 | DEMAND FOR BILL OF PARTICULARS | 07/06/2021 |

## E-mail Service Notifications Sent

| Name | Email Address |
|---|---|
| CONSTANTINE TZIFAS | ctzifas@semetislaw.com |
| ERIK ORTMANN | eortmann@kdvlaw.com |

| | |
|---|---|
| CHRISTOPHER TRAVIS | ctravis@travislawnyc.com |
| ANDREW KAO | akao@kdvlaw.com |
| ELIZABETH MARCHIONNI | emarchionni@kdvlaw.com |

## E-mail Service Notifications NOT Sent

Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent

| Party | Attorney |
|---|---|
| FAHRENHEIT MECHANICAL INC., Defendant/Respondent | No Representation Recorded |
| JANE DOE, Defendant/Respondent | No Representation Recorded |

## Filing User

**ELIZABETH MARCHIONNI** | emarchionni@kdvlaw.com | 516-681-1100 | 135 Crossways Park Drive, Suite 201, Woodbury, NY 11797

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**

**Phone:** 646-386-5956

**Website:** http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml