# EXHIBIT 8

| From: | Elizabeth Marchionni |
|---|---|
| Sent: | Monday, November 22, 2021 10:56 AM |
| To: | ctravis@travislawnyc.com; 'Joseph DeBlase' |
| Cc: | Erik Ortmann; Andrew Kao |
| Subject: | RE: The Ideal Supply Company, et al. v. Fahrenheit Mechanical LLC, et al. - Index No.: 152298/2021 |
| Attachments: | First Set of Interrogatories to Defendant Rusi.pdf; Demand for DI to Defendant Rusi.pdf |

Chris and Joseph:

Please advise as to Mr. Rusi's intentions with respect to his overdue responses to Plaintiff's Demand for D&I and Interrogatories (served October 29, 2021)(copies attached).
As a courtesy, Plaintiff will provide a 10-day extension of time to respond **through December 2, 2021**.
This is our good faith effort to resolve any dispute before seeking court intervention. Thank you.

Regards,
Liz




**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

| Direct: | 516-283-8723 |
|---|---|
| Cell: | 845-721-3198 |
| Main: | 516-681-1100 |
| Email: | emarchionni@kdvlaw.com |

# WWW.KDVLAW.COM

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Kim Renny <krenny@kdvlaw.com>
**Sent:** Friday, October 29, 2021 5:01 PM
**To:** ctravis@travislawnyc.com; ctzifas@semetislaw.com
**Cc:** Erik Ortmann <eortmann@kdvlaw.com>; Elizabeth Marchionni <emarchionni@kdvlaw.com>; Andrew Kao <akao@kdvlaw.com>
**Subject:** The Ideal Supply Company, et al. v. Fahrenheit Mechanical LLC, et al. - Index No.: 152298/2021

Please see the attached on behalf of Erik A. Ortmann, Esq.

Please contact this office with any questions.

Thank you,
Kim


**Kim Renny**
*Legal Assistant*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

Direct:     516-283-8733
Main:       516-681-1100
Fax:        516-681-1101
Email:      krenny@kdvlaw.com


# WWW.KDVLAW.COM

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

2