# EXHIBIT 9

Case 1:23-01087-jmm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE IDEAL SUPPLY COMPANY, individually and on
behalf of all lienors, claimants and creditors similarly
situated entitled to share funds received by Fahrenheit
Mechanical LLC a/k/a Fahrenheit Mechanical, under
Article 3-A of the New York State Lien Law,

Index No.: 152298/2021

                Plaintiff,

**NOTICE OF MOTION**

  -against-

Motion Seq. No. 1

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY, "JANE DOE
#1" THROUGH "JANE DOE #10", AND FAHRENHEIT
MECHANICAL INC.,

Return Date: April 25, 2022

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that upon the Affidavit of Tracy Bates sworn to April 1,

2022, the Affirmation of Elizabeth V. Marchionni, Esq., dated April 1, 2022, the exhibits

annexed thereto, and all of the proceedings heretofore had herein, Plaintiff, The Ideal Supply

Company ("Plaintiff") will move this Court in Motion Submission Part, Room 130, New York

Supreme Court, at the Courthouse located at 60 Centre Street, New York, New York, on the 25th

day of April, 2022, at 9:30 a.m. of that day, or as soon thereafter as counsel may be heard, for the

following relief:

      (i)      an Order pursuant to CPLR § 3212(e) directing the entry of summary judgment in

              favor of Plaintiff and against Defendant Fahrenheit Mechanical Inc. and/or

              Fahrenheit Mechanical LLC on its First, Second, Fifth, Sixth, and Seventh Causes

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

of Action for breach of contract in the sum of $194,223.73 plus statutory interest calculated through March 21, 2022 pursuant to GBL § 567-b thereon in the amount of $34,532.89, for a combined sum of $228,756.62, together with an award of costs and disbursements; or

(ii)     In the alternative, the sum of $194,223.73 on its Eighth Cause of Action for an account stated, plus statutory interest calculated through March 21, 2022 pursuant to GBL § 756-b thereon in the amount of $34,532.89, for a combined sum of $228,756.62, together with an award of costs and disbursements; or

(iii)    In the alternative, the sum of $194,223.73 on its Ninth Cause of Action for Quantum Meruit/Unjust Enrichment; plus statutory interest calculated through March 21, 2022 pursuant to GBL § 567-b thereon in the amount of $34,532.89, for a combined sum of $228,756.62, together with an award of costs and disbursements each based upon the ground that said Defendant possesses no defenses thereto; and

(iv)     For a conditional order, compelling Defendant David Rusi to respond to Plaintiff's Demand for Bill of Particulars, Demand for Discovery and Inspection, and First Set of Interrogatories, within a time set by the Court, or otherwise striking his Answer; and

(v)      for such other and further relief as may be just, proper and equitable.

Pursuant to CPLR § 2214(b), answering affidavits, if any, are required to be served upon the undersigned at least seven (7) days before the return date of this motion.

2

Dated: Woodbury, New York
        April 7, 2022

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff The Ideal Supply Company*

By:     _____

        Erik A. Ortmann, Esq.
        Elizabeth V. Marchionni, Esq.
        Adam A. Perlin, Esq.
        135 Crossways Park Drive, Suite 201
        Woodbury, New York 11797
        (516) 681-1100

To:     Christopher R. Travis, Esq. (*via NYSCEF*)
        *Attorney for Defendants*
        *Fahrenheit Mechanical LLC and David Rusi*
        80 Maiden Lane, Suite 304
        New York, New York 10038
        Tel: (212) 248-2120

3

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE IDEAL SUPPLY COMPANY, individually and on              Index No.: 152298/2021
behalf of all lienors, claimants and creditors similarly
situated entitled to share funds received by Fahrenheit
Mechanical LLC a/k/a Fahrenheit Mechanical, under
Article 3-A of the New York State Lien Law,                **AFFIDAVIT IN SUPPORT**

                    Plaintiff,                    Motion Seq. No. 1

      -against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY, "JANE DOE
#1" THROUGH "JANE DOE #10", AND FAHRENHEIT
MECHANICAL INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW JERSEY  )
                      )ss.
COUNTY OF HUDSON    )

      TRACY BATES, being duly sworn deposes and says:

      1.     I am the President of The Ideal Supply Company ("Ideal Supply" or "Plaintiff"),

plaintiff in the above-captioned matter.  I am fully familiar with the facts and circumstances set

forth herein based upon personal knowledge and as to those statements made upon information

and belief, I believe them to be true.

      2.     I respectfully submit this affidavit in support of Ideal Supply's motion seeking (i)

summary judgment against defendant Fahrenheit Mechanical Inc. and/or Fahrenheit Mechanical

LLC (together "Fahrenheit Mechanical") and (ii) to compel or preclude outstanding discovery

from Defendant David Rusi.

      3.     Ideal Supply is a certified woman-owned business entity ("WBE") in the business

of wholesale supplying specialty fitting and plumbing materials used in construction.

1

4.      Ideal Supply's claims arise from Fahrenheit Mechanical's non-payment for certain construction materials ordered and accepted by Fahrenheit Mechanical from Ideal Supply for use on various construction projects (collectively, the "Projects," and any specific project, a "Project"), in the total outstanding sum of $194,223.73, plus interest of $34,532.89, for a combined total of $228,756.62.

***Ideal Supply's Breach of Contract Claims***

5.      Fahrenheit Mechanical had been a customer of Ideal Supply's for a number of years.

6.      Fahrenheit Mechanical is in the business of performing and providing mechanical labor and material to private and public improvement projects in the New York City area.

7.      Ideal Supply and Fahrenheit Mechanical entered into purchase orders whereby Ideal Supply agreed to supply Fahrenheit Mechanical with certain plumbing materials for the Projects.

8.      The Projects for which Ideal Supply supplied Fahrenheit Mechanical various materials for use and incorporation, and for which it remains outstanding in payment are limited to the following:[1]

    a.  230 Vesey Street, New York, New York 100000 ("Vesey Street Project");

    b.  1 Manhattan West, New York, New York ("Manhattan West Project");

    c.  Pier 57 located at 25 11th Avenue, New York, New York ("Pier 57 Project");

    d.  201 Varick Street, New York, New York ("Varick Street Project"); and

    e.  LaGuardia Airport located in Flushing New York ("LaGuardia Project").

---

[1] The list of Projects excludes the following two projects listed in Ideal Supply's Amended Verified Complaint for which payment was received after the commencement of this Action: (i) the Sandy Recovery Program at Hammel Houses located at 85-2 Rockaway Beach Boulevard, Far Rockaway, New York 11693, and (ii) the Project at 47 Hall Street, Brooklyn, New York 11201.

2

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

9.      In furtherance of Fahrenheit Mechanical's agreements to perform work on the above referenced Projects, Fahrenheit Mechanical placed orders for certain plumbing-related materials with Ideal Supply between April 2020 and November 2020 as follows:

a.      Vesey Street Project – Seven (7) outstanding invoices totaling $3,694.28 (a summary chart along with copies of Vesey Street Project Invoices are attached hereto as **Exhibit "1"**);

b.      Manhattan West Project – Seventy One (71) outstanding invoices totaling $144,635.83 (a summary chart along with copies of Manhattan West Project Invoices are attached hereto as **Exhibit "2"**);

c.      Pier 57 Project – Fifty One (51) outstanding invoices totaling $45,981.13 (a summary chart along with copies of Pier 57 Project Invoices are attached hereto as **Exhibit 3"**);

d.      Varick Street Project – One outstanding invoice totaling $18.90 (a summary chart along with a copy of the Varick Street Project Invoice is attached hereto as **Exhibit "4"**); and

e.      LaGuardia Project - One outstanding invoice totaling $42.87 (a summary chart along with a copy of the LaGuardia Project Invoice is attached hereto as **Exhibit "5"**):

10.     By November 9, 2020, all materials ordered by Fahrenheit Mechanical were delivered to Fahrenheit Mechanical, picked up from Ideal Supply's shop facility by Fahrenheit Mechanical, or shipped directly to the appropriate Project, at Fahrenheit Mechanical's direction and request.

11.     Despite Ideal Supply completing performance on the Projects, Fahrenheit Mechanical failed to remit payment to Ideal Supply.

3

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
NYSCEF DOC. NO. 18

Case 1-23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59   INDEX NO. 152298/2021
RECEIVED NYSCEF: 04/08/2022

12.     The total amount that Fahrenheit Mechanical owes Ideal Supply for its unpaid invoices for the Projects is $194,223.73.

13.     The total amount of interest due on Ideal Supply's unpaid invoices is $34,532.89. (*See* Interest Chart attached hereto as **Exhibit "6."**)

14.     The combined total due Ideal Supply from Fahrenheit Mechanical is $228,756.62, comprised of the amount in the unpaid invoices plus interest.

***Ideal Supply's Account Stated Claim***

15.     As set forth above, Ideal Supply supplied Fahrenheit Mechanical with certain plumbing supplies and materials for the various Projects.

16.     It is Ideal Supply's standard practice to provide and deliver invoices for all materials purchased and delivered to its customers, including Fahrenheit Mechanical.

17.     Ideal Supply provided copies of each invoice for materials purchased and delivered to Fahrenheit Mechanical on the date of the invoice by regular mail.

18.     It is also Ideal Supply's standard practice to obtain a signature from the recipient of its materials.

19.     In accordance with these practices, Ideal Supply sent invoices to Fahrenheit Mechanical and obtained signatures from Fahrenheit of each delivery of its materials.  (Copies of the signed receipts for the materials delivered to Fahrenheit Mechanical are attached hereto as **Exhibits "1" through "5."**)

20.     Fahrenheit Mechanical accepted all materials and rejected none.

21.     Fahrenheit Mechanical also accepted all invoices for these materials without objection or rejection.

22.     Ideal Supply also regularly sent monthly statements (the Statements") to Fahrenheit Mechanical by regular mail, none of which were returned or rejected for any reason. (Copies of the Statements sent to Fahrenheit Mechanical are attached hereto as **Exhibit "7."**)

23.     Since the inception of this lawsuit, partial payment on several invoices reflected in the last Statement were made on behalf of or by Fahrenheit Mechanical, and the total remaining sum due is accurately recited above.

24.     Finally, and importantly, Fahrenheit Mechanical retained all delivered materials and corresponding invoices without return or revocation.

25.     Upon information and belief, Fahrenheit Mechanical received payment on the various Projects in part for the materials Ideal Supply delivered, but failed and refused to tender payment to Ideal Supply for the materials Ideal Supply provided.

26.     The total amount that Fahrenheit Mechanical owes Ideal Supply for its unpaid invoices for the Projects is $194,223.73.

27.     The total amount of interest due on Ideal Supply's unpaid invoices is $34,532.89. (*See* Ex. 6, Interest Chart.)

The combined total due Ideal Supply from Fahrenheit Mechanical is $228,756.62, comprised of the amount in the unpaid invoices plus interest.

### *Ideal Supply's Quantum Meruit Claim*

28.     As set forth above, Ideal Supply supplied Fahrenheit Mechanical with certain plumbing supplies and materials for the various Projects at Fahrenheit Mechanical's request.

29.     Ideal Supply's plumbing supplies provided to Fahrenheit Mechanical enhanced the value of the Projects to the benefit of Fahrenheit Mechanical.

5

30. The fair and reasonable value of the amount due and owing Ideal Supply from Fahrenheit Mechanical as reflected in Ideal Supply's unpaid invoices is $194,223.73.

31. The total amount of interest due on Ideal Supply's unpaid invoices is $34,532.89. (*See* Ex 6, Interest Chart.)

32. The combined total due Ideal Supply from Fahrenheit Mechanical is $228,756.62, comprised of the amount in the unpaid invoices plus interest.

33. Fahrenheit Mechanical has been unjustly enriched, as it benefited from Ideal Supply's services supplying and furnishing various plumbing supplies and materials for which Fahrenheit Mechanical did not pay due compensation.

**WHEREFORE**, The Ideal Supply Company respectfully requests this Court grant its motion in full, together with such other and further relief the Court deems just.

_Tracy Bates_

TRACY BATES

## UNIFORM CERTIFICATE OF ACKNOWLEDGMENT

STATE OF NEW JERSEY
COUNTY OF HUDSON

On the 1st day of ~~March~~ April, in the year 2022, before me, the undersigned a Notary Public in and for said State, personally appeared Tracy Bates, who was personally known to me or provided to me on the basis of satisfactory evidence to be the individual(s) whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity, and that by his/her/their signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Bethsaida Navarrete_

Notary Public

My Commission Expires: 12-16-2024

BETHSAIDA NAVARRETE
NOTARY PUBLIC OF NEW JERSEY
Commission # 50118807
My Commission Expires 12/16/2024

6

# EXHIBIT 1

## Vesey Street Project Invoices Summary Chart

| Invoice Date | Invoice # | Amount |
|---|---|---|
| 6/5/2020 | S2008619.001 | $2,320.95 |
| 6/22/2020 | S2010319.001 | $ 340.90 |
| 6/24/2020 | S2010583.001 | $257.32 |
| 6/26/2020 | S2010791.001 | $102.04 |
| 6/30/2020 | S2011206.001 | $268.77 |
| 7/8/2020 | S2011754.001 | $255.59 |
| 7/9/2020 | S2011934.001 | $148.71 |
| | **Total** | **$3,694.28** |

# IDEAL SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2000  Fax 201-333-7376**

| 06/05/20 | S2008619.001 |
|---|---|
| **REMIT TO:** | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
C/O 260 VESEY ST
NEW YORK, NY 10000

| 48392 | 230 VESEY ST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | DT DOWNTOWN | NET 30 DAYS | 06/05/20 | 06/04/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40730 | 2 X 10' STD BLK C/W PIPE TBE | 360ft | 360ft | 3.205ft | Net | 3.205ft | 1153.73 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 140ft | 140ft | 1.700ft | Net | 1.700ft | 238.00 |
| 30109 | 2 150# BMI 90 ELL | 24ea | 24ea | 47.730ea | *.22 | 10.50Tea | 252.01 |
| 5093 | 2 150# BMI CPLG | 14ea | 14ea | 38.280ea | *.22 | 8.422ea | 117.90 |
| 81344 | 2 HOLE 90 CORNER ANGLE KNEE 1-5/8 X 2-5/16 CA604 1/2 HOLE | 24ea | 24ea | 1.133ea | Net | 1.133ea | 27.20 |
| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 25ea | 25ea | 1.873ea | Net | 1.873ea | 46.83 |
| 10694 | 3/8 PLAIN DOUBLE EXPANSION SHIELD (50 BOX) | 50ea | 50ea | 1.360ea | Nat | 1.360ea | 68.00 |
| 41363 | 3/8 DROP IN ANCHORS (50 BOX) (LIPPED) | 50ea | 50ea | 0.480ea | Net | 0.480ea | 24.00 |
| 36734 | 3/4 X 520 TEFLON TAPE (100/6X) | 12ea | 12ea | 1.303EA | Net | 1.303EA | 15.64 |
| 64805 | 1 PT PRO-DOPE PIPE JOINT COMPOUND 15-427 | 2ea | 2ea | 8.462ea | Net | 8.462ea | 16.92 |
| 35013 | SPOOL QUICKWICK 1906004 25PERBAG. | 6ea | 6ea | 1.230EA | Net | 1.230EA | 7.38 |
| 43859 | 3/8 PLTD HVY HEX NUTS | 300ea | 300ea | 0.123ea | Net | 0.123ea | 36.91 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 300ea | 300ea | 0.115ea | Net | 0.115ea | 34.61 |
| 38504 | GALLON CUTTING OIL DARK PART #40-220 HERCULES | 1ea | 1ea | 37.460EA | Net | 37.460EA | 37.46 |
| 9600 | 2 150# BMI B/J UNION | 2ea | 2ea | 88.570ea | *.23 | 20.371ea | 40.74 |
| 16307 | 2 X 5 STD BLK STEEL NIPPLE | 2ea | 2ea | 7.213ea | Net | 7.213ea | 14.43 |

## Reprint ## Reprint ## Reprint ##

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 06/05/20 | S2008619.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

2

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
C/O 260 VESEY ST
NEW YORK, NY 10000

| 48392 | 230 VESEY ST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | DT DOWNTOWN | NET 30 DAYS | 06/05/20 | 06/04/20 |

| | |
|---|---|
| Subtotal | 2131.76 |
| S&H CHGS | 0.00 |
| Sales Tax | 189.19 |
| **Amount Due** | **2320.95** |

| | |
|---|---|
| NEWYORKX1 | 8.875 |

**Invoice is due by 07/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
**SUPPLY Co**

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 06/22/20 | S2010319.001 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47840 | 230 VESEY | | | Dan Marucci | |
|-------|-----------|--|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 06/22/20 | 06/22/20 |

```
**************************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
**************************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 55245 | 2 150# ANI TEE | 2ea | 2ea | 68.670ea | *.24 | 16.481ea | 32.96 |
| 33534 | 2 APOLLO #70-108-01 6BNZ THRD GHD BALL | 4ea | 4ea | 124.530ea | *.55 | 68.492ea | 273.97 |
| 7503 | 2 150# ANI CAP | 2ea | 2ea | 26.640ea | *.24 | 6.394ea | 12.79 |

2020/06/23 04:31:22 PM     S2010319.1

*Kared*

**Invoice is due by 07/22/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|--|----|-------|

| Subtotal | 319.72 |
|----------|--------|
| S&H CHGS | 0.00 |
| Sales Tax | 21.18 |
| **Amount Due** | **340.90** |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| INVOICE DATE | INVOICE NO. |
|---|---|
| 06/24/20 | S2010583.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 230 VESEY | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 06/24/20 | 06/24/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 42052 | 2 GALV CHANNEL STRUT CLAMPS | 200ea | 200ea | 1.207ea | NET | 1.207ea | 241.33 |
|---|---|---|---|---|---|---|---|

2020/06/24 02:16:52 PM    220/0003.1

*Karod*

| | | Subtotal | 241.33 |
|---|---|---|---|
| | | S&H CHGS | 0.00 |
| NJ | 6.625 | Sales Tax | 15.99 |
| | | **Amount Due** | **257.32** |

**Invoice is due by 07/24/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charge. Special orders are non returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/26/20 | S2010791.001 |
|---|---|
| REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 17304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 230 VESEY ST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Sholly Thielmann | WC WILL CALL | NET 30 DAYS | 06/26/20 | 06/26/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*************************************************************************
```

| 5095 | 2 150# 6NI CPLG | 10ea | 10ea | 39.280ea | 1.25 | 9.570ea | 95.70 |

KADRJ

Invoice is due by 07/26/20.

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are nonreturnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 95.70 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 6.34 |
| **Amount Due** | **102.04** |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2000  Fax 201-333-7376

| 06/30/20 | S2011206.001 |
|---|---|
| REMIT TO: THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 230 VESEY | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 06/30/20 | 06/30/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
```

| 40730 | 2 X 10' STD BLK C/N PIPE TBE | 40ft | 40ft | 3.910ft | Net | 3.910ft | 156.39 |
|---|---|---|---|---|---|---|---|
| 5095 | 2 150# BRI CPLG | 10ea | 10ea | 9.568ea | Net | 9.568ea | 95.68 |

Invoice is due by 07/30/20.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 252.07 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 16.70 |
| **Amount Due** | **268.77** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

Case 1:23-0108-jmm   Dec-16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

# IDEAL
**SUPPLY Cₒ**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/08/20 | S2011754.001 |
|----------|--------------|
| **REMIT TO:** THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | **1** |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 230 VESEY ST | | | Dan Marucci | |
|-------|--------------|---|---|-------------|---|
| Christopher Luciano | WC WILL CALL | | NET 30 DAYS | 07/08/20 | 07/07/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30109 | 2 150# DWI 90 ELL | 8ea | 8ea | 47.750ea | R.24 | 11.495ea | 91.64 |
| 33534 | 2 APOLLO 670-108-01 BRNZ THRD GVB BALL | 2ea | 2ea | 124.530ea | R.56 | 69.737ea | 139.47 |
| 9192 | 2 BLK RISER CLAMP EQUAL ARM3 | 2ea | 2ea | 4.300ea | Net | 4.300ea | 8.60 |

2020.07.06 01:45:28 PM    S2011764.1

*Kevi,*

| | | | Subtotal | 239.71 |
|---|---|---|----------|--------|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 15.88 |

**Invoice is due by 08/07/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | **255.59** |
|----------------|------------|

*# Reprint # Reprint # Reprint #*

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 07/09/20 | S2011934.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 230 VESEY ST REPL | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 07/09/20 | 07/09/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
```

| 35534 | 2 APOLLO #70-108-01 BRNZ THRD END BALL | 2ea | 2ea | 124.530ea | 4.56 | 69.737ea | 139.47 |
|---|---|---|---|---|---|---|---|

(REPLACEMENT FOR SWEAT BALL VALVES
REC'D ON S2011754)
*************************************
WILL CREDIT ORIGINAL TICKET WHEN
SWEAT VALVES ARE RETURNED
*************************************

2020 07/09 09:48:17 PM         S2011934.

*KARDI*

**Invoice is due by 08/08/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 139.47 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 9.24 |
| **Amount Due** | **148.71** |

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM                    INDEX NO. 152298/2021

NYSCEF DOC. NO. 20                                                    RECEIVED NYSCEF: 04/08/2022

**EXHIBIT 2**

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

## Manhattan West Project Invoices Summary Chart

| Invoice Date | Invoice # | Amount |
|---|---|---|
| 6/26/2020 | S2010797.001 | $4,734.74 |
| 6/29/2020 | S2010936.001 | $500.31 |
| 7/1/2020 | S2011208.001 | $10.66 |
| 7/6/2020 | S2011500.001 | $5,490.24 |
| 7/8/2020 | S2011910.001 | $469.91 |
| 7/9/2020 | S2011923.001 | $602.15 |
| 7/9/2020 | S2011944.001 | $256.03 |
| 7/13/2020 | S2012183.001 | $3,082.00 |
| 7/15/2020 | S2012550.001 | $652.79 |
| 7/16/2020 | S2012778.001 | $289.49 |
| 7/17/2020 | S2012806.001 | $514.40 |
| 7/20/2020 | S2012550.002 | $115.25 |
| 7/20/2020 | S2012939.001 | $3,205.38 |
| 7/22/2020 | S2012550.003 | $10.66 |
| 7/23/2020 | S2013364.001 | $1,703.72 |
| 7/29/2020 | S2013781.001 | $ 3,502.70 |
| 8/5/2020 | S2014638.001 | $3,254.73 |
| 8/5/2020 | S2014645.001 | $804.11 |
| 8/7/2020 | S2014956.001 | $159.13 |
| 8/13/2020 | S2014956.002 | $326.53 |
| 8/13/2020 | S2015641.001 | $13,606.81 |
| 8/14/2020 | S2015656.001 | $734.15 |
| 8/17/2020 | S2015876.001 | $2,792.01 |
| 8/19/2020 | S2016139.001 | $51.67 |
| 8/25/2020 | S2016779.001 | $1,281.63 |
| 8/26/2020 | S2016964.001 | $1,519.64 |
| 8/27/2020 | S2017062.001 | $2,370.90 |
| 8/31/2020 | S2017387.001 | $5,029.51 |
| 8/31/2020 | S2017399.001 | $299.62 |
| 9/2/2020 | S2017659.001 | $4,171.79 |
| 9/3/2020 | S2017747.001 | $5,422.09 |
| 9/22/2020 | S2019525.001 | $6,295.74 |
| 9/23/2020 | S2019525.002 | $590.80 |
| 9/24/2020 | S2019525.003 | $1,598.27 |
| 9/25/2020 | S2019525.004 | $1,361.25 |
| 9/25/2020 | S2019880.001 | $1,571.73 |
| 9/25/2020 | S2019893.001 | $2,148.52 |
| 9/25/2020 | S2020037.001 | $1,630.50 |
| 9/28/2020 | S2020107.001 | $25.60 |
| 9/28/2020 | S2020112.001 | $190.88 |

## Manhattan West Project Invoices Summary Chart

| | | |
|---|---|---|
| 9/29/2020 | S2020224.001 | $626.78 |
| 9/29/2020 | S2020328.001 | $82.35 |
| 9/30/2020 | S2020397.001 | $2,859.68 |
| 9/30/2020 | S2020397.002 | $260.91 |
| 9/30/2020 | S2020542.001 | $1,848.41 |
| 10/1/2020 | S2020037.002 | $70.55 |
| 10/1/2020 | S2020570.001 | $2,888.83 |
| 10/2/2020 | S2020702.001 | $821.64 |
| 10/5/2020 | S2020542.002 | $182.56 |
| 10/5/2020 | S2020850.001 | $181.15 |
| 10/6/2020 | S2021030.001 | $53.62 |
| 10/7/2020 | S2021219.001 | $331.47 |
| 10/9/2020 | S2020542.003 | $63.36 |
| 10/21/2020 | S2022684.001 | $5,523.99 |
| 10/22/2020 | S2022974.001 | $1,293.30 |
| 10/26/2020 | S2023257.001 | $4,440.40 |
| 10/26/2020 | S2023437.001 | $2,565.27 |
| 10/28/2020 | S2023569.001 | $1,533.14 |
| 10/29/2020 | S2023840.001 | $4,705.27 |
| 10/29/2020 | S2023956.001 | $2,568.62 |
| 10/30/2020 | S2024051.001 | $7,042.10 |
| 11/2/2020 | S2024260.001 | $2,451.32 |
| 11/3/2020 | S2024051.002 | $170.61 |
| 11/5/2020 | S2024704.001 | $7,347.90 |
| 11/5/2020 | S2024826.001 | $2,997.61 |
| 11/5/2020 | S2024846.001 | $1,275.94 |
| 11/5/2020 | S2024848.001 | $2,163.82 |
| 11/5/2020 | S2024848.002 | $54.41 |
| 11/6/2020 | S2024051.003 | $156.39 |
| 11/6/2020 | S2024704.002 | $23.46 |
| 11/9/2020 | S2025062.001 | $5,672.93 |
| | **Total** | **$144,635.83** |



**IDEAL**
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/26/20 | S2010797.001 |
|---|---|
| REMIT TO: | |
| IBE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 06/26/20 | 06/26/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40605 | 2 1/2 X 10" TYPE K HARD COPPER TUBE | 240ft | 240ft | 11.248FT | Net | 11.248FT | 2699.42 |
| 30518 | 2 1/2 C X C CPLG WITH STOP M 01052 | 25ea | 25ea | 97.320ea | *.12 | 10.478ea | 261.96 |
| A2517 | 1-5/8 X 1-5/8 X 10" SLOTTED GALV CHANNEL STRUT 12G | 100ft | 100ft | 1.600ft | Net | 1.600ft | 160.00 |
| 42137 | 1/2 X 6 PLTD THREADED ROD (12PCS PER BUNDLE) | 36ea | 36ea | 3.371ea | Net | 3.371ea | 121.37 |
| 47938 | 5/8 X 6FT PLATED ALL THRD ROD (8PCS PER BUNDLE) | 8ea | 8ea | 5.657ea | Net | 5.657ea | 45.26 |
| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 25ea | 25ea | 1.371ea | Net | 1.371ea | 34.29 |
| 71832 | 1/2 PLTD HVY HEX NUTS | 500ea | 500ea | 0.179ea | Net | 0.179ea | 89.29 |
| 28954 | 1/2 PLTD ROUND STEEL WASHER | 500ea | 500ea | 0.129ea | Net | 0.129ea | 64.29 |
| 41972 | 5/8 PLTD HVY HEX NUTS | 300ea | 300ea | 0.364ea | Net | 0.364ea | 109.29 |
| 71835 | 5/8 PLTD ROUND STEEL WASHERS | 300ea | 300ea | 0.257ea | Net | 0.257ea | 77.14 |
| 43859 | 3/8 PLTD HVY HEX NUTS | 300ea | 300ea | 0.114ea | Net | 0.114ea | 34.29 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 300ea | 300ea | 0.107ea | Net | 0.107ea | 32.14 |
| 117752 | WOLVERINE SILVALOY 15% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 3ea | 3ea | 69.122ea | Net | 69.122ea | 207.37 |
| 500 | 2 1/2 C X C 90 ELL M 02087 | 14ea | 14ea | 157.040ea | *.12 | 18.125ea | 253.73 |
| 38356 | 2 1/2 C X C 45 ELL M 03063 | 14ea | 14ea | 149.220ea | *.12 | 17.906ea | 250.69 |

** Reprint ** Reprint ** Reprint **

Case 1-23-01087-nmm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Cº

**Invoice**

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376**

| 06/26/20 | S2010797.001 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 2 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|-------|------------------|--|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 06/26/20 | 06/26/20 |

KADRJ'

| | NJ | 6.625 |
|--|----|-------|

| | |
|--|--|
| Subtotal | 4440.55 |
| S&H CHGS | 0.00 |
| Sales Tax | 294.19 |
| **Amount Due** | **4734.74** |

** Reprint ** Reprint ** Reprint **

**Invoice is due by 07/26/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376

| | |
|---|---|
| 06/29/20 | S2010936.001 |

REMIT TO:
The Ideal Supply Co
445 Communipaw Avenue
Jersey City NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | NC WILL CALL | NET 30 DAYS | 06/29/20 | 06/29/20 |

```
*****************************************************************
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
*****************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 74542 | 1/2 PLTD TOP BEAM CLAMP | 50ea | 50ea | 2.357ea | Net | 2.357ea | 117.86 |
| 71811 | 3/8 PLTD TOP BEAM CLAMPS | 50ea | 50ea | 1.114ea | Net | 1.114ea | 55.71 |
| 83404 | 1/2 WIDE MOUTH TOP BEAM CLAMP PLTD | 24ea | 24ea | 4.614ea | Net | 4.614ea | 110.74 |
| 71811 | 3/8 PLTD TOP BEAM CLAMPS | 24ea | 24ea | 1.200ea | Net | 1.200ea | 28.80 |
| 41819 | 1/2 DROP IN ANCHORS (50 BOX) (LIPPED) | 100ea | 100ea | 0.907ea | Net | 0.907ea | 90.74 |
| 41365 | 3/8 DROP IN ANCHORS (50 BOX) (LIPPED) | 100ea | 100ea | 0.554ea | Net | 0.554ea | 55.37 |
| 71402 | 1/2 SETTING TOOL | 1ea | 1ea | 5.000ea | Net | 5.000ea | 5.00 |
| 72919 | 3/8 DROP IN SETTING TOOL | 1ea | 1ea | 5.000ea | Net | 5.000ea | 5.00 |

2020/06/29 11:31:41 PM   S2010936.1

*KADR*

| | | | NJ | 6.625 | | Subtotal | 469.22 |
|---|---|---|---|---|---|---|---|
| | | | | | | S&H CHGS | 0.00 |
| | | | | | | Sales Tax | 31.09 |

**Invoice is due by 07/29/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | **500.31** |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Cº

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/01/20 | S2011208.001 |
|---|---|
| **REMIT TO:** | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | **1** |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 manhattan west | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/01/20 | 07/01/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| T1402 | 1/2 SETTING TOOL | 2ea | 2ea | 5.000ea | Net | 5.000ea | 10.00 |
|---|---|---|---|---|---|---|---|
| | # N/S # | | | | | | |

2020/07/01 07:30:34 PM          S2011208.1

agf

**Invoice is due by 07/31/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charge.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 10.00 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 0.66 |
| **Amount Due** | **10.66** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/06/20 | S2011500.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | **1** |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST PO | | | Dan Marucci | | |
|---|---|---|---|---|---|---|
| Christopher Luciano | WC WILL CALL | NET 30 DAYS | | | 07/06/20 | 07/06/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 93135 | 4 HF LGT STD BLK A53B ERW PIPE PE | 84ft | 84ft | 5.884FT | Net | 5.884FT | 494.26 |
|---|---|---|---|---|---|---|---|
| 12019 | 4 STD C.S. WELD L/R 90 ELL | 8ea | 8ea | 28.999EA | Net | 28.999EA | 231.99 |
| 93134 | 3 HF LGT STD BLK A53B ERW PIPE PE | 84ft | 84ft | 4.061FT | Net | 4.061FT | 341.12 |
| 11958 | 3 STD C.S. WELD L/R 90 ELL | 8ea | 8ea | 17.600EA | Net | 17.600EA | 140.80 |
| 51811 | 2 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 8.331FT | Net | 8.331FT | 833.08 |
| 30475 | 2 C X C CPLG WITH STOP W 01072 | 20ea | 20ea | 42.580ea | A.12 | 5.110ea | 102.19 |
| 464 | 2 C X C 90 ELL W 02086 | 20ea | 20ea | 82.830ea | A.12 | 9.940ea | 198.79 |
| 103832 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 4.231FT | Net | 4.231FT | 846.27 |
| 30380 | 1 1/4 C X C CPLG WITH STOP W 01055 | 30ea | 30ea | 19.320ea | A.12 | 2.318ea | 69.55 |
| 390 | 1 1/4 C X C 90 ELL W 02084 | 40ea | 40ea | 29.160ea | A.12 | 3.499ea | 139.97 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 3.385FT | Net | 3.385FT | 676.97 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 20ea | 20ea | 11.020ea | A.12 | 1.322ea | 26.45 |
| 356 | 1 C X C 90 ELL W 01647 | 40ea | 40ea | 19.680ea | A.12 | 2.362ea | 94.46 |
| 103848 | 3/4 X 10' TYPE K HARD COPPER TUBE | 250ft | 250ft | 2.550ft | Net | 2.550ft | 637.57 |
| 30295 | 3/4 C X C CPLG WITH STOP WB04054 | 30ea | 30ea | 5.630ea | A.12 | 0.676ea | 20.27 |
| 320 | 3/4 C X C 90 ELL WB01634 | 40ea | 40ea | 8.020EA | A.12 | 0.962EA | 38.50 |
| 37566 | 3/8 X 6 BLK STEEL FULL THREAD ROD (25PCS PER BUNDLE) | 25ea | 25ea | 1.679ea | Net | 1.679ea | 41.97 |
| 38007 | 1/2 X 6 BLK STEEL FULL THREAD ROD (12PCS PER BUNDLE) | 12ea | 12ea | 3.208ea | Net | 3.208ea | 38.50 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 60ft | 60ft | 1.907ft | Net | 1.907ft | 114.40 |
| 43859 | 3/8 PLTD HVY HEX NUTS | 300ea | 300ea | 0.107ea | Net | 0.107ea | 32.00 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 300ea | 300ea | 0.100ea | Net | 0.100ea | 30.00 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 07/06/20 | S2011500.001 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST PO | | | Dan Marucci | |
|---|---|---|---|---|---|
| Christopher Luciano | WC WILL CALL | NET 30 DAYS | 07/06/20 | 07/06/20 |

.KADRI

|  | NJ | 6.625 | Subtotal | 5149.11 |
|---|---|---|---|---|
|  |  |  | S&H CHGS | 0.00 |
|  |  |  | Sales Tax | 341.13 |
|  |  |  | **Amount Due** | **5490.24** |

**Invoice is due by 08/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co.

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| 07/08/20 | S2011910.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | HUDSON YARDS | 1 MANHATTAN WEST | Dan Marucci | | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 07/08/20 | 07/08/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain   *
*  lead and *CAN NOT* be used for potable/drinking water service.       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 37966 | 3/8 X 6 BLK STEEL FULL THREAD ROD (25PCS PER BUNDLE) | 25ea | 25ea | 2.518ea | Net | 2.518ea | 62.95 |
|---|---|---|---|---|---|---|---|
| 42137 | 1/2 X 6 PLTD THREADED ROD (12PCS PER BUNDLE) | 12ea | 12ea | 5.458ea | Net | 5.458ea | 65.50 |
| 28637 | 2 X 11/2 X 11/4 C X C X C TEE | 2ea | 2ea | 206.490ea | R.18 | 37.168ea | 74.34 |
| 38315 | 2 C X C 45 ELL W 03059 | 4ea | 4ea | 76.830ea | R.18 | 13.829ea | 55.32 |
| 28837 | 2 X 2 X 1 C X C X C TEE W 40105 | 4ea | 4ea | 113.930ea | R.18 | 20.507ea | 82.03 |
| 27544 | 11/2X11/4 X 11/4 C X C X C TEE W 04091 | 2ea | 2ea | 142.930ea | R.18 | 25.727ea | 51.45 |
| 425 | 1 1/2 C X C 90 ELL W D2085 | 6ea | 6ea | 45.480ea | R.18 | 8.186ea | 49.12 |

20200709 09:45:30 AM     S2011910.5

*KARDj*

Invoice is due by 08/07/20.

All claims for shortags or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | | NJ | 6.625 |
|---|---|---|---|---|

| | |
|---|---|
| Subtotal | 440.71 |
| S&H CHGS | 0.00 |
| Sales Tax | 29.20 |
| Amount Due | 469.91 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/09/20 | S2011923.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 47304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 101 MANHATTAN W | HUDSON YARDS | Dan Marucci | |
|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/09/20 | 07/09/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 22103 | 1 C X C X C TEE W804048 | 30ea | 30ea | 45.130ea | *.15 | 6.770ea | 203.09 |
| 25755 | 1 X 3/4 X 3/4 C X C X C TEE W 04056 | 30ea | 30ea | 53.720ea | *.15 | 8.058ea | 241.74 |
| 38190 | 1 C X C 45 ELL W803064 | 20ea | 20ea | 28.580ea | *.15 | 4.287ea | 85.74 |
| 38146 | 3/4 C X C 45 ELL W803034 | 20ea | 20ea | 11.390ea | *.15 | 1.709ea | 36.17 |

2020-07/09 08:46:41 AM    S2011923.

*KARDJ*

**Invoice is due by 08/08/20.**

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 564.74 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 37.41 |
| **Amount Due** | **602.15** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# iDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 07/09/20 | S2011944.001 |
|----------|--------------|
| REMIT To: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 101 MANHATTAN W | | | Dan Marucci | |
|-------|-----------------|--|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 07/09/20 | 07/09/20 |

```
*******************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
*******************************************************************
```

| 26092 | 1 1/4 X 1 C X MIPS ADAPTER | 19ea | 19ea | 70.210ea | *.18 | 12.638ea | 240.12 |
|-------|-----------------------------|------|------|----------|------|----------|--------|

2020-07-09 09:48:06 PM   S2011944.

_KARDi_

**Invoice is due by 08/08/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|--|----|-------|

| Subtotal | 240.12 |
|----------|--------|
| S&H CHGS | 0.00 |
| Sales Tax | 15.91 |
| **Amount Due** | **256.03** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| 07/13/20 | S2012183.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 manhattan west | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 07/13/20 | 07/13/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 26157 | 4 X 21/2 STD C.S. WELD TEE | 2ea | 2ea | 63.398ea | Net | 63.398ea | 126.80 |
|---|---|---|---|---|---|---|---|
| 39476 | 4 X 3 STD C.S. WELD CONC | 2ea | 2ea | 23.640ea | Net | 23.640ea | 47.28 |
| 17605 | 2 1/2 X 12 STD BLK STEEL NIPPL (I CAN'T BEVEL OR THREAD) YOU WOULD HAVE TO CUT IN 1/2" | 1ea | 1ea | 25.742ea | Net | 25.742ea | 25.74 |
| 121676 | 2-1/2 STD BRASS COUPLING - LEAD FREE **** LEAD FREE **** | 4ea | 4ea | 87.253ea | Net | 87.253ea | 349.01 |
| 129507 | 21/2 X 6 DIELECTRIC NIPPLE TXT FLOWTEK PARTS OHTT2560 | 2ea | 2ea | 23.229ea | Net | 23.229ea | 46.46 |
| 25023 | 2 1/2 C X MIPS ADAPTER W 01196 | 2ea | 2ea | 347.550ea | *.18 | 62.559ea | 125.12 |
| 25289 | 3 X 2 STD C.S. WELD TEE | 4ea | 4ea | 51.289ea | Net | 51.289ea | 205.16 |
| 38443 | 3 X 2 STD C.S. WELD CONC | 4ea | 4ea | 20.273ea | Net | 20.273ea | 81.09 |
| 16629 | 2 X 12 STD BLK STEEL NIPPLE | 4ea | 4ea | 15.916ea | Net | 15.916ea | 63.67 |
| 5093 | 2 150# BWI CPLG | 2ea | 2ea | 38.280ea | *.24 | 9.187ea | 18.37 |
| 129506 | 2 X 4 DIELECTRIC NIPPLE TXT PARTS OHTT2040 FLOWTEK | 8ea | 8ea | 11.629ea | Net | 11.629ea | 93.03 |
| 34610 | 2 STD BRASS CPLG | 8ea | 8ea | 33.159ea | Net | 33.159ea | 265.27 |
| 24966 | 2 C X MIPS ADAPTER W 01187 | 8ea | 8ea | 99.370ea | *.16 | 15.899ea | 127.19 |
| 017752 | WOLVERINE SILVALOY 15% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 5ea | 5ea | 70.850ea | Net | 70.850ea | 354.25 |
| 017751 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 5ea | 5ea | 29.525EA | Net | 29.525EA | 147.63 |
| 59036 | SCOTCH BRITE PADS 6 X 9-1/2 1848001 60 PCS PER BOX | 60ea | 60ea | 1.938ea | Net | 1.938ea | 116.27 |
| 51810 | 1-1/2 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 5.643FT | Net | 5.643FT | 564.33 |
| 425 | 1 1/2 C X C 90 ELL W 02085 | 6ea | 6ea | 49.430ea | *.16 | 7.909ea | 47.45 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/13/20 | S2012183.001 |
|----------|--------------|
| REMIT TO: | |
| The Ideal Supply Co | |
| 445 Communipaw Avenue | 2 |
| Jersey City NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 manhattan west | | | Dan Marucci | |
|-------|------------------|---|---|-------------|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 07/13/20 | 07/13/20 |

| 24841 | 3/4 C X MIPS ADAPTER WB01146 | 6ea | 6ea | 13.640ea | 1.16 | 2.182ea | 13.09 |
| 119979 | MILWAUKEE PART# 49-56-0023 ICE HARDMEOTH HOLE SAW 3/4" | 1ea | 1ea | 6.406ea | Net | 6.406ea | 6.41 |
| 120056 | MILWAUKEE 48-39-0554 BAND SAW BLADES 10/14 TPI 2/PACK | 5ea | 5ea | 11.500ea | Net | 11.500ea | 57.50 |
| 119862 | MILWAUKEE PART# 48-00-5184 SUPER SAWZALL BL 18T 6"(METAL) | 1ea | 1ea | 9.375ea | Net | 9.375ea | 9.38 |

2020RFR3 10:01:33 PM    S2012183.

*KADRS*

Invoice is due by 08/12/20.

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | NJ | 6.625 | **Subtotal** | 2890.50 |
| | | | | **S&H CHGS** | 0.00 |
| | | | | **Sales Tax** | 191.50 |
| | | | | **Amount Due** | 3082.00 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

| 07/15/20 | S2012550.001 |
|----------|--------------|

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

REMIT TO:
IVE TREAT SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 47304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | | Dan Marucci | |
|-------|------------------|--|--|--|-------------|--|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 07/15/20 | 07/15/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*   If NOT stated *Lead Free* or *LF*, the products listed may contain  *
*   lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 25935 | 1 X 1 1/4 C X NIPS ADAPTER U 01162 | 24ea | 15ea | 75.060ea | *.16 | 12.010ea | 180.14 |
| | <15 PCS STK ONLY - BAL 1 WK> | | | | | | |
| 41365 | 3/8 DROP IN ANCHORS (50 BOX) | 150ea | 150ea | 0.514ea | Net | 0.514ea | 77.14 |
| | (LIPPED) | | | | | | |
| 43837 | 3/8 X 6 PLTD THREADED ROD | 50ea | 50ea | 2.007ea | Net | 2.007ea | 100.36 |
| | (25PCS PER BUNDLE) | | | | | | |
| 42157 | 1/2 X 6 PLTD THREADED ROD | 24ea | 24ea | 4.199ea | Net | 4.199ea | 100.76 |
| | (12PCS PER BUNDLE) | | | | | | |
| 41819 | 1/2 DROP IN ANCHORS (50 BOX) | 100ea | 100ea | 0.908ea | Net | 0.908ea | 90.77 |
| | (LIPPED) | | | | | | |
| 41821 | 5/8 DROP IN ANCHORS (25 BOX) | 25ea | 25ea | 2.122ea | Net | 2.122ea | 53.06 |
| 72919 | 3/8 DROP IN SETTING TOOL | 2ea | 2ea | 5.000ea | Net | 5.000ea | 10.00 |

2020/07/15 01:21:20 PM    570/2000

*KADRI*

| | HJ | 6.625 |

**Invoice is due by 08/14/20.**

| Subtotal | 612.23 |
| S&H CHGS | 0.00 |
| Sales Tax | 40.56 |
| **Amount Due** | **652.79** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 07/16/20 | S2012778.001 |
| REMIT TO: THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

**Invoice**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 07/16/20 | 07/16/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  Lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 24875 | 1 C X NIPS ADAPTER W801163 | 18ea | 18ea | 34.880ea | *.16 | 5.58lea | 100.45 |
| 120605 | MILWAUKEE 48-39-0572 SUB COMPACT BAND SAW BLADES 3PK | 3ea | 3ea | 15.563ea | Net | 15.563ea | 46.69 |
| 125747 | MILWAUKEE 48-39-0529 COMPACT BAND SAW BLADES 3/PACK FITS BAND SAW 2629-22 | 1ea | 1ea | 15.688ea | Net | 15.688ea | 15.69 |
| 75670 | 1 PT HERCULES REGALOC 15-808 | 3ea | 3ea | 23.343ea | Net | 23.343ea | 70.03 |
| 38739 | 3/4 X 520 TEFLON TAPE (100/BX) | 24ea | 24ea | 1.303EA | Net | 1.303EA | 31.26 |
| 38013 | SPOOL QUICKWICK 1906004 25PERBAG. | 6ea | 6ea | 1.230EA | Net | 1.230EA | 7.38 |

2020/07/17 08:13:17 AM    6720\2778.1

*AARRI*

| | | |
|---|---|---|
| | NJ | 6.625 |

| | |
|---|---|
| Subtotal | 271.50 |
| S&H CHGS | 0.00 |
| Sales Tax | 17.99 |
| **Amount Due** | **289.49** |

**Invoice is due by 08/15/20.**

All claims for shortage or errors must be made at once  Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
### SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| DATE | INVOICE |
|------|---------|
| 07/17/20 | S2012806.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|-------|------------------|--|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 07/17/20 | 07/17/20 |

```
****************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
****************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 75670 | 1 PT HERCULES MEGALOC 15-808 | 12ea | 12ea | 30.346ea | Net | 30.346ea | 364.15 |
| 58013 | SPOOL QUICKKICK 1906004 25PERBAG. | 12ea | 12ea | 1.230EA | Net | 1.230EA | 14.76 |
| 38739 | 3/4 X 520 TEFLON TAPE (100/BX) | 12ea | 12ea | 1.303EA | Net | 1.303EA | 15.63 |
| 30426 | 1 1/2 C X C CPLG WITH STOP W 01063 | 18ea | 18ea | 27.130ea | A.18 | 4.883ea | 87.90 |

| | | | Subtotal | 482.44 |
|--|--|--|----------|--------|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 31.96 |
| | | | **Amount Due** | **514.40** |

**Invoice is due by 08/16/20.**

All claims for shortage or errors must be made at once. Recoups require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376**

| 07/20/20 | S2012550.002 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 07/20/20 | 07/15/20 |

```
****************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.   *
****************************************************************
```

| 25935 | 1 X 1 1/4 C X MIPS ADAPTER U 01162 | 9ea | 9ea | 75.060ea | 8.16 | 12.010ea | 108.09 |
|---|---|---|---|---|---|---|---|
| | (15 PCS STK ONLY - BAL 1 WK) | | | | | | |

2020/07/20 12:11:52 PM        S2012550.2

K q dk

| | | | | Subtotal | 108.09 |
|---|---|---|---|---|---|
| | NJ | | 6.625 | S&H CHGS | 0.00 |
| | | | | Sales Tax | 7.16 |

**Invoice is due by 08/19/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 113.25 |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co.

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/20/20 | S2012939.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 07/20/20 | 07/20/20 |

```
***************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
***************************************************************
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 25975 | 1 X 1 X 3/4 C X C X C TEE W804049 | 18ea | 18ea | 49.090ea | ±.15 | 7.364ea | 132.54 |
| 22103 | 1 C X C X C TEE W804068 | 24ea | 24ea | 47.990ea | ±.15 | 7.199ea | 172.78 |
| 25793 | 1 X 3/4 X 1 C X C X C TEE V 04055 | 18ea | 18ea | 58.390ea | ±.15 | 8.759ea | 157.65 |
| 14343 | 1 X 3/4 FTG X C BUSHING V 01337 | 18ea | 18ea | 16.010ea | ±.15 | 2.402ea | 43.23 |
| 27095 | 3/4 FTG X NIPS ADAPTER V 01446 | 18ea | 18ea | 45.750ea | ±.15 | 6.863ea | 123.53 |
| 35335 | 3/4 APOLLO 870-104-01 BRNZ THRD END BALL | 12ea | 12ea | 36.850ea | ±.56 | 20.636ea | 247.63 |
| 28934 | 3/4 125# BCI SO NO PLUG CORED | 12ea | 12ea | 5.680EA | ±.25 | 1.420EA | 17.04 |
| 4796 | 3/4 FTG X C 90 ELL W801654 | 24ea | 24ea | 12.590ea | ±.15 | 1.889ea | 45.32 |
| 37329 | 3/4 FTG X C 45 ELL W803334 | 20ea | 20ea | 12.240ea | ±.15 | 1.836ea | 36.73 |
| 103848 | 3/4 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 2.704ft | Net | 2.704ft | 270.60 |
| 41920 | 13/16 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 14G | 100ft | 100ft | 1.200ft | Net | 1.200ft | 120.00 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 10ea | 10ea | 33.213EA | Net | 33.213EA | 332.13 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 100ft | 100ft | 1.907ft | Net | 1.907ft | 190.67 |
| 356 | 1 C X C 90 ELL W 01647 | 20ea | 20ea | 21.390ea | ±.15 | 3.209ea | 64.17 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 20ea | 20ea | 11.720ea | ±.15 | 1.758ea | 35.16 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 150ft | 150ft | 3.589ft | Net | 3.589ft | 538.33 |
| 93134 | 3 HF LGT STD BLK A538 ERW PIPE PE | 105ft | 105ft | 4.561ft | Net | 4.561ft | 478.90 |

** Reprint ** Reprint ** Reprint **

Case 1:23-0108-jmm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 07/20/20 | S2012939.001 |
|----------|--------------|

REMIT TO:
IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**2**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|-------|------------------|--|--|-------------|--|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 07/20/20 | 07/20/20 |

2020/07/20 12:11:12 PM      S2012939.

Kqdri

| | | | Subtotal | 3006.22 |
|--|--|--|----------|---------|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 199.16 |

**Invoice is due by 08/19/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 3205.38 |
|------------|---------|

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376

| 07/22/20 | S2012550.003 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 47304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/22/20 | 07/15/20 |

```
***************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.  *
***************************************************************
```

| 43879 | 5/8 DROP IN SETTING TOOL | 1ea | 1ea | 10.000ea | Net | 10.000ea | 10.00 |
|---|---|---|---|---|---|---|---|
| | * M/S * | | | | | | |

| | | | NJ | 6.625 | | Subtotal | 10.00 |
|---|---|---|---|---|---|---|---|
| | | | | | | S&H CHGS | 0.00 |
| | | | | | | Sales Tax | 0.66 |
| | | | | | | **Amount Due** | **10.66** |

**Invoice is due by 08/21/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

A* Reprint ** Reprint ** Reprint A*

# IDEAL
SUPPLY Cs

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/23/20 | S2013364.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 07/23/20 | 07/23/20 |

```
*******************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*******************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51810 | 5-1/2 X 10' TYPE K HARD COPPER TUBE | 40ft | 40ft | 5.821FT | Net | 5.821FT | 252.84 |
| 320 | 3/4 C X C 90 ELL WB01634 | 50ea | 50ea | 8.720EA | *.15 | 1.308EA | 65.40 |
| 103848 | 3/4 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 2.704ft | Net | 2.704ft | 540.89 |
| 32034 | 1 X 3/4 C X C CPLG WITH STOP W 01049 | 24ea | 24ea | 18.890ea | *.15 | 2.834ea | 68.00 |
| 103869 | 1 X 10' TYPE K HARD COPPER TUBE | 120ft | 120ft | 3.589FT | Net | 3.589FT | 430.67 |
| 4796 | 3/4 FTG X C 90 ELL WB01654 | 20ea | 20ea | 12.590ea | *.15 | 1.889ea | 37.77 |
| 38146 | 3/4 C X C 45 ELL WB03034 | 10ea | 10ea | 12.110ea | *.15 | 1.817ea | 18.17 |
| 39329 | 3/4 FTG X C 45 ELL WB03334 | 10ea | 10ea | 12.240ea | *.15 | 1.836ea | 18.36 |
| 22049 | 3/4 X 1/4 125# BCI HEX BUSH | 12ea | 12ea | 2.675ea | Net | 2.675ea | 32.10 |
| 6989 | 3/4 X 4 STD BRASS NIPPLE | 4ea | 4ea | 4.664ea | Net | 4.664ea | 18.65 |
| 19615 | 3/4 STD BRASS TEE | 2ea | 2ea | 8.148ea | Net | 8.148ea | 16.30 |
| 59331 | TRERICE GAUGE #620B, 0-160PSI, 4-1/2" DIAL, 1/4 LM CONN SS CASE | 2ea | 2ea | 16.769ea | Net | 16.769ea | 33.54 |
| 43839 | 3/8 PLTD HVY HEX NUTS | 100ea | 100ea | 0.123ea | Net | 0.123ea | 12.30 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 100ea | 100ea | 0.115ea | Net | 0.115ea | 11.54 |
| 41169 | 3/8 X 1-1/2 PLTD FENDER WASHER | 40ea | 40ea | 0.092EA | Net | 0.092EA | 3.69 |
| 22057 | 3/4 C X C X C TEE WB04051 | 24ea | 24ea | 16.010ea | *.15 | 2.402ea | 57.64 |

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/23/20 | S2013364.001 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| | | | | | |
|---|---|---|---|---|---|
| 47848 | MANHATTAN WEST | | | Dan Marucci | |
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/23/20 | 07/23/20 |

2020/07/23 02:45:24 PM   S2013364

*KADRI*

| | | Subtotal | 1597.86 |
|---|---|---|---|
| NJ | 6.625 | S&H CHGS | 0.00 |
| | | Sales Tax | 105.86 |

**Invoice is due by 09/22/20.**

all claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 1703.72 |
|---|---|

*# Reprint ## Reprint ## Reprint #*

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 07/29/20 | S2013781.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 07/29/20 | 07/29/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 103348 | 3/4 X 10' TYPE K HARD COPPER TUBE | 400ft | 400ft | 2.704ft | Net | 1081.78 |
| 320 | 3/4 C X C 90 ELL WB01634 | 100ea | 100ea | 8.729EA | ±.17 | 148.24 |
| 38146 | 3/4 C X C 45 ELL WB05034 | 30ea | 30ea | 12.110ea | ±.17 | 2.059ea 61.76 |
| 22057 | 3/4 C X C X C TEE WB04031 | 60ea | 60ea | 16.010ea | ±.17 | 2.722ea 163.30 |
| 24841 | 3/4 C X MIPS ADAPTER WB01146 | 60ea | 60ea | 13.640ea | ±.17 | 2.319ea 139.15 |
| 20148 | 3/4 C X FIPS ADAPTER WB01246 | 40ea | 40ea | 17.720ea | ±.17 | 3.012ea 120.50 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 3.589FT | Net | 3.589FT 717.78 |
| 356 | 1 C X C 90 ELL W 01647 | 60ea | 60ea | 21.390ea | ±.17 | 3.636ea 218.18 |
| 22103 | 1 C X C X C TEE WB04068 | 20ea | 20ea | 47.990ea | ±.17 | 8.158ea 163.17 |
| 25975 | 1 X 1 X 3/4 C X C X C TEE WB04067 | 30ea | 30ea | 49.090ea | ±.17 | 8.345ea 250.36 |
| 11895 | 2 1/2 STD C.S. WELD L/R 90 ELL | 2ea | 2ea | 14.415ea | Net | 14.415ea 28.83 |
| 11857 | 2 STD C.S. WELD L/R 90 ELL | 4ea | 4ea | 11.900EA | Net | 11.900EA 47.60 |
| 18130 | 4 STD C.S. WELD L/R 45 ELL | 4ea | 4ea | 25.981ea | Net | 25.981ea 103.93 |
| 140262 | SHOP NIPPLE | 1ea | 1ea | 15.500ea | Net | 15.500ea 15.50 |
| | 1 PC - 2 X 24" SCH 40 ERW FROM DROP | | | | | |
| 140262 | SHOP NIPPLE | 1ea | 1ea | 25.000ea | Net | 25.000ea 25.00 |
| | 1 PC - 2-1/2 X 24" SCH 40 ERW PE (DROP) | | | | | |
| | 2020/07/29 01:28/46 PM    S2013781. | | | | | |

| | TAX | |
|---|---|---|
| | NJ | 6.625 |

| Subtotal | 3285.06 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 217.64 |
| **Amount Due** | **3502.70** |

Invoice is due by 08/28/20.

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM INDEX NO. 152298/2021
NYSCEF DOC. NO. 20                                                    RECEIVED NYSCEF: 04/08/2022
Case 1:23-0108-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/05/20 | S2014638.001 |
|----------|--------------|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|-------|-------------------|--|--|-------------|--|
| Pete Fazio Jr | | WC WILL CALL | NET 30 DAYS | 08/05/20 | 08/05/20 |

```
***********************************************************************
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
***********************************************************************
```

| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD | 10ea | 50ea | $0.370EA | Net | $0.370EA | $03.70 |
|--------|-----------------------------------|------|------|----------|-----|----------|--------|
| | .050 X .125 X 28 STICKS PER TUBE | | | | | | |
| 24908 | 1 1/4 C X NIPS ADAPTER W 01171 | 10ea | 10ea | $0.110ea | *.18 | 9.020ea | 90.20 |
| 26092 | 1 1/4 I 1 C X NIPS ADAPTER | 4ea | 4ea | 76.310ea | *.18 | 13.736ea | 54.94 |
| 43859 | 3/8 PLTD HWY HEX NUTS | 400ea | 400ea | 0.123ea | Net | 0.123ea | 49.22 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 400ea | 400ea | 0.115ea | Net | 0.115ea | 46.14 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV | 200ft | 200ft | 2.860ft | Net | 2.860ft | 572.00 |
| | CHANNEL STRUT 12B | | | | | | |
| 43857 | 3/8 X 6 PLTD THREADED ROD | 6ea | 6ea | 2.810ea | Net | 2.810ea | 16.86 |
| | (25PCS PER BUNDLE) | | | | | | |
| 42137 | 1/2 X 6 PLTD THREADED ROD | 2ea | 2ea | 5.458ea | Net | 5.458ea | 10.92 |
| | (12PCS PER BUNDLE) | | | | | | |
| 103832 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 4.746FT | Net | 4.746FT | 474.63 |
| 51811 | 2 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 9.348FT | Net | 9.348FT | 934.80 |
| 105846 | 1/2 X 10' TYPE K HARD COPPER TUBE | 10ft | 10ft | 1.603FT | Net | 1.603FT | 16.03 |
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 2.8311r | Net | 2.831ft | 283.06 |

2020/08/05 11:49:46 PM    S2014638.1

*KADRI*

| | NJ | 6.625 |
|--|----|-------|

| | |
|--|--|
| Subtotal | 3052.50 |
| S&H CHGS | 0.00 |
| Sales Tax | 202.23 |
| **Amount Due** | **3254.73** |

** Reprint ** Reprint ** Reprint **

**Invoice is due by 09/04/20.**

All claims for shortage or errors must be made at once; Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

# IDEAL SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/05/20 | S2014645.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Pete Fazio Jr | | WC WILL CALL | | NET 30 DAYS | 08/05/20 | 08/05/20 |

```
***********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
***********************************************************************
```

| 41365 | 3/8 DROP IN ANCHORS (50 BOX) (LIPPED) | 200ea | 200ea | 0.554ea | Net | 0.554ea | 110.74 |
|---|---|---|---|---|---|---|---|
| 72919 | 3/8 DROP IN SETTING TOOL | 2ea | 2ea | 5.000ea | Net | 5.000ea | 10.00 |
| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 150ea | 150ea | 2.810ea | Net | 2.810ea | 421.50 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 30ea | 30ea | 11.720ea | P.18 | 2.110ea | 63.29 |
| 25935 | 1 X 1 1/4 C X NIPS ADAPTER W 01162 | 11ea | 11ea | 75.060ea | P.18 | 13.511ea | 148.62 |

**Invoice is due by 09/04/20.**

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 754.15 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 49.96 |
| **Amount Due** | **804.11** |

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
## SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/07/20 | S2014956.001 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 08/07/20 | 08/07/20 |

```
************************************************************************
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
************************************************************************
```

| 30295 | 3/4 C K C CPLG WITH STOP NBO1CE54 | 30ea | 30ea | 5.890ea | 2.17 | 1.001ea | 30.04 |
| 43859 | 3/8 PLTD HVY HEX NUTS | 500ea | 500ea | 0.123ea | Net | 0.123ea | 61.52 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 500ea | 500ea | 0.115ea | Net | 0.115ea | 57.68 |

20200807 04:10:24 PM        S2014956.1

Invoice is due by 09/06/20.

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 149.24 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 9.89 |
| **Amount Due** | **159.13** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 08/13/20 | S2014956.002 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/13/20 | 08/07/20 |

```
* *********************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* *********************************************************
```

| 25955 | 1 X 1 1/4 C K MIPS ADAPTER N 03162 | 24ea | 24ea | 75.060ea | *.17 | 12.760ea | 306.24 |
|---|---|---|---|---|---|---|---|

2020/08/11 01:56:26 PM        S2014956.1

KADRI

**Invoice is due by 09/12/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 306.24 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 20.29 |
| **Amount Due** | **326.53** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co.

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/13/20 | S2015641.001 |
|---|---|
| REMIT TO: THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/13/20 | 08/13/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 200ft | 200ft | 1.682ft | Net | 1.682ft | 336.47 |
|---|---|---|---|---|---|---|---|
| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 100ea | 100ea | 2.162ea | Net | 2.162ea | 216.15 |
| 43859 | 3/8 PLTD HVY HEX NUTS | 1000ea | 1000ea | 0.123ea | Net | 0.123ea | 123.08 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 1000ea | 1000ea | 0.115ea | Net | 0.115ea | 115.38 |
| 47938 | 5/8 X 6FT PLATED ALL THRD ROD (8PCS PER BUNDLE) | 1ea | 1ea | 7.560ea | Net | 7.560ea | 7.56 |
| 51811 | 2 X 10' TYPE K HARD COPPER TUBE | 500ft | 500ft | 8.594FT | Net | 8.594FT | 4296.76 |
| 103832 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 500ft | 500ft | 4.363FT | Net | 4.363FT | 2181.62 |
| 103648 | 3/4 X 10' TYPE K HARD COPPER TUBE | 500ft | 500ft | 2.631ft | Net | 2.631ft | 1315.66 |
| 30475 | 2 C X C CPLG WITH STOP W 01072 | 50ea | 50ea | 45.270ea | *.13 | 5.885ea | 294.26 |
| 464 | 2 C X C 90 ELL W 02086 | 16ea | 16ea | 90.030ea | *.13 | 11.704ea | 187.26 |
| 30380 | 1 1/4 C X C CPLG WITH STOP W 01055 | 50ea | 50ea | 20.530ea | *.13 | 2.669ea | 133.45 |
| 390 | 1 1/4 C X C 90 ELL W 02084 | 16ea | 16ea | 31.700ea | *.13 | 4.121ea | 65.94 |
| 30295 | 3/4 C X C CPLG WITH STOP W001034 | 50ea | 50ea | 5.890ea | *.13 | 0.766ea | 38.29 |
| 320 | 3/4 C X C 90 ELL W801634 | 16ea | 16ea | 8.720EA | *.13 | 1.134EA | 18.14 |
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 200ft | 200ft | 2.602ft | Net | 2.602ft | 520.43 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 30ea | 30ea | 11.720ea | *.13 | 1.524ea | 45.71 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 3.492FT | Net | 3.492FT | 698.38 |
| 464 | 2 C X C 90 ELL W 02086 | 30ea | 30ea | 90.030ea | *.13 | 11.704ea | 351.12 |
| 28874 | 2 X 2 X 11/4 C X C X C TEE W 40104 | 6ea | 6ea | 137.680ea | *.165 | 19.955ea | 119.61 |
| 26503 | 11/4 X 1 X 1 C X C X C TEE W 04074 | 6ea | 6ea | 91.790ea | *.145 | 13.310ea | 79.86 |
| 390 | 1 1/4 C X C 90 ELL W 02084 | 40ea | 40ea | 31.700ea | *.13 | 4.121ea | 164.84 |
| 38231 | 1 1/4 C X C 45 ELL W 03050 | 16ea | 16ea | 60.740ea | *.165 | 5.907ea | 94.52 |
| 25755 | 1 X 3/4 X 3/4 C X C X C TEE W 04056 | 25ea | 25ea | 58.390ea | *.145 | 8.467ea | 211.66 |

# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 08/13/20 | S201S641.001 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENG<br>JERSEY CITY NJ 07304 | 2 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/13/20 | 08/13/20 |
| 356 | 1 C X C 90 ELL W 01647 | 40ea | 40ea | 21.390ea | *.145 | 3.102ea | 124.06 |
| 320 | 3/4 C X C 90 ELL W01634 | 40ea | 40ea | 8.720EA | *.145 | 1.264EA | 50.56 |
| 38146 | 3/4 C X C 45 ELL W003034 | 20ea | 20ea | 12.110ea | *.145 | 1.756ea | 35.12 |
| 26380 | 2 X 11/4 X 11/4 C X C X C TEE | 4ea | 4ea | 226.570ea | *.145 | 32.563ea | 130.29 |
| 26837 | 2 X 2 X 1 C X C X C TEE W 40105 | 8ea | 8ea | 123.800ea | *.145 | 17.951ea | 143.61 |
| 26907 | 2 X 2 X 11/2 C X C X C TEE W 40103 | 4ea | 4ea | 123.800ea | *.145 | 17.951ea | 71.80 |
| 38315 | 2 C X C 45 ELL W 03059 | 8ea | 8ea | 83.520ea | *.145 | 12.110ea | 96.88 |
| 4796 | 3/4 FTG X C 90 ELL W801654 | 16ea | 16ea | 12.590ea | *.145 | 1.826ea | 29.21 |
| 356 | 1 C X C 90 ELL W 01647 | 16ea | 16ea | 21.390ea | *.145 | 3.102ea | 49.62 |
| 311746 | 3/8 WIDE MOUTH TOP BEAM CLAMP PLT0 | 40ea | 40ea | 3.846ea | Net | 3.846ea | 153.85 |
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 2.602ft | Net | 2.602ft | 260.22 |

2020/09/13 04:26:25 PM    S201S641.0

*KADRI*

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 12761.37 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 845.44 |
| **Amount Due** | **13606.81** |

**Invoice is due by 09/12/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM INDEX NO. 152298/2021

NYSCEF DOC. NO. 20                                                    RECEIVED NYSCEF: 04/08/2022

Case 1:23-0108-jmm  Doc 16-12  Filed 07/19/24  Entered 07/19/24 16:42:59

# IDEAL SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/14/20 | S2015656.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST ADD | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/14/20 | 08/13/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 12019 | 4 STD C.S. WELD L/R 90 ELL | 2ea | 2ea | 28.999EA | Net | 28.999EA | 58.00 |
|---|---|---|---|---|---|---|---|
| 93134 | 3 HF LGT STD BLK A53B ERW PIPE PE | 105ft | 105ft | 4.675FT | Net | 4.675FT | 490.88 |
| 93135 | 4 HF LGT STD BLK A53B ERW PIPE PE | 21ft | 21ft | 6.650FT | Net | 6.650FT | 139.65 |

2020/08/13 04:28:54 PM        S2015656.1

*Kodri*

**Invoice is due by 09/13/20.**

All claims for shortage or excess must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 688.53 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 45.62 |
| Amount Due | 734.15 |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 08/17/20 | S2015876.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | Dan Marucci | |
|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/17/20 | 08/17/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain   *
*  lead and *CAN NOT* be used for potable/drinking water service.       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22148 | 1 1/4 C X C X C TEE W 04068 | 12ea | 12ea | 66.170ea | 1.15 | 9.926ea | 119.11 |
| 93154 | 3 HF CRT STD BLK A53B BEV PIPE PE | 84ft | 84ft | 4.269FT | Net | 4.269FT | 358.57 |
| 51811 | 2 X 10' TYPE K HARD COPPER TUBE | 80ft | 80ft | 8.640FT | Net | 8.640FT | 691.22 |
| 103832 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 80ft | 80ft | 4.387FT | Net | 4.387FT | 390.96 |
| 11938 | 3 STD C.9. WELD L/R 90 ELL | 3ea | 3ea | 16.565EA | Net | 16.565EA | 49.69 |
| 10717 | 3 300# F/S RF W/N FLG | 2ea | 2ea | 26.317ea | Net | 26.317ea | 52.63 |
| 18030 | 3 STD C.S. WELD L/R 45 ELL | 1ea | 1ea | 13.567ea | Net | 13.567ea | 13.57 |
| 28874 | 2 X 2 X 11/4 C X C X C TEE W 40104 | 4ea | 4ea | 157.680ea | 1.15 | 20.622ea | 82.49 |
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 160ft | 160ft | 2.616ft | Net | 2.616ft | 418.61 |
| 92937 | 1-1/4 X 10' TYPE L HARD COPPER TUBE | 120ft | 120ft | 3.611ft | Net | 3.611ft | 433.30 |
| 30580 | 1 1/4 C X C CPLG WITH STOP U 01055 | 10ea | 10ea | 20.530ea | 1.15 | 3.080ea | 30.80 |
| 30558 | 1 C X C CPLG WITH STOP W 01047 | 10ea | 10ea | 11.720ea | 1.15 | 1.758ea | 17.58 |

2020/08/17 12:47:08 PM   S2015876.1

*KADRI*

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 2618.53 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 173.48 |
| **Amount Due** | **2792.01** |

**Invoice is due by 09/16/20.**

All claims for shortage of excess must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

Case 1:23-0108-jmm  Doc 16-12  Filed 07/19/24  Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/19/20 | S2016139.001 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | Dan Marucci | |
|-------|----------------|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/19/20 | 08/19/20 |

```
****************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
****************************************************************
```

| 39476 | 4 X 3 STD C.S. WELD CONC | 2ea | 2ea | 24.231ea | Net | 24.231ea | 48.46 |
|-------|--------------------------|-----|-----|----------|-----|----------|-------|

12204AUG10 08:31:08 AM       81818139.1

*W;ll*

| | | | HJ | 6.625 | | | |
|--|--|--|----|-------|--|--|--|

| | Subtotal | 48.46 |
|--|----------|-------|
| | S&H CHGS | 0.00 |
| | Sales Tax | 3.21 |

**Invoice is due by 09/18/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 51.67 |
|------------|-------|

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/25/20 | S2016779.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/25/20 | 08/25/20 |

```
*********************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*********************************************************
```

| Item | Description | Qty | Qty | Price | | Unit | Amount |
|---|---|---|---|---|---|---|---|
| 16201 | 3 XH 1/16 NON A3B RING BASKET | 6ea | 6ea | 1.015ea | Net | 1.015ea | 6.09 |
| 33479 | 1 1/2 APOLLO #70-107-01 BRNZ THRD END BALL | 4ea | 4ea | 99.380ea | *.58 | 57.640ea | 230.56 |
| 15444 | 1 1/2 X 6 STD BLK STEEL NIPPLE | 4ea | 4ea | 5.863ea | Net | 5.863ea | 23.45 |
| 98028 | 5-3 X 1-1/4 3000# C/S THREADOLET | 4ea | 4ea | 25.750ea | *.35 | 9.013ea | 36.05 |
| 97667 | 36-4 X 1-1/4 3000# C/S THREADOLET | 2ea | 2ea | 25.750ea | *.35 | 9.013ea | 18.03 |
| 97665 | 36-1-1/2X3/4 3000# C/S THREADOLET | 2ea | 2ea | 13.940ea | *.35 | 4.879ea | 9.76 |
| 41365 | 3/8 DROP IN ANCHORS (50 BOX) (LIPPED) | 300ea | 300ea | 0.514ea | Net | 0.514ea | 154.29 |
| 41819 | 1/2 DROP IN ANCHORS (50 BOX) (LIPPED) | 100ea | 100ea | 0.843ea | Net | 0.843ea | 84.29 |
| 119862 | MILWAUKEE PARTS 48-00-5184 SUPER SAWZALL BL 18T 6"(METAL) | 2ea | 2ea | 10.000ea | Net | 10.000ea | 20.00 |
| 71811 | 3/8 PLTD TOP BEAM CLAMPS | 100ea | 100ea | 1.300ea | Net | 1.300ea | 130.00 |
| 43837 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 4ea | 4ea | 2.810ea | Net | 2.810ea | 11.24 |
| 61920 | 13/16 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 14G | 120ft | 120ft | 1.800ft | Net | 1.800ft | 216.00 |
| 32289 | 1 1/4 X 1 C X C CPLG WITH STOP W 01056 | 16ea | 16ea | 26.170ea | *.18 | 4.711ea | 75.37 |
| 32238 | 11/4X3/4 C X C CPLG WITH STOP W 01056 | 12ea | 12ea | 26.170ea | *.18 | 4.711ea | 56.53 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 36ea | 36ea | 11.720ea | *.18 | 2.110ea | 75.95 |
| 4796 | 3/4 FTG X C 90 ELL W801654 | 24ea | 24ea | 12.590ea | *.18 | 2.266ea | 54.39 |

# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 09/25/20 | S2016779.001 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/25/20 | 08/25/20 |

*Louie*

2020/09/25 05:54:33 PM    S2016779.1

| | | | Subtotal | 1202.00 |
|---|---|---|---|---|
| NJ | 6.625 | | S&H CHGS | 0.00 |
| | | | Sales Tax | 79.63 |

**Invoice is due by 09/24/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 1281.63 |
|---|---|

** Reprint ** Reprint ** Reprint **

Case 1:23-0100-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL
SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/26/20 | S2016964.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/26/20 | 08/26/20 |

```
*************************************************************
* If NOT stated *Lead Free* or *LF*, the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 3.875FT | Net | 3.875FT | 775.52 |
| S1810 | 1-1/2 X 10' TYPE K HARD COPPER TUBE | 50ft | 50ft | 6.218FT | Net | 6.218FT | 310.92 |
| 119885 | MILWAUKEE PARTS 49-56-0082 ICE HARDENEDTR HOLE SAW 1-1/2" | 1ea | 1ea | 8.133ea | Net | 8.133ea | 8.13 |
| 119906 | MILWAUKEE PARTS 49-56-7010 HOLE SAW SMALL ARBOR 3/8" SHANK | 1ea | 1ea | 10.733ea | Net | 10.733ea | 10.73 |
| 126160 | MILWAUKEE PARTS 49-56-7055 HOLE SAW ARBOR Q/C TWIST RELEASE (1-1/4" AND LARGER) | 2ea | 2ea | 14.964ea | Net | 14.964ea | 29.93 |
| 119909 | MILWAUKEE PARTS 49-56-8010 HOLE SAW THUMPERBOLTTR PILOT DRILL 7/4" x 3 1/2" | 4ea | 4ea | 2.900ea | Net | 2.900ea | 11.60 |
| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 50ea | 50ea | 2.342ea | Net | 2.342ea | 117.08 |
| 28874 | 2 X 2 X 11/6 C X C X C TEE W 60104 | 2ea | 2ea | 137.480ea | *.18 | 24.746ea | 49.49 |
| 14870 | 2 X 1 1/4 FTD X C BUSHING W C1359 | 4ea | 4ea | 70.120ea | *.18 | 12.622ea | 50.49 |
| 122032 | MILWAUKEE 48-39-0524 BAND SAW BLADES 18 TPI 2/PACK 10/28/08/26 04:04:33 PM  S2016964.) | 5ea | 5ea | 12.267ea | Net | 12.267ea | 61.33 |

*Louie*

**Invoice is due by 09/25/20.**

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 1425.22 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 94.42 |
| **Amount Due** | **1519.64** |

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges. Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

*# Reprint ## Reprint ## Reprint #*

# IDEAL
## SUPPLY C∘

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 08/27/20 | S2017062.001 |
|----------|--------------|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 manhattan west | | | Dan Marucci | |
|-------|------------------|---|---|-------------|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 08/27/20 | 08/27/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 28637 | 2 X 11/2 X 11/4 C X C X C TEE | 4ea | 4ea | 224.450ea | *.18 | 40.401ea | 161.60 |
| 26712 | 11/4 X 11/4 X 1 C X C X C TEE W 04069 | 12ea | 12ea | 71.490ea | *.18 | 12.868ea | 154.42 |
| 32505 | 11/2x11/4 C X C CPLG WITH STOP W 01064 | 12ea | 12ea | 43.370ea | *.18 | 7.807ea | 93.68 |
| 117759 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 15ea | 15ea | 38.663EA | Net | 38.663EA | 579.94 |
| 35735 | 1 LB CANS NEVERSEIZE NSBT-16 | 1ea | 1ea | 38.081EA | Net | 38.081EA | 38.08 |
| 134549 | 1 X 1429 PURPLE-BLUE MONSTER TEFLON TAPE EQUAL | 12ea | 8ea | 7.692ea | Net | 7.692ea | 61.54 |
| 119202 | 3/4 X 1429 PURPLE-BLUE MONSTER TEFLON TAPE EQUAL (27/BOX) | 12ea | 12ea | 4.752ea | Net | 4.752ea | 57.03 |
| 22148 | 1 1/4 C X C X C TEE W 04068 | 18ea | 18ea | 66.170ea | *.16 | 10.587ea | 190.57 |
| 14693 | 1 1/2 X 1 1/4 FTG X C BUSHING W 01350 | 12ea | 12ea | 37.240ea | *.16 | 5.958ea | 71.50 |
| 119885 | MILWAUKEE PART# 49-56-0082 ICE HARDENEDTH HOLE SAW 1-1/2" | 3ea | 2ea | 8.133ea | Net | 8.133ea | 16.27 |
| 119879 | MILWAUKEE PART# 49-56-0023 ICE HARDENEDTH HOLE SAW 3/4" | 2ea | 2ea | 7.333ea | Net | 7.333ea | 14.67 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 3.878FT | Net | 3.878FT | 775.52 |
| 109000 | 3/4 X 2-1/2 PLTD HEX HD CAP SCREW | 10ea | 10ea | 0.877ea | Net | 0.877ea | 8.77 |

*A Reprint ** Reprint ** Reprint **

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co.

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/27/20 | S2017062.001 |
| --- | --- |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 47304

2

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 manhattan west | | | Dan Marucci | |
| --- | --- | --- | --- | --- | --- |
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/27/20 | 08/27/20 |

2020/04/11 04:25:10 PM    S2017062.1

Lori?

|  |  | Subtotal | 2223.59 |
| --- | --- | --- | --- |
| NJ | 6.625 | S&B CHGS | 0.00 |
|  |  | Sales Tax | 147.31 |
|  |  | **Amount Due** | **2370.90** |

**Invoice is due by 09/26/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

**IDEAL**
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 08/31/20 | $2017387.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | I MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/31/20 | 08/31/20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | |
| | * If NOT stated "Lead Free" or "LF", the products listed may contain * | | | | | |
| | * lead and *CAN NOT* be used for potable/drinking water service. * | | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | |
| 32505 | 11/2X11/4 C X C CPLG WITH STOP W 01066 | 10ea | 10ea | 43.370ea | *.16 | 6.939ea | 69.39 |
| 425 | 1 1/2 C X C 90 ELL W 02065 | 16ea | 16ea | 49.430ea | *.16 | 7.909ea | 126.54 |
| 356 | 1 C X C 90 ELL W 01647 | 100ea | 100ea | 21.390ea | *.16 | 3.422ea | 342.24 |
| 38190 | 1 C X C 45 ELL W005044 | 24ea | 24ea | 30.390ea | *.16 | 4.862ea | 116.70 |
| 25975 | 1 X 1 X 3/4 C X C X C TEE W004049 | 24ea | 24ea | 49.090ea | *.16 | 7.854ea | 188.51 |
| 14343 | 1 X 3/4 FTG X C BUSHING W 01337 | 36ea | 36ea | 16.010ea | *.16 | 2.562ea | 92.22 |
| 32034 | 1 X 3/4 C X C CPLG WITH STOP W 01049 | 24ea | 24ea | 18.890ea | *.16 | 3.022ea | 72.56 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 60ea | 60ea | 11.720ea | *.16 | 1.875ea | 112.51 |
| 30426 | 1 1/2 C X C CPLG WITH STOP W 01063 | 16ea | 16ea | 27.130ea | *.16 | 4.341ea | 69.45 |
| 26667 | 11/4X 11/4 X 3/4 C X C X C TEE W 04070 | 24ea | 24ea | 71.490ea | *.16 | 11.438ea | 274.52 |
| 25755 | 1 X 3/4 X 3/4 C X C X C TEE W 04056 | 24ea | 24ea | 58.390ea | *.16 | 9.342ea | 224.22 |
| 30426 | 1 1/2 C X C CPLG WITH STOP W 01063 | 6ea | 6ea | 27.130ea | *.16 | 4.341ea | 26.04 |
| 38231 | 1 1/4 C X C 45 ELL W 05050 | 10ea | 10ea | 40.740ea | *.16 | 6.518ea | 65.18 |
| 26712 | 11/4 X 11/4 X 1 C X C X C TEE W 04069 | 20ea | 20ea | 71.490ea | *.16 | 11.438ea | 228.77 |
| 30295 | 3/4 C X C CPLG WITH STOP W001034 | 30ea | 30ea | 5.890ea | *.16 | 0.942ea | 28.27 |
| 43859 | 3/8 PLTD HVY HEX NUTS | 500ea | 500ea | 0.123ea | Net | 0.123ea | 61.54 |
| 28918 | 3/8 PLTD ROUND STEEL WASHER | 600ea | 600ea | 0.115ea | Net | 0.115ea | 69,22 |
| 35535 | 3/4 APOLLO #70-104-01 BRNZ THRD END BALL | 10ea | 10ea | 21.972ea | Net | 21.972ea | 219.72 |
| 61365 | 3/8 DROP IN ANCHORS (50 BOX) (LIPPED) | 4ea | 4ea | 0.554ea | Net | 0.554ea | 2,22 |
| 92837 | 1-1/4 X 10' TYPE L HARD COPPER TUBE | 50ft | 50ft | 4.054ft | net | 4.054ft | 202.72 |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 08/31/20 | S2017387.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

2

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 08/31/20 | 08/31/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22661 | 3/4 FTG X PIPS WROT ADAPTER W 01546 | 24ea | 24ea | 32.850ea | *.16 | 5.256ea | 126.14 |
| 27095 | 3/4 FTG X MIPS ADAPTER W 01446 | 24ea | 24ea | 45.750ea | *.16 | 7.320ea | 175.68 |
| 103848 | 3/4 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 2.971ft | Net | 2.971ft | 297.11 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 3.942FT | Net | 3.942FT | 394.22 |
| 103832 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 4.922FT | Net | 4.922FT | 492.22 |
| 51810 | 1-1/2 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 6.391FT | Net | 6.391FT | 639.11 |

2020/08/31 04:11:41 PM     S2017387.1

*Kada*

| | | NJ | 6.625 | | |
|---|---|---|---|---|---|

| | |
|---|---|
| Subtotal | 4717.01 |
| S&B CHGS | 0.00 |
| Sales Tax | 312.50 |
| **Amount Due** | **5029.51** |

**Invoice is due by 09/30/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376

| 08/31/20 | S2017399.001 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47948 | 1 manhattan west | | | Dan Marucci | |
|-------|-----------------|--|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/31/20 | 08/31/20 |

```
************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
************************************************************
```

| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 100ea | 100ea | 2.810ea | Net | 2.810ea | 281.00 |

2020/08/01 04:11:30 PM    S2017399.

*K.adh.*

| | | NJ | 6.625 | **Subtotal** | 281.00 |
|--|--|----|-------|--------------|--------|
| | | | | **S&H CHRGS** | 0.00 |
| | | | | **Sales Tax** | 18.62 |

**Invoice is due by 09/30/20.**

All claims for shortages or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% Late charge.

| **Amount Due** | 299.62 |
|----------------|--------|

** Reprint ** Reprint ** Reprint **

# IDEAL
**SUPPLY Co**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 09/02/20 | S2017659.001 |
|---|---|
| REMIT TO: THE IDEAL SUPPLY Co 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 09/02/20 | 09/02/20 |

```
**************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
**************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 2.710ft | Net | 2.710ft | 271.02 |
| 18130 | 4 STD C.S. WELD L/R 45 ELL | 4ea | 4ea | 23.354ea | Net | 23.354ea | 93.42 |
| 33972 | 2 150# BRL 45 ELL | 4ea | 4ea | 51.830ea | *.24 | 12.439ea | 49.76 |
| 129506 | 2 X 4 DIELECTRIC NIPPLE TXT | 4ea | 4ea | 13.567ea | Net | 13.567ea | 54.27 |
| | PART# INTT2040 FLOVTEK | | | | | | |
| 34610 | 2 STD BRASS CPLG | 4ea | 4ea | 31.414ea | Net | 31.414ea | 125.65 |
| 123592 | 4 BRAY 543/466 43-0400-466/L 300# | 2ea | 2ea | 339.429ea | Net | 339.429ea | 678.86 |
| | CS LUG B/F VALVE SS TRIM | | | | | | |
| | 16PCS-3/4 X 2-1/4 | | | | | | |
| 10783 | 4 300# F/S RF B/M FLG | 4ea | 4ea | 41.319ea | Net | 41.319ea | 165.28 |
| 139974 | 3/4 X 2-1/4 PLTD HEX HD CAP SCREW | 36ea | 36ea | 0.846ea | Net | 0.846ea | 30.45 |
| 103832 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 300ft | 300ft | 4.520FT | Net | 4.520FT | 1356.12 |
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 200ft | 200ft | 2.710ft | Net | 2.710ft | 542.04 |
| 103848 | 3/4 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 2.729ft | Net | 2.729ft | 545.71 |

20200902 04:34:46 PM    92017659.

*Louie*

**Invoice is due by 10/02/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges. Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 3912.58 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 259.21 |
| Amount Due | 4171.79 |

** Reprint ** Reprint ** Reprint **

# IDEAL
### SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600　Fax 201-333-7376**

| 09/03/20 | S2017747.001 |
|----------|--------------|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | HUDSON YARD | | | Dan Marucci | |
|-------|-------------|--|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 09/03/20 | 09/03/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | | |
|--------|------------------------------|-------|-------|----------|------|----------|--------|
| 71811 | 3/8 PLTD TOP BEAM CLAMPS | 200ea | 200ea | 1.200ea | Net | 1.200ea | 240.00 |
| 26316 | 11/4 X 3/4 X 3/4 C X C X C TEE W 04090 | 36ea | 36ea | 91.790ea | *.13 | 11.933ea | 429.58 |
| 14450 | 1 1/4 X 3/4 FTG X C BUSHING W 01345 | 24ea | 24ea | 28.610ea | *.13 | 3.719ea | 89.26 |
| 26667 | 11/4X 11/4 X 3/4 C X C X C TEE W 04070 | 36ea | 36ea | 71.490ea | *.13 | 9.294ea | 336.57 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 30ea | 30ea | 40.938ea | Net | 40.938ea | 1228.13 |
| 32238 | 11/4X3/4 C X C CPLG WITH STOP W 01058 | 24ea | 24ea | 26.170ea | *.13 | 3.402ea | 81.65 |
| 22148 | 1 1/4 C X C X C TEE W 04068 | 24ea | 24ea | 66.170ea | *.13 | 8.602ea | 206.45 |
| 26712 | 11/4 X 11/4 X 1 C X C X C TEE W 04069 | 18ea | 18ea | 71.490ea | *.13 | 9.294ea | 167.29 |
| 61365 | 3/8 DROP IN ANCHORS (50 BOX) (LIPPED) | 200ea | 200ea | 0.554ea | Net | 0.554ea | 110.77 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 300ft | 300ft | 3.658FT | Net | 3.658FT | 1097.32 |
| 103832 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 140ft | 140ft | 4.567FT | Net | 4.567FT | 639.38 |
| 51810 | 1-1/2 X 10' TYPE K HARD COPPER TUBE | 70ft | 70ft | 5.930FT | Net | 5.930FT | 415.09 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 30ea | 30ea | 11.720ea | *.13 | 1.524ea | 45.71 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 09/03/20 | S2017747.001 |
|----------|--------------|
| REMIT TO: THE IDEAL SUPPLY CO 445 Communipaw Avenue Jersey City NJ 07304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | HUDSON YARD | | | Dan Marucci | |
|-------|-------------|---|---|-------------|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 09/03/20 | 09/03/20 |

Locie

| | | Subtotal | 5085.20 |
|---|---|----------|---------|
| NJ | 6.625 | S&H CHGS | 0.00 |
| | | Sales Tax | 336.89 |

**Invoice is due by 10/03/20.**

| Amount Due | 5422.09 |
|------------|---------|

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 09/22/20 | S2019525.001 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 09/22/20 | 09/22/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| Item | Description | Qty | Ship | Price | | Net | Amount |
|---|---|---|---|---|---|---|---|
| 30380 | 1 1/4 C X C CPLG WITH STOP W 01055 | 40ea | 40ea | 20.530ea | *.10 | 2.053ea | 82.12 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 50ea | 50ea | 11.720ea | *.10 | 1.172ea | 58.60 |
| 117752 | WOLVERINE SILVALOY 15% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 2ea | 2ea | 96.965ea | Net | 96.965ea | 193.93 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 15ea | 15ea | 38.306EA | Net | 38.306EA | 574.59 |
| 5472 | 1 1/4 X 1 STD BRASS HEX BUSH | 4ea | 4ea | 9.238ea | Net | 9.238ea | 36.95 |
| 7828 | 1 X 2 STD BRASS NIPPLE | 4ea | 4ea | 3.647EA | Net | 3.647EA | 14.59 |
| 6831 | 3/4 X 2 STD BRASS NIPPLE | 4ea | 4ea | 2.524ea | Net | 2.524ea | 10.10 |
| 8676 | 11/4 X 2 STD BRASS NIPPLE | 100ea | 87ea | 3.675ea | Net | 3.675ea | 319.73 |
| 19712 | 1 1/4 STD BRASS TEE (stk standard ONLY you need XH here?) | 100ea | 22ea | 20.163ea | Net | 20.163ea | 443.58 |
| 5380 | 1 1/4 X 3/4 STD BRASS HEX BUSH | 4ea | 4ea | 9.238EA | Net | 9.238EA | 36.95 |
| 36958 | 3/4X3/4 MPT X MALE HOSE ADAPT | 12ea | 12ea | 2.148EA | Net | 2.148EA | 25.77 |
| 38436 | 3/4 HOSE WASHERS | 12ea | 12ea | 0.109EA | Net | 0.109EA | 1.31 |
| 13441 | 1 1/4 STD BRASS SQ HEAD PLUG CORED (40 pcs stk - bal 3 days) | 100ea | 44ea | 8.649ea | Net | 8.649ea | 380.55 |
| 25374 | 3/4 X 3/4 X 1/2 C X C X C TEE W804033 | 40ea | 40ea | 15.240ea | *.10 | 1.524ea | 60.96 |
| 25900 | 1 X 1 X 1/2 C X C X C TEE W804051 | 40ea | 40ea | 49.090ea | *.10 | 6.909ea | 196.36 |
| 26626 | 11/4X 11/4 X 1/2 C X C X C TEE | 40ea | 24ea | 71.490ea | *.10 | 7.149ea | 171.58 |
| 28390 | 2 X 11/4 X 11/4 C X C X C TEE | 2ea | 2ea | 224.570ea | *.10 | 22.457ea | 44.91 |
| 32752 | 2 X 1 1/2 C X C CPLG WITH STOP W 01073 | 2ea | 2ea | 67.010ea | *.10 | 6.701ea | 13.40 |
| 32289 | 1 1/4 X 1 C X C CPLG WITH STOP W | 2ea | 2ea | 26.170ea | *.10 | 2.617ea | 5.23 |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co.

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| 09/22/20 | S2019525.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 09/22/20 | 09/22/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 01056 | | | | | | |
| 27754 | 11/2X11/2 X 11/4 C X C K C TEE M | 8ea | 8ea | 75.920ea | ±.10 | 7.592ea | 60.74 |
| | 04085 | | | | | | |
| 75670 | t PT HERCULES MEGALOC 15-808 | 6ea | 6ea | 20.231ea | Net | 20.231ea | 121.38 |
| 119202 | 3/4 X 1429 PURPLE-BLUE MONSTER | 40ea | 40ea | 4.754ea | Net | 4.754ea | 190.15 |
| | TEFLON TAPE EQUAL (27/BOX) | | | | | | |
| 38013 | SPOOL QUICKNICK 1906004 | 20ea | 20ea | 1.231EA | Net | 1.231EA | 24.62 |
| | 25PERBAG. | | | | | | |
| 27048 | 1/2 FTG X MIPS ADAPTER M 01431 | 120ea | 920ea | 35.540ea | ±.10 | 3.554ea | 426.48 |
| 26881 | 3 300M BRASS COMP FLB | 6ea | 5ea | 310.346EA | Net | 310.346EA | 1551.73 |
| | (5 PCS STK - BAL 3-4 DAYS) | | | | | | |
| 12293 | 3 X 3 STD BRASS NIPPLE | 6ea | 6ea | 23.775ea | Net | 23.775ea | 142.65 |
| 26503 | 11/4 X 1 X 1 C X C X C TEE M 06074 | 6ea | 6ea | 91.790ea | ±.10 | 9.179ea | 55.07 |
| 35432 | t 1/4 APOLLO 77D-1D6-D1 BRONZ THRD | 8ea | 8ea | 77.830ea | ±.55 | 42.807ea | 342.45 |
| | END BALL | | | | | | |
| 8808 | 11/4 X 4 STD BRASS NIPPLE | 10ea | 10ea | 6.475ea | Net | 6.475ea | 64.75 |
| 120186 | 4 PLTD CLEVIS & SHIELD | 40ea | 40ea | 6.333ea | Net | 6.333ea | 253.33 |

2020/09/23 09:45:22 PM    11819505.

**Invoice is due by 10/22/20.**

All claims for shortage or errors must be made at once. Reserve require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 5904.56 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 391.18 |
| **Amount Due** | **6295.74** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 09/23/20 | S2019525.002 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 09/23/20 | 09/22/20 |

```
***********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
***********************************************************************
```

| 121589 | 3 STD BRASS 90 ELL - LEAD FREE | 4ea | 4ea | 138.522ea | Net | 138.522ea | 554.09 |
|---|---|---|---|---|---|---|---|
| | **** LEAD FREE **** | | | | | | |

**Invoice is due by 10/23/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 554.09 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 36.71 |
| **Amount Due** | **590.80** |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376**

**Invoice**

| 09/24/20 | S2019525.003 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|-------|----------------|---|---|-------------|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 09/24/20 | 09/22/20 |

```
************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3676 | 11/4 X 2 STD BRASS NIPPLE | 13ea | 13ea | 3.675ea | Net | 3.675ea | 47.78 |
| 19712 | 1 1/4 STD BRASS TEE | 78ea | 20ea | 20.163ea | Net | 20.163ea | 403.25 |
| | (stk standard ONLY you need 20 here?) | | | | | | |
| 13641 | 1 1/4 STD BRASS SQ HEAD PLUG CORED | 56ea | 56ea | 8.649ea | Net | 8.649ea | 484.34 |
| | (40 pcs stk - bal 3 days) | | | | | | |
| 26681 | 3 300# BRASS COMP FLG | 1ea | 1ea | 310.346EA | Net | 310.346EA | 310.35 |
| | (5 PCS STK - BAL 3-4 DAYS) | | | | | | |
| 13679 | 3 STD BRASS 90 ELL | 2ea | 2ea | 126.622ea | Net | 126.622ea | 253.24 |

10/03/2020 01:46:45 PM   S2019525

| | | | NJ | 6.625 |
|---|---|---|---|-------|

| | |
|---|---|
| Subtotal | 1498.96 |
| S&H CHGS | 0.00 |
| Sales Tax | 99.31 |
| Amount Due | 1598.27 |

**Invoice is due by 10/24/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges. Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

**Invoice**

# IDEAL
**SUPPLY CO**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 09/25/20 | S2019525.004 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 09/25/20 | 09/22/20 |

```
* ****************************************************************** *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.    *
* ****************************************************************** *
```

| 19712 | 1 1/4 STD BRASS TEE (stk standard ONLY you need XH here?) | 58ea | 58ea | 20.163ea | Net | 20.163ea | 1169.43 |
| 26624 | 11/4X 11/4 x 1/2 C X C X C TEE | 16ea | 15ea | 71.490ea | 9.10 | 7.149ea | 107.24 |

20200925 04:34:25 PM    S2019525.1

$20 VIS

| | | | | | Subtotal | 1276.67 |
|---|---|---|---|---|---|---|
| | | NJ | 6.625 | | S&H CHGS | 0.00 |
| | | | | | Sales Tax | 84.58 |

**Invoice is due by 10/25/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

| Amount Due | 1361.25 |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 09/25/20 | S2019880.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 09/25/20 | 09/25/20 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* If NOT stated "Lead Free" or "LF", the products listed may contain \*
\* lead and \*CAN NOT\* be used for potable/drinking water service.        \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 119862 | MILWAUKEE PART# 48-00-5184 SUPER SAWZALL BL 18T 6"(METAL) (5 PER PACK) | 2ea | 2ea | 10.000ea | Net | 10.000ea | 20.00 |
| 119873 | MILWAUKEE PART# 48-00-5189 SUPER SAWZALL BL 18T 12"(METAL) (5 PER PACK) | 2ea | 2ea | 14.733ea | Net | 14.733ea | 29.47 |
| 84257 | 7/8 OD CT CUSHION STRUT CLAMP | 120ea | 120ea | 1.650ea | Net | 1.650ea | 198.00 |
| 87843 | 1-1/8 OD CT CUSHION STRUT CLAMP | 100ea | 100ea | 1.904ea | Net | 1.904ea | 190.40 |
| 108103 | 1-3/8 OD CT CUSHION STRUT CLAMP | 100ea | 100ea | 2.280ea | Net | 2.280ea | 228.00 |
| 41675 | 2 CT COPPER STRUT CLAMPS | 100ea | 100ea | 2.131ea | Net | 2.131ea | 213.07 |
| 41676 | 2-1/2 CT COPPER STRUT CLAMPS | 40ea | 40ea | 2.975ea | Net | 2.974ea | 118.95 |
| 6890 | 1/2 X 1/4 STD BRASS HEX BUSH | 20ea | 20ea | 3.220ea | Net | 3.220ea | 64.40 |
| 27754 | 11/2X11/2 X 11/4 C X C X C TEE W 04085 | 12ea | 12ea | 75.920ea | R.11 | 8.351ea | 100.21 |
| 27544 | 11/2X11/4 X 11/4 C X C X C TEE W 04091 | 12ea | 12ea | 155.300ea | R.11 | 17.083ea | 205.00 |
| 26948 | 1 1/2 C X MIP9 ADAPTER W 01179 | 12ea | 12ea | 58.730ea | R.11 | 6.460ea | 77.52 |
| 36958 | 3/4X3/4 MPT X MALE HOSE ADAPT | 4ea | 4ea | 2.147EA | Net | 2.147EA | 8.59 |
| 38436 | 3/4 HOSE WASHERS | 4ea | 4ea | 0.109EA | Net | 0.109EA | 0.44 |
| 5903 | 1/2 X 3 STD BRASS NIPPLE | 8ea | 8ea | 2.502ea | Net | 2.502ea | 20.02 |

\*\* Reprint \*\* Reprint \*\* Reprint \*\*

# IDEAL
SUPPLY CO

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 09/25/20 | S2019880.001 |
|---|---|
| **REMIT TO:** | |
| THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 2 |

Bill To:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

Ship To:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 09/25/20 | 09/25/20 |

2020/09/25 04:24:47 PM        S2019880.1

$LOVIJ$

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| Subtotal | 1474.07 |
| S&H CHGS | 0.00 |
| Sales Tax | 97.66 |
| **Amount Due** | **1571.73** |

**Invoice is due by 10/25/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376

| 09/25/20 | S2019893.001 |
|---|---|
| **REMIT TO:** | |
| THE TEDER SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 47304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MAHATTAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Anthony Gagliostro | WC WILL CALL | | NET 30 DAYS | | 09/25/20 | 09/25/20 |

```
* ************************************************************** *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* ************************************************************** *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 100ft | 100ft | 2.860ft | Net | 2.860ft | 286.00 |
| 35432 | 1 1/4 APOLLO #70-106-01 BRNZ THRD END BALL | 18ea | 18ea | 77.830ea | *.56 | 43.585ea | 784.53 |
| 8808 | 11/4 X 5TP BRASS NIPPLE | 18ea | 18ea | 10.771ea | Net | 10.771ea | 193.87 |
| 35281 | 1/2 APOLLO #70-103-01 BRNZ THRD END BALL | 60ea | 60ea | 22.340EA | *.56 | 12.510EA | 750.62 |

2020/09/25 07:40:18 AM     S2019893.

| | | | Subtotal | 2015.02 |
|---|---|---|---|---|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 133.50 |
| | | | **Amount Due** | **2148.52** |

**Invoice is due by 10/25/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

*1 Reprint ** Reprint ** Reprint **

Case 1:23-0108-jmm  Doc 16-12  Filed 07/19/24  Entered 07/19/24 16:42:59

# IDEAL
### SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 09/25/20 | S2020037.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN ADD | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 09/25/20 | 09/25/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| Item | Description | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 10ea | 10ea | 4.279EA | Net | 4.279EA | | 42.79 |
| 13313 | 1/2 STD BRASS SQ HEAD PLUG COR | 60ea | 60ea | 3.067ea | Net | 3.067ea | | 184.00 |
| 13355 | 3/4 STD BRASS SQ HEAD PLUG COR | 20ea | 20ea | 3.858ea | Net | 3.858ea | | 77.16 |
| 13728 | 1 1/4 STD BRASS 90 ELL | 18ea | 18ea | 16.193ea | Net | 16.193ea | | 291.48 |
| 5380 | 1 1/4 X 3/4 STD BRASS HEX BUSH | 20ea | 20ea | 9.238EA | Net | 9.238EA | | 184.76 |
| 6793 | 3/4 X 11/2 STD BRASS NIPPLE | 20ea | 20ea | 2.137ea | Net | 2.137ea | | 42.73 |
| 8968 | 3/4 NPT X 3/4 HOSE APOLLO | 24ea | 24ea | 52.550ea | *.56 | 29.428ea | | 706.27 |
| | 70-904-HC BRZ BALL VLV THRD ENDS | | | | | | | |
| | W/CAP & | | | | | | | |

2020/09/15 04:34:17 PM    S2020037

*Louis*

| | | | NJ | 6.625 | | Subtotal | 1529.19 |
|---|---|---|---|---|---|---|---|
| | | | | | | S&H CHGS | 0.00 |
| | | | | | | Sales Tax | 101.31 |

**Invoice is due by 10/25/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 1630.50 |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 09/28/20 | S2020107.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | **1** |
| JERSEY CITY NJ 07304 | |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | manhattan west | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 09/28/20 | 09/28/20 |

```
************************************************************
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and "CAN NOT" be used for potable/drinking water service.      *
************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5137 | 3/8 X 4 STD BRASS NIPPLE | 1ea | 1ea | 3.061ea | Net | 3.061ea | 3.06 |
| 4937 | 1/2 X 3/8 STD BRASS HEX BUSH | 1ea | 1ea | 3.597ea | Net | 3.597ea | 3.60 |
| 5971 | 1/2 X 4 STD BRASS NIPPLE | 2ea | 2ea | 4.143EA | Net | 4.143EA | 8.29 |
| 5099 | 3/4 X 1/2 STD BRASS HEX BUSH | 1ea | 1ea | 4.529ea | Net | 4.529ea | 4.53 |
| 5064 | 3/4 X 3/8 STD BRASS HEX BUSH | 1ea | 1ea | 4.529ea | Net | 4.529ea | 4.53 |

2020/09/29 02:12:16 PM        S2020107

LOVIS

| | | | Subtotal | 24.01 |
|---|---|---|---|---|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 1.59 |

**Invoice is due by 10/28/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 25.60 |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 09/28/20 | S2020112.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 09/28/20 | 09/28/20 |

```
***********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
***********************************************************************
```

| 60842 | TRERICE GAUGE #600CB, 0-600PSI, 4-1/2" DIAL, 1/4" LM CONN | 6ea | 6ea | 29.837ea | Net | 29.837ea | 179.02 |
|---|---|---|---|---|---|---|---|

2019/09/26 01:12:34 PM        S2020112.001

*Lovis*

| | NJ | 6.625 | | **Subtotal** | 179.02 |
|---|---|---|---|---|---|
| | | | | **S&H CHGS** | 0.00 |
| | | | | **Sales Tax** | 11.86 |

**Invoice is due by 10/28/20.**

All claims for shortage or errors must be made at once. Returns require written
authorizations and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | **190.88** |
|---|---|

** Reprint ** Reprint ** Reprint **

Case 1-23-0108-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| 09/29/20 | S2020224.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | manhattan west | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 09/29/20 | 09/29/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 43859 | 3/8 PLTD HVY HEX NUTS | 700ea | 700ea | 0.123ea | Net | 0.123ea | 86.19 |
|---|---|---|---|---|---|---|---|
| 26918 | 3/8 PLTD ROUND STEEL WASHER | 700ea | 700ea | 0.115ea | Net | 0.115ea | 80.77 |
| 24908 | 1 1/4 C X MIPS ADAPTER W 03171 | 60ea | 60ea | 50.110ea | *.14 | 7.015ea | 420.92 |

20200929 09:57:23 PM      S2020224.1

*Louis*

**Invoice is due by 10/29/20.**

All claims for shortage or error must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 587.84 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 38.94 |
| **Amount Due** | **626.78** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| | |
|---|---|
| 09/29/20 | 32020328.001 |
| REMIT TO: | |
| THE IDEAL SUPPLY CO | 1 |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 09/29/20 | 09/29/20 | |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 59335 | TRE#ICE GAUGE #6208, 0-300PSI, 4-1/2" DIAL, 1/4 LH CONN 93 CASE | 3ea | 3ea | 16.764ea | Net | 16.764ea | 50.29 |
|---|---|---|---|---|---|---|---|
| 16542 | 1 1/4 STD BRASS STR 90 ELL | 1ea | 1ea | 26.941ea | Net | 26.941ea | 26.94 |

2020/04/29 03:24:26 PM          V201033A

*Louie*

**Invoice is due by 10/29/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.5% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 77.23 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 5.12 |
| **Amount Due** | **82.35** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 09/30/20 | S2020397.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | manhattan west | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 09/30/20 | 09/30/20 |

```
************************************************************
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.   *
************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17605 | 2 1/2 X 12 STD SLK STEEL NIPPL | 2ea | 2ea | 19.000ea | Net | 19.000ea | 38.00 |
| 40258 | F 3 X 21/2 STD C.S. WELD TEE | 1ea | 1ea | 21.833ea | Net | 21.833ea | 21.83 |
| 38476 | 3 X 21/2 STD C.S. WELD CONC | 1ea | 1ea | 17.761ea | Net | 17.761ea | 17.76 |
| 390 | 1 1/4 C X C 90 ELL W 02084 | 150ea | 150ea | 31.700ea | *.09 | 2.853ea | 427.95 |
| 356 | 1 C X C 90 ELL W 01647 | 100ea | 100ea | 21.390ea | *.09 | 1.925ea | 192.51 |
| 35432 | 1 1/4 APOLLO #70-106-01 BRNZ THRD END BALL | 24ea | 24ea | 77.830ea | *.56 | 43.585ea | 1046.04 |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 24ea | 24ea | 4.529EA | Net | 4.529EA | 108.69 |
| 14643 | 1 1/2 X 1 FTG X C BUSHING W 01351 | 24ea | 24ea | 37.240ea | *.09 | 3.352ea | 80.44 |
| 16122 | 3/4 X 1/2 FTG X C BUSHING W001326 | 36ea | 36ea | 10.230ea | *.09 | 0.921ea | 33.15 |
| 27095 | 3/4 FTG X MIPS ADAPTER W 01446 | 48ea | 48ea | 45.750ea | *.09 | 4.118ea | 197.64 |
| 22661 | 3/4 FTG X FIPS WROT ADAPTER W 01546 | 48ea | 48ea | 32.850ea | *.09 | 2.957ea | 141.91 |
| 103846 | 1/2 X 10' TYPE K HARD COPPER TUBE | 20ft | 20ft | 1.664FT | Net | 1.664FT | 33.29 |
| 6831 | 3/4 X 2 STD BRASS NIPPLE | 24ea | 24ea | 2.673ea | Net | 2.673ea | 64.15 |
| 8830 | 11/4 X 41/2 STD BRASS NIPPLE | 20ea | 20ea | 9.506ea | Net | 9.506ea | 190.12 |
| 27048 | 1/2 FTG X MIPS ADAPTER W 01431 | 24ea | 24ea | 35.540ea | *.09 | 3.199ea | 76.77 |
| 24799 | 1/2 C X MIPS ADAPTER W801131 | 16ea | 16ea | 8.160ea | *.09 | 0.734ea | 11.75 |

2020/09/30 09:12:55 PM        S2020397.1

. LOVIS

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| Subtotal | 2682.00 |
| S&H CHGS | 0.00 |
| Sales Tax | 177.68 |
| **Amount Due** | **2859.68** |

**Invoice is due by 10/30/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 09/30/20 | S2020397.002 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | manhattan west | | | Dan Marucci | |
|-------|----------------|---|---|-------------|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 09/30/20 | 09/30/20 |

```
***************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
***************************************************************
```

| 121676 | 2-1/2 STD BRASS COUPLING - LEAD FREE **** LEAD FREE **** | 2ea | 2ea | 87.253ea | Net | 87.253ea | 174.51 |
|--------|---------|-----|-----|----------|-----|----------|--------|
| 34610 | 2 STD BRASS CPLG | 2ea | 2ea | 35.095ea | Net | 35.095ea | 70.19 |

20200930 09:44:12 PM    S2020397.002

_LOVIS_

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 244.70 |
|----------|--------|
| S&H CHGS | 0.00 |
| Sales Tax | 16.21 |
| **Amount Due** | **260.91** |

**Invoice is due by 10/30/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 09/30/20 | S2020542.001 |
|----------|--------------|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|-------|------------------|---|---|-------------|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 09/30/20 | 09/30/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 200ea | 200ea | 1.756ea | Net | 1.756ea | 351.25 |
|-------|---|---|---|---|---|---|---|
| 26918 | 3/8 PLTD ROUND STEEL WASHER | 500ea | 500ea | 0.107ea | Net | 0.107ea | 53.57 |
| 41365 | 3/8 DROP IN ANCHORS (50 BOX) (LIPPED) | 250ea | 250ea | 0.514ea | Net | 0.514ea | 128.57 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 120ft | 120ft | 1.682ft | Net | 1.682ft | 201.88 |
| 120184 | 4 PLTD CLEVIS & SHIELD (45 pcs sqtk) | 60ea | 45ea | 5.819ea | Net | 5.819ea | 261.84 |
| 71811 | 3/8 PLTD TOP BEAM CLAMPS | 200ea | 200ea | 1.200ea | Net | 1.200ea | 240.00 |
| 26468 | 11/4 X 1 X 3/4 C X C X C TEE W 04075 | 24ea | 18ea | 90.030ea | *.11 | 9.903ea | 178.26 |
| 26092 | 1 1/4 X 1 C X MIPS ADAPTER (22 PCS ONLY) | 40ea | 22ea | 76.310ea | *.11 | 8.394ea | 184.67 |
| 13955 | 1 1/4 X 2 STD BLK STEEL NIPPLE | 40ea | 40ea | 2.820ea | Net | 2.820ea | 112.80 |
| 35553 | 2 C X C CPLG WITHOUT STOP W 01909 | 2ea | 2ea | 57.560ea | *.18 | 10.361ea | 20.72 |

28/09/2020 07:51:26 PM    S2020542.1

**Invoice is due by 10/30/20.**

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 1733.56 |
|----------|---------|
| S&H CHGS | 0.00 |
| Sales Tax | 114.85 |
| **Amount Due** | **1848.41** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% Late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 10/01/20 | S2020037.002 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN ADD | | | Dan Marucci | |
|-------|---------------|--|--|-------------|--|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 10/01/20 | 09/25/20 |

```
***********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
***********************************************************************
```

| 8676 | 11/4 X 2 STD BRASS NIPPLE | 18ea | 18ea | 3.676ea | Kec | 3.676ea | 66.17 |
|------|---------------------------|------|------|---------|-----|---------|-------|

2020/10/01 07:40:26 PM        S2020037.1

**Invoice is due by 10/31/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|--|----|-------|

| Subtotal | 66.17 |
|----------|-------|
| S&H CHGS | 0.00 |
| Sales Tax | 4.38 |
| **Amount Due** | **70.55** |

** Reprint ** Reprint ** Reprint **

**IDEAL**
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 10/01/20 | S2020570.001 |
|---|---|
| REMIT TO: THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | Dan Marucci | |
|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 10/01/20 | 10/01/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 300ft | 300ft | 3.857FT | Net | 3.857FT | 1156.96 |
|---|---|---|---|---|---|---|---|
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 50ea | 50ea | 11.720ea | *.11 | 1.289ea | 64.46 |
| 320 | 3/4 C X C 90 ELL W001634 | 200ea | 200ea | 8.720EA | *.11 | 0.959EA | 191.84 |
| 34499 | 3/8 ELECTRO-GALV STEEL ROD COUPLINGS | 50ea | 50ea | 1.172ea | Net | 1.172ea | 58.60 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 50ft | 50ft | 1.682ft | Net | 1.682ft | 84.12 |
| 30295 | 3/4 C X C CPLG WITH STOP W001034 | 50ea | 50ea | 5.890ea | *.11 | 0.648ea | 32.40 |
| 356 | 1 C X C 90 ELL W 01647 | 100ea | 100ea | 21.390ea | *.11 | 2.353ea | 235.29 |
| 4841 | 1 FTG X C 90 ELL W802344 | 24ea | 24ea | 52.230ea | *.11 | 3.545ea | 85.09 |
| 25795 | 1 X 3/4 X 3/4 C X C X C TEE W 04056 | 30ea | 30ea | 58.390ea | *.11 | 6.423ea | 192.69 |
| 25793 | 1 X 3/4 X 1 C X C X C TEE W 04055 | 36ea | 36ea | 58.390ea | *.11 | 6.423ea | 231.22 |
| 25955 | 1 X 1 1/4 C X C REPS ADAPTER W 01162 | 26ea | 26ea | 75.060ea | *.11 | 8.257ea | 214.67 |
| 25900 | 1 X 1 X 1/2 C X C X C TEE W804051 | 30ea | 30ea | 49.090ea | *.11 | 5.400ea | 162.00 |

10/01/1041 09:20:20 PM        93292470

*Louis*

| | NJ | 6.625 | | Subtotal | 2709.34 |
|---|---|---|---|---|---|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 179.49 |

**Invoice is due by 10/31/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 2888.83 |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 10/02/20 | S2020702.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/02/20 | 10/02/20 |

```
*******************************************************************
* IF NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.  *
*******************************************************************
```

| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD | 20ea | 2Dea | 38.529EA | Nec | 38.529EA | 770.59 |
|---|---|---|---|---|---|---|---|
| | .050 X .125 X 28 STICKS PER TUBE | | | | | | |

2020/10/02 07:41:46 PM   S2020702.1

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 770.59 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 51.05 |
| **Amount Due** | **821.64** |

**Invoice is due by 11/01/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 10/05/20 | 92020542.002 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 10/05/20 | 09/30/20 |

```
************************************************************************
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
************************************************************************
```

| 120184 | 4 PLTD CLEVIS & SHIELD<br>(45 pcs sgtk) | 15ea | 15ea | 5.819ea | Net | 5.819ea | 87.28 |
|---|---|---|---|---|---|---|---|
| 26092 | 1 1/4 X 1 C X MIPS ADAPTER<br>(22 PCS ONLY) | 18ea | 10ea | 76.310ea | 2.11 | 8.394ea | 83.94 |

20201005 08:24:44 AM     92020542.?

$Louis$

Invoice is due by 11/04/20.

All claims for shortage or errors must be made at once  Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | HJ | 6.625 |
|---|---|---|

| Subtotal | 171.22 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 11.34 |
| Amount Due | 182.56 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 10/05/20 | S2020850.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | manhattan west | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/05/20 | 10/05/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59335 | TRERICE GAUGE #620B, 0-300PSI, 4-1/2" DIAL, 1/4 LM CONN 93 CASE | 6ea | 6ea | 16.764ea | Net | 16.764ea | 100.59 |
| 4890 | 1/2 X 1/4 STD BRASS HEX BUSH | 8ea | 8ea | 3.597ea | Net | 3.597ea | 28.78 |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 8ea | 8ea | 4.529EA | Net | 4.529EA | 36.23 |
| 36958 | 3/4X3/4 MPT X MALE HOSE ADAPT | 2ea | 2ea | 2.147EA | Net | 2.147EA | 4.29 |

20201005 04:30:49 PM          93000800

*Louis*

**Invoice is due by 11/04/20.**

All claims for shortage or credit must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | | |
|---|---|---|---|
| | | NJ | 6.625 |

| | |
|---|---|
| Subtotal | 169.89 |
| S&H CHGS | 0.00 |
| Sales Tax | 11.26 |
| **Amount Due** | **181.15** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 10/06/20 | S2021030.001 |
| --- | --- |
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | **1** |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
| --- | --- | --- | --- | --- | --- |
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/06/20 | 10/06/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and "CAN NOT" be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 59335 | TRERICE GAUGE B620B, 0-300PSI, 4-1/2" DIAL, 1/4 LM CONN ST CASE | 3ea | 3ea | 16.764ea | Net | 16.764ea | 50.29 |
| --- | --- | --- | --- | --- | --- | --- | --- |

2020/10/06 06:17:26 AM          S2021030.1

*Louis*

| | NJ | 4.625 |
| --- | --- | --- |

| | Subtotal | 50.29 |
| --- | --- | --- |
| | S&H CHGS | 0.00 |
| | Sales Tax | 3.33 |
| | **Amount Due** | **53.62** |

**Invoice is due by 11/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

| 10/07/20 | S2021219.001 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600   Fax 201-333-7376**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | HUDSON YARD | | | Dan Marucci | |
|-------|-------------|---|---|-------------|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/07/20 | 10/07/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5099 | 3/4 X 1/2 STD BRASS HEX BUSH | 16ea | 16ea | 4.529ea | Net | 4.529ea | 72.46 |
| 4937 | 1/2 X 3/8 STD BRASS HEX BUSH | 4ea | 4ea | 3.597ea | Net | 3.597ea | 14.39 |
| 32289 | 1 1/4 X 1 C X C CPLG WITH STOP W 04056 | 18ea | 18ea | 28.450ea | *.15 | 4.268ea | 76.82 |
| 8739 | 11/4 X 3 STD BRASS NIPPLE | 18ea | 18ea | 8.178EA | Net | 8.178EA | 147.20 |

2020/10/07 04:22:16 PM       S2021219.1

| | | |
|---|---|---|
| | NJ | 6.625 |

| | |
|---|---|
| Subtotal | 310.87 |
| S&H CHGS | 0.00 |
| Sales Tax | 20.60 |
| **Amount Due** | **331.47** |

## Invoice is due by 11/06/20.

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 10/09/20 | S2020542.003 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 10/09/20 | 09/30/20 |

```
* ****************************************************** *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* ****************************************************** *
```

| 26468 | 11/4 X 1 X 3/4 C X C X C TEE W 04075 | 6ea | 6ea | 90.030ea | ±.11 | 9.903ea | 59.42 |
|---|---|---|---|---|---|---|---|

2020/10/14 09:01:20 AM          S2020542.3

*Louie*

| | | NJ | 6.625 | Subtotal | 59.42 |
|---|---|---|---|---|---|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 3.94 |
| | | | | **Amount Due** | **63.36** |

**Invoice is due by 11/08/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 10/21/20 | S2022684.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | HUDSON YARD | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/21/20 | 10/21/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51810 | 1-1/2 X 10' TYPE K HARD COPPER TUBE | 160ft | 160ft | 5.869FT | Net | 5.869FT | 939.10 |
| 22194 | 1 1/2 C X C X C TEE N 04084 | 8ea | 8ea | 108.680ea | *.11 | 11.955ea | 95.64 |
| 30426 | 1 1/2 C X C CPLG WITH STOP N 01063 | 14ea | 14ea | 29.490ea | *.11 | 3.244ea | 45.41 |
| 43859 | 5/8 PLTD HVY HEX NUTS | 600ea | 600ea | 0.107ea | Net | 0.107ea | 64.00 |
| 28918 | 5/8 PLTD ROUND STEEL WASHER | 600ea | 600ea | 0.100ea | Net | 0.100ea | 60.00 |
| 92656 | 1 X 10' TYPE L HARD COPPER TUBE | 300ft | 300ft | 2.710ft | Net | 2.710ft | 813.06 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 300ft | 300ft | 3.620FT | Net | 3.620FT | 1086.12 |
| 35335 | 3/4 APOLLO 170-104-01 BRNZ THRD END BALL | 20ea | 20ea | 36.890ea | *.56 | 20.636ea | 412.72 |
| 35387 | 1 APOLLO 170-105-01 BRNZ THRD END BALL | 20ea | 20ea | 46.380ea | *.56 | 25.973ea | 519.46 |
| 27715 | 11/2 X 11/2 X 1 C X C X C TEE N 04086 | 6ea | 6ea | 82.520ea | *.11 | 9.077ea | 54.46 |
| 425 | 1 1/2 C X C 90 ELL N 02085 | 12ea | 12ea | 53.370ea | *.11 | 5.871ea | 70.45 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 20ea | 20ea | 34.118EA | Net | 34.118EA | 682.35 |
| 16629 | 2 X 12 STD BLK STEEL NIPPLE | 2ea | 2ea | 15.918ea | Net | 15.918ea | 31.84 |
| 5093 | 2 150# BWI CPLG | 6ea | 6ea | 38.280ea | *.25 | 9.570ea | 57.42 |
| 5128 | 2 150# BKL CPLG | 2ea | 2ea | 105.650ea | *.25 | 26.413ea | 52.83 |
| 129506 | 2 X 4 DIELECTRIC NIPPLE TXT PARTS DNTT2040 FLOWTEK | 6ea | 6ea | 16.280ea | Net | 16.280ea | 97.68 |
| 25023 | 2 1/2 C X M NIPS ADAPTER N 07196 | 2ea | 2ea | 377.770ea | *.13 | 49.110ea | 98.22 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376

| 10/21/20 | S2022684.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 2 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | HUDSON YARD | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/21/20 | 10/21/20 |

2020/18/21 06:11:27 PM    S2022684.1

LOUEY

| | | | NJ | 6.625 | | Subtotal | 5180.76 |
|---|---|---|---|---|---|---|---|
| | | | | | | S&H CHGS | 0.00 |
| | | | | | | Sales Tax | 343.23 |

**Invoice is due by 11/20/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | **$523.99** |
|---|---|

** Reprint ** Reprint ** Reprint **



# IDEAL SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 10/22/20 | S2022974.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 17704

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/22/20 | 10/22/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35281 | 1/2 APOLLO #70-103-01 BRNZ THRD END BALL | 24ea | 24ea | 22.340EA | *.55 | 12.287EA | 294.89 |
| 27095 | 3/4 FTG X MIPS ADAPTER W 01446 | 30ea | 30ea | 49.730ea | *.11 | 5.470ea | 164.11 |
| 27043 | 1/2 FTG X MIPS ADAPTER W 01431 | 24ea | 24ea | 38.630ea | *.11 | 4.249ea | 101.98 |
| 22057 | 3/4 C X C X C TEE W004081 | 36ea | 36ea | 17.400ea | *.11 | 1.914ea | 68.90 |
| 13649 | 3/4 STD BRASS 90 ELL | 12ea | 12ea | 6.526EA | Net | 6.526EA | 78.31 |
| 12204 | 3/4 X 5 STD BLK STEEL NIPPLE | 8ea | 8ea | 2.291ea | Net | 2.291ea | 18.33 |
| 35335 | 3/4 APOLLO #70-104-01 BRNZ THRD END BALL | 24ea | 24ea | 36.850ea | *.55 | 20.268ea | 486.42 |

2020/10/21 08:4426 MM   93022674.)

*Louie*

**Invoice is due by 11/21/20.**

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 1212.94 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 80.36 |
| **Amount Due** | **1293.30** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| 10/26/20 | S2023257.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/26/20 | 10/26/20 |

* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service. *

| | | | | | | |
|---|---|---|---|---|---|---|
| 16629 | 2 X 12 STD BLK STEEL NIPPLE | 2ea | 2ea | 16.854ea | Net | 16.854ea | 33.71 |
| 5093 | 2 150# BWI CPLG | 6ea | 6ea | 38.280ea | *.24 | 9.187ea | 55.12 |
| 32978 | 2 TXT BXELECTRIC CLEARFLOW NIPPLE (#19175F) | 6ea | 6ea | 34.615ea | Net | 34.615ea | 207.69 |
| 42051 | 2 1/2 BXELECTRIC TXT CLEARFLOW NIPPLE (#19180F) | 2ea | 2ea | 129.000ea | *.3852 | 49.691ea | 99.38 |
| 25023 | 2 1/2 C X MIPS ADAPTER W 01196 | 2ea | 2ea | 377.770ea | *.15 | 56.666ea | 113.33 |
| 10717 | 3 300# F/S RF W/M FLG | 10ea | 10ea | 27.961ea | Net | 27.961ea | 279.61 |
| 18030 | 3 STD C.S. WELD L/R 45 ELL | 3ea | 3ea | 14.415ea | Net | 14.415ea | 43.25 |
| 38643 | 3 X 2 STD C.S. WELD CONC | 4ea | 4ea | 20.273ea | Net | 20.273ea | 81.09 |
| 98028 | 5-3 X 1-1/2 3000# C/S THREADOLET | 2ea | 2ea | 25.750ea | *.35 | 9.013ea | 18.03 |
| 97666 | 36-3 X 1 3000# C/S THREADOLET | 8ea | 8ea | 16.240ea | *.35 | 5.684ea | 45.47 |
| 12056 | 6-5 X 3 3000# C/S THREADOLET | 3ea | 3ea | 119.240ea | *.35 | 41.734ea | 125.20 |
| 15444 | 1 1/2 X 6 STD BLK STEEL NIPPLE | 2ea | 2ea | 6.252ea | Net | 6.252ea | 12.50 |
| 49580 | 1 SETS STD BLK NIPPS CL/6 (BOXED) | 1ea | 1ea | 44.053ea | Net | 44.053ea | 44.05 |
| 49578 | 5/4 SETS STD BLK NIPPS CL/6 (BOXED) | 1ea | 1ea | 32.749ea | Net | 32.749ea | 32.75 |
| 16542 | 1 1/4 STD BRASS 8TR 90 ELL | 1ea | 1ea | 26.941ea | Net | 26.941ea | 26.94 |
| 123598 | 3 BRAY 943/466 43-0300-466/GHN 300# EB LUG B/F VALVE 95 TRIM W/GEAR 8"HANDWHEEL | 2ea | 2ea | 431.250ea | Net | 431.250ea | 862.50 |
| 79850 | 5/4 X 2 STD PLTD HEX HD CAP SCREWS | 16ea | 16ea | 1.060ea | Net | 1.060ea | 16.96 |
| 35432 | 1 1/4 APOLLO #70-106-01 BRNZ THRD END BALL | 20ea | 20ea | 77.850ea | *.56 | 43.585ea | 871.70 |
| 6676 | 11/4 K 2 STD BRASS NIPPLE | 20ea | 20ea | 5.730ea | Net | 5.730ea | 116.60 |
| 120184 | 6 PLTD CLEVIS & SHIELD | 40ea | 40ea | 8.147ea | Net | 8.147ea | 325.87 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 10/26/20 | S2023257.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 10/26/20 | 10/26/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 180ft | 180ft | 3.1111c | Net | 3.1111c | 560.05 |
| 30338 | 1 C X C CPLG WITH STOP W 01047 | 20ea | 20ea | 12.740ea | R.15 | 1.911ea | 38.22 |
| 22103 | 1 C X C X C TEE W604048 | 20ea | 20ea | 52.160ea | R.15 | 7.524ea | 150.48 |

2020/10/26 04:40:13 PM          S2023257.1

_Louie_

| | | | |
|---|---|---|---|
| | NJ | 6.625 | |

| | |
|---|---|
| Subtotal | 4164.50 |
| S&H CHGS | 0.00 |
| Sales Tax | 275.90 |
| **Amount Due** | **4440.40** |

**Invoice is due by 11/25/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co.

**Invoice**

| 10/26/20 | S2023437.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 10/26/20 | 10/26/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 53811 | 2 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 10.099FT | Net | 10.099FT | 1009.89 |
| 53810 | 1-1/2 X 10' TYPE K HARD COPPER TUBE | 100ft | 100ft | 6.658FT | Net | 6.658FT | 665.78 |
| 103532 | 1-1/4 X 10' TYPE K HARD COPPER TUBE | 30ft | 30ft | 5.129FT | Net | 5.129FT | 153.87 |
| 103849 | 1 X 10' TYPE K HARD COPPER TUBE | 40ft | 40ft | 4.106FT | Net | 4.106FT | 164.22 |
| 103868 | 3/4 X 10' TYPE K HARD COPPER TUBE | 50ft | 50ft | 3.096ft | Net | 3.096ft | 154.72 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 126 | 90ft | 90ft | 2.860ft | Net | 2.860ft | 257.40 |

2020/10/28 00:12:06 PM       S2023437.

*Louie*

| | NJ | 8.625 |
|---|---|---|

| Subtotal | 2405.88 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 159.39 |
| **Amount Due** | **2565.27** |

**Invoice is due by 11/25/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 10/28/20 | S2023569.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | **1** |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | 14th fl cooling | Dan Marucci | | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/28/20 | 10/28/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35335 | 3/4 APOLLO 870-104-01 BRNZ THRD END BALL | 3ea | 3ea | 36.850ea | *.56 | 20.636ea | 61.91 |
| 5099 | 3/4 X 1/2 STD BRASS HEX BUSH | 1ea | 1ea | 4.529ea | Net | 4.529ea | 4.53 |
| 24841 | 3/4 C I MIPS ADAPTER WB01146 | 4ea | 4ea | 14.830ea | *.15 | 2.225ea | 8.90 |
| 19615 | 3/4 STD BRASS TEE | 4ea | 4ea | 8.145ea | Net | 8.145ea | 32.58 |
| 5099 | 3/4 X 1/2 STD BRASS HEX BUSH | 6ea | 6ea | 4.529ea | Net | 4.529ea | 27.17 |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 2ea | 2ea | 4.529EA | Net | 4.529EA | 9.06 |
| 45162 | 1/2 TEST PLUG BM-78-02-1/2 | 2ea | 2ea | 3.876ea | Net | 3.876ea | 7.75 |
| 20588 | 3/4 N59-004-02 COMBRACO BRZ SCRD Y STRAINER W/1/2BD | 1ea | 1ea | 25.840EA | Net | 25.840EA | 25.84 |
| 35281 | 1/2 APOLLO 870-103-01 BRNZ THRD END BALL | 1ea | 1ea | 22.340EA | *.56 | 12.510EA | 12.51 |
| 13313 | 1/2 STD BRASS SQ HEAD PLUG COR | 1ea | 1ea | 3.246ea | Net | 3.246ea | 3.25 |
| 1842 | 3/4 300# F/S SCRD TEE | 4ea | 4ea | 46.070ea | *.20 | 9.214ea | 36.86 |
| 31764 | 3/4 X 1/2 C K C CPLG WITH STOP WB01036 | 2ea | 2ea | 11.300ea | *.15 | 1.695ea | 3.39 |
| 5971 | 1/2 X 4 STD BRASS NIPPLE | 50ea | 50ea | 3.657EA | Net | 3.657EA | 182.82 |
| 41550 | SETS 3/4 STD BRASS NIPPLES CL/6 | 4ea | 4ea | 46.012ea | Net | 46.012ea | 184.05 |
| | *************** Kit Components *************** | | | | | | |
| | * 1 - 3/4 X CL STD BRASS NIPPLE | ‡ | | | | | |
| | * 1 - 3/4 X 1½ STD BRASS NIPPLE | ‡ | | | | | |
| | * 1 - 3/4 X 2 STD BRASS NIPPLE | ‡ | | | | | |
| | * 1 - 3/4 X 2½ STD BRASS NIPPLE | ‡ | | | | | |
| | * 1 - 3/4 X 3 STD BRASS NIPPLE | ‡ | | | | | |
| | * 1 - 3/4 X 3½ STD BRASS NIPPLE | ‡ | | | | | |
| | * 1 - 3/4 X 4 STD BRASS NIPPLE | ‡ | | | | | |

** Reprint ** Reprint ** Reprint **


# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

# Invoice

| 10/28/20 | S2023569.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

2

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | 14th fl cooling | Dan Marucci |
|---|---|---|---|

| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 10/28/20 | 10/28/20 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | * 1 - 3/4 X 41/2 STD BRASS NIPPLE | * | | | | |
| | * 1 - 3/4 X 5 STD BRASS NIPPLE | * | | | | |
| | * 1 - 3/4 X 51/2 STD BRASS NIPPLE | * | | | | |
| | * 1 - 3/4 X 6 STD BRASS NIPPLE | * | | | | |
| | ******************************** | | | | | |
| 84256 | 1-5/8 OD CT CUSHION STRUT CLAMP | 100ea | 100ea | 3.077ea | Net | 3.077ea | 307.69 |
| 94485 | 2-1/8 OD CT CUSHION STRUT CLAMP | 100ea | 100ea | 4.615ea | Net | 4.615ea | 461.54 |
| 119202 | 3/4 X 1429 PURPLE-BLUE MONSTER TEFLON TAPE 6GWL (27/BOX) | 12ea | 12ea | 4.752ea | Net | 4.752ea | 57.03 |
| 64805 | 1 PT PRO-DOPE PIPE JOINT COMPOUND 15-427 | 1ea | 1ea | 11.000ea | Net | 11.000ea | 11.00 |

2020/10/28 00:54:21 AM    S2023569

Louie

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 1437.88 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 95.26 |

**Invoice is due by 11/27/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges. Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | **1533.14** |
|---|---|

** Reprint ** Reprint ** Reprint **

**IDEAL**
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 10/29/20 | S2023840.001 |
|----------|-------------|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 manhattan west | | | | Dan Marucci | |
|-------|------------------|---|---|---|-------------|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 10/29/20 | 10/29/20 |

```
* ******************************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* ******************************************************************************
```

| | | | | | | | |
|-------|---------------------------------|------|------|---------|------|---------|---------|
| 24841 | 3/4 C X MIPS ADAPTER W801146 | 60ea | 40ea | 16.830ea | *.12 | 1.780ea | 71.18 |
| 27095 | 3/4 FTG X MIPS ADAPTER W 01446 | 60ea | 60ea | 49.730ea | *.12 | 5.968ea | 358.06 |
| 35335 | 3/4 APOLLO J70-104-01 BRNZ THRD END BALL | 60ea | 60ea | 36.850ea | *.55 | 20.268ea | 1216.05 |
| 13355 | 3/4 STD BRASS SQ HEAD PLUG COR | 60ea | 60ea | 4.085ea | Net | 4.085ea | 245.08 |
| 27048 | 1/2 FTG X MIPS ADAPTER W 01431 | 60ea | 60ea | 38.630ea | *.12 | 4.636ea | 278.14 |
| 35281 | 1/2 APOLLO J70-103-01 BRNZ THRD END BALL | 60ea | 60ea | 22.340EA | *.55 | 12.287EA | 737.22 |
| 25371 | 3/4 X 3/4 X 1/2 C X C X C TEE W804033 | 48ea | 48ea | 16.570ea | *.12 | 1.988ea | 95.44 |
| 22057 | 3/4 C X C X C TEE W804031 | 48ea | 48ea | 17.400ea | *.12 | 2.088ea | 100.22 |
| 13313 | 1/2 STD BRASS SQ HEAD PLUG COR | 60ea | 60ea | 3.247ea | Net | 3.247ea | 194.82 |
| 25975 | 1 X 1 X 3/4 C X C X C TEE W804049 | 48ea | 48ea | 53.360ea | *.12 | 6.403ea | 307.35 |
| 25900 | 1 X 1 X 1/2 C X C X C TEE W804051 | 48ea | 48ea | 53.360ea | *.12 | 6.403ea | 307.35 |
| 25371 | 3/4 X 3/4 X 1/2 C X C X C TEE W804033 | 48ea | 48ea | 16.570ea | *.12 | 1.988ea | 95.44 |
| 31764 | 3/4 X 1/2 C X C CPLG WITH STOP W804036 | 48ea | 48ea | 11.300ea | *.12 | 1.356ea | 65.09 |
| 24875 | 1 C X MIPS ADAPTER W801163 | 18ea | 18ea | 37.910ea | *.12 | 4.549ea | 81.89 |
| 5268 | 1 X 3/4 STD BRASS HEX BUSH | 16ea | 16ea | 5.733ea | Net | 5.733ea | 91.73 |
| 27095 | 3/4 FTG X MIPS ADAPTER W 01446 | 18ea | 18ea | 49.730ea | *.12 | 5.968ea | 107.42 |
| 97685 | 36-1-1/2x3/4 3000# C/S THREADOLET | 8ea | 6ea | 4.882ea | Net | 4.882ea | 39.05 |
| 13196 | 1 X 5 STD BLK STEEL NIPPLE | 6ea | 6ea | 3.563ea | Net | 3.563ea | 21.38 |

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM INDEX NO. 152298/2021
NYSCEF DOC. NO. 20                                          RECEIVED NYSCEF: 04/08/2022
Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 10/29/20 | 82023840.001 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 manhattan west | | | Dan Marucci | |
|-------|------------------|--|--|-------------|--|
| Shelly Thielmann | NC WILL CALL | NET 30 DAYS | 10/29/20 | 10/29/20 |

2020/10/29 07:20:30 PM      82023840.1

|  | NEJ | 6.625 | | Subtotal | 4412.91 |
|--|-----|-------|--|----------|---------|
|  |     |       |  | S&H CHGS | 0.00 |
|  |     |       |  | Sales Tax | 292.36 |
|  |     |       |  | **Amount Due** | **4705.27** |

**Invoice is due by 11/28/20.**

All claims for shortage or errors must be made 14 days. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

**IDEAL SUPPLY Co**

**Invoice**

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 10/29/20 | S2023956.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/29/20 | 10/29/20 |

\* If NOT stated "Lead Free" or "LF", the products listed may contain \*
\* lead and \*CAN NOT\* be used for potable/drinking water service.     \*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26667 | 11/4X 11/4 X 3/4 C X C X C TEE U 04070 | 28ea | 28ea | 77.710ea | ±.12 | 9.325ea | 261.11 |
| 20148 | 3/4 C X FLPS ADAPTER UB01266 | 28ea | 28ea | 19.260ea | ±.13 | 2.504ea | 70.11 |
| 26667 | 11/4X 11/4 X 3/4 C X C X C TEE U 04070 | 8ea | 8ea | 77.710ea | ±.13 | 10.102ea | 80.82 |
| 14122 | 3/4 X 1/2 FTG X C BUSHING UB01326 | 8ea | 8ea | 11.120ea | ±.13 | 1.446ea | 11.56 |
| 24799 | 1/2 C X MLPS ADAPTER UB01131 | 8ea | 8ea | 8.870ea | ±.12 | 1.064ea | 8.52 |
| 24908 | 1 1/4 C X MLPS ADAPTER W 01171 | 20ea | 20ea | 54.470ea | ±.12 | 6.536ea | 130.73 |
| 5236 | 1 X 1/2 STD BRASS HEX BUSH | 12ea | 12ea | 5.735ea | Net | 5.735ea | 68.82 |
| 32138 | 11/4X1/2 C X C CPLG WITH STOP U 01060 | 12ea | 12ea | 30.170ea | ±.12 | 3.620ea | 43.44 |
| 35432 | 1 1/4 APOLLO #70-106-01 BRNZ THRD END BALL | 4ea | 4ea | 43.585ea | Net | 43.585ea | 174.34 |
| 28874 | 2 X 2 X 11/4 C X C X C TEE U 40104 | 6ea | 6ea | 149.430ea | ±.12 | 17.932ea | 107.59 |
| 35514 | 2 APOLLO #70-108-01 BRNZ THRD END BALL | 2ea | 2ea | 69.737ea | Net | 69.737ea | 139.47 |
| 31405 | 1/2 X 1/4 C X C CPLG WITH STOP U 01025 | 4ea | 4ea | 7.880ea | ±.12 | 0.946ea | 3.78 |
| 31661 | 3/4 X 1/4 C X C CPLG WITH STOP U 01038 | 4ea | 4ea | 13.740ea | ±.12 | 1.649ea | 6.60 |
| 15580 | 1/2 150# BRASS UNION | 4ea | 4ea | 13.898ea | Net | 13.898ea | 55.59 |
| 15619 | 3/4 150# BRASS UNION | 4ea | 4ea | 19.104ea | Net | 19.104ea | 76.41 |
| 32505 | 11/2X11/4 C X C CPLG WITH STOP U 01064 | 4ea | 4ea | 47.140ea | ±.12 | 5.657ea | 22.63 |
| 31869 | 1 X 3/8 C X C CPLG WITH STOP U 01052 | 12ea | 12ea | 25.020ea | ±.12 | 3.002ea | 36.03 |

\*\* Reprint \*\* Reprint \*\* Reprint \*\*

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376**

| 10/29/20 | S2023956.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07301 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 10/29/20 | 10/29/20 |
| 390 | 1 1/4 C X C 90 ELL W 02084 | 80ea | 80ea | 34.460ea | 2.12 | 4.135ea | 330.82 |
| 20674 | 1 1/4 #59-006-02 COMBRACO BRZ SCRD Y STRAINER W/3/488 | 2ea | 2ea | 56.560EA | Net | 56.560EA | 113.12 |
| T8365 | 3/4 X 3-1/4 PLTD HEX HD CAP SCREW | 64ea | 64ea | 1.354ea | Net | 1.354ea | 86.65 |
| 61974 | 3/4 PLTD HVY HEX NUTS | 64ea | 64ea | 0.692ea | Net | 0.692ea | 44.31 |
| 14584 | 4 300# F/S RF S/0 FLG (only have 4 pcs stk) | 8ea | 8ea | 36.939ea | Net | 36.939ea | 295.51 |
| 21981 | 3/4 X 1/2 125# BC3 HEX BUSH | 60ea | 60ea | 2.470ea | Net | 2.470ea | 148.18 |
| 11968 | 3/4 X 2 STD BLK STEEL NIPPLE | 60ea | 60ea | 1.548ea | Net | 1.548ea | 92.88 |

2028/10/28 04:04:29 PM       T2023956.1

*Louie*

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 2409.02 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 159.60 |
| **Amount Due** | **2568.62** |

** Reprint ** Reprint ** Reprint **

**Invoice is due by 11/28/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

# IDEAL
SUPPLY C.

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 10/30/20 | S2024051.001 |
|---|---|

SENT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

| 1 |
|---|

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN CAC | CAC | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 10/30/20 | 10/30/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| Item | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 29827 | 21/2 X 21/2 X 2 C X C X C TEE W 40124 | 2ea | 2ea | 371.000ea | *.10% | 38.995ea | 77.99 |
| 24986 | 2 C X MIPS ADAPTER W 01187 | 5ea | 5ea | 708.010ea | *.10% | 11.341ea | 90.73 |
| 35534 | 2 APOLLO X70-108-01 BRONZ THRD END BALL | 4ea | 4ea | 69.737ea | Net | 69.737ea | 278.95 |
| 10798 | 2 X 6 STD BRASS NIPPLE | 4ea | 4ea | 22.505ea | Net | 22.505ea | 90.02 |
| 5809 | 2 X 1 1/2 STD BRASS HEX BUSH | 4ea | 4ea | 17.148ea | Net | 17.148ea | 68.59 |
| 10798 | 2 X 6 STD BRASS NIPPLE | 6ea | 6ea | 22.505ea | Net | 22.505ea | 135.03 |
| 10665 | 2 X 4 STD BRASS NIPPLE | 2ea | 2ea | 15.244ea | Net | 15.244ea | 30.49 |
| 121655 | 2 X 3/4 STD BRASS TEE - LEAD FREE THIS LEAD FREE AREA | 2ea | 2ea | 107.887ea | Net | 107.887ea | 215.77 |
| 20762 | 2 #59-008-02 CONBRACO BRZ SCRD Y STRAINER W/1-1/4BD | 2ea | 2ea | 117.320EA | Net | 117.320EA | 234.64 |
| 32642 | 2 X 1 C X C CPLG WITH STOP W 01075 | 2ea | 2ea | 78.370ea | *.10% | 8.229ea | 16.46 |
| 9728 | 11/2 X 4 STD BRASS NIPPLE | 2ea | 2ea | 11.848ea | Net | 11.848ea | 23.70 |
| 19655 | 1 150# BRASS UNION | 4ea | 4ea | 28.800ea | Net | 28.800ea | 115.20 |
| 121651 | 1-1/2 X 3/4 STD BRASS TEE - LEAD FREE THIS LEAD FREE AREA | 4ea | 4ea | 66.308ea | Net | 66.308ea | 265.23 |
| 24948 | 1 1/2 C X MIPS ADAPTER W 01179 | 14ea | 14ea | 63.840ea | *.10% | 6.703ea | 93.84 |
| 32450 | 1 1/2 X 1 C X C CPLG WITH STOP W 01063 | 4ea | 4ea | 48.020ea | *.10% | 5.042ea | 20.17 |
| 19655 | 3/4 STD BRASS TEE | 80ea | 58ea | 8.148ea | Net | 8.148ea | 472.60 |
| 20588 | 3/4 #59-004-02 CONBRACO BRZ SCRD Y STRAINER W/1/2BD | 80ea | 80ea | 25.827EA | Net | 25.827EA | 2066.13 |
| 7029 | 3/4 X 41/2 STD BRASS NIPPLE | 31ea | 31ea | 5.073ea | Net | 5.073ea | 157.26 |
| 5099 | 3/4 X 1/2 STD BRASS HEX BUSH | 60ea | 60ea | 4.279ea | Net | 4.279ea | 256.73 |

** Reprint ** Reprint ** Reprint **

Case 1:23-0100-4pm - Doc 16-12 - Filed 07/19/24 - Entered 07/19/24 16:42:59

# IDEAL SUPPLY Co.

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 10/30/20 | S2024051.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 Communipaw Avenue | |
| Jersey City NJ 47304 | 2 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN CAC | | CAC | | | Dan Marucci | |
|---|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | | 10/30/20 | 10/30/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6831 | 3/4 X 2 STD BRASS NIPPLE | 60ea | 60ea | 2.675ea | Net | 2.673ea | 160.38 |
| 15692 | 1 1/4 150# BRASS UNION | 5ea | 5ea | 41.672ea | Net | 41.672ea | 208.36 |
| 5594 | 11/2X 1 1/4 STD BRASS HEX BUSH | 6ea | 6ea | 13.895ea | Net | 13.898ea | 83.39 |
| 24948 | 1 1/2 C X NIPS ADAPTER # 01179 | 6ea | 6ea | 63.840ea | *.10% | 6.703ea | 40.22 |
| 32732 | 2 X 1 1/2 C X C CPLG WITH STOP # 01073 | 4ea | 4ea | 72.840ea | *.10% | 7.648ea | 30.59 |
| 32289 | 1 1/4 X 1 C X C CPLG WITH STOP # 01056 | 6ea | 6ea | 28.456ea | *.10% | 2.987ea | 17.92 |
| 121609 | 1-1/2 STD BRASS STR 90 ELL - LEAD FREE **** LEAD FREE **** | 2ea | 2ea | 42.873ea | Net | 42.873ea | 85.75 |
| 13769 | 1 1/2 STD BRASS 90 ELL | 20ea | 14ea | 21.237ea | Net | 21.237ea | 297.31 |
| 30426 | 1 1/2 C X C CPLG WITH STOP # 01063 | 5ea | 5ea | 29.490ea | *.10% | 3.097ea | 15.48 |
| 30330 | 1 1/4 C X C CPLG WITH STOP # 01055 | 5ea | 5ea | 22.320ea | *.10% | 2.344ea | 11.72 |
| 30338 | 1 C X C CPLG WITH STOP # 01047 | 5ea | 5ea | 12.740ea | *.10% | 1.338ea | 6.69 |
| 40603 | 2 1/2 X 10' TYPE K HARD COPPER TUBE | 40ft | 40ft | 15.386FT | Net | 15.386FT | 615.45 |
| 500 | 2 1/2 C X C 90 ELL # 02087 | 4ea | 4ea | 178.370ea | *.10% | 18.729ea | 74.92 |
| 30518 | 2 1/2 C X C CPLG WITH STOP # 01082 | 4ea | 4ea | 100.920ea | *.10% | 10.597ea | 42.39 |
| 29080 | 21/2X 3/4 X 21/2 C X C X C TEE # 40222 | 2ea | 2ea | 509.460ea | *.10% | 53.493ea | 106.99 |
| 29491 | 21/2 X 2 X 2 C X C X C TEE # 40131 | 2ea | 2ea | 464.460ea | *.10% | 48.768ea | 97.54 |

20201030 03:18:43 PM   S2024051.1

*LOVE*

| | NJ | 6.625 | | | | Subtotal | 6604.55 |
|---|---|---|---|---|---|---|---|
| | | | | | | S&H CHGS | 0.00 |
| | | | | | | Sales Tax | 437.55 |

Invoice is due by 11/29/20.

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | | | | | Amount Due | 7042.10 |
|---|---|---|---|---|---|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 11/02/20 | S2024260.001 |
|---|---|
| **REMIT TO:** THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | **1** |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 11/02/20 | 11/02/20 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| 27754 | 11/2X11/2 X 11/4 C X C X C TEE W 04085 | 4ea | 4ea | 82.520ea | *.12 | 9.902ea | 39.61 |
|---|---|---|---|---|---|---|---|
| 249aB | 1 1/2 C X NIPS ADAPTER W 01179 | 8ea | 8ea | 63.540ea | *.12 | 7.661ea | 61.29 |
| 24908 | 1 1/4 C X NIPS ADAPTER W 01171 | 4ea | 4ea | 54.470ea | *.12 | 6.536ea | 26.15 |
| 35175 | 1/4 APOLLO 870-101-01 BRAL THRD END BALL | 8ea | 8ea | 12.510ea | Net | 12.510ea | 100.08 |
| 3901 | 1/4 X 3 STD BRASS NIPPLE | 8ea | 8ea | 1.774ea | Net | 1.774ea | 14.19 |
| 26667 | 11/4X 11/4 X 3/4 C X C X C TEE W 04070 | 4ea | 4ea | 77.710ea | *.12 | 9.325ea | 37.30 |
| 18948 | 3/4 STD BRASS STR 45 ELL | 4ea | 4ea | 18.789ea | Net | 18.789ea | 75.16 |
| 117752 | WOLVERINE SILVALOY 15% BRAZING ROW .050 X .125 X 28 STICKS PER TUBE | 10ea | 10ea | 93.063ea | Net | 93.063ea | 930.63 |
| 48133 | 6 PLTD CLEVIS & SHIELD | 30ea | 30ea | 11.691ea | Net | 11.691ea | 350.74 |
| 120184 | 4 PLTD CLEVIS & SHIELD | 40ea | 40ea | 7.231ea | Net | 7.231ea | 289.23 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 10ea | 10ea | 37.463EA | Net | 37.463EA | 374.65 |

2020/11/02 03-33:20 PM    S2024260

*Louie*

**Invoice is due by 12/02/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | NJ | 6.625 |
|---|---|---|---|

| **Subtotal** | 2299.01 |
|---|---|
| **S&H CHGS** | 0.00 |
| **Sales Tax** | 152.31 |
| **Amount Due** | 2451.32 |

** Reprint ** Reprint ** Reprint **

**IDEAL** SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 11/03/20 | S2024051.002 |
|---|---|
| REMIT TO: THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN CAC | | CAC | | | Dan Marucci | |
|---|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | | 11/03/20 | 10/30/20 |

```
*****************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
*****************************************************************
```

| 19615 | 3/4 STD BRASS TEE | 22ea | 4ea | 8.148ea | Net | 8.148ea | 32.59 |
| 13769 | 1 1/2 STD BRASS 90 ELL | 6ea | 6ea | 21.237ea | Net | 21.237ea | 127.42 |

2020/11/02 02:31:54 PM     S2024051.2

*Lovie*

Invoice is due by 12/03/20.

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 160.01 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 10.60 |
| **Amount Due** | **170.61** |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 11/05/20 | S2024704.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FARRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST 15T | 15TH FL | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 11/05/20 | 11/05/20 |

```
*********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*********************************************************************
```

| Item | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 35335 | 3/4 APOLLO #70-104-01 BRZE THRD END BALL | 66ea | 66ea | 36.850ea | 1,54 | 19.899ea | 1313.33 |
| 13355 | 3/4 STD BRASS SQ HEAD PLUG COR | 66ea | 66ea | 4.083ea | Net | 4.083ea | 269.48 |
| 6831 | 3/4 X 2 STD BRASS NIPPLE | 30ea | 30ea | 2.673ea | Net | 2.673ea | 80.19 |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 22ea | 22ea | 4.529EA | Net | 4.529EA | 99.63 |
| 73744 | MAIBOHIST #71 AUTO VENT 1/4 NPT | 22ea | 22ea | 29.412ea | Net | 29.412ea | 647.06 |
| 20631 | 1 #59-005-02 CONBRACO BRZ SCRD Y STRAINER W/3/4BO | 22ea | 22ea | 30.763EA | Net | 30.763EA | 676.78 |
| 35387 | 1 APOLLO #70-105-01 BRNZ THRD END BALL | 22ea | 22ea | 46.380ea | 1,54 | 25.045ea | 550.99 |
| 24875 | 1 C X NIPS ADAPTER W801163 | 176ea | 176ea | 37.910ea | 1,12 | 4.549ea | 800.66 |
| 24841 | 3/4 C X NIPS ADAPTER W801146 | 44ea | 44ea | 14.830ea | 1,12 | 1.780ea | 78.30 |
| 21258 | 3/4 X 1 C X FIPS ADAPTER | 44ea | 23ea | 64.430ea | 1,12 | 7.732ea | 177.83 |
| 5265 | 1 X 3/4 STD BRASS HEX BUSH | 44ea | 44ea | 5.733ea | Net | 5.733ea | 252.25 |
| 25975 | 1 X 1 X 3/4 C X C X C TEE W806049 | 100ea | 100ea | 53.360ea | 1,12 | 6.403ea | 640.32 |
| 117752 | WOLVERINE SILVALOY 15% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 10ea | 10ea | 93.750ea | Net | 93.750ea | 937.50 |
| 64805 | 1 PT PRO-DOPE PIPE JOINT COMPOUND 15-427 | 4ea | 2ea | 11.000ea | Net | 11.000ea | 22.00 |
| 119202 | 3/4 X 1429 PURPLE-BLUE MONSTER TEFLON TAPE EQUAL (27/BOX) | 6ea | 6ea | 4.752ea | Nrc | 4.752ea | 28.51 |
| 39013 | SPOOL QUICKWICK 1906004 25PERBAG | 10ea | 10ea | 1.230EA | Net | 1.230EA | 12.30 |
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 3.042ft | Net | 3.042ft | 304.22 |

** Reprint ** Reprint ** Reprint **

Case 1-23-0108-mm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 11/05/20 | S2024704.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 2 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST 15T | 15TH FL | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 11/05/20 | 11/05/20 |

2020R11R6 05:00:40 PM     S2024704.2

*Lante*

| | | | NJ | 6.625 | Subtotal | 6891.35 |
|---|---|---|---|---|---|---|
| | | | | | S&H CHGS | 0.00 |
| | | | | | Sales Tax | 456.55 |

**Invoice is due by 12/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 7347.90 |
|---|---|

*# Reprint ## Reprint ## Reprint ##

# IDEAL
SUPPLY Co.

**Invoice**

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376**

| 11/05/20 | S2024826.001 |
|---|---|

REMIT To:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 manhattan west | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 11/05/20 | 11/05/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11958 | 3 STD C.S. WELD L/R 90 ELL | 12ea | 12ea | 16.565EA | Net | 16.565EA | 198.78 |
| 98028 | 5-3 X 1-1/2 3000# C/S THREADOLET | 6ea | 6ea | 25.750ea | ±.35 | 9.013ea | 54.08 |
| 35479 | 1 1/2 APOLLO #70-107-01 BRNZ THRD END BALL | 6ea | 6ea | 99.380ea | ±.54 | 53.665ea | 321.99 |
| 97665 | 36-1-1/2X3/4 3000# C/S THREADOLET | 4ea | 4ea | 13.940ea | ±.35 | 4.879ea | 19.52 |
| 8676 | 11/4 X 2 STD BRASS NIPPLE | 60ea | 60ea | 5.393ea | Net | 5.393ea | 323.58 |
| 35432 | 1 1/4 APOLLO #70-106-01 BRNZ THRD END BALL | 40ea | 40ea | 77.830ea | ±.54 | 42.028ea | 1681.13 |
| 13769 | 1 1/2 STD BRASS 90 ELL | 10ea | 10ea | 21.228ea | Net | 21.228ea | 212.28 |

2020\11\05 09:20:58 PM.          S2024826.1

*Louie*

| | | |
|---|---|---|
| | NJ | 6.625 |

| Subtotal | 2811.36 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 186.25 |
| **Amount Due** | **2997.61** |

**Invoice is due by 12/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

**445 Commumipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 11/05/20 | S2024846.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 11/05/20 | 11/05/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5099 | 3/4 X 1/2 STD BRASS HEX BUSH | 22ea | 22ea | 4.529ea | Net | 4.529ea | 99.63 |
| 24841 | 3/4 C X MIPS ADAPTER W601146 | 120ea | 120ea | 14.830ea | *.12 | 1.780ea | 213.59 |
| 22057 | 3/4 C X C X C TEE W004031 | 100ea | 100ea | 17.400ea | *.12 | 2.088ea | 208.80 |
| 24799 | 1/2 C X MIPS ADAPTER H601131 | 44ea | 44ea | 8.870ea | *.12 | 1.064ea | 46.83 |
| 31764 | 3/4 X 1/2 C X C CPLG WITH STOP W601036 | 44ea | 44ea | 11.300ea | *.12 | 1.356ea | 59.66 |
| 20568 | 3/4 #59-004-02 CONBRACO BRZ SCRD Y STRAINER W/1/28# | 22ea | 22ea | 25.827EA | Net | 25.827EA | 568.19 |

2020/11/06 06:00:13 PM    S2024846.1

Loule

| | | | | |
|---|---|---|---|---|
| | | | Subtotal | 1196.66 |
| | | Nd | 6.625 | S&H CHGS | 0.00 |
| | | | | Sales Tax | 79.28 |

**Invoice is due by 12/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 1275.94 |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 11/05/20 | S2024848.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST | | | Dan Mazucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 11/05/20 | 11/05/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 3676 | 11/4 X 2 STD BRASS NIPPLE | 6ea | 6ea | 5.393ea | Net | 5.393ea | 32.36 |
| 35175 | 1/4 APOLLO 870-101-01 SANI THRD END BALL | 12ea | 12ea | 22.340ea | *.54 | 12.064ea | 144.76 |
| 110863 | PERMABOND LM056 350ML BOTTLE THREAD SEALER | 4ea | 4ea | 77.669ea | Net | 77.669ea | 310.68 |
| 903649 | 1 X 10' TYPE K HARD COPPER TUBE | 200ft | 200ft | 4.106FT | Net | 4.106FT | 821.11 |
| 92835 | 3/4 X 10' TYPE L HARD COPPER TUBE | 200ft | 200ft | 2.087ft | Net | 2.087ft | 417.33 |
| 1089 | 1 X 3/4 C X C 90 ELL | 24ea | 24ea | 46.490ea | *.12 | 5.339ea | 128.13 |
| 1198 | 1 1/4 X 1 C X C 90 ELL (13 PCS ONLY) | 24ea | 13ea | 112.180ea | *.12 | 13.442ea | 175.00 |

2020/11/05 04:20:20 PM        S2024848.1

*Love*

| | NJ | 6.625 |
|---|---|---|

**Invoice is due by 12/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Subtotal | 2029.37 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 134.45 |
| **Amount Due** | **2163.82** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Commumipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376**

**Invoice**

| 11/05/20 | S2024848.002 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 1 MANHATTAN WEST | | | | Dan Marucci | |
|-------|------------------|---|---|---|-------------|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 11/05/20 | 11/05/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 46408 | SETS 1/4 STD BRASS NIPPLES CL/6 | 2ea | 2ea | 25.516ea | Net | 25.516ea | 51.03 |
|-------|--------------------------------|-----|-----|----------|-----|----------|-------|

```
*********** Kit Components *************
* 1 - 1/4 X CL STD BRASS NIPPLE      *
* 1 - 1/4 X 11/2 STD BRASS NIPPLE    *
* 1 - 1/4 X 2 STD BRASS NIPPLE       *
* 1 - 1/4 X 21/2 STD BRASS NIPPLE    *
* 1 - 1/4 X 3 STD BRASS NIPPLE       *
* 1 - 1/4 X 31/2 STD BRASS NIPPLE    *
* 1 - 1/4 X 4 STD BRASS NIPPLE       *
* 1 - 1/4 X 41/2 STD BRASS NIPPLE    *
* 1 - 1/4 X 5 STD BRASS NIPPLE       *
* 1 - 1/4 X 51/2 STD BRASS NIPPLE    *
* 1 - 1/4 X 6 STD BRASS NIPPLE       *
***************************************
```

2020411705 05:80:20 PM        970140461

Louie

| | | | | | Subtotal | 51.03 |
|---|---|---|---|---|----------|-------|
| | | NJ | 6.625 | | S&H CHGS | 0.00 |
| | | | | | Sales Tax | 3.38 |

**Invoice is due by 12/05/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 54.41 |
|------------|-------|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

## Invoice

| | |
|---|---|
| 11/06/20 | S2024051.003 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN CAC | CAC | | Dan Marucci |
|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 11/06/20 | 10/30/20 |

```
**********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
**********************************************************************
```

| 19615 | 3/4 STD BRASS TEE | 18ea | 18ea | 8.148ea | Net | 8.148ea | 146.67 |

*Love*

| | | |
|---|---|---|
| | NJ | 6.625 |

| | |
|---|---|
| Subtotal | 146.67 |
| S&H CHGS | 0.00 |
| Sales Tax | 9.72 |
| **Amount Due** | **156.39** |

**Invoice is due by 12/06/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 11/06/20 | 82024704.002 |
|----------|--------------|

REMIT TO:
The IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | 1 MANHATTAN WEST 15T | 15TH FL | | Dan Marucci | |
|-------|----------------------|---------|--|-------------|--|
| Shelly Thielmann | | NC WILL CALL | | NET 30 DAYS | 11/06/20 | 11/05/20 |

```
************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
************************************************************
```

| 66805 | 1 PT PRO-DOPE PIPE JOINT COMPOUND 15-427 | 2ea | 2ea | 11.000ea | Net | 11.000ea | 22.00 |

2020/11/09 11:32:34 PM     82024704.1

*Lovie*

| | | NJ | 6.625 | Subtotal | 22.00 |
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 1.46 |

**Invoice is due by 12/06/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special order are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 23.46 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| 11/09/20 | S2025062.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 17304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | MANHATTAN WEST | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 11/09/20 | 11/09/20 |

```
* *************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* *************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22057 | 3/4 C X C X C TEE W04031 | 100ea | 100ea | 17.400ea | *.18 | 3.132ea | 313.20 |
| 320 | 3/4 C X C 90 ELL W0016X6 | 100ea | 100ea | 9.480EA | *.18 | 1.706EA | 170.64 |
| 4796 | 3/4 FTG X C 90 ELL W001654 | 30ea | 30ea | 13.680ea | *.18 | 2.462ea | 73.87 |
| 24841 | 3/4 C X MIP9 ADAPTER W001166 | 100ea | 100ea | 14.830ea | *.18 | 2.669ea | 266.94 |
| 6907 | 3/4 X 3 STD BRASS NIPPLE | 100ea | 100ea | 4.051EA | Net | 4.051EA | 405.10 |
| 5099 | 3/4 X 1/2 STD BRASS HEX BUSH | 100ea | 100ea | 4.529ea | Net | 4.529ea | 452.88 |
| 19615 | 3/4 STD BRASS TEE | 100ea | 100ea | 8.145ea | Net | 8.145ea | 814.50 |
| | (?????) | | | | | | |
| 24841 | 3/4 C X MIP9 ADAPTER W001166 | 100ea | 100ea | 14.830ea | *.18 | 2.669ea | 266.94 |
| 5971 | 1/2 X 4 STD BRASS NIPPLE | 100ea | 88ea | 4.143EA | Net | 4.143EA | 364.58 |
| | (?????) CANT READ QTY | | | | | | |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 100ea | 100ea | 4.529EA | Net | 4.529EA | 452.88 |
| 27048 | 1/2 FTG X MIP5 ADAPTER W 01431 | 10ea | 10ea | 38.630ea | *.18 | 6.953ea | 69.53 |
| 121633 | 3/4 X 1/4 STD BRASS TEE - LEAD FREE | 100ea | 69ea | 17.653ea | Net | 17.653ea | 1218.05 |
| | **** LEAD FREE **** | | | | | | |
| | (69 PC ONLY IN STOCK) | | | | | | |
| 50355 | 1/4 TEST PLUG AN-76-02-1/4 | 50ea | 50ea | 3.307ea | Net | 3.307ea | 165.34 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV | 100ft | 100ft | 2.860ft | Net | 2.860ft | 286.00 |
| | CHANNEL STRUT 12G | | | | | | |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 11/09/20 | S2025062.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

2

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | MANHATTAN WEST | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 11/09/20 | 11/09/20 |

*Louie*

| | | | | Subtotal | 5320.45 |
|---|---|---|---|---|---|
| | | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | | Sales Tax | 352.48 |
| | | | | **Amount Due** | 5672.93 |

**Invoice is due by 12/09/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# EXHIBIT 3

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

## Pier 57 Project Invoices Summary Chart

| Invoice Date | Invoice # | Amount |
|---|---|---|
| 6/11/2020 | S2009132.001 | $4,928.80 |
| 6/16/2020 | S2009592.001 | $228.17 |
| 6/16/2020 | S2009655.001 | $1,870.62 |
| 6/16/2020 | S2009681.001 | $211.97 |
| 6/18/2020 | S2009918.001 | $720.04 |
| 6/18/2020 | S2009932.001 | $493.34 |
| 6/19/2020 | S2010065.001 | $750.26 |
| 6/22/2020 | S2010221.001 | $18.40 |
| 6/22/2020 | S2010235.001 | $75.53 |
| 6/23/2020 | S2010343.001 | $457.39 |
| 6/23/2020 | S2010418.001 | $201.20 |
| 6/24/2020 | S2010595.001 | $3,427.32 |
| 6/24/2020 | S2010602.001 | $326.57 |
| 6/26/2020 | S2010751.001 | $2,230.90 |
| 6/26/2020 | S2010751.002 | $52.02 |
| 6/26/2020 | S2010819.001 | $474.33 |
| 6/29/2020 | S2010904.001 | $119.77 |
| 6/29/2020 | S2010937.001 | $231.56 |
| 6/29/2020 | S2011053.001 | $766.22 |
| 6/30/2020 | S2011201.001 | $ (149.28) |
| 6/30/2020 | S2011203.001 | $180.67 |
| 7/1/2020 | S2011273.001 | $129.52 |
| 7/2/2020 | S2011375.001 | $580.40 |
| 7/7/2020 | S2011506.001 | $3,999.94 |
| 7/8/2020 | S2011725.001 | $568.63 |
| 7/8/2020 | S2011909.001 | $2,806.57 |
| 7/9/2020 | S2011937.001 | $93.82 |
| 7/13/2020 | S2012058.001 | $1,766.93 |
| 7/13/2020 | S2012200.001 | $1,271.95 |
| 7/14/2020 | S2012409.001 | $224.79 |
| 7/15/2020 | S2012553.001 | $152.02 |
| 7/16/2020 | s2012788.001 | $115.65 |
| 7/21/2020 | S2013039.001 | $277.82 |
| 7/22/2020 | S2013342.001 | $934.30 |
| 7/28/2020 | S2013882.001 | $2,782.83 |
| 8/3/2020 | S2014492.001 | $2,350.89 |
| 8/4/2020 | S2014577.001 | $472.99 |
| 8/4/2020 | S2014598.001 | $180.15 |
| 8/5/2020 | S2014647.001 | $1,884.05 |
| 8/6/2020 | S2014819.001 | $956.78 |

## Pier 57 Project Invoices Summary Chart

| | | |
|---|---|---|
| 8/7/2020 | S2014891.001 | $141.69 |
| 8/7/2020 | S2015009.001 | $623.49 |
| 8/10/2020 | S2015040.001 | $193.93 |
| 8/12/2020 | S2015454.001 | $449.26 |
| 8/13/2020 | S2015599.001 | $988.49 |
| 8/14/2020 | S2015782.001 | $385.17 |
| 8/19/2020 | S2016134.001 | $1,104.52 |
| 8/20/2020 | S2016274.001 | $2,169.43 |
| 8/21/2020 | S2016571.001 | $211.43 |
| 8/27/2020 | S2017092.001 | $149.31 |
| 8/31/2020 | S2017391.001 | $249.30 |
| | **Total** | **$ 45,831.85** |

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 06/11/20 | S2009132.001 |
|---|---|
| **REMIT TO:** | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
C/O PIER 57
25 11TH AVE
NEW YORK, NY 10000

| 48106 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | DT DOWNTOWN | | NET 30 DAYS | 06/11/20 | 06/10/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | * If NOT stated "Lead Free" or "LF", the products listed may contain * | | | | | | |
| | * lead and *CAN NOT* be used for potable/drinking water service.  * | | | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| 147713 | 3 #F LGT STD BLK A538 ERW PIPE GXG | 31ft 6in | 31ft 6in | 5.350ft | Net | 5.350ft | 168.53 |
| 5515 | 3 VICT #10 90 ELL BLK | 10ea | 10ea | 225.500ea | *.35 | 78.225ea | 782.25 |
| 109216 | 3 VIC #107 QUICK ZERO FLEX COUPLING | 20ea | 20ea | 142.000ea | *.35 | 49.700ea | 994.00 |
| 280AA | QUART CAN VICT LUBRICANT | 1ea | 1ea | 136.250ea | Net | 136.250ea | 136.25 |
| 2762 | WOOD HANDLE DOPE BRUSH 1815002 | 1ea | 1ea | 1.154EA | Net | 1.154EA | 1.15 |
| 7199 | 3 X 2 1/2 VICT #50 CONC RED BLK | 1ea | 1ea | 179.000ea | *.35 | 62.650ea | 62.65 |
| 8046 | 2 1/2 X 2 VICT #50 CONC RED BLK | 4ea | 4ea | 149.000ea | *.35 | 52.150ea | 208.60 |
| 2324 | 2 1/2 VIC 300 B/F VALVE W/LEVE | 2ea | 2ea | 1263.000ea | *.60 | 505.200ea | 1010.40 |
| 2365 | 3 VIC 300 B/F VALVE W/LEVER OP | 2ea | 2ea | 1317.500ea | *.60 | 527.000ea | 1054.00 |
| 5074 | 2 VICT #40 G X KIPS NIPPLE BLK 4" LONG STOCK SIZE | 4ea | 4ea | 78.000ea | *.35 | 27.300ea | 109.20 |

| | | | |
|---|---|---|---|
| | NEWYORKCI | 8.875 | |

| | |
|---|---|
| Subtotal | 4527.03 |
| S&H CHGS | 0.00 |
| Sales Tax | 401.77 |
| **Amount Due** | **4928.80** |

**Invoice is due by 07/11/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 06/16/20 | S2009592.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
C/O PIER 57
25 11TH AVE
NEW YORK, NY 10000

| 48106 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 06/16/20 | 06/15/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "lead free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| Item | Description | | | | | |
|---|---|---|---|---|---|---|
| 31710 | 3/4 X 3/8 C X C CPLG WITH STOP W C1037 | 4ea | 4ea | 12.100ea | *.15 | 7.815ea | 7.26 |
| 320 | 3/4 C X C 90 ELL W001634 | 15ea | 15ea | 8.020EA | *.15 | 7.203EA | 21.65 |
| 4796 | 3/4 FTG X C 90 ELL W801654 | 8ea | 8ea | 11.580ea | *.15 | 1.737ea | 13.90 |
| 121336 | 3/4 C X C UNION LEAD FREE W C8004 **** LEAD FREE **** | 4ea | 4ea | 48.480ea | *.15 | 7.272ea | 29.09 |
| 22057 | 3/4 C X C X C TEE W804051 | 4ea | 4ea | 14.730ea | *.15 | 2.210ea | 8.84 |
| 121350 | 3/4 C X C NIPS UNION LEAD FREE **** LEAD FREE **** | 2ea | 2ea | 139.360ea | *.15 | 20.979ea | 41.96 |
| 25793 | 1 X 3/4 X 1 C X C X C TEE W 04055 | 2ea | 2ea | 53.720ea | *.15 | 8.058ea | 16.12 |
| 356 | 1 C X C 90 ELL W 01647 | 12ea | 12ea | 19.680ea | *.15 | 2.952ea | 35.42 |
| 133969 | MUELLER PRS 3/4 P X P COUPLING 10146 | 12ea | 12ea | 5.580ea | *.42 | 2.344ea | 28.12 |
| 59036 | SCOTCH BRITE PADS 6 X 9-1/2 TB48001 60 PCS PER BOX | 6ea | 6ea | 1.939ea | Net | 1.939ea | 11.63 |

JASON

Invoice is due by 07/16/20.

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 213.99 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 14.18 |
| **Amount Due** | **228.17** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

## IDEAL SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 06/16/20 | S2009655.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 06/16/20 | 06/16/20 |

* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service. *

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 91399 | 3" VIC 60 CAP W/3/4" NPT TAP | 2ea | 2ea | 165.000ea | Net | 165.000ea | 330.00 |
| 44912 | 3 VIC 10WT 90 ELL W/ 1" DRAIN | 2ea | 2ea | 228.135ea | Net | 228.135ea | 456.27 |
| 22591 | 2 X 1 1/2 125N BCI HEX BUSH | 2ea | 2ea | 21.680ea | *.25 | 5.420ea | 10.84 |
| 19359 | 1 1/2 T 5 STD BLK STEEL NIPPLE | 4ea | 4ea | 4.556ea | Net | 4.556ea | 18.22 |
| 33479 | 1 1/2 APOLLO #70-107-01 BRNZ THRD END BALL | 4ea | 4ea | 99.380ea | *.57 | 56.647ea | 226.59 |
| 29034 | 11/2 125# BCI SQ HD PLUG CORED | 4ea | 4ea | 12.820EA | *.25 | 3.205EA | 12.82 |
| 134048 | MUELLER PR3 3/4 P X F ADAPTER 01246 | 12ea | 12ea | 9.380ea | *.46 | 4.127ea | 49.53 |
| 41693 | 2 1/2 VIC 60 CAP W/3/4" NPT TAP | 2ea | 2ea | 150.000ea | Net | 150.000ea | 300.00 |
| 22913 | 2 X 1 125# BCI HEX BUSH | 2ea | 2ea | 5.294ea | Net | 5.294ea | 10.59 |
| 33357 | 1 APOLLO #70-105-01 BRNZ THRD END BALL | 6ea | 6ea | 46.380ea | *.57 | 26.437ea | 158.62 |
| 35281 | 1/2 APOLLO #70-103-01 BRNZ THRD END BALL | 8ea | 8ea | 22.340EA | *.57 | 12.734EA | 101.87 |
| 5903 | 1/2 X 3 STD BRASS NIPPLE | 8ea | 8ea | 2.797ea | Net | 2.797ea | 22.37 |
| 13313 | 1/2 STD BRASS SQ HEAD PLUG COR | 8ea | 8ea | 3.247ea | Net | 3.247ea | 25.95 |
| 22140 | 1 X 3/4 125# BCI HEX BUSH | 5ea | 5ea | 2.599ea | Net | 2.599ea | 20.79 |
| 56958 | 3/4X3/4 NPT K MALE HOSE ADAPT | 4ea | 4ea | 2.147EA | Net | 2.147EA | 8.59 |
| 38436 | 3/4 HOSE WASHERS | 12ea | 12ea | 0.109EA | Net | 0.109EA | 1.31 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/16/20 | S2009655.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 2 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 06/16/20 | 06/16/20 |

06/16/20 12:59:10 PM    S2009655.1

_JASON_

| | | NJ | 6.625 | Subtotal | 1754.39 |
|---|---|---|---|---|---|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 116.23 |

**Invoice is due by 07/16/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Post due invoices may be subject to 1.50% late charge.

| Amount Due | 1870.62 |
|---|---|

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/16/20 | S2009681.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 06/16/20 | 06/16/20 |

```
*********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
*********************************************************************
```

| 109216 | 3 VIC #107 QUICK ZERO FLEX COUPLING | 4ea | 4ea | 242.000ea | *.35 | 69.700ea | 198.80 |
|---|---|---|---|---|---|---|---|

2020/06/15 12:58:55 PM      93209681

JASON

| | | | | | | Subtotal | 198.80 |
|---|---|---|---|---|---|---|---|
| | | | NJ | 6.625 | | S&H CHGS | 0.00 |
| | | | | | | Sales Tax | 13.17 |

**Invoice is due by 07/16/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | **211.97** |
|---|---|

#1 Reprint #1 Reprint #2 Reprint #8

# IDEAL SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| | |
|---|---|
| 06/18/20 | S2009918.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

Page: 1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57/230 vesey | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 06/18/20 | 06/18/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
```

| Item | Description | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 92836 | 1 X 10' TYPE L HARD COPPER TUBE | 150ft | 150ft | 2.330ft | Net | 2.330ft | 349.50 |
| 15667 | 1 COPPER PLATED CLEVIS HANGER | 24ea | 24ea | 0.933EA | Net | 0.933EA | 22.40 |
| 92835 | 3/4 X 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 1.609ft | Net | 1.609ft | 160.89 |
| 133970 | MUELLER PR8 1 P X P COUPLING 10147 | 15ea | 15ea | 11.210ea | *.42 | 4.708ea | 70.62 |
| 133969 | MUELLER PR9 3/4 P X P COUPLING 10146 | 10ea | 10ea | 5.580ea | *.42 | 2.344ea | 23.44 |
| | ************************* 250 VESEY ************************* | | | | | | |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 8ea | 8ea | 5.133EA | Net | 5.133EA | 41.07 |
| 38013 | SPOOL QUICKWICK 1906004 25/PERBAG. | 6ea | 6ea | 1.230EA | Net | 1.230EA | 7.38 |

**Invoice is due by 07/18/20.**

All claims for shortage or error must be made at once. Returns require written authorization and are subject to handling charges. Special orders are nonreturnable. Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| Subtotal | 675.30 |
| S&H CHGS | 0.00 |
| Sales Tax | 44.74 |
| Amount Due | 720.04 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | Invoice |
|---|---|
| 06/18/20 | S2009932.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 06/18/20 | 06/18/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4671 | 5 VIC 60 CAP BLK | 2ea | 2ea | 263.000ea | *.35 | 93.800ea | 187.60 |
| 112021 | 5 VIC #107 QUICK ZERO FLEX COUPLING | 2ea | 2ea | 254.500ea | *.35 | 89.075ea | 178.15 |
| 70185 | HERCULES 52OZ LEAK DETECTOR 45-802 | 5ea | 5ea | 19.388ea | Net | 19.388ea | 96.94 |

2020/06/18 09/05/21.764    S2009932.

jh

| | | | | |
|---|---|---|---|---|
| | | NJ | 6.625 | **Subtotal** 462.69 |
| | | | | **S&H CHGS** 0.00 |
| | | | | **Sales Tax** 30.65 |

**Invoice is due by 07/18/20.**

All claims for shortage or error must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

**Amount Due     493.34**

## Reprint ## Reprint ## Reprint ##

# IDEAL SUPPLY CO.

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 06/19/20 | S2010065.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | **1** |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
C/O PIER 57
25 11TH AVE
NEW YORK, NY 10000

| 48106 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 06/19/20 | 06/19/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 134067 | MUELLER PR6 1-1/4 P X M ADAPTER 01471 | 4ea | 4ea | 34.650ea | *.44 | 60.98 |
| 134096 | MUELLER PR6 1-1/4 FXG X M PR5 ADAPT 01471 | 2ea | 2ea | 57.070ea | *.44 | 50.22 |
| 134094 | MUELLER PR5 3/4 FTG X M PR5 ADAPTER 01446 | 10ea | 10ea | 29.330ea | *.44 | 129.05 |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 4ea | 4ea | 5.133EA | Net | 20.53 |
| 92857 | 1-1/4 X 10' TYPE L HARD COPPER TUBE | 20ft | 20ft | 3.244ft | Net | 64.89 |
| 134123 | MUELLER PR5 1 P X 1 P X 3/4 P TEE 04049 | 6ea | 6ea | 22.810ea | *.44 | 60.22 |
| 152504 | 3/8 OD X 50' COPPER REFRIG TUB MUELLER STREAMLINE | 1ea | 1ea | 29.924ea | Net | 29.92 |
| 51661 | 3/4 X 1/4 C X C CPLG WITH STOP W 01038 | 12ea | 12ea | 11.880ea | *.18 | 25.66 |
| 29852 | 3/4 APOLLO #70-204-01 BRASS SWEAT EHD BALL | 10ea | 10ea | 36.850ea | *.60 | 221.10 |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 8ea | 8ea | 5.133EA | Net | 41.07 |

2020/06/19 09:17:55 AM     S2010065.1

Jason

**Invoice is due by 07/19/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 703.64 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 46.62 |
| **Amount Due** | **750.26** |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

| 06/22/20 | S2010221.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY   10271

SHIP TO:
FAHRENHEIT MECHANICAL
C/O PIER 57
25 11TH AVE
NEW YORK, NY 10000

| 48106 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 06/22/20 | 06/22/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 56958 | 3/4X3/4 MPT N MALE HOSE ADAPT | 4ea | 4ea | 2.147EA | Net | 8.59 |
| 22652 | 1 1/2 X 1 125# BCI HEX BUSH | 2ea | 2ea | 15.480ea | *.28 | 8.67 |

2020/06/22 11:39:19 PM    S2010221.1

K udre

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 17.26 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 1.14 |
| **Amount Due** | **18.40** |

**Invoice is due by 07/22/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% Late charge.

## Reprint ## Reprint ## Reprint ##

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 06/22/20 | S2010235.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**Invoice**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 06/22/20 | 06/22/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| 15534 | 3/4 X 3/4 #74CL BOILER DRAIN MALE TO HOSE | 6ea | 6ea | 11.806EA | Net | 11.806EA | 70.84 |

2020/06/22 11:51:06 PM      S2010235.

Called

| Subtotal | 70.84 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 4.69 |

| | NJ | 6.625 |
|---|---|---|

**Invoice is due by 07/22/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 75.53 |
|---|---|

*1 Reprint *2 Reprint *3 Reprint *4

# IDEAL
**SUPPLY Co**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/23/20 | S2010343.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY   10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
C/O PIER 57
25 11TH AVE
NEW YORK, NY 10000

| 48106 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 06/23/20 | 06/23/20 |

```
************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
************************************************************
```

| 134377 | MUELLER PRS 3/4 P X P 90 ELL | 36ea | 36ea | 6.600ea | *.39 | 2.574ea | 92.66 |
| | 01634 | | | | | | |
| 15619 | 3/4 150# BRASS UNION | 12ea | 12ea | 19.104ea | Net | 19.104ea | 229.24 |
| 133969 | MUELLER PRS 3/4 P X P COUPLING | 12ea | 12ea | 5.580ea | *.39 | 2.176ea | 26.11 |
| | 10146 | | | | | | |
| 134065 | MUELLER PRS 3/4 P X M ADAPTER | 24ea | 24ea | 8.650ea | *.39 | 3.374ea | 80.96 |
| | 01146 | | | | | | |

2020/06/22 09:40:11 AM      S2010343.

*Kared*

**Invoice is due by 07/23/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 428.97 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 28.42 |
| **Amount Due** | **457.39** |

** Reprint ** Reprint ** Reprint **

# IDEAL
**SUPPLY Cº**

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 06/23/20 | S2010418.001 |
|---|---|
| REMIT To: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| Jersey City NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
C/O PIER 57
25 11TH AVE
NEW YORK, NY 10000

| 48106 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 06/23/20 | 06/23/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 134163 | MUELLER PRS 2 X 2 X 1-1/2 P TEE 40105 | 2ea | 2ea | 75.320ea | +.5% | 28.622ea | 57.24 |
| 134066 | MUELLER PRS 1-1/2 P X M ADAPTER 01179 | 4ea | 4ea | 48.590ea | +.5% | 18.464ea | 73.86 |
| 15655 | 1 150W BRASS UNION | 2ea | 2ea | 28.800ea | Net | 28.800ea | 57.60 |

2020/06/23 01:04:50 PM     S2010418.1

*Kared*

**Invoice is due by 07/23/20.**

All claims for shortages or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 188.70 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 12.50 |
| **Amount Due** | **201.20** |

** Reprint ** Reprint ** Reprint **

Case 1:23-01007-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

# IDEAL SUPPLY Co.

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600   Fax 201-333-7376**

**Invoice**

| 06/24/20 | S2010595.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 06/24/20 | 06/24/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 133994 | MUELLER PRS 1-1/2 P X 1 P COUPLING 01065 | 8ea | 8ea | 49.480ea | *.38 | 18.802ea | 150.42 |
| 133991 | MUELLER PRS 1-1/4 P X 1 P COUPLING 01056 | 4ea | 4ea | 29.760ea | *.38 | 11.309ea | 45,24 |
| 107620 | 2-1/2 X 10 TYPE L HARD COPPER TUBE | 10ft | 10ft | 9.548FT | Net | 9.548FT | 95,48 |
| 121704 | 2-1/2 X 2 STD BRASS COUPLING - LEAD FREE **** LEAD FREE **** | 8ea | 5ea | 101.786ea | Net | 101.786ea | 508,93 |
| 121676 | 2-1/2 STD BRASS COUPLING - LEAD FREE **** LEAD FREE **** | 8ea | 8ea | 79.465ea | Net | 79.465ea | 635,70 |
| 25023 | 2 1/2 C K NIPS ADAPTER W 01196 | 8ea | 8ea | 319.750ea | *.16 | 51.160ea | 409,28 |
| 134052 | MUELLER PRS 2 P X F ADAPTER 01287 | 4ea | 4ea | 96.130ea | *.38 | 36.529ea | 146,12 |
| 134000 | MUELLER PRS 2 P X 1-1/2 P COUPLING 01073 | 4ea | 4ea | 49.320ea | *.38 | 18.742ea | 74,97 |
| 133999 | MUELLER PRS 2 P X 1-1/4 P COUPLING 01074 | 4ea | 4ea | 63.500ea | *.38 | 24.130ea | 96.52 |
| 134066 | MUELLER PRS 2 P X H ADAPTER 01143 | 12ea | 12ea | 16.160ea | *.38 | 6.141ea | 73,69 |
| 134065 | MUELLER PRS 3/4 P X H ADAPTER 01146 | 36ea | 36ea | 8.650ea | *.38 | 3.287ea | 118,33 |
| 134236 | MUELLER PRS 1 P X P UNION 08005 | 12ea | 12ea | 66.310ea | *.38 | 25.198ea | 302.37 |
| 134235 | MUELLER PRS 3/4 P X P UNION 08004 | 36ea | 36ea | 40.740ea | *.38 | 15.481ea | 557.32 |

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
NYSCEF DOC. NO. 21

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59
INDEX NO. 152298/2021
RECEIVED NYSCEF: 04/08/2022

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/24/20 | S2010595.001 |
|---|---|
| REMIT TO:  THE IDEAL SUPPLY CO  445 COMMUNIPAW AVENUE  JERSEY CITY NJ 07304 | **2** |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 06/24/20 | 06/24/20 |

2020/06/24 03:11:51 PM     S2010595.

Kared

| | | Subtotal | 3214.37 |
|---|---|---|---|
| NJ | 6.625 | S&H CHGS | 0.00 |
| | | Sales Tax | 212.95 |
| | | **Amount Due** | **3427.32** |

**Invoice is due by 07/24/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

Case 1:23-0109? jrm — Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co

**445 Commumipaw Avenue**
**Jersey City N.J 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 06/24/20 | S2010602.001 |
|---|---|
| REMIT TO:<br>THE IDEAL SUPPLY CO<br>445 COMMUNIPAW AVENUE<br>JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 06/24/20 | 06/24/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 133995 | MUELLER PRS 1-1/2 P X 1-1/4 P CPLG<br>01064 | 14ea | 14ea | 43.810ea | *.38 | 16.648ea | 233.07 |
|---|---|---|---|---|---|---|---|
| 134237 | MUELLER PRS 1-1/4 P X P UNION<br>11205 | 2ea | 2ea | 96.330ea | *.38 | 36.605ea | 73.21 |

Kared

**Invoice is due by 07/24/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 306.28 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 20.29 |
| **Amount Due** | **326.57** |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY CO.

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 06/26/20 | S2010751.001 |
|---|---|

**REMIT TO:**
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 06/26/20 | 06/26/20 |

```
*****************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*****************************************************************
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 8046 | 2 1/2 X 2 VICT #50 CONC RED BLK | 1ea | 1ea | 149.000ea | *.35 | 52.150ea | 52.15 |
| 8590 | 2 1/2 VICT #20 TEE BLK | 2ea | 2ea | 196.500ea | *.35 | 68.775ea | 137.55 |
| 27100 | 2 1/2 VICT #741 FLG BLK | 3ea | 3ea | 517.500ea | *.35 | 181.125ea | 543.38 |
| 109214 | 2 VIC #107 QUICK ZERO FLEX COUPLING | 4ea | 4ea | 108.500ea | *.35 | 37.975ea | 151.90 |
| 109215 | 2-1/2 VIC #107 QUICK ZERO FLEX COUPLING | 24ea | 24ea | 123.500ea | *.35 | 43.225ea | 1037.40 |
| 133994 | MUELLER PRS 1-1/2 P X 1 P COUPLING 01065 | 2ea | 2ea | 49.480ea | *.38 | 18.802ea | 37.60 |
| 92835 | 3/4 X 10' TYPE L HARD COPPER TUBE | 50ft | 50ft | 4.234ft | *.38 | 1.609ft | 80.44 |
| 133971 | MUELLER PRS 1-1/4 P X P COUPLING 10148 | 2ea | 2ea | 14.440ea | *.38 | 5.487ea | 10.97 |
| 134379 | MUELLER PRS 1-1/4 P X P SR 90 ELL 02084 | 4ea | 4ea | 26.910ea | *.38 | 10.226ea | 40.90 |

KADRj

**Invoice is due by 07/26/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| NJ | 6.625 |
|---|---|

| Subtotal | 2092.29 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 138.61 |
| **Amount Due** | **2230.90** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Commonipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/26/20 | S2010751.002 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMONIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 06/26/20 | 06/26/20 | |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 40750 | 2 K 10' STD BLK C/U PIPE T&C | 10ft | 10ft | 3.910ft | Net | 3.910ft | 39.10 |
|---|---|---|---|---|---|---|---|
| | 2 PCS = 2 X 48" THRD X THRD | | | | | | |
| | ***************************** | | | | | | |
| 28751 | 2 STANDARD THREAD END CHARGE | 2ea | 2ea | 4.844ea | Net | 4.844ea | 9.69 |

2020/06/26 11:56:54 PM   #2010751.2

KADRi

| | | | Subtotal | 48.79 |
|---|---|---|---|---|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 3.23 |
| | | | **Amount Due** | **52.02** |

**Invoice is due by 07/26/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Cp

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 06/26/20 | S2010819.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

**Invoice**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 06/26/20 | 06/26/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 90028 | 5-3 x 1-1/2 3000# c/s THREADOLET | 6ea | 6ea | 25.750ea | *.36 | 54.06 |
| 35479 | 1 1/2 APOLLO #70-107-01 3PNT THRD | 5ea | 5ea | 99.380ea | *.70 | 347.83 |
| | END BALL | | | | | |
| 15272 | 1 1/2 X 4 STD BLK STEEL NIPPLE | 8ea | 8ea | 4.471ea | Net | 35.77 |
| 29084 | 11/2 125# BCI SQ HD PLUG CORED | 2ea | 2ea | 12.620EA | *.28 | 7.18 |

KADRI

| Subtotal | 444.86 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 29.47 |
| **Amount Due** | **474.33** |

| | NJ | 6.625 |
|---|---|---|

**Invoice is due by 07/26/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1,50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| | |
|---|---|
| 06/29/20 | S2010904.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

L

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 06/29/20 | 06/29/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92835 | 3/4 X 10' TYPE L HARD COPPER TUBE | 50ft | 50ft | 1.475ft | Net | 1.475ft | 73.88 |
| 31766 | 5/6 X 1/2 C K C CPLG WITH STOP W801056 | 2ea | 2ea | 9.570ea | *.18 | 1.723ea | 3.45 |
| 5903 | 1/2 X 3 STD BRASS NIPPLE | 2ea | 2ea | 3.169ea | Net | 3.169ea | 6.34 |
| 134377 | MUELLER PRS 3/4 P X P SW 90 ELL 01634 | 6ea | 6ea | 6.600ea | *.40 | 2.640ea | 15.84 |
| 29034 | 11/2 125# BCI 90 HD PLUG CORED | 4ea | 4ea | 3.204EA | Net | 3.204EA | 12.82 |

2010/06/29 09:47:33 AM      S2819904.

KADRI

| | | | |
|---|---|---|---|
| | NJ | 6.625 | **Subtotal** 112.33 |
| | | | **S&H CHGS** 0.00 |
| | | | **Sales Tax** 7.44 |

**Invoice is due by 07/29/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

**Amount Due** 119.77

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

## Invoice

| 06/29/20 | S2010937.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | 1 |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 47304 | |

BILL TO:
FARRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | 06/29/20 | 06/29/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35335 | 3/4 APOLLO 870-104-01 BRNZ THRD END BALL | 4ea | 4ea | 36.850ea | *.58 | 21.373ea | 85.49 |
| 35281 | 1/2 APOLLO 870-103-01 BRNZ THRD END BALL | 6ea | 6ea | 22.340EA | *.58 | 12.957EA | 77.74 |
| 134066 | MUELLER PRS 1 P X M ADAPTER 01163 | 6ea | 6ea | 16.160ea | *.41 | 6.626ea | 39.75 |
| 134065 | MUELLER PRS 3/4 P X M ADAPTER 01146 | 6ea | 4ea | 8.650ea | *.41 | 3.547ea | 14.19 |

Caxed

| | | | Subtotal | 217.17 |
|---|---|---|---|---|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 14.39 |

**Invoice is due by 07/29/20.**

| | Amount Due | 231.56 |
|---|---|---|

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are nonreturnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co.

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 06/29/20 | S2011053.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47846 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 06/29/20 | 06/29/20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | * If NOT stated "Lead Free" or "LF", the products listed may contain * | | | | | |
| | * lead and *CAN NOT* be used for potable/drinking water service. * | | | | | |
| 8590 | 2 1/2 VICT B2O TEE BLK | 2ea | 2ea | 196.500ea | *.35 | 68.775ea | 137.55 |
| 15359 | 1 1/2 X 5 STD BLK STEEL NIPPLE | 1ea | 1ea | 4.556ea | Net | 4.556ea | 4.56 |
| 134379 | MUELLER PRS 1-1/4 P K P SR 90 ELL 02084 | 6ea | 6ea | 26.910ea | *.40 | 10.764ea | 64.58 |
| 36958 | 3/4X3/4 MPT K MALE HOSE ADAPT | 4ea | 4ea | 2.147EA | Net | 2.147EA | 8.59 |
| 5962 | 1 1/2 X 3/4 150# GMI <PL8 | 2ea | 2ea | 37.250ea | *.28 | 10.630ea | 20.86 |
| 71849 | 5/8 X 3 STD PLTD HEX HD CAP SCREWS | 4ea | 4ea | 0.907ea | Net | 0.907ea | 3.63 |
| 41972 | 5/8 PLTD HVY HEX NUTS | 4ea | 4ea | 0.392ea | Net | 0.392ea | 1.57 |
| 134377 | MUELLER PRS 3/4 P X P SR 90 ELL 01634 | 36ea | 36ea | 6.600ea | *.40 | 2.640ea | 95.04 |
| 133969 | MUELLER PRS 3/4 P X P COUPLING 10146 | 30ea | 30ea | 5.580ea | *.40 | 2.232ea | 66.96 |
| 40612 | 3/4 X 10 STD BLK A53 C/N PIPE TBE | 100ft | 100ft | 1.400ft | Net | 1.400ft | 140.00 |
| 15726 | 1 1/2 150# BRASS UNION | 1ea | 1ea | 46.874ea | Net | 46.874ea | 46.87 |
| 30081 | 1 1/2 150# BMI 90 ELL | 6ea | 6ea | 6.919ea | Net | 6.919ea | 41.51 |
| 15314 | 1 1/2 X SH STD BLK STEEL NIPPLE | 8ea | 8ea | 2.672ea | Net | 2.672ea | 21.38 |
| 15272 | 1 1/2 X 4 STD BLK STEEL NIPPLE | 6ea | 6ea | 4.472ea | Net | 4.472ea | 26.83 |
| 84255 | 3/4 OD TUBING CUSHION STRUT CLAMP | 12ea | 12ea | 1.935ea | Net | 1.935ea | 23.22 |
| 119881 | MILWAUKEE PART# 49-56-0043 ICE HARDENEDTH HOLE SAW 1" | 1ea | 1ea | 7.233ea | Net | 7.233ea | 7.23 |
| 119906 | MILWAUKEE PART# 49-56-7D10 HOLE SAW SMALL ANGOR 3/8" SHANK | 1ea | 1ea | 8.233ea | Net | 8.233ea | 8.23 |

# IDEAL
SUPPLY Cₒ

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 06/29/20 | S2011053.001 |
|----------|--------------|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

2

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | pier 57 | | | Dan Marucci | |
|-------|---------|--|--|-------------|--|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 06/29/20 | 06/29/20 |

2020/06/29 07:57:20 AM    S2011053.

_KAPRI_

| | Subtotal | 718.61 |
|--|----------|--------|
| NJ    6.625 | S&H CHGS | 0.00 |
| | Sales Tax | 47.61 |
| | **Amount Due** | **766.22** |

**Invoice is due by 07/29/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Credit Memo**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 06/30/20 | S2011201.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 RTN | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | OT OUR TRUCK | NET 30 DAYS | 06/30/20 | 06/30/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| 40612 | 3/4 X 10 STD BLK A53 C/W PIPE TBE | -100ft | -100ft | 1.400ft | Net | 1.400ft | -140.00 |
|---|---|---|---|---|---|---|---|
| | ** Original Sale : S2011053.001 ** | | | | | | |

| | NEMYDBKCX | 2.875 |
|---|---|---|

| Subtotal | -140.00 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | -9.28 |
| **Amount Due** | **-149.28** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 06/30/20 | S2011203.001 |
|---|---|
| REMIT TO: THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 06/30/20 | 06/30/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and "CAN NOT" be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 92835 | 3/4 K 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 1.694/ft | Net | 1.694/ft | 169.44 |
|---|---|---|---|---|---|---|---|

2020/07/01 07:28:40 PM    S2011203.001

KAORj

**Invoice is due by 07/30/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
**Past due invoices may be subject to 1.50% late charge.**

|  | NJ | 6.625 |
|---|---|---|

| Subtotal | 169.44 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 11.23 |
| **Amount Due** | **180.67** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/01/20 | S2011273.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 07/01/20 | 07/01/20 |

```
************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
************************************************************
```

| 134104 | MUELLER PRS 1 P X P C P TEE | 6ea | 6ea | 20,060ea | *.42 | 6.425ea | 50.55 |
|---|---|---|---|---|---|---|---|
| | 04048 | | | | | | |
| 134049 | MUELLER PRS 1 P X P ADAPTER | 6ea | 6ea | 17,960ea | *.42 | 7.543eb | 45.26 |
| | 01263 | | | | | | |
| 31561 | 3/4 X 1/4 C N C CPLG WITH STOP N | 12ea | 12ea | 11,880ea | *.18 | 2.138ea | 25.66 |
| | 01038 | | | | | | |

2020/07/01 01:28:06 PM    S2011273

KAORJ

Invoice is due by 07/31/20.

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| Subtotal | 121.47 |
| S&H CHGS | 0.00 |
| Sales Tax | 8.05 |
| Amount Due | 129.52 |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| | |
|---|---|
| 07/02/20 | S2011375.001 |

**Invoice**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Christopher Luciano | WC WILL CALL | | NET 30 DAYS | 07/02/20 | 07/02/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 320 | 3/4 C X C 90 ELL W801634 | 30ea | 30ea | 8.020EA | *.15 | 1.203EA | 36.09 |
| 22057 | 3/4 C X C X C TEE W804031 | 12ea | 12ea | 16.730ea | *.15 | 2.210ea | 26.51 |
| 6793 | 3/4 X 11/2 STD BRASS NIPPLE | 12ea | 12ea | 2.137ea | Net | 2.137ea | 25.64 |
| 4796 | 3/4 FTG X C 90 ELL W801634 | 12ea | 12ea | 11.580ea | *.15 | 1.737ea | 20.84 |
| 121350 | 3/4 C X SLIPS UNION LEAD FREE | 6ea | 6ea | 139.860ea | *.15 | 20.979ea | 125.87 |
| | **** LEAD FREE **** | | | | | | |
| 92835 | 3/4 X 10' TYPE L HARD COPPER TUBE | 120ft | 120ft | 1.881ft | Net | 1.881ft | 225.74 |
| 30295 | 3/4 C X C CPLG WITH STOP W807054 | 12ea | 12ea | 5.630ea | *.15 | 0.845ea | 10.13 |
| 134108 | MUELLER PRS 3/4 P X P X P TEE | 16ea | 16ea | 10.940ea | *.42 | 4.595ea | 73.52 |
| | 04031 | | | | | | |

2010597 R2 10:36:53 PM    S2011375.

*KAORI*

**Invoice is due by 08/01/20.**

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| **Subtotal** | 544.34 |
| **S&H CHGS** | 0.00 |
| **Sales Tax** | 36.06 |
| **Amount Due** | 580.40 |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

Invoice

| 07/07/20 | S2011506.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Christopher Luciano | WC WILL CALL | | NET 30 DAYS | | 07/07/20 | 07/07/20 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 134377 | MUELLER PRS 3/4 P X P SR 90 ELL 01634 | 48ea | 48ea | 6.600ea | *.64 | 2.904ea | 139.39 |
| 134382 | MUELLER PRS 3/4 FTG X P SR 90 ELL 01654 | 12ea | 12ea | 6.870ea | *.44 | 3.025ea | 36.27 |
| 13355 | 3/4 STD BRASS SQ HEAD PLUG COR | 18ea | 18ea | 4.085ea | Net | 4.085ea | 73.52 |
| 15160 | 11/2 STD 1/16 NON ASB RING GAS | 12ea | 12ea | 0.540ea | Net | 0.540ea | 6.48 |
| 15122 | 11/4 STD 1/16 NON ASB RING GAS | 12ea | 12ea | 0.440ea | Net | 0.440ea | 5.28 |
| 2324 | 2 1/2 VIC 300 B/F VALVE W/LEVE | 2ea | 2ea | 1263.000ea | *.4000 | 505.200ea | 1010.40 |
| 134380 | MUELLER PRS 1-1/2 P X P SR 90 ELL 02085 | 12ea | 12ea | 50.350ea | *.44 | 22.154ea | 265.85 |
| 133972 | MUELLER PRS 1-1/2 P X P COUPLING 10149 | 10ea | 10ea | 26.370ea | *.64 | 11.603ea | 116.03 |
| 92835 | 3/4 X 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 1.999ft | Net | 1.999ft | 199.88 |
| 13525 | 2 STD BRASS SQ HEAD PLUG CORED | 2ea | 2ea | 21.257ea | Net | 21.257ea | 42.51 |
| 92839 | 2 X 10' TYPE L HARD COPPER TUBE | 100ft | 100ft | 8.053ft | Net | 8.053ft | 605.25 |
| 134381 | MUELLER PRS 2 P X P SR 90 ELL 02086 | 18ea | 18ea | 70.710ea | *.64 | 31.112ea | 560.02 |
| 133973 | MUELLER PRS 2 P X P COUPLING 10150 | 12ea | 12ea | 12.817ea | Net | 12.817ea | 153.80 |
| 134068 | MUELLER PRS 1-1/2 P X M ADAPTER 01179 | 8ea | 8ea | 48.590ea | *.44 | 21.380ea | 171.04 |
| 13355 | 3/4 STD BRASS SQ HEAD PLUG COR | 18ea | 18ea | 4.628ea | Net | 4.628ea | 83.31 |
| 128655 | MILWAUKEE PART# 48-22-4252 1-1/2" CONSTANT SWING COPPER TUBING CUTTER | 1ea | 1ea | 58.905ea | Net | 58.905ea | 58.91 |
| 128650 | MILWAUKEE PART# 48-22-4251 1" MINI COPPER TUBING CUTTER | 1ea | 1ea | 23.467ea | Net | 23.467ea | 23.47 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| | |
|---|---|
| 07/07/20 | S2011506.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

2

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Christopher Luciano | WC WILL CALL | | NET 30 DAYS | 07/07/20 | 07/07/20 |

KADRi

| | Subtotal | 3751.41 |
|---|---|---|
| | S&H CHGS | 0.00 |
| NJ | 6.625 | Sales Tax | 248.53 |
| | Amount Due | 3999.94 |

**Invoice is due by 08/06/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 07/08/20 | S2011725.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| | | | | | |
|---|---|---|---|---|---|
| 47848 | PIER 57 | | | Dan Marucci | |
| Christopher Luciano | WC WILL CALL | | NET 30 DAYS | 07/08/20 | 07/07/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24132 | 11/2 STD 1/16 RUBBER RING GASK | 6ea | 6ea | 0.215ea | Net | 0.215ea | 1.29 |
| 24096 | 11/4 STD 1/16 RUBBER RING GASK | 6ea | 6ea | 0.185ea | Net | 0.185ea | 1.11 |
| 5436 | 2 1/2 VICT #90 90 ELL BLK | 8ea | 8ea | 127.500ea | R.3500 | 44.625ea | 357.00 |
| 8046 | 2 1/2 X 2 VICT #50 CONC RED BLK | 2ea | 2ea | 149.000ea | R.3500 | 52.150ea | 104.30 |
| 94485 | 2-1/8 OD CT CUSHION STRUT CLAMP | 8ea | 8ea | 8.700ea | Net | 8.700ea | 69.60 |

2020.07.08 07:48.20 AM    S2011725.

Kor

**Invoice is due by 08/07/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | |
|---|---|
| NJ | 6.625 |

| | |
|---|---|
| Subtotal | 533.30 |
| S&H CHGS | 0.00 |
| Sales Tax | 35.33 |
| Amount Due | 568.63 |

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co.

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/08/20 | S2011909.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 47304 | |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 07/08/20 | 07/08/20 |

```
*********************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
*********************************************************************
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 7119 | 3 X 2 1/2 VICT N50 CONC RED BLK | 2ea | 2ea | 179.000ea | *.3500 | 62.650ea | 125.30 |
| 8046 | 2 1/2 X 2 VICT N50 CONC RED BLK | 2ea | 2ea | 149.000ea | *.3500 | 52.150ea | 104.30 |
| 5074 | 2 VICT N40 G X MIPS NIPPLE BLK | 2ea | 2ea | 78.000ea | *.3500 | 27.300ea | 54.60 |
| 39595 | 2 X 3/4 X 2 150N BWI TEE | 2ea | 2ea | 88.630ea | *.24 | 21.271ea | 42.54 |
| 23385 | 2 1/2 X 3/4 125# BCI HEX BUSH | 2ea | 2ea | 38.970ea | *.24 | 9.355ea | 18.71 |
| 35292 | 2 1/2 150# BWI TEE | 2ea | 2ea | 148.070ea | *.24 | 35.537ea | 71.07 |
| 42051 | 2 1/2 DIELECTRIC TXT CLEARFLOW NIPPLE (N19180P) | 2ea | 2ea | 89.541ea | Net | 89.541ea | 179.08 |
| 32978 | 2 TXT DIELECTRIC CLEARFLOW NIPPLE (N19175N) | 2ea | 2ea | 66.288ea | Net | 66.288ea | 152.58 |
| 121676 | 2-1/2 STD BRASS COUPLING - LEAD FREE **** LEAD FREE **** | 2ea | 2ea | 82.406ea | Net | 82.406ea | 164.81 |
| 34610 | 2 STD BRASS CPLG | 2ea | 2ea | 35.109ea | Net | 35.109ea | 70.22 |
| 107620 | 2-1/2 X 10 TYPE L HARD COPPER TUBE | 50ft | 50ft | 10.771FT | Net | 10.771FT | 538.52 |
| 500 | 2 1/2 C X C 90 ELL W 02087 | 12ea | 12ea | 151.040ea | *.14 | 21.146ea | 253.73 |
| 30518 | 2 1/2 C X C CPLG WITH STOP W 01082 | 4ea | 4ea | 87.320ea | *.14 | 12.225ea | 48.90 |
| 4981 | 2 FTG X C 90 ELL W 02386 | 8ea | 8ea | 126.710ea | *.14 | 17.739ea | 141.92 |
| 28076 | 2 X 3/4 X 2 C X C X C TEE W 40248 | 4ea | 4ea | 190.390ea | *.14 | 26.655ea | 106.62 |
| 121354 | 2 C X MIPS UNION LEAD FREE **** LEAD FREE **** | 2ea | 2ea | 686.910ea | *.14 | 96.167ea | 192.33 |
| 121340 | 2 C X C UNION LEAD FREE **** LEAD FREE **** | 2ea | 2ea | 447.800ea | *.14 | 62.692ea | 125.38 |
| 92837 | 1-1/4 X 10' TYPE L HARD COPPER TUBE | 40ft | 40ft | 3.658ft | Net | 3.658ft | 146.32 |
| 390 | 1 1/4 C X C 90 ELL W 02084 | 12ea | 12ea | 29.160ea | *.14 | 4.082ea | 48.99 |
| 24908 | 1 1/4 C X MIPS ADAPTER W 01171 | 4ea | 4ea | 47.130ea | *.14 | 6.598ea | 26.39 |
| 22148 | 1 1/4 C X C X C TEE W 04068 | 2ea | 2ea | 62.240ea | *.14 | 8.714ea | 17.43 |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/08/20 | S2011909.001 |
| --- | --- |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**2**

**Invoice**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | pier 57 | | | Dan Marucci | |
| --- | --- | --- | --- | --- | --- |
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 07/08/20 | 07/08/20 |

| 33109 | 3 X 2 1/2 C X C CPLG WITH STOP W | 1ea | 1ea | 160.240ea | 8.14 | 22.434ea | 22.43 |
| | 01093 | | | | | | |

1203457.09 09:40.53 AM     12011909.

KARDI

**Invoice is due by 08/07/20.**

| | NJ | 6.625 |
| --- | --- | --- |

| Subtotal | 2632.19 |
| --- | --- |
| S&H CHGS | 0.00 |
| Sales Tax | 174.38 |
| Amount Due | 2806.57 |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.5% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 07/09/20 | S2011937.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/09/20 | 07/09/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72919 | 3/8 WROP IN SETTING TOOL | 4ea | 4ea | 5.000ea | net | 5.000ea | 20.00 |
| 71402 | 1/2 SETTING TOOL | 1ea | 1ea | 5.000ea | net | 5.000ea | 5.00 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD | 2ea | 2ea | 31.495EA | net | 31.495ea | 62.99 |
| | .050 X .125 X 28 STICKS PER TUBE | | | | | | |

2020/07/09 09:46:20 AM    S2011937.

KARDI

**Invoice is due by 08/08/20.**

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 67.99 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 5.83 |
| **Amount Due** | **93.82** |

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY C₀

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/13/20 | S2012058.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

SILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 07/13/20 | 07/13/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and "CAN NOT" be used for potable/drinking water service.     *
```

| 24650 | 2 1/2 VICT #77 CPLG BLK | 12ea | 12ea | 126.500ea | *.3500 | 44.275ea | 531.30 |
|---|---|---|---|---|---|---|---|
| 45315 | 2 1/2 VIC 752 WYE STRAINER 1/2 BD | 1ea | 1ea | 2390.000ea | *.40 | 956.000ea | 956.00 |
| 30838 | 1 C X C CPLG WITH STOP N 01047 | 12ea | 12ea | 11.020ea | *.18 | 1.984ea | 23.80 |
| 30190 | 1/4 C X C CPLG WITH STOP N 01009 | 12ea | 12ea | 2.570ea | *.18 | 0.463ea | 5.55 |
| 2729 | 1 C X C L/R 90 ELL N 02747 | 16ea | 16ea | 34.250ea | *.18 | 6.165ea | 98.64 |
| 2539 | 1/4 C X C L/R 90 ELL N 02716 | 16ea | 16ea | 14.530ea | *.18 | 2.615ea | 41.85 |

2020-07-13 10:01:15 PM          S2012058.1

*KADRI*

**Invoice is due by 08/12/20.**

All claims for shortage or short sent be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 1657.14 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 109.79 |
| **Amount Due** | **1766.93** |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 07/13/20 | S2012200.001 |

**Invoice**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**1**

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/13/20 | 07/13/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10543 | 2 X 21/2 STD BRASS NIPPLE | 2ea | 2ea | 11.440ea | net | 11.440ea | 22.88 |
| 32892 | 2 1/2 X 2 C K C CPLG WITH STOP U 01083 | 2ea | 2ea | 137.700ea | *.18 | 24.786ea | 49.57 |
| 27267 | 2 FTG X MIPS ADAPTER W 01487 | 2ea | 2ea | 343.600ea | *.16 | 55.776ea | 111.55 |
| 24986 | 2 C X MIPS ADAPTER W 01187 | 10ea | 10ea | 99.370ea | *.16 | 15.899ea | 158.99 |
| 25023 | 2 1/2 C X MIPS ADAPTER W 01196 | 4ea | 4ea | 367.550ea | *.18 | 62.559ea | 250.24 |
| 32892 | 2 1/2 X 2 C K C CPLG WITH STOP U 01083 | 2ea | 2ea | 137.700ea | *.18 | 24.786ea | 49.57 |
| 20360 | 2 1/2 C X FIPS ADAPTER W 01296 | 4ea | 4ea | 414.050ea | *.18 | 74.529ea | 298.12 |
| 17276 | 2 1/2 X 5 STD BLK STEEL NIPPLE | 4ea | 4ea | 18.632ea | net | 18.632ea | 74.53 |
| 35335 | 3/4 APOLLO 870-104-01 BRNZ THRD END BALL | 8ea | 8ea | 36.850ea | *.56 | 20.636ea | 165.09 |
| 11928 | 3/4X1 1/2 STD BLK STEEL NIPPLE | 8ea | 8ea | 1.548ea | net | 1.548ea | 12.38 |

2020/07/13 10:29:44 PM      S2012200.

KARRI

| | | |
|---|---|---|
| | NJ | 6.625 |

| | |
|---|---|
| Subtotal | 1192.92 |
| S&H CHGS | 0.00 |
| Sales Tax | 79.03 |
| Amount Due | 1271.95 |

**Invoice is due by 08/12/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

[FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM] INDEX NO. 152298/2021
NYSCEF DOC. NO. 21    Case 1:23-0108-jmm   Dec 16 12   Filed 07/19/24   Entered 07/19/24 16:42:58   RECEIVED NYSCEF: 04/08/2022

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/14/20 | S2012409.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 07/14/20 | 07/14/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 92835 | 3/4 X 10' TYPE L HARD COPPER TUBE | 90ft | 90ft | 1.881ft | Net | 1.881ft | 169.31 |
|---|---|---|---|---|---|---|---|
| 133969 | MUELLER PRS 3/4 F X F COUPLING | 18ea | 18ea | 2.306ea | Net | 2.306ea | 41.51 |
| | 10146 | | | | | | |

2020/07/14 04/24/18 PM    92013409.

*Kaled*

| | | NJ | 6.625 | Subtotal | 210.82 |
|---|---|---|---|---|---|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 13.97 |

**Invoice is due by 08/13/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non returnable.
Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | **224.79** |
|---|---|

** Reprint ** Reprint ** Reprint **

Case 1:23-0108-jmm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58

# IDEAL
SUPPLY Cₒ

**Invoice**

| 07/15/20 | 82012553.001 |
|----------|--------------|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|-------|---------|---|---|-------------|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 07/15/20 | 07/15/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 82653 | 2-1/2 X 10 STD BLK STL PIPE TBE | 10ft | 10ft | 6.258FT | Net | 6.258FT | 62.58 |
| 87843 | 1-1/8 OD CT CUSHION STRUT CLAMP | 12ea | 12ea | 3.894ea | Net | 3.894ea | 46.73 |
| 84254 | 3/8 OD TUBING CUSHION STRUT CLAMP | 12ea | 12ea | 2.772ea | Net | 2.772ea | 33.26 |

2020/07/15 01:21:00 PM    82012553.

/⟨ADR⟩

| | | NJ | 6.625 | **Subtotal** | 142.57 |
|---|---|---|---|--------------|--------|
| | | | | **S&H CHGS** | 0.00 |
| | | | | **Sales Tax** | 9.45 |

**Invoice is due by 08/14/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| **Amount Due** | 152.02 |

** Reprint ** Reprint ** Reprint **

# IDEAL
S U P P L Y Co

**Invoice**

**445 Commuuipaw Aveuue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/16/20 | S2012788.001 |
|---|---|
| REMIT TO: | |
| THE TOTAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/16/20 | 07/16/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 94485 | 2-1/8 OD CT CUSHION STRUT CLAMP | 12ea | 12ea | 8.031ea | Net | 8.031ea | 96.57 |
|---|---|---|---|---|---|---|---|
| 32806 | 3/4 150W BNI STR 90 ELL | 4ea | 4ea | 12.590ea | 2.2% | 3.022ea | 12.09 |

2020/07/17 04:56:56 PM      S2012788.

*MOR/*

**Invoice is due by 08/15/20.**

| | NJ | 6.625 |
|---|---|---|

| | | |
|---|---|---|
| Subtotal | | 108.46 |
| S&H CHGS | | 0.00 |
| Sales Tax | | 7.19 |
| **Amount Due** | | **115.65** |

All claims for shortage or error must be made at once. Returns require advance
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/21/20 | S2013039.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**Invoice**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 07/21/20 | 07/21/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 87127 | 3/4 X 4 PLTD HEX HEAD CAPSCREW | 16ea | 16ea | 1.477ea | net | 1.477ea | 23.62 |
|---|---|---|---|---|---|---|---|
| 41974 | 3/4 PLTD HVY HEX NUTS | 16ea | 16ea | 0.692ea | net | 0.692ea | 11.07 |
| 62757 | B PLTD CLEVIS HANGER | 8ea | 8ea | 11.627ea | net | 11.627ea | 93.02 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD | 4ea | 4ea | 33.213EA | net | 33.213EA | 132.85 |
| | .050 X .125 X 28 STICKS PER TUBE | | | | | | |

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 260.56 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 17.26 |
| **Amount Due** | **277.82** |

**Invoice is due by 08/20/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
**Past due invoices may be subject to 1.50% late charge.**

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co.

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 07/22/20 | S2013342.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 07/22/20 | 07/22/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22241 | 2 C X C X C TEE W 60102 | 4ea | 4ea | 159.00011 | *.18 | 28.62011 | 114.48 |
| 134052 | MUELLER PES 2 P X F ADAPTER 01287 | 4ea | 4ea | 96.130ea | *.395 | 37.971ea | 151.89 |
| 134068 | MUELLER PES 1-1/2 P X N ADAPTER 01179 | 8ea | 8ea | 48.590ea | *.395 | 19.193ea | 153.54 |
| 134238 | MUELLER PES 1-1/2 P X P UNION 11206 | 4ea | 4ea | 126.070ea | *.395 | 49.798ea | 199.19 |
| 117654 | 1 1/4 PROPRESS UNION CXC # 79140 ZERO LEAD | 4ea | 4ea | 42.813ea | Net | 42.813ea | 171.25 |
| 134067 | MUELLER PES 1-1/4 P X N ADAPTER 01171 | 4ea | 4ea | 34.650ea | *.395 | 13.687ea | 54.75 |
| 87843 | 1-1/8 OD CT CUSHION STRUT CLAMP | 8ea | 8ea | 3.894ea | Net | 3.894ea | 31.15 |

2020/07/23 07:44:52 AM    S2013342.1

| | | |
|---|---|---|
| | NJ | 6.625 |

| | |
|---|---|
| Subtotal | 876.25 |
| S&H CHGS | 0.00 |
| Sales Tax | 58.05 |
| **Amount Due** | **934.30** |

**Invoice is due by 08/21/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

*1 Reprint ** Reprint 1* Reprint 1*


# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 07/28/20 | S2013882.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 07/28/20 | 07/28/20 |

```
*******************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*******************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED GALV CHANNEL STRUT 12G | 30ft | 30ft | 1.788ft | Net | 1.788ft | 53.63 |
| 92839 | 2 X 10' TYPE L HARD COPPER TUBE | 240ft | 240ft | 7.304ft | Net | 7.304ft | 1753.05 |
| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 12ea | 12ea | 2.007ea | Net | 2.007ea | 24.09 |
| 134581 | MUELLER PRS 2 P X P SR 90 ELL 02086 | 8ea | 8ea | 70.710ea | *.42 | 29.698ea | 237.59 |
| 71811 | 5/8 PLTD TOP BEAM CLAMPS | 24ea | 24ea | 1.040ea | Net | 1.040ea | 24.96 |
| 129506 | 2 X 4 DIELECTRIC NIPPLE TNT PART# DWT2040 FLOWTEK | 2ea | 2ea | 11.629ea | Net | 11.629ea | 23.26 |
| 5093 | 2 150# BMI CPLG | 2ea | 2ea | 9.568ea | Net | 9.568ea | 19.14 |
| 109215 | 2-1/2 VIC #107 QUICK ZERO FLEX COUPLING | 8ea | 8ea | 123.500ea | *.3500 | 43.225ea | 345.80 |
| 139986 | 2 MUELLER PRESS BALL VALVE 117-728PV - LEAD FREE | 2ea | 2ea | 152.860ea | *.42 | 64.201ea | 128.40 |

2020/07/28 02:43:23 PM    S2013882.

*Kadd.*

| | NJ | 6.625 | | Subtotal | 2609.92 |
|---|---|---|---|---|---|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 172.91 |
| | | | | **Amount Due** | **2782.83** |

**Invoice is due by 08/27/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/03/20 | S2014492.001 |
|---|---|
| REMIT To: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 08/03/20 | 08/03/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | * If NOT stated "Lead Free" or "LF", the products listed may contain * | | | | | | |
| | * lead and *CAN NOT* be used for potable/drinking water service.    * | | | | | | |
| 68518 | 3/8 X 6 SLT PLTD RD HD M/S (TOGGLE BOLTS ONLY) | 16ea | 16ea | 1.508ea | Net | 1.508ea | 24.12 |
| 125037 | 2" ID X 10.5" cut 304ss brass w/ c.s. male NPT each end. SW42 | 3ea | 3ea | 37.356ea | Net | 37.356ea | 112.07 |
| 43857 | 3/8 X 6 PLTD THREADED ROD (25PCS PER BUNDLE) | 25ea | 25ea | 2.007ea | Net | 2.007ea | 50.18 |
| 42517 | 1-5/8 X 1-5/8 X 10' SLOTTED DBLV CHANNEL STRUT 12G | 20ft | 20ft | 1.788ft | Net | 1.788ft | 35.75 |
| 134160 | MUELLER PRS 2 X 2 X 3/4 P TEE 60106 | 20ea | 20ea | 98.090ea | *.42 | 41.198ea | 823.96 |
| 34425 | 3/4 STD BRASS CPLG | 8ea | 8ea | 6.093ea | Net | 6.093ea | 48.74 |
| 133973 | MUELLER PRS 2 P X P COUPLING 10150 | 8ea | 8ea | 34.680ea | *.42 | 14.566ea | 116.52 |
| 134581 | MUELLER PRS 2 P X P SR 90 ELL 02086 | 16ea | 16ea | 72.900ea | *.42 | 30.616ea | 489.89 |
| 94485 | 2-1/8 OD CT CUSHION STRUT CLAMP | 8ea | 8ea | 8.031ea | Net | 8.031ea | 64.25 |
| 35283 | 1/2 APOLLO 570-103-01 BRNZ THRD END BALL | 2ea | 2ea | 12.963EA | Net | 12.963EA | 25.93 |
| 134064 | MUELLER PRS 1/2 P X M ADAPTER 07131 | 2ea | 2ea | 4.970ea | *.42 | 2.087ea | 4.17 |
| 134150 | MUELLER PRS 2 P X 3/4 P X 2 P TEE 40248 | 4ea | 4ea | 160.620ea | *.42 | 67.460ea | 269.84 |
| 139986 | 2 MUELLER PRESS BALL VALVE 117-728PV - LEAD FREE | 2ea | 2ea | 158.410ea | *.44 | 69.700ea | 139.40 |

Case 1:23-0108-jmm  Doc 16-12  Filed 07/19/24  Entered 07/19/24 16:42:59

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600 Fax 201-333-7376

| 08/03/20 | S2014492.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 2 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/03/20 | 08/03/20 |

2020/08/03 02:31:21 PM      S2014492

*KADRI*

| | | Subtotal | 2204.82 |
|---|---|---|---|
| NJ | 6.625 | S&H CHGS | 0.00 |
| | | Sales Tax | 146.07 |
| | | Amount Due | 2350.89 |

**Invoice is due by 09/02/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

*R Reprint *R Reprint *R Reprint *R

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/04/20 | S2014577.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 08/04/20 | 08/04/20 |

```
****************************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.  *
****************************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34610 | 2 STD BRASS CPLG | 4ea | 4ea | 33.159ea | Net | 33.159ea | 132.64 |
| 15306 | 2 STD BRASS 90 ELL | 4ea | 4ea | 32.370EA | Net | 32.370EA | 129.48 |
| 68518 | 3/8 X 6 SLT PLTD RD HD M/S | 100ea | 100ea | 1.507ea | Net | 1.507ea | 150.72 |
| | (TOGGLE BOLTS ONLY) | | | | | | |
| 88160 | 3/8 TOGGLE WING | 100ea | 100ea | 0.308ea | Net | 0.308ea | 30.76 |

20200804 10:51:47 PM         SUBTOTAL

KADRI

| | | | | Subtotal | 443.60 |
|---|---|---|---|---|---|
| | NJ | 6.625 | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 29.39 |
| | | | | Amount Due | 472.99 |

**Invoice is due by 09/03/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 08/04/20 | S2014598.001 |
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

**Invoice**

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 ADD | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/04/20 | 08/04/20 | |

```
*********************************************************************
* If NOT stated "Lead free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.    *
*********************************************************************
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 134107 | MUELLER PRS 2 P X P X P TEE 40102 | 1ea | 1ea | 83.810ea | 1.44 | 36.876ea | 36.88 |
| 13808 | 2 STD BRASS 90 ELL | 2ea | 2ea | 34.260EA | Net | 34.260EA | 68.52 |
| 10502 | 2 X CL STD BRASS NIPPLE | 6ea | 6ea | 10.593EA | Net | 10.593EA | 63.56 |

(KADR)

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| Subtotal | 168.96 |
| S&H CHGS | 0.00 |
| Sales Tax | 11.19 |
| **Amount Due** | **180.15** |

**Invoice is due by 09/03/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

1# Reprint 2# Reprint 3# Reprint 4#

# IDEAL SUPPLY CO.

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**INVOICE**

| | |
|---|---|
| 08/05/20 | S2014647.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

PAGE: 1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Pete Fazio Jr | | WC WILL CALL | NET 30 DAYS | 08/05/20 | 08/05/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 120798 | 2 FIP X SOLDER DIELECTRIC UNION (LF3001A) LEAD FREE | 4ea | 4ea | 106.193EA | Net | 106.193EA | 424.77 |
| 134052 | MUELLER PRS 2 P X F ADAPTER 01287 | 2ea | 2ea | 99.360ea | *.44 | 43.718ea | 87.44 |
| 134000 | MUELLER PRS 2 P X 1-1/2 P COUPLING 01073 | 4ea | 4ea | 51.110ea | *.44 | 22.488ea | 89.95 |
| 134381 | MUELLER PRS 2 P X P SR 90 ELL 02086 | 16ea | 16ea | 72.900ea | *.44 | 32.076ea | 513.22 |
| 259 | 5/8 C X C 90 ELL W 01617 | 8ea | 8ea | 10.960ea | *.18 | 1.973ea | 15.78 |
| 133973 | MUELLER PRS 2 P X P COUPLING 10150 | 8ea | 8ea | 34.680ea | *.44 | 15.259ea | 122.07 |
| 5815 | 1/4 X 2 STD BRASS NIPPLE | 12ea | 12ea | 1.581EA | Net | 1.581EA | 18.97 |
| 5989 | 1/4 X 4 STD BRASS NIPPLE | 12ea | 12ea | 2.573ea | Net | 2.573ea | 30.87 |
| 4182 | 1/4 X 6 STD BRASS NIPPLE | 12ea | 12ea | 3.711EA | Net | 3.711EA | 44.53 |
| 134052 | MUELLER PRS 2 P X F ADAPTER 01287 | 4ea | 4ea | 99.360ea | *.44 | 43.718ea | 174.87 |
| 134068 | MUELLER PRS 1-1/2 P X M ADAPTER 01179 | 4ea | 4ea | 50.100ea | *.44 | 22.044ea | 88.18 |
| 92859 | 2 X 10' TYPE L HARD COPPER TUBE | 20ft | 20ft | 7.817ft | Net | 7.817ft | 156.56 |

# IDEAL
**SUPPLY Cᵉ**

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 08/05/20 | S2014647.001 |
|----------|--------------|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

2

BILL To:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP To:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|-------|---------|---|---|-------------|---|
| Pete Fazio Jr | | WC WILL CALL | NET 30 DAYS | 08/05/20 | 08/05/20 |

| | | NJ | 6.625 | **Subtotal** | **1766.99** |
|---|---|----|-------|--------------|------------|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 117.06 |

**Invoice is due by 09/04/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

**Amount Due** **1884.05**

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 08/06/20 | S2014819.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | | 08/06/20 | 08/06/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30475 | 2 C X C CPLG WITH STOP W 01072 | 2ea | 2ea | 45.270ea | *.17 | 7.696ea | 15.39 |
| 25025 | 2 1/2 C X MIPS ADAPTER W 01196 | 2ea | 2ea | 347.550ea | *.17 | 59.084ea | 118.17 |
| 134004 | MUELLER PR9 2-1/2 P X 2 P COUPLING 01085 | 4ea | 4ea | 213.950ea | *.41 | 87.720ea | 350.88 |
| 153940 | MUELLER PR9 2-1/2 P X P LR 90 ELL 02082 | 2ea | 2ea | 212.380ea | *.41 | 87.076ea | 174.15 |
| 15335 | 3/4 STD BRASS SQ HEAD PLUG COR | 12ea | 12ea | 3.858ea | Net | 3.858ea | 46.29 |
| 15926 | 1/4 STD BRASS 90 ELL | 8ea | 8ea | 4.611EA | Net | 4.611EA | 36.89 |
| 5025 | 3/4 X 1/4 STD BRASS HEX BUSH | 4ea | 4ea | 6.279EA | Net | 4.279EA | 17.12 |
| 134379 | MUELLER PR9 1-1/4 P X P SR 90 ELL 02084 | 10ea | 10ea | 27.750ea | *.41 | 11.378ea | 113.78 |
| 13399 | 1 STD BRASS SQ HEAD PLUG CORED | 4ea | 4ea | 6.166ea | Net | 6.166ea | 24.66 |

2020/08/06 04:10:11 PM    SI914819.

*Kadi.*

**Invoice is due by 09/05/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges. Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

| | | |
|---|---|---|
| | NJ | 6,625 |

| | |
|---|---|
| **Subtotal** | 897.33 |
| **S&H CHGS** | 0.00 |
| **Sales Tax** | 59.45 |
| **Amount Due** | 956.78 |

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
Case 1:23-01087-jmm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59
INDEX NO. 152298/2021
NYSCEF DOC. NO. 21
RECEIVED NYSCEF: 04/08/2022

# IDEAL SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/07/20 | S2014891.001 |
|---|---|
| REMIT TO: THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

**Invoice**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 08/07/20 | 08/07/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92837 | 1-1/4 X 10' TYPE L HARD COPPER TUBE | 20ft | 20ft | 3.907ft | Net | 3.907ft | 78.13 |
| 32689 | 2 X 1 1/4 C X C CPLG WITH STOP V 01074 | 2ea | 2ea | 67.010ea | *.18 | 12.062ea | 24.12 |
| 26905 | 1 1/4 C X K NIPS ADAPTER V 01171 | 1ea | 1ea | 50.110ea | *.18 | 9.020ea | 9.02 |
| 27676 | 11/2X 11/2 X 3/4 C X C X C TEE V 0408? | 1ea | 1ea | 75.920ea | *.18 | 13.666ea | 13.67 |
| 32397 | 11/2 X3/4 C X C CPLG WITH STOP V 01067 | 1ea | 1ea | 64.180ea | *.18 | 7.952ea | 7.95 |

Kadri

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 132.89 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 8.80 |
| **Amount Due** | **141.69** |

**Invoice is due by 09/06/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
NYSCEF DOC. NO. 21

Case 1:23-0108-Imm - Doc 16-12 - Filed 07/19/24 - Entered 07/19/24 16:42:59
INDEX NO. 152298/2021
RECEIVED NYSCEF: 04/08/2022

# IDEAL
## SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/07/20 | S2015009.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | **1** |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 ADD | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 08/07/20 | 08/07/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 32892 | 2 1/2 x 2 C X C CPLG WITH STOP W 01083 | 4ea | 4ea | 137.700ea | *.17 | 23.409ea | 93.64 |
|---|---|---|---|---|---|---|---|
| 50518 | 2 1/2 C X C CPLG WITH STOP W 01082 | 2ea | 2ea | 92.850ea | *.17 | 15.785ea | 31.57 |
| 500 | 2 1/2 C X C 90 ELL W 02087 | 4ea | 4ea | 164.100ea | *.17 | 27.897ea | 111.59 |
| 25023 | 2 1/2 C X MIPS ADAPTER W 01196 | 4ea | 4ea | 347.550ea | *.17 | 59.084ea | 236.33 |
| 139981 | 3/4 MUELLER PRESS BALL VALVE 117-724PV - LEAD FREE | 2ea | 2ea | 29.910ea | *.44 | 13.160ea | 26.32 |
| 109624 | 3/4 APOLLO 77W-104-HC PRESS X HOSE END BALL VALVE | 2ea | 2ea | 72.290ea | *.59 | 42.651ea | 85.30 |

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| **Subtotal** | **584.75** |
| **S&H CHGS** | **0.00** |
| **Sales Tax** | **38.74** |
| **Amount Due** | **623.49** |

**Invoice is due by 09/06/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges.  Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/10/20 | S2015040.001 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 08/10/20 | 08/10/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| Item | Description | Ord | Ship | Price | | Net | Amount |
|---|---|---|---|---|---|---|---|
| 134379 | MUELLER PRS 1-1/4 P X P 5R 90 ELL 02084 | 8ea | 8ea | 27.750ea | *.44 | 12.210ea | 97.68 |
| 134050 | MUELLER PRS 1-1/4 P X P ADAPTER 01271 | 2ea | 2ea | 42.610ea | *.44 | 16.745ea | 37.50 |
| 134105 | MUELLER PRS 1-1/4 P X P X P TEE 04068 | 1ea | 1ea | 35.730ea | *.44 | 15.721ea | 15.72 |
| 11079 | 1/2 X 3 STD BLK STEEL NIPPLE | 4ea | 4ea | 1.489ea | Net | 1.489ea | 5.96 |
| 35281 | 1/2 APOLLO N70-103-01 BRNZ THRD END BALL | 2ea | 2ea | 22.340EA | *.56 | 12.510EA | 25.02 |

KADRI

**Invoice is due by 09/09/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|---|---|

| Subtotal | 181.88 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 12.05 |
| **Amount Due** | **193.93** |

*% Reprint %% Reprint %% Reprint %%

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376**

| 08/12/20 | S2015454.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07301

**1**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | NET 30 DAYS | 08/12/20 | 08/12/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92835 | 3/4 X 10" TYPE L HARD COPPER TUBE | 20ft | 20ft | 1.832ft | Net | 1.832ft | 36.64 |
| 5812 | 1/2 X 11/2 STD BRASS NIPPLE | 6ea | 6ea | 1.610ea | Net | 1.610ea | 9.66 |
| 35281 | 1/2 APOLLO 870-103-01 BRNZ THRD END BALL | 4ea | 4ea | 22.340EA | *.58 | 12.957EA | 51.83 |
| 134377 | MUELLER PRS 5/4 P X P SR 90 ELL 01634 | 24ea | 24ea | 6.810ea | *.42 | 2.860ea | 68.64 |
| 35335 | 3/4 APOLLO 870-104-01 BRNZ THRD END BALL | 10ea | 10ea | 36.850ea | *.58 | 21.375ea | 213.73 |
| 13355 | 3/4 STD BRASS SQ HEAD PLUG COR | 10ea | 10ea | 4.085ea | Net | 4.085ea | 40.85 |

2020/08/12 03:56:13 PM        S2015454.1

*KAORI*

**Invoice is due by 09/11/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| | | NJ | 6.625 |
|---|---|---|---|

| Subtotal | 421.35 |
|---|---|
| S&H CHGS | 0.00 |
| Sales Tax | 27.91 |
| Amount Due | 449.26 |

** Reprint ** Reprint ** Reprint **



# IDEAL SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| | | |
|---|---|---|
| 08/13/20 | S2015599.001 | |
| **REMIT TO:** | | |
| THE IDEAL SUPPLY CO | | |
| 445 COMMUNIPAW AVENUE | | 1 |
| JERSEY CITY NJ 07304 | | |

**Invoice**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | pier 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 08/13/20 | 08/13/20 |

```
*****************************************************
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
*****************************************************
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15758 | 2 150# BRASS UNION | 3ea | 3ea | 63.087ea | Net | 63.087ea | 189.26 |
| 22241 | 2 C X C X C TEE W 40102 | 2ea | 2ea | 159.000l1 | *.96 | 25.440l1 | 50.88 |
| 27267 | 2 FXB X MIPS ADAPTER W 01487 | 4ea | 4ea | 348.600ea | *.16 | 55.776ea | 223.10 |
| 24986 | 2 C X MIPS ADAPTER W 01187 | 4ea | 4ea | 99.370ea | *.16 | 15.899ea | 63.60 |
| 32892 | 2 1/2 X 2 C X C CPLG WITH STOP W 01083 | 2ea | 2ea | 137.700ea | *.16 | 22.032ea | 44.06 |
| 134098 | MUELLER PRS 2 FTG X M PRS ADAPTER 01487 | 2ea | 2ea | 131.880ea | *.42 | 55.390ea | 110.78 |
| 134069 | MUELLER PRS 2 P X M ADAPTER 01187 | 2ea | 2ea | 96.410ea | *.42 | 40.492ea | 80.98 |
| 500 | 2 1/2 C X C 90 ELL W 02087 | 2ea | 2ea | 164.100ea | *.16 | 26.256ea | 52.51 |
| 15070 | 2 1/2 X 2 FTG X C BUSHING W 01367 | 2ea | 2ea | 129.700ea | *.16 | 20.752ea | 41.50 |
| 134107 | MUELLER PRS 2 P X P X P TEE 40102 | 2ea | 2ea | 83.810ea | *.42 | 35.200ea | 70.40 |

2020/08/13 04:33:13 PM          S2015599.1

Kadi

| | | | | | |
|---|---|---|---|---|---|
| | | | NJ | 6.625 | |

| | |
|---|---|
| Subtotal | 927.07 |
| S&H CHGS | 0.00 |
| Sales Tax | 61.42 |
| **Amount Due** | **988.49** |

**Invoice is due by 09/12/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges. Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
NYSCEF DOC. NO. 21

Case 1:23-0108-jpmm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59
INDEX NO. 152298/2021
RECEIVED NYSCEF: 04/08/2022



**IDEAL**
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/14/20 | S2015782.001 |
|---|---|

**REMIT TO:**
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

**BILL TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

**SHIP TO:**
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47846 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/14/20 | 08/14/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  If NOT stated "Lead Free" or "LF", the products listed may contain  *
*  lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 121354 | 2 C X MIPS UNION LEAD FREE **** LEAD FREE **** | 2ea | 2ea | 746.650ea | *.18 | 134.397ea | 268.79 |
|---|---|---|---|---|---|---|---|
| 35534 | 2 APOLLO 87D-108-01 BRNZ THRD END BALL | 1ea | 1ea | 124.530ea | *.56 | 69.737ea | 69.74 |
| 35553 | 2 C X C CPLG WITHOUT STOP W 01909 | 1ea | 1ea | 57.560ea | *.18 | 10.361ea | 10.36 |
| 35599 | 2 1/2 C X C CPLG WITHOUT STOP W 01910 | 1ea | 1ea | 68.620ea | *.18 | 12.352ea | 12.35 |

2020/08/14 01:03.57 PM        S2015782.1

KADRI

| | | | | | **Subtotal** | 361.24 |
|---|---|---|---|---|---|---|
| | NJ | 6.625 | | | **S&H CHGS** | 0.00 |
| | | | | | **Sales Tax** | 23.93 |
| | | | | | **Amount Due** | 385.17 |

**Invoice is due by 09/13/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

| 08/19/20 | S2016134.001 |
|----------|--------------|

REMIT TO:
7MC TOEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | Dan Marucci | |
|-------|---------|---|---|-------------|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/19/20 | 08/19/20 |

```
******** If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5109 | 2 1/2 VICT MGD G X MIPS NIPPLE (STK SIZE 4" LONG) | 4ea | 4ea | 90.000ea | *.35 | 31.500ea | 126.00 |
| 6202 | 2 1/2 X 2 150# BMI CPLG | 2ea | 2ea | 93.260ea | *.25 | 23.315ea | 46.63 |
| 5126 | 2 1/2 150# BMI CPLG | 4ea | 4ea | 105.650ea | *.25 | 26.413ea | 105.65 |
| 26076 | 2 X 3/4 X 2 C X C X C TEE W 40248 | 2ea | 2ea | 207.000ea | *.18 | 37.260ea | 74.52 |
| 26986 | 2 C X MIPS ADAPTER W 01187 | 4ea | 4ea | 99.370ea | *.18 | 17.887ea | 71.55 |
| 34610 | 2 STD BRASS CPLG | 2ea | 2ea | 35.095ea | Net | 35.095ea | 70.19 |
| 129507 | 21/2 X 4 DIELECTRIC NIPPLE TIT PLOWTEK PART# PNTT2560 | 4ea | 4ea | 25.015ea | Net | 25.015ea | 100.06 |
| 500 | 2 1/2 C X C 90 ELL W 02087 | 4ea | 4ea | 164.100ea | *.15 | 24.615ea | 98.46 |
| 5024 | 2 1/2 FTG X C 90 ELL W 02387 | 4ea | 4ea | 214.700ea | *.15 | 32.205ea | 128.82 |
| 464 | 2 C X C 90 ELL W 02086 | 10ea | 10ea | 90.030ea | *.15 | 13.505ea | 135.05 |
| 35599 | 2 1/2 C X C CPLG WITHOUT STOP W 01910 | 4ea | 4ea | 68.620ea | *.15 | 10.293ea | 41.17 |
| 35553 | 2 C X C CPLG WITHOUT STOP W 01909 | 4ea | 4ea | 57.560ea | *.15 | 8.634ea | 34.54 |
| 38781 | 1 X 520 TEFLON TAPE | 2ea | 2ea | 1.620EA | Net | 1.620EA | 3.25 |

2020/08/18 04:31:44 PM        S2016134.

*W ill*

| | | NJ | 6.625 | Subtotal | 1035.89 |
|---|---|----|-------|----------|---------|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | .68.63 |

**Invoice is due by 09/18/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

| Amount Due | 1104.52 |
|------------|---------|

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY CO

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Invoice**

| 08/20/20 | S2016274.001 |
|---|---|
| **REMIT TO:** | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | 1 |

**BILL TO:**
FARRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

**SHIP TO:**
FARRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|

| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/20/20 | 08/20/20 |
|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| Item | Description | Ordered | Shipped | Price | UM | Net | Amount |
|---|---|---|---|---|---|---|---|
| 107620 | 2-1/2 X 10 TYPE L HARD COPPER TUBE | 20ft | 20ft | 11.178ft | Net | 11.178ft | 223.56 |
| 129506 | 2 X 4 DIELECTRIC NIPPLE EXT PARTS DNT2040 FLOWTEK | 2ea | 2ea | 11.629ea | Net | 11.629ea | 23.26 |
| 29080 | 21/2X 3/4 X 21/2 C X C X C TEE N 40222 | 1ea | 1ea | 468.700ea | *.16 | 74.992ea | 74.99 |
| 134381 | MUELLER PRS 2 P X P SR 90 ELL 02086 | 14ea | 14ea | 72.900ea | *.40 | 29.160ea | 408.24 |
| 134150 | MUELLER PRS 2 P X 3/4 P X 2 P TEE 40248 | 2ea | 2ea | 160.620ea | *.40 | 64.248ea | 128.50 |
| 134000 | MUELLER PRS 2 P X 1-1/2 P COUPLING 01073 | 2ea | 2ea | 51.110ea | *.40 | 20.444ea | 40.89 |
| 92689 | 2 X 10' TYPE L HARD COPPER TUBE | 80ft | 80ft | 7.858ft | Net | 7.858ft | 628.64 |
| 133973 | MUELLER PRS 2 P X P COUPLING 10150 | 8ea | 8ea | 34.680ea | *.40 | 13.872ea | 110.98 |
| 16699 | 2 COPPER PLATED RISER CLAMPS | 2ea | 2ea | 5.000ea | Net | 5.000ea | 10.00 |
| 134377 | MUELLER PRS 3/4 P X P SR 90 ELL 01634 | 12ea | 12ea | 6.810ea | *.40 | 2.724ea | 32.69 |
| 133969 | MUELLER PRS 3/4 P X P COUPLING 10146 | 10ea | 10ea | 5.760ea | *.40 | 2.304ea | 23.04 |
| 92838 | 1-1/2 X 10' TYPE L HARD COPPER TUBE | 20ft | 20ft | 4.893ft | Net | 4.893ft | 97.87 |
| 117751 | WOLVERINE SILVALOY 5% BRAZING ROD .050 X .125 X 28 STICKS PER TUBE | 6ea | 6ea | 38.663EA | Net | 38.663EA | 231.98 |

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Invoice**

| 08/20/20 | S2016274.001 |
|---|---|

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

**2**

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/20/20 | 08/20/20 | |

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| Subtotal | 2034.64 |
| S&H CHGS | 0.00 |
| Sales Tax | 134.79 |
| Amount Due | 2169.43 |

**Invoice is due by 09/19/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
**Past due invoices may be subject to 1.50% late charge.**

** Reprint ** Reprint ** Reprint **

# IDEAL
**SUPPLY Co**

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/21/20 | S2016571.001 |
|---|---|
| REMIT TO: |  |
| THE IDEAL SUPPLY CO |  |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 |  |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | CITY WINERY PIER 57 | | | | Dan Marucci | |
|---|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | | NET 30 DAYS | | 08/21/20 | 08/21/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 133921 | MUELLER PRS 2 P X P 45 ELL 03059 | 2ea | 2ea | 61.590ea | *.44 | 27.100ea | 54.20 |
| 134000 | MUELLER PRS 2 P X 1-1/2 P COUPLING 01073 | 2ea | 2ea | 51.110ea | *.44 | 22.488ea | 44.98 |
| 26390 | 11/4X3/4 X 1 1/4 C X C X C TEE W 04078 | 2ea | 2ea | 91.790ea | *.18 | 16.522ea | 33.04 |
| 390 | 1 1/4 C X C 90 ELL W 02084 | 6ea | 6ea | 51.700ea | *.18 | 1.706ea | 34.24 |
| 30580 | 1 1/4 C X C CPLG WITH STOP W 01055 | 4ea | 4ea | 20.530ea | *.18 | 3.695ea | 14.78 |
| 4889 | 1 1/4 FTG X C 90 ELL W 02384 | 2ea | 2ea | 47.370ea | *.18 | 8.527ea | 17.05 |

Shelly

| | | | Subtotal | 198.29 |
|---|---|---|---|---|
| | NJ | 6.625 | S&H CHGS | 0.00 |
| | | | Sales Tax | 13.14 |

**Invoice is due by 09/20/20.**

| | Amount Due | 211.43 |
|---|---|---|

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL
SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| | |
|---|---|
| 08/27/20 | S2017092.001 |

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304

1

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | pier 57 | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 08/27/20 | 08/27/20 | |

```
*  If NOT stated "Lead Free" or "LF", the products listed may contain *
*  lead and *CAN NOT* be used for potable/drinking water service.     *
```

| 134160 | MUELLER PR9 2 X 2 X 3/4 P TEE 40106 | 1ea | 1ea | 98.090ea | 8.44 | 43.160ea | 43.16 |
|---|---|---|---|---|---|---|---|
| 92635 | 3/4 X 10' TYPE L HARD COPPER TUBE | 10ft | 10ft | 2.142ft | Net | 2.142ft | 21.41 |
| 35335 | 3/4 APOLLO 870-104-01 BRNZ THRD END BALL | 2ea | 2ea | 21.741ea | Net | 21.741ea | 43.48 |
| 6989 | 3/4 X 4 STD BRASS NIPPLE | 2ea | 2ea | 5.284ea | Net | 5.284ea | 10.57 |
| 92635 | 3/4 X 10' TYPE L HARD COPPER TUBE | 10ft | 10ft | 2.142ft | Net | 2.142ft | 21.41 |

2020/08/27 04:44:59 PM          S2017092.1

Louie

| | NJ | 6.625 |
|---|---|---|

| | |
|---|---|
| Subtotal | 140.03 |
| S&H CHGS | 0.00 |
| Sales Tax | 9.28 |
| Amount Due | 149.31 |

**Invoice is due by 09/26/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

# IDEAL SUPPLY Co

**Invoice**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| 08/31/20 | S2017391.001 |
|----------|--------------|
| REMIT TO: | **INVOICE NO.** |
| THE IDEAL SUPPLY CO | 1 |
| 445 COMMUNIPAW AVENUE | |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

| 47848 | PIER 57 | | | | Dan Marucci | |
|-------|---------|--|--|--|-------------|--|
| Shelly Thielmann | | WC WILL CALL | | NET 30 DAYS | 08/31/20 | 08/31/20 |

```
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73744 | MAIDORIST #71 AUTO VENT 1/4 MPT | 6ea | 6ea | 38.450ea | Net | 38.450ea | 230.70 |
| 38597 | 3/4 HOSE END CAP BRASS | 2ea | 2ea | 1.446EA | Net | 1.446EA | 2.89 |
| 38436 | 3/4 HOSE WASHERS | 2ea | 2ea | 0.109EA | Net | 0.109EA | 0.22 |

2020/09/31 03:26:16 PM      S2017391.

*Kadr.*

| | | |
|---|---|---|
| | NJ | 6.625 |

| | |
|---|---|
| Subtotal | 233.81 |
| S&H CHGS | 0.00 |
| Sales Tax | 15.49 |
| **Amount Due** | **249.30** |

**Invoice is due by 09/30/20.**

All claims for shortage of errors must be made at once. Returns require written
authorization and are subject to handling charges.  Special orders are non-returnable.
Past due invoices may be subject to 1.50% Late charge.

** Reprint ** Reprint ** Reprint **

# EXHIBIT 4

## Varick Street Project Invoice Summary Chart

| Invoice Date | Invoice # | Amount |
|---|---|---|
| 6/16/2020 | S2009686.001 | **$18.90** |

# IDEAL
SUPPLY C₣

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**INVOICE**

| 06/16/20 | S2009686.001 |
|----------|--------------|
| **REMIT TO:** THE IDEAL SUPPLY CO 445 COMMUNIPAW AVENUE JERSEY CITY NJ 07304 | 1 |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

SHIP TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY 10271

| 47848 | 201 VARICK | | | Dan Marucci | |
|-------|-----------|---|---|-------------|---|
| Catherine E Hack | WC WILL CALL | NET 30 DAYS | 06/16/20 | 06/16/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 15791 | 10 300# FLEX OS GASKET | 1ea | 1ea | 17.733ea | Net | 17.733ea | 17.73 |

2020/06/16 01:05:17 PM     S2009686.

*JASON*

**Invoice is due by 07/16/20.**

All claims for shortage or errors must be made at once. Returns require written authorization and are subject to handling charges. Special orders are non-returnable. Past due invoices may be subject to 1.50% late charge.

| | NJ | 6.625 |
|---|----|----|

| Subtotal | 17.73 |
|----------|-------|
| S&H CHGS | 0.00 |
| Sales Tax | 1.17 |
| **Amount Due** | **18.90** |

** Reprint ** Reprint ** Reprint **

# EXHIBIT 5

## LaGuardia Project Invoice Summary Chart

| Invoice Date | Invoice # | Amount |
|---|---|---|
| 4/22/2020 | S2005146.002 | **$42.87** |

# IDEAL
SUPPLY Co

**Invoice**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

| 04/22/20 | S2005146.002 |
|---|---|
| REMIT TO: | |
| THE IDEAL SUPPLY CO | |
| 445 COMMUNIPAW AVENUE | 1 |
| JERSEY CITY NJ 07304 | |

BILL TO:
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK, NY  10271

SHIP TO:
FAHRENHEIT MECHANICAL
C/O LAGUARDIA AIRPORT CTB REPL.
RUNWAY DRIVE - HANGER 5A
FLUSHING, NY 11371

| 48226 | LAGUARDIA | | | Dan Marucci | |
|---|---|---|---|---|---|
| Shelly Thielmann | WC WILL CALL | NET 30 DAYS | 04/22/20 | 04/21/20 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* If NOT stated "Lead Free" or "LF", the products listed may contain *
* lead and *CAN NOT* be used for potable/drinking water service.      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| 34380 | 1/2 STD BRASS CPLG | 14ea | 14ea | 3.062ea | Net | 3.062ea | 42.87 |
|---|---|---|---|---|---|---|---|

2020-04-22 10:48:35 PM   S2005146.2

Jason

| | | NA | 6.625 | Subtotal | 42.87 |
|---|---|---|---|---|---|
| | | | | S&H CHGS | 0.00 |
| | | | | Sales Tax | 0.00 |
| | | | | **Amount Due** | **42.87** |

**Invoice is due by 05/22/20.**

All claims for shortage or errors must be made at once. Returns require written
authorization and are subject to handling charges.   Special orders are non-returnable.
Past due invoices may be subject to 1.50% late charge.

** Reprint ** Reprint ** Reprint **

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM

# EXHIBIT 11

Case 1-23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

| | |
|---|---|
| **From:** | Elizabeth Marchionni |
| **Sent:** | Monday, November 22, 2021 10:56 AM |
| **To:** | ctravis@travislawnyc.com; 'Joseph DeBlase' |
| **Cc:** | Erik Ortmann; Andrew Kao |
| **Subject:** | RE: The Ideal Supply Company, et al. v. Fahrenheit Mechanical LLC, et al. - Index No.: 152298/2021 |
| **Attachments:** | First Set of Interrogatories to Defendant Rusi.pdf; Demand for DI to Defendant Rusi.pdf |

Chris and Joseph:

Please advise as to Mr. Rusi's intentions with respect to his overdue responses to Plaintiff's Demand for D&I and Interrogatories (served October 29, 2021)(copies attached).
As a courtesy, Plaintiff will provide a 10-day extension of time to respond **through December 2, 2021**.
This is our good faith effort to resolve any dispute before seeking court intervention. Thank you.

Regards,
Liz

**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

| | |
|---|---|
| Direct: | 516-283-8723 |
| Cell: | 845-721-3198 |
| Main: | 516-681-1100 |
| Email: | emarchionni@kdvlaw.com |

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may contain privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

Case 1-23-01097-jmm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:59

**From:** Kim Renny <krenny@kdvlaw.com>
**Sent:** Friday, October 29, 2021 5:01 PM
**To:** ctravis@travislawnyc.com; ctzifas@semetislaw.com
**Cc:** Erik Ortmann <eortmann@kdvlaw.com>; Elizabeth Marchionni <emarchionni@kdvlaw.com>; Andrew Kao <akao@kdvlaw.com>
**Subject:** The Ideal Supply Company, et al. v. Fahrenheit Mechanical LLC, et al. - Index No.: 152298/2021

Please see the attached on behalf of Erik A. Ortmann, Esq.

Please contact this office with any questions.

Thank you,
Kim

**Kim Renny**
*Legal Assistant*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

Direct:    516-283-8733
Main:      516-681-1100
Fax:       516-681-1101
Email:     krenny@kdvlaw.com

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

# EXHIBIT 10

Case 1:23-81887-jpm  Doc 16-12  Filed 07/19/24  Entered 07/19/24 16:42:58

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
THE IDEAL SUPPLY COMPANY, individually and on            Index No.: 152298/2021
behalf of all lienors, claimants, and creditors similarly
situated to share funds received by Fahrenheit Mechanical
LLC a/k/a Fahrenheit Mechanical, under Article 3-A of the
New York State Lien Law,
                                                                **PLAINTIFF'S FIRST SET OF**
                                                                **INTEROGGATORIES TO**
                                   Plaintiff,                   **DEFENDANT RUSI**


                        -against-


FAHRENHEIT MECHANICAL LLC, *et. al.*,


                                   Defendants.
-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Plaintiff The Ideal Supply Company ("Ideal" or

"Plaintiff") by and through its attorneys, Kaufman, Dolowich & Voluck, LLP, hereby demands

that Defendant David Rusi ("Rusi" or "Defendant") answer the following interrogatories under

oath pursuant to CPLR § 3132, and serve its answers to interrogatories upon Kaufman, Dolowich

& Voluck, LLP, 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797, within

twenty (20) days hereof.

## **DEFINITIONS**

    Unless specifically indicated, or otherwise required by the context in which the terms,

names and instructions are used, the following definitions shall be applicable herein:

1.    The term "document" shall be construed to include, without limiting the

generality of its meaning, all originals, non-identical copies, drafts and/or drafts with marginalia

of any printed, typewritten, handwritten or otherwise recorded or graphic matter of whatever

character, however produced or reproduced, whether or not now in existence, including but not

limited to, contracts, files, agreements, administrative complaints, agency forms or questionnaires,

correspondence, e-mails, telegrams, notes or sound recordings of any type of conversation,

meeting or conference, memoranda, graphs, charts, inter-office communications, jottings, announcements, depositions, affidavits, photographs, motion pictures, studies, analyses, reports, summaries and results of investigations and tests, reviews, statistical records, ledgers, books of account, vouchers, bank checks, handbooks, manuals, bank statements, audit reports and other statements, invoices, receipts, confirmations, computer-developed, stored or produced data, notebooks, desk calendars, appointment books, newspaper articles, diaries or papers similar to any of the foregoing, however entitled, denominated or described.

2.      The terms "concerning" or "related" shall be construed broadly to mean relating to, referring to, describing, evidencing, constituting, pertaining to, constituting, comprising, containing, setting forth, showing, disclosing, or describing, directly, tangentially or indirectly.

3.      "Ideal Supply" or "Plaintiff" shall mean the plaintiff Ideal Supply Company and/or any of its present or former officers, directors, employees, partners, agents, representatives, consultants, experts, attorneys, joint venturers, corporate parents, subsidiaries or affiliates.

4.      "Fahrenheit" means Fahrenheit Mechanical Inc. and/or Fahrenheit Mechanical LLC any of its present or former officers, directors, employees, partners, agents, representatives, consultants, experts, attorneys, joint venturers, corporate parents, subsidiaries or affiliates, including but not limited to David Rusi.

5.      "Rusi" or "Defendant" shall mean the defendant David Rusi.

6.      "Complaint" shall refer to Plaintiff's Amended Complaint in the above-captioned action, including any initial and all amended pleadings.

7.      "Project(s)" shall mean the private and/or public improvement projects referred to and defined in the Complaint, including those located or known as:

      a.   230 Vesey Street, New York, New York 100000 ("Vesey Street Project");

      b.   47 Hall Street, Brooklyn, New York 11201 (the "Hall Street Project");

2

    c.  1 Manhattan West, New York, New York ("Manhattan West Project");

    d.  Pier 57 located at 25 11th Avenue, New York, New York ("Pier 57 Project");

    e.  201 Varick Street, New York, New York ("Varick Street Project");

    f.  LaGuardia Airport located in Flushing New York ("LaGuardia Project")(collectively the "Projects").

8.    "Answer" shall refer to Rusi's Answer in the above-captioned action, including any initial and all amended pleadings.

9.    The terms "and/or" and "any and all" shall be read conjunctively or disjunctively as necessary to make your response as inclusive as possible rather than as exclusive as possible.

10.    "Parties" means and refers to any persons or entities involved in these proceedings, including Plaintiff, Rusi, and Defendant.

11.    For all references herein, when gender is used, the masculine form will be taken to include the feminine.  The singular form will be taken to include the plural.

## CLAIM OF PRIVILEGE

If the responding party claims that the response to any interrogatory is privileged or for any other reason not discoverable, the response hereto shall state the nature of the factual and legal basis for the privilege claimed or other ground for non-production.

## INTERROGATORIES

1.    Identify the individuals who assisted in the preparation of the answers to these interrogatories and set forth which interrogatory each person assisted in preparing the answer thereto.

2.    Identify the name and address of witnesses whose testimony Defendant intends to rely upon in defense of Plaintiff's Complaint.

3.       Identify the name and address of witnesses whose testimony Defendant intends to rely upon in support of Defendant's Affirmative Defenses set forth in his Answer.

4.       Identify the name and addresses of any person, corporate officer, principal, or agent of Fahrenheit who authorized or approved the use of any Project trust funds from 2019 to the present.

5.       Identify the name and addresses of any individual named as a signatory on any account in which Project trust funds were deposited between 2019 through the present.

6.       Identify the name and addresses of any individual or company that was identified by Fahrenheit as a beneficiary to any Project trust fund between 2019 through the present.

7.       Itemize and list all trust funds or assets received by Fahrenheit on each of the Project from 2019 to the present, including the source of such funds or assets and the date and amount received.

8.       Itemize and list all trust funds or assets paid or transferred by Fahrenheit on each of the Project from 2019 to the present, including the name and address of the transferee, date of transfer, and amount(s).

9.       Identify the documentary evidence relied upon in his Eleventh Affirmative Defense set forth in Defendant's Answer.

10.      Itemize and breakdown any amounts claimed to have been paid to Ideal after 2019 as asserted in the Thirteenth Affirmative Defenses set forth in Defendant's Answer.

11.      Identify the release(s) relied upon in the Sixteenth Affirmative Defense set forth in Defendant's Answer.

**PLEASE TAKE NOTICE** that Plaintiff reserves the right to serve additional interrogatories as permitted.

4

Dated: Woodbury, New York
October 29, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff Ideal Supply Company*

By : _____

Erik A. Ortmann, Esq.
Elizabeth V. Marchionni, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

To: (*VIA NYSCEF*)
Christopher R. Travis, Esq.
*Attorney for Defendants*
*Fahrenheit Mechanical LLC and David Rusi*
80 Maiden Lane, Suite 304
New York, New York 10038
Tel: (212) 248-2120

5

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM

# EXHIBIT 6

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

| Interest Due Through March 21, 2022: | |
| --- | --- |
| | |
| Vesey Project: | **$748.05** |
| Manhatatn West Project: | **$24,877.00** |
| Pier 57 Project: | **$8,894.59** |
| Varick Street Project: | **$3.82** |
| LaGuardia Project: | **$9.43** |
| | |
| Total Interest Due through 3/21/2022: | **$34,532.89** |

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

| Vesey Street Project Interest Due through March 21, 2022 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice Date | Invoice Number | Invoice Amount | Invoice Due | Months Late | Days Late | Monthly Interest Rate | Monthly Total | Daily Interest Rate | Daily Total | Interest Due Under GBL (12% per annum) |
| 6/5/2020 | S2008619.001 | $2,320.95 | 7/5/2020 | 20 | 17 | 0.01 | $464.19 | 0.000323 | $12.74 | $476.93 |
| 6/22/2020 | S2010319.001 | $340.90 | 7/22/2020 | 20 | 0 | 0.01 | $68.18 | 0.000323 | $0.00 | $68.18 |
| 6/24/2020 | S2010583.001 | $257.32 | 7/24/2020 | 19 | 26 | 0.01 | $48.89 | 0.000323 | $2.16 | $51.05 |
| 6/26/2020 | S2010791.001 | $102.04 | 7/26/2020 | 19 | 24 | 0.01 | $19.39 | 0.000323 | $0.79 | $20.18 |
| 6/30/2020 | S2011206.001 | $268.77 | 7/30/2020 | 19 | 22 | 0.01 | $51.07 | 0.000323 | $1.91 | $52.98 |
| 7/8/2020 | S2011754.001 | $255.59 | 8/7/2020 | 19 | 15 | 0.01 | $48.56 | 0.000323 | $1.24 | $49.80 |
| 7/9/2020 | S2011934.001 | $148.71 | 8/8/2020 | 19 | 14 | 0.01 | $28.25 | 0.000323 | $0.67 | $28.93 |
| | | | | | | | | | | |
| Totals: | | $3,694.28 | | | | | $728.53 | | $19.52 | $748.05 |

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
Case 1:23-01007 Jand   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59   INDEX NO. 152298/2021

NYSCEF DOC. NO. 24
RECEIVED NYSCEF: 04/08/2022

**Manhattan West Project Interest Due through March 21, 2022**

| Invoice Date | Invoice Number | Invoice Amount | Invoice Due | Months Late | Days Late | Monthly Interest Rate | Monthly Total | Daily Interest Rate | Daily Total | Interest Due Under GBL (12% per annum) |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/26/2020 | S2010797.001 | $4,734.74 | 7/26/2020 | 19 | 24 | 0.01 | $899.60 | 0.000323 | $36.70 | $936.30 |
| 6/29/2020 | S2010936.001 | $500.31 | 7/29/2020 | 19 | 22 | 0.01 | $95.06 | 0.000323 | $3.56 | $98.61 |
| 7/1/2020 | S2011208.001 | $10.66 | 7/31/2020 | 19 | 20 | 0.01 | $2.03 | 0.000323 | $0.07 | $2.09 |
| 7/6/2020 | S2011500.001 | $5,490.24 | 8/5/2020 | 19 | 17 | 0.01 | $1,043.15 | 0.000323 | $30.15 | $1,073.29 |
| 7/8/2020 | S2011910.001 | $469.91 | 8/7/2020 | 19 | 15 | 0.01 | $89.28 | 0.000323 | $2.28 | $91.56 |
| 7/9/2020 | S2011923.001 | $602.15 | 8/8/2020 | 19 | 14 | 0.01 | $114.41 | 0.000323 | $2.72 | $117.13 |
| 7/9/2020 | S2011944.001 | $256.03 | 8/8/2020 | 19 | 14 | 0.01 | $48.65 | 0.000323 | $1.16 | $49.80 |
| 7/13/2020 | S2012183.001 | $3,082.00 | 8/12/2020 | 19 | 10 | 0.01 | $585.58 | 0.000323 | $9.95 | $595.53 |
| 7/15/2020 | S2012550.001 | $652.79 | 8/14/2020 | 19 | 8 | 0.01 | $124.03 | 0.000323 | $1.69 | $125.72 |
| 7/16/2020 | S2012778.001 | $289.49 | 8/15/2020 | 19 | 7 | 0.01 | $55.00 | 0.000323 | $0.65 | $55.66 |
| 7/17/2020 | S2012806.001 | $514.40 | 8/16/2020 | 19 | 6 | 0.01 | $97.74 | 0.000323 | $1.00 | $98.73 |
| 7/20/2020 | S2012550.002 | $115.25 | 8/19/2020 | 19 | 3 | 0.01 | $21.90 | 0.000323 | $0.11 | $22.01 |
| 7/20/2020 | S2012939.001 | $3,205.38 | 8/19/2020 | 19 | 3 | 0.01 | $609.02 | 0.000323 | $3.11 | $612.13 |
| 7/22/2020 | S2012550.003 | $10.66 | 8/21/2020 | 19 | 1 | 0.01 | $2.03 | 0.000323 | $0.00 | $2.03 |
| 7/23/2020 | S2013364.001 | $1,703.72 | 8/22/2020 | 19 | 0 | 0.01 | $323.71 | 0.000323 | $0.00 | $323.71 |
| 7/29/2020 | S2013781.001 | $3,502.70 | 8/28/2020 | 18 | 22 | 0.01 | $630.49 | 0.000323 | $24.89 | $655.38 |
| 8/5/2020 | S2014638.001 | $3,254.73 | 9/4/2020 | 18 | 18 | 0.01 | $585.85 | 0.000323 | $18.92 | $604.77 |
| 8/5/2020 | S2014645.001 | $804.11 | 9/4/2020 | 18 | 18 | 0.01 | $144.74 | 0.000323 | $4.68 | $149.41 |
| 8/7/2020 | S2014956.001 | $159.13 | 9/6/2020 | 18 | 16 | 0.01 | $28.64 | 0.000323 | $0.82 | $29.47 |
| 8/13/2020 | S2014956.002 | $326.53 | 9/12/2020 | 18 | 10 | 0.01 | $58.78 | 0.000323 | $1.05 | $59.83 |
| 8/13/2020 | S2015641.001 | $13,606.81 | 9/12/2020 | 18 | 10 | 0.01 | $2,449.23 | 0.000323 | $43.95 | $2,493.18 |
| 8/14/2020 | S2015656.001 | $734.15 | 9/13/2020 | 18 | 9 | 0.01 | $132.15 | 0.000323 | $2.13 | $134.28 |
| 8/17/2020 | S2015876.001 | $2,792.01 | 9/16/2020 | 18 | 6 | 0.01 | $502.56 | 0.000323 | $5.41 | $507.97 |
| 8/19/2020 | S2016139.001 | $51.67 | 9/18/2020 | 18 | 4 | 0.01 | $9.30 | 0.000323 | $0.07 | $9.37 |
| 8/25/2020 | S2016779.001 | $1,281.63 | 9/24/2020 | 17 | 26 | 0.01 | $217.88 | 0.000323 | $10.76 | $228.64 |
| 8/26/2020 | S2016964.001 | $1,519.64 | 9/25/2020 | 17 | 25 | 0.01 | $258.34 | 0.000323 | $12.27 | $270.61 |
| 8/27/2020 | S2017062.001 | $2,370.90 | 9/26/2020 | 17 | 24 | 0.01 | $403.05 | 0.000323 | $18.38 | $421.43 |
| 8/31/2020 | S2017387.001 | $5,029.51 | 9/30/2020 | 17 | 22 | 0.01 | $855.02 | 0.000323 | $35.74 | $890.76 |
| 8/31/2020 | S2017399.001 | $299.62 | 9/30/2020 | 17 | 22 | 0.01 | $50.94 | 0.000323 | $2.13 | $53.06 |
| 9/2/2020 | S2017659.001 | $4,171.79 | 10/2/2020 | 17 | 20 | 0.01 | $709.20 | 0.000323 | $26.95 | $736.15 |
| 9/3/2020 | S2017747.001 | $5,422.09 | 10/3/2020 | 17 | 19 | 0.01 | $921.76 | 0.000323 | $33.28 | $955.03 |
| 9/22/2020 | S2019525.001 | $6,295.74 | 10/22/2020 | 17 | 0 | 0.01 | $1,070.28 | 0.000323 | $0.00 | $1,070.28 |
| 9/23/2020 | S2019525.002 | $590.80 | 10/23/2020 | 16 | 27 | 0.01 | $94.53 | 0.000323 | $5.15 | $99.68 |
| 9/24/2020 | S2019525.003 | $1,598.27 | 10/24/2020 | 16 | 26 | 0.01 | $255.72 | 0.000323 | $13.42 | $269.15 |
| 9/25/2020 | S2019525.004 | $1,361.25 | 10/25/2020 | 16 | 25 | 0.01 | $217.80 | 0.000323 | $10.99 | $228.79 |
| 9/25/2020 | S2019880.001 | $1,571.73 | 10/25/2020 | 16 | 25 | 0.01 | $251.48 | 0.000323 | $12.69 | $264.17 |
| 9/25/2020 | S2019893.001 | $2,148.52 | 10/25/2020 | 16 | 25 | 0.01 | $343.76 | 0.000323 | $17.35 | $361.11 |
| 9/25/2020 | S2020037.001 | $1,630.50 | 10/25/2020 | 16 | 25 | 0.01 | $260.88 | 0.000323 | $13.17 | $274.05 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/28/2020 | S2020107.001 | $25.60 | 10/28/2020 | 16 | 22 | 0.01 | $4.10 | 0.000323 | $0.18 | $4.28 |
| 9/28/2020 | S2020112.001 | $190.88 | 10/28/2020 | 16 | 22 | 0.01 | $30.54 | 0.000323 | $1.36 | $31.90 |
| 9/29/2020 | S2020224.001 | $626.78 | 10/29/2020 | 16 | 22 | 0.01 | $100.28 | 0.000323 | $4.45 | $104.74 |
| 9/29/2020 | S2020328.001 | $82.35 | 10/29/2020 | 16 | 22 | 0.01 | $13.18 | 0.000323 | $0.59 | $13.76 |
| 9/30/2020 | S2020397.001 | $2,859.68 | 10/30/2020 | 16 | 22 | 0.01 | $457.55 | 0.000323 | $20.32 | $477.87 |
| 9/30/2020 | S2020397.002 | $260.91 | 10/30/2020 | 16 | 22 | 0.01 | $41.75 | 0.000323 | $1.85 | $43.60 |
| 9/30/2020 | S2020542.001 | $1,848.41 | 10/30/2020 | 16 | 22 | 0.01 | $295.75 | 0.000323 | $13.13 | $308.88 |
| 10/1/2020 | S2020037.002 | $70.55 | 10/31/2020 | 16 | 22 | 0.01 | $11.29 | 0.000323 | $0.50 | $11.79 |
| 10/1/2020 | S2020570.001 | $2,888.83 | 10/31/2020 | 16 | 22 | 0.01 | $462.21 | 0.000323 | $20.53 | $482.74 |
| 10/2/2020 | S2020702.001 | $821.64 | 11/1/2020 | 16 | 21 | 0.01 | $131.46 | 0.000323 | $5.57 | $137.04 |
| 10/5/2020 | S2020542.002 | $182.56 | 11/4/2020 | 16 | 18 | 0.01 | $29.21 | 0.000323 | $1.06 | $30.27 |
| 10/5/2020 | S2020850.001 | $181.15 | 11/4/2020 | 16 | 18 | 0.01 | $28.98 | 0.000323 | $1.05 | $30.04 |
| 10/6/2020 | S2021030.001 | $53.62 | 11/5/2020 | 16 | 17 | 0.01 | $8.58 | 0.000323 | $0.29 | $8.87 |
| 10/7/2020 | S2021219.001 | $331.47 | 11/6/2020 | 16 | 16 | 0.01 | $53.04 | 0.000323 | $1.71 | $54.75 |
| 10/9/2020 | S2020542.003 | $63.36 | 11/8/2020 | 16 | 14 | 0.01 | $10.14 | 0.000323 | $0.29 | $10.42 |
| 10/21/2020 | S2022684.001 | $5,523.99 | 11/20/2020 | 16 | 2 | 0.01 | $883.84 | 0.000323 | $3.57 | $887.41 |
| 10/22/2020 | S2022974.001 | $1,293.30 | 11/21/2020 | 16 | 1 | 0.01 | $206.93 | 0.000323 | $0.42 | $207.35 |
| 10/26/2020 | S2023257.001 | $4,440.40 | 11/25/2020 | 15 | 25 | 0.01 | $666.06 | 0.000323 | $35.86 | $701.92 |
| 10/26/2020 | S2023437.001 | $2,565.27 | 11/25/2020 | 15 | 25 | 0.01 | $384.79 | 0.000323 | $20.71 | $405.51 |
| 10/28/2020 | S2023569.001 | $1,533.14 | 11/27/2020 | 15 | 23 | 0.01 | $229.97 | 0.000323 | $11.39 | $241.36 |
| 10/29/2020 | S2023840.001 | $4,705.27 | 11/28/2020 | 15 | 22 | 0.01 | $705.79 | 0.000323 | $33.44 | $739.23 |
| 10/29/2020 | S2023956.001 | $2,568.62 | 11/28/2020 | 15 | 22 | 0.01 | $385.29 | 0.000323 | $18.25 | $403.55 |
| 10/30/2020 | S2024051.001 | $7,042.10 | 11/29/2020 | 15 | 21 | 0.01 | $1,056.32 | 0.000323 | $47.77 | $1,104.08 |
| 11/2/2020 | S2024260.001 | $2,451.32 | 12/2/2020 | 15 | 20 | 0.01 | $367.70 | 0.000323 | $15.84 | $383.53 |
| 11/3/2020 | S2024051.002 | $170.61 | 12/3/2020 | 15 | 19 | 0.01 | $25.59 | 0.000323 | $1.05 | $26.64 |
| 11/5/2020 | S2024704.001 | $7,347.90 | 12/5/2020 | 15 | 17 | 0.01 | $1,102.19 | 0.000323 | $40.35 | $1,142.53 |
| 11/5/2020 | S2024826.001 | $2,997.61 | 12/5/2020 | 15 | 17 | 0.01 | $449.64 | 0.000323 | $16.46 | $466.10 |
| 11/5/2020 | S2024846.001 | $1,275.94 | 12/5/2020 | 15 | 17 | 0.01 | $191.39 | 0.000323 | $7.01 | $198.40 |
| 11/5/2020 | S2024848.001 | $2,163.82 | 12/5/2020 | 15 | 17 | 0.01 | $324.57 | 0.000323 | $11.88 | $336.45 |
| 11/5/2020 | S2024848.002 | $54.41 | 12/5/2020 | 15 | 17 | 0.01 | $8.16 | 0.000323 | $0.30 | $8.46 |
| 11/6/2020 | S2024051.003 | $156.39 | 12/6/2020 | 15 | 16 | 0.01 | $23.46 | 0.000323 | $0.81 | $24.27 |
| 11/6/2020 | S2024704.002 | $23.46 | 12/6/2020 | 15 | 16 | 0.01 | $3.52 | 0.000323 | $0.12 | $3.64 |
| 11/9/2020 | S2025062.001 | $5,672.93 | 12/9/2020 | 15 | 13 | 0.01 | $850.94 | 0.000323 | $23.82 | $874.76 |
| | | $144,635.83 | | | | | $24,107.72 | | $769.28 | $24,877.00 |

**Pier 57 Project Interest Due through March 21, 2022**

| Invoice Date | Invoice Number | Invoice Amount | Invoice Due | Months Late | Days Late | Monthly Interest Rate | Monthly Total | Daily Interest Rate | Daily Total | Interest Due Under GBL (12% per annum) |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/11/2020 | S2009132.001 | $4,928.80 | 7/11/2020 | 20 | 11 | 0.01 | $985.76 | 0.000323 | $17.51 | $1,003.27 |
| 6/16/2020 | S2009592.001 | $228.17 | 7/16/2020 | 20 | 6 | 0.01 | $45.63 | 0.000323 | $0.44 | $46.08 |
| 6/16/2020 | S2009655.001 | $1,870.62 | 7/16/2020 | 20 | 6 | 0.01 | $374.12 | 0.000323 | $3.63 | $377.75 |
| 6/16/2020 | S2009681.001 | $211.97 | 7/16/2020 | 20 | 6 | 0.01 | $42.39 | 0.000323 | $0.41 | $42.80 |
| 6/18/2020 | S2009918.001 | $720.04 | 7/18/2020 | 20 | 4 | 0.01 | $144.01 | 0.000323 | $0.93 | $144.94 |
| 6/18/2020 | S2009932.001 | $493.34 | 7/18/2020 | 20 | 4 | 0.01 | $98.67 | 0.000323 | $0.64 | $99.31 |
| 6/19/2020 | S2010065.001 | $750.26 | 7/19/2020 | 20 | 3 | 0.01 | $150.05 | 0.000323 | $0.73 | $150.78 |
| 6/22/2020 | S2010221.001 | $18.40 | 7/22/2020 | 20 | 0 | 0.01 | $3.68 | 0.000323 | $0.00 | $3.68 |
| 6/22/2020 | S2010235.001 | $75.53 | 7/22/2020 | 20 | 0 | 0.01 | $15.11 | 0.000323 | $0.00 | $15.11 |
| 6/23/2020 | S2010343.001 | $457.39 | 7/23/2020 | 19 | 27 | 0.01 | $86.90 | 0.000323 | $3.99 | $90.89 |
| 6/23/2020 | S2010418.001 | $201.20 | 7/23/2020 | 19 | 27 | 0.01 | $38.23 | 0.000323 | $1.75 | $39.98 |
| 6/24/2020 | S2010595.001 | $3,427.32 | 7/24/2020 | 19 | 26 | 0.01 | $651.19 | 0.000323 | $28.78 | $679.97 |
| 6/24/2020 | S2010602.001 | $326.57 | 7/24/2020 | 19 | 26 | 0.01 | $62.05 | 0.000323 | $2.74 | $64.79 |
| 6/26/2020 | S2010751.001 | $2,230.90 | 7/26/2020 | 19 | 25 | 0.01 | $423.87 | 0.000323 | $18.01 | $441.89 |
| 6/26/2020 | S2010751.002 | $52.02 | 7/26/2020 | 19 | 25 | 0.01 | $9.88 | 0.000323 | $0.42 | $10.30 |
| 6/26/2020 | S2010819.001 | $474.33 | 7/26/2020 | 19 | 25 | 0.01 | $90.12 | 0.000323 | $3.83 | $93.95 |
| 6/29/2020 | S2010904.001 | $119.77 | 7/29/2020 | 19 | 22 | 0.01 | $22.76 | 0.000323 | $0.85 | $23.61 |
| 6/29/2020 | S2010937.001 | $231.56 | 7/29/2020 | 19 | 22 | 0.01 | $44.00 | 0.000323 | $1.65 | $45.64 |
| 6/29/2020 | S2011053.001 | $766.22 | 7/29/2020 | 19 | 22 | 0.01 | $145.58 | 0.000323 | $5.44 | $151.03 |
| 6/30/2020 | S2011201.001 | ($149.28) | | | | 0.01 | $0.00 | 0.000323 | $0.00 | $0.00 |
| 6/30/2020 | S2011203.001 | $180.67 | 7/30/2020 | 19 | 22 | 0.01 | $34.33 | 0.000323 | $1.28 | $35.61 |
| 7/1/2020 | S2011273.001 | $129.52 | 7/31/2020 | 19 | 22 | 0.01 | $24.61 | 0.000323 | $0.92 | $25.53 |
| 7/2/2020 | S2011375.001 | $580.40 | 8/1/2020 | 19 | 21 | 0.01 | $110.28 | 0.000323 | $3.94 | $114.21 |
| 7/7/2020 | S2011506.001 | $3,999.94 | 8/6/2020 | 19 | 16 | 0.01 | $759.99 | 0.000323 | $20.67 | $780.66 |
| 7/8/2020 | S2011725.001 | $568.63 | 8/7/2020 | 19 | 15 | 0.01 | $108.04 | 0.000323 | $2.76 | $110.79 |
| 7/8/2020 | S2011909.001 | $2,806.57 | 8/7/2020 | 19 | 15 | 0.01 | $533.25 | 0.000323 | $13.60 | $546.85 |
| 7/9/2020 | S2011937.001 | $93.82 | 8/8/2020 | 19 | 14 | 0.01 | $17.83 | 0.000323 | $0.42 | $18.25 |
| 7/13/2020 | S2012058.001 | $1,766.93 | 8/12/2020 | 19 | 10 | 0.01 | $335.72 | 0.000323 | $5.71 | $341.42 |
| 7/13/2020 | S2012200.001 | $1,271.95 | 8/12/2020 | 19 | 10 | 0.01 | $241.67 | 0.000323 | $4.11 | $245.78 |
| 7/14/2020 | S2012409.001 | $224.79 | 8/13/2020 | 19 | 9 | 0.01 | $42.71 | 0.000323 | $0.65 | $43.36 |
| 7/15/2020 | S2012553.001 | $152.02 | 8/14/2020 | 19 | 8 | 0.01 | $28.88 | 0.000323 | $0.39 | $29.28 |
| 7/16/2020 | S2012788.001 | $115.65 | 8/15/2020 | 19 | 8 | 0.01 | $21.97 | 0.000323 | $0.30 | $22.27 |
| 7/21/2020 | S2013039.001 | $277.82 | 8/20/2020 | 19 | 2 | 0.01 | $52.79 | 0.000323 | $0.18 | $52.97 |
| 7/22/2020 | S2013342.001 | $934.30 | 8/21/2020 | 19 | 1 | 0.01 | $177.52 | 0.000323 | $0.30 | $177.82 |
| 7/28/2020 | S2013882.001 | $2,782.83 | 8/27/2020 | 18 | 23 | 0.01 | $500.91 | 0.000323 | $20.67 | $521.58 |
| 8/3/2020 | S2014492.001 | $2,350.89 | 9/2/2020 | 18 | 20 | 0.01 | $423.16 | 0.000323 | $15.19 | $438.35 |
| 8/4/2020 | S2014577.001 | $472.99 | 9/3/2020 | 18 | 19 | 0.01 | $85.14 | 0.000323 | $2.90 | $88.04 |

| | 8/4/2020 | S2014598.001 | $180.15 | 9/3/2020 | 18 | 19 | 0.01 | $32.43 | 0.000323 | $1.11 | $33.53 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/5/2020 | S2014647.001 | $1,884.05 | 9/4/2020 | 18 | 18 | 0.01 | $339.13 | 0.000323 | $10.95 | $350.08 |
| | 8/6/2020 | S2014819.001 | $956.78 | 9/5/2020 | 18 | 17 | 0.01 | $172.22 | 0.000323 | $5.25 | $177.47 |
| | 8/7/2020 | S2014891.001 | $141.69 | 9/6/2020 | 18 | 16 | 0.01 | $25.50 | 0.000323 | $0.73 | $26.24 |
| | 8/7/2020 | S2015009.001 | $623.49 | 9/6/2020 | 18 | 16 | 0.01 | $112.23 | 0.000323 | $3.22 | $115.45 |
| | 8/10/2020 | S2015040.001 | $193.93 | 9/9/2020 | 18 | 13 | 0.01 | $34.91 | 0.000323 | $0.81 | $35.72 |
| | 8/12/2020 | S2015454.001 | $449.26 | 9/11/2020 | 18 | 11 | 0.01 | $80.87 | 0.000323 | $1.60 | $82.46 |
| | 8/13/2020 | S2015599.001 | $988.49 | 9/12/2020 | 18 | 10 | 0.01 | $177.93 | 0.000323 | $3.19 | $181.12 |
| | 8/14/2020 | S2015782.001 | $385.17 | 9/13/2020 | 18 | 9 | 0.01 | $69.33 | 0.000323 | $1.12 | $70.45 |
| | 8/19/2020 | S2016134.001 | $1,104.52 | 9/13/2020 | 18 | 9 | 0.01 | $198.81 | 0.000323 | $3.21 | $202.02 |
| | 8/20/2020 | S2016274.001 | $2,169.43 | 9/19/2020 | 18 | 3 | 0.01 | $390.50 | 0.000323 | $2.10 | $392.60 |
| | 8/21/2020 | S2016571.001 | $211.43 | 9/20/2020 | 18 | 2 | 0.01 | $38.06 | 0.000323 | $0.14 | $38.19 |
| | 8/27/2020 | S2017092.001 | $149.31 | 9/26/2020 | 17 | 24 | 0.01 | $25.38 | 0.000323 | $1.16 | $26.54 |
| | 8/31/2020 | S2017391.001 | $249.30 | 9/30/2020 | 17 | 22 | 0.01 | $42.38 | 0.000323 | $1.77 | $44.15 |
| | Total | | $45,831.85 | | | | | $8,672.46 | | $222.12 | $8,894.59 |

| Varick Street Project Interest Due through March 21, 2022 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice Date | Invoice Number | Invoice Amount | Invoice Due | Months Late | Days Late | Monthly Interest Rate | Monthly Total | Daily Interest Rate | Daily Total | Interest Due Under GBL (12% per annum) |
| 6/16/2020 | S2009686.001 | $18.90 | 7/16/2020 | 20 | 6 | 0.01 | $3.78 | 0.000323 | $0.04 | $3.82 |

| LaGuardia Project Interest Due through March 21, 2022 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice Date | Invoice Number | Invoice Amount | Invoice Due | Months Late | Days Late | Monthly Interest Rate | Monthly Total | Daily Interest Rate | Daily Total | Interest Due Under GBL (12% per annum) |
| 4/22/2020 | S2005146.002 | $42.87 | 5/22/2020 | 22 | 0 | 0.01 | $9.43 | 0.000323 | $0.00 | $9.43 |

# EXHIBIT 8

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
NYSCEF DOC. NO. 25 RECEIVED NYSCEF: 04/08/2022

# IDEAL
## SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 04/30/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 2 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 03/03/20 | S2001090.001 | 9,001.52 | | 5,832.60 | 5,832.60 |
| 03/04/20 | S2001463.001 | 3,261.89 | | 3,261.89 | 9,094.49 |
| 03/04/20 | S2001466.001 | 197.74 | | 197.74 | 9,292.23 |
| 03/04/20 | S2001500.001 | 282.39 | | 282.39 | 9,574.62 |
| 03/04/20 | S2001501.001 | 131.92 | | 131.92 | 9,706.54 |
| 03/04/20 | S2001502.001 | 170.78 | | 170.78 | 9,877.32 |
| 03/05/20 | S2001623.001 | 2,324.44 | | 2,324.44 | 12,201.76 |
| 03/06/20 | S2001836.001 | 7,133.37 | | 7,133.37 | 19,335.13 |
| 03/06/20 | S2001843.001 | 20.36 | | 20.36 | 19,355.49 |
| 03/06/20 | S2001900.001 | 1,397.50 | | 1,397.50 | 20,752.39 |
| 03/06/20 | S2001924.001 | 172.59 | | 172.59 | 20,925.58 |
| 03/09/20 | S2001987.001 | 4,800.07 | | 4,800.07 | 25,725.65 |
| 03/09/20 | S2002030.001 | 1,815.80 | | 1,815.80 | 27,541.45 |
| 03/09/20 | S2002030.002 | 310.15 | | 310.15 | 27,851.60 |
| 03/10/20 | S2002030.005 | 87.78 | | 87.78 | 27,939.38 |
| 03/10/20 | S2002194.001 | 2,823.41 | | 2,823.41 | 30,762.79 |
| 03/11/20 | S2002030.004 | 268.90 | | 268.90 | 31,031.69 |
| 03/11/20 | S2002340.001 | 514.94 | | 514.94 | 31,546.63 |
| 03/13/20 | S2002602.001 | 9,575.44 | | 9,575.44 | 41,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 43,197.60 |
| 03/13/20 | S2002728.001 | 326.84 | | 326.84 | 43,524.44 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 44,893.73 |
| 03/18/20 | S2003075.001 | 5,360.68 | | 5,360.68 | 50,254.41 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 50,302.21 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 51,873.76 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 51,903.90 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 52,480.94 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 53,516.70 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 53,770.38 |
| 04/01/20 | S2004015.001 | 2,613.83 | | 2,613.83 | 56,384.21 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

**IDEAL**
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 04/30/20 | 47848 |

| PAGE NO. | |
|---|---|
| 2 of 2 | |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 04/01/20 | S2004037.001 | 124.51 | | 124.51 | 56,508.72 |
| 04/01/20 | S2004117.001 | 87.44 | | 87.44 | 56,596.16 |
| 04/08/20 | S2004339.001 | 761.00 | | 761.00 | 57,357.16 |
| 04/08/20 | S2004481.001 | 317.37 | | 317.37 | 57,674.53 |
| 04/09/20 | S2004600.001 | 277.23 | | 277.23 | 57,951.76 |
| 04/14/20 | S2004685.001 | 1,501.53 | | 1,501.53 | 59,453.29 |
| 04/14/20 | S2004697.001 | 30.00 | | 30.00 | 59,483.29 |
| 04/15/20 | S2004770.001 | 426.77 | | 426.77 | 59,910.06 |
| 04/16/20 | S2004843.001 | 276.70 | | 276.70 | 60,186.76 |
| 04/17/20 | S2004902.001 | 854.48 | | 854.48 | 61,041.24 |
| 04/20/20 | S2005065.001 | 2,033.61 | | 2,033.61 | 63,074.85 |
| 04/22/20 | S2005146.001 | 2,067.43 | | 2,067.43 | 65,142.28 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 65,185.15 |
| 04/22/20 | S2005258.001 | 92.60 | | 92.60 | 65,277.75 |
| 04/24/20 | S2005332.001 | 1,601.70 | | 1,601.70 | 66,879.45 |
| 04/27/20 | S2005480.001 | 594.00 | | 594.00 | 67,473.45 |
| 04/27/20 | S2005500.001 | 191.27 | | 191.27 | 67,664.72 |
| 04/27/20 | S2005511.001 | 644.20 | | 644.20 | 68,308.92 |
| 04/29/20 | S2005632.001 | 607.43 | | 607.43 | 68,916.35 |

Thank you for your business.

| PREV BALANCE | PAYMENTS | DEBITS | NEW CHARGES | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| 53,770.38 | 0.00 | 0.00 | 15,145.97 | 0.00 | 68,916.35 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0.00 | 15,145.97 | 53,770.38 | 0.00 | 0.00 |

**All past due balances subject to SERVICE CHARGES of 1.50% per month.**

Case 1:23-0108-ppm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,   NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 04/30/20 | 47848 |

PAGE NO.
1 of 2

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 03/03/20 | S2001090.001 | 9,001.52 | | 5,832.60 | 5,832.60 |
| 03/04/20 | S2001463.001 | 3,261.89 | | 3,261.89 | 9,094.49 |
| 03/04/20 | S2001466.001 | 197.74 | | 197.74 | 9,292.23 |
| 03/04/20 | S2001500.001 | 282.39 | | 282.39 | 9,574.62 |
| 03/04/20 | S2001501.001 | 131.92 | | 131.92 | 9,706.54 |
| 03/04/20 | S2001502.001 | 170.78 | | 170.78 | 9,877.32 |
| 03/05/20 | S2001623.001 | 2,324.44 | | 2,324.44 | 12,201.76 |
| 03/06/20 | S2001836.001 | 7,133.37 | | 7,133.37 | 19,335.13 |
| 03/06/20 | S2001843.001 | 20.36 | | 20.36 | 19,355.49 |
| 03/06/20 | S2001900.001 | 1,397.50 | | 1,397.50 | 20,752.99 |
| 03/06/20 | S2001924.001 | 172.59 | | 172.59 | 20,925.58 |
| 03/09/20 | S2001987.001 | 4,800.07 | | 4,800.07 | 25,725.65 |
| 03/09/20 | S2002030.001 | 1,815.80 | | 1,815.80 | 27,541.45 |
| 03/09/20 | S2002030.002 | 310.15 | | 310.15 | 27,851.60 |
| 03/10/20 | S2002030.005 | 87.78 | | 87.78 | 27,939.38 |
| 03/10/20 | S2002194.001 | 2,823.41 | | 2,823.41 | 30,762.79 |
| 03/11/20 | S2002030.004 | 268.90 | | 268.90 | 31,031.69 |
| 03/11/20 | S2002340.001 | 514.94 | | 514.94 | 31,546.63 |
| 03/13/20 | S2002602.001 | 9,575.44 | | 9,575.44 | 41,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 43,197.60 |
| 03/13/20 | S2002728.001 | 326.84 | | 326.84 | 43,524.44 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 44,893.73 |
| 03/18/20 | S2003075.001 | 5,360.68 | | 5,360.68 | 50,254.41 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 50,302.21 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 51,873.76 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 51,903.90 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 52,480.94 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 53,516.70 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 53,770.38 |
| 04/01/20 | S2004015.001 | 2,613.83 | | 2,613.83 | 56,384.21 |

| PREV BALANCE | PAYMENTS | CREDITS | INVOICES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| INVOICES | CURRENT | 30-31 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

Case 1:23-0108-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

# IDEAL SUPPLY C₉

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 04/30/20 | 47848 |

| PAGE NO. | |
|---|---|
| 2 of 2 | |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 04/01/20 | S2004037.001 | 124.51 | | 124.51 | 56,508.72 |
| 04/01/20 | S2004117.001 | 87.44 | | 87.44 | 56,596.16 |
| 04/08/20 | S2004339.001 | 761.00 | | 761.00 | 57,357.16 |
| 04/08/20 | S2004481.001 | 317.37 | | 317.37 | 57,674.53 |
| 04/09/20 | S2004600.001 | 277.23 | | 277.23 | 57,951.76 |
| 04/14/20 | S2004685.001 | 1,501.53 | | 1,501.53 | 59,453.29 |
| 04/14/20 | S2004697.001 | 30.00 | | 30.00 | 59,483.29 |
| 04/15/20 | S2004770.001 | 426.77 | | 426.77 | 59,910.06 |
| 04/16/20 | S2004843.001 | 276.70 | | 276.70 | 60,186.76 |
| 04/17/20 | S2004902.001 | 854.48 | | 854.48 | 61,041.24 |
| 04/20/20 | S2005065.001 | 2,033.61 | | 2,033.61 | 63,074.85 |
| 04/22/20 | S2005146.001 | 2,067.43 | | 2,067.43 | 65,142.28 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 65,185.15 |
| 04/22/20 | S2005258.001 | 92.60 | | 92.60 | 65,277.75 |
| 04/24/20 | S2005332.001 | 1,601.70 | | 1,601.70 | 66,879.45 |
| 04/27/20 | S2005480.001 | 594.00 | | 594.00 | 67,473.45 |
| 04/27/20 | S2005500.001 | 191.27 | | 191.27 | 67,664.72 |
| 04/27/20 | S2005511.001 | 644.20 | | 644.20 | 68,308.92 |
| 04/29/20 | S2005632.001 | 607.43 | | 607.43 | 68,916.35 |

Thank you for your business.

| PREV BALANCE | PAYMENT | CREDITS | CHARGES | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| 53,770.38 | 0.00 | 0.00 | 15,145.97 | 0.00 | 68,916.35 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0.00 | 15,145.97 | 53,770.38 | 0.00 | 0.00 |

**All past due balances subject to SERVICE CHARGES of 1.50% per month.**

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 05/31/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 3 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 03/03/20 | S2001090.001 | 9,001.52 | | 5,832.60 | 5,832.60 |
| 03/04/20 | S2001463.001 | 3,261.89 | | 3,261.89 | 9,094.49 |
| 03/04/20 | S2001466.001 | 197.74 | | 197.74 | 9,292.23 |
| 03/04/20 | S2001500.001 | 282.39 | | 282.39 | 9,574.62 |
| 03/04/20 | S2001501.001 | 131.92 | | 131.92 | 9,706.54 |
| 03/04/20 | S2001502.001 | 170.78 | | 170.78 | 9,877.32 |
| 03/05/20 | S2001623.001 | 2,324.44 | | 2,324.44 | 12,201.76 |
| 03/06/20 | S2001836.001 | 7,133.37 | | 7,133.37 | 19,335.13 |
| 03/06/20 | S2001843.001 | 20.36 | | 20.36 | 19,355.49 |
| 03/06/20 | S2001900.001 | 1,397.50 | | 1,397.50 | 20,752.39 |
| 03/06/20 | S2001924.001 | 172.59 | | 172.59 | 20,925.58 |
| 03/09/20 | S2001987.001 | 4,800.07 | | 4,800.07 | 25,725.65 |
| 03/09/20 | S2002030.001 | 1,815.80 | | 1,815.80 | 27,541.45 |
| 03/09/20 | S2002030.002 | 310.15 | | 310.15 | 27,851.60 |
| 03/10/20 | S2002030.005 | 87.78 | | 87.78 | 27,939.38 |
| 03/10/20 | S2002194.001 | 2,823.41 | | 2,823.41 | 30,762.79 |
| 03/11/20 | S2002030.004 | 268.90 | | 268.90 | 31,031.69 |
| 03/11/20 | S2002340.001 | 514.94 | | 514.94 | 31,546.63 |
| 03/13/20 | S2002602.001 | 9,575.44 | | 9,575.44 | 41,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 43,197.60 |
| 03/13/20 | S2002728.001 | 326.84 | | 326.84 | 43,524.44 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 44,893.73 |
| 03/18/20 | S2003075.001 | 5,360.68 | | 5,360.68 | 50,254.41 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 50,302.21 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 51,873.76 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 51,903.90 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 52,480.94 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 53,516.70 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 53,770.38 |
| 04/01/20 | S2004015.001 | 2,613.83 | | 2,613.83 | 56,384.21 |

| PREV BALANCE | PAYMENTS | DEBITS | NET CHANGES | FINANCE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| RETURNS | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY C9

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,     NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 05/31/20 | 47848 |

| PAGE NO. | |
|---|---|
| 2 of 3 | |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 04/01/20 | S2004037.001 | 124.51 | | 124.51 | 56,508.72 |
| 04/01/20 | S2004117.001 | 87.44 | | 87.44 | 56,596.16 |
| 04/08/20 | S2004339.001 | 761.00 | | 761.00 | 57,357.16 |
| 04/08/20 | S2004481.001 | 317.37 | | 317.37 | 57,674.53 |
| 04/09/20 | S2004600.001 | 277.23 | | 277.23 | 57,951.76 |
| 04/14/20 | S2004685.001 | 1,501.53 | | 1,501.53 | 59,453.29 |
| 04/14/20 | S2004697.001 | 30.00 | | 30.00 | 59,483.29 |
| 04/15/20 | S2004770.001 | 426.77 | | 426.77 | 59,910.06 |
| 04/16/20 | S2004843.001 | 276.70 | | 276.70 | 60,186.76 |
| 04/17/20 | S2004902.001 | 854.48 | | 854.48 | 61,041.24 |
| 04/20/20 | S2005065.001 | 2,033.61 | | 2,033.61 | 63,074.85 |
| 04/22/20 | S2005146.001 | 2,067.43 | | 2,067.43 | 65,142.28 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 65,185.15 |
| 04/22/20 | S2005258.001 | 92.60 | | 92.60 | 65,277.75 |
| 04/24/20 | S2005332.001 | 1,601.70 | | 1,601.70 | 66,879.45 |
| 04/27/20 | S2005480.001 | 594.00 | | 594.00 | 67,473.45 |
| 04/27/20 | S2005500.001 | 191.27 | | 191.27 | 67,664.72 |
| 04/27/20 | S2005511.001 | 644.20 | | 644.20 | 68,308.92 |
| 04/29/20 | S2005632.001 | 607.43 | | 607.43 | 68,916.35 |
| 05/01/20 | S2005726.001 | 1,831.86 | | 1,831.86 | 70,748.21 |
| 05/01/20 | S2005831.001 | 100.36 | | 100.36 | 70,848.57 |
| 05/01/20 | S2005851.001 | 90.26 | | 90.26 | 70,938.83 |
| 05/01/20 | S2005855.001 | 62.75 | | 62.75 | 71,001.58 |
| 05/04/20 | S2005936.001 | 1,274.09 | | 1,274.09 | 72,275.67 |
| 05/05/20 | S2006135.001 | 643.44 | | 643.44 | 72,919.11 |
| 05/06/20 | S2006239.001 | 337.68 | | 337.68 | 73,256.79 |
| 05/07/20 | S2004946.001 | 805.95 | | 805.95 | 74,062.74 |
| 05/11/20 | S2006477.001 | 547.54 | | 547.54 | 74,610.28 |
| 05/11/20 | S2006570.001 | 181.83 | | 181.83 | 74,792.11 |
| 05/18/20 | S2007112.001 | 164.93 | | 164.93 | 74,957.04 |

| PREV BALANCE | PAYMENTS | CREDITS | INVOICES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60+ DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,          NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 05/31/20 | 47848 |

| PAGE NO. | |
|---|---|
| 3 of 3 | |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| | | | | | |

Thank you for your business.

| PREV BALANCE | PAYMENTS | CREDITS | NEW CHARGES | SERVICE CHARGE | BALANCE DUE |
|---|---|---|---|---|---|
| 68,916.35 | 0.00 | 0.00 | 6,040.69 | 0.00 | 74,957.04 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0.00 | 6,040.69 | 15,145.97 | 53,770.38 | 0.00 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 06/30/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 4 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 03/03/20 | S2001090.001 | 9,001.52 | | 5,832.60 | 5,832.60 |
| 03/04/20 | S2001463.001 | 3,261.89 | | 3,261.89 | 9,094.49 |
| 03/04/20 | S2001466.001 | 197.74 | | 197.74 | 9,292.23 |
| 03/04/20 | S2001500.001 | 282.39 | | 282.39 | 9,574.62 |
| 03/04/20 | S2001501.001 | 131.92 | | 131.92 | 9,706.54 |
| 03/04/20 | S2001502.001 | 170.78 | | 170.78 | 9,877.32 |
| 03/05/20 | S2001623.001 | 2,324.44 | | 2,324.44 | 12,201.76 |
| 03/06/20 | S2001836.001 | 7,133.37 | | 7,133.37 | 19,335.13 |
| 03/06/20 | S2001843.001 | 20.36 | | 20.36 | 19,355.49 |
| 03/06/20 | S2001900.001 | 1,397.50 | | 1,397.50 | 20,752.39 |
| 03/06/20 | S2001924.001 | 172.59 | | 172.59 | 20,925.58 |
| 03/09/20 | S2001987.001 | 4,800.07 | | 4,800.07 | 25,725.65 |
| 03/09/20 | S2002030.001 | 1,815.80 | | 1,815.80 | 27,541.45 |
| 03/09/20 | S2002030.002 | 310.15 | | 310.15 | 27,851.60 |
| 03/10/20 | S2002030.005 | 87.78 | | 87.78 | 27,939.38 |
| 03/10/20 | S2002194.001 | 2,823.41 | | 2,823.41 | 30,762.79 |
| 03/11/20 | S2002030.004 | 268.90 | | 268.90 | 31,031.69 |
| 03/11/20 | S2002340.001 | 514.94 | | 514.94 | 31,546.63 |
| 03/13/20 | S2002602.001 | 9,575.44 | | 9,575.44 | 41,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 43,197.60 |
| 03/13/20 | S2002728.001 | 326.84 | | 326.84 | 43,524.44 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 44,893.73 |
| 03/18/20 | S2003075.001 | 5,360.68 | | 5,360.68 | 50,254.41 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 50,302.21 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 51,873.76 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 51,903.90 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 52,480.94 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 53,516.70 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 53,770.38 |
| 04/01/20 | S2004015.001 | 2,613.83 | | 2,613.83 | 56,384.21 |

| PREV BALANCE | PAYMENTS | CREDITS | CHARGES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 06/30/20 | 47848 |

| PAGE NO. |
|---|
| 2 of 4 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 04/01/20 | S2004037.001 | 124.51 | | 124.51 | 56,508.72 |
| 04/01/20 | S2004117.001 | 87.44 | | 87.44 | 56,596.16 |
| 04/08/20 | S2004339.001 | 761.00 | | 761.00 | 57,357.16 |
| 04/08/20 | S2004481.001 | 317.37 | | 317.37 | 57,674.53 |
| 04/09/20 | S2004600.001 | 277.23 | | 277.23 | 57,951.76 |
| 04/14/20 | S2004685.001 | 1,501.53 | | 1,501.53 | 59,453.29 |
| 04/14/20 | S2004697.001 | 30.00 | | 30.00 | 59,483.29 |
| 04/15/20 | S2004770.001 | 426.77 | | 426.77 | 59,910.06 |
| 04/16/20 | S2004843.001 | 276.70 | | 276.70 | 60,186.76 |
| 04/17/20 | S2004902.001 | 854.48 | | 854.48 | 61,041.24 |
| 04/20/20 | S2005065.001 | 2,033.61 | | 2,033.61 | 63,074.85 |
| 04/22/20 | S2005146.001 | 2,067.43 | | 2,067.43 | 65,142.28 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 65,185.15 |
| 04/22/20 | S2005258.001 | 92.60 | | 92.60 | 65,277.75 |
| 04/24/20 | S2005332.001 | 1,601.70 | | 1,601.70 | 66,879.45 |
| 04/27/20 | S2005480.001 | 594.00 | | 594.00 | 67,473.45 |
| 04/27/20 | S2005500.001 | 191.27 | | 191.27 | 67,664.72 |
| 04/27/20 | S2005511.001 | 644.20 | | 644.20 | 68,308.92 |
| 04/29/20 | S2005632.001 | 607.43 | | 607.43 | 68,916.35 |
| 05/01/20 | S2005726.001 | 1,831.86 | | 1,831.86 | 70,748.21 |
| 05/01/20 | S2005831.001 | 100.36 | | 100.36 | 70,848.57 |
| 05/01/20 | S2005851.001 | 90.26 | | 90.26 | 70,938.83 |
| 05/01/20 | S2005855.001 | 62.75 | | 62.75 | 71,001.58 |
| 05/04/20 | S2005936.001 | 1,274.09 | | 1,274.09 | 72,275.67 |
| 05/05/20 | S2006135.001 | 643.44 | | 643.44 | 72,919.11 |
| 05/06/20 | S2006239.001 | 337.68 | | 337.68 | 73,256.79 |
| 05/07/20 | S2004946.001 | 805.95 | | 805.95 | 74,062.74 |
| 05/11/20 | S2006477.001 | 547.54 | | 547.54 | 74,610.28 |
| 05/11/20 | S2006570.001 | 181.83 | | 181.83 | 74,792.11 |
| 05/18/20 | S2007112.001 | 164.93 | | 164.93 | 74,957.04 |

| PREV BALANCE | PAYMENT | CREDITS | FINANCE | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,     NY  10271

| STATEMENT DATE | ACCT NO |
|---|---|
| 06/30/20 | 47848 |

| PAGE NO. |
|---|
| 3 of 4 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 06/05/20 | S2008619.001 | 2,320.95 | | 2,320.95 | 77,277.39 |
| 06/09/20 | S2008868.001 | 136.89 | | 136.89 | 77,414.88 |
| 06/09/20 | S2008869.001 | 624.15 | | 624.15 | 78,039.03 |
| 06/10/20 | S2009038.001 | 1,868.35 | | 1,868.35 | 79,907.38 |
| 06/10/20 | S2009045.001 | 542.38 | | 542.38 | 80,449.76 |
| 06/11/20 | S2009132.001 | 4,928.80 | | 4,928.80 | 85,378.56 |
| 06/15/20 | S2006579.001 | 77.31 | | 77.31 | 85,455.87 |
| 06/16/20 | S2009592.001 | 228.17 | | 228.17 | 85,684.04 |
| 06/16/20 | S2009655.001 | 1,870.62 | | 1,870.62 | 87,554.66 |
| 06/16/20 | S2009681.001 | 211.97 | | 211.97 | 87,766.63 |
| 06/16/20 | S2009686.001 | 18.90 | | 18.90 | 87,785.53 |
| 06/18/20 | S2009918.001 | 720.04 | | 720.04 | 88,505.57 |
| 06/18/20 | S2009932.001 | 493.34 | | 493.34 | 88,998.91 |
| 06/19/20 | S2010065.001 | 750.26 | | 750.26 | 89,749.17 |
| 06/22/20 | S2010221.001 | 18.40 | | 18.40 | 89,767.57 |
| 06/22/20 | S2010235.001 | 75.53 | | 75.53 | 89,843.10 |
| 06/22/20 | S2010319.001 | 340.90 | | 340.90 | 90,184.00 |
| 06/23/20 | S2010343.001 | 457.39 | | 457.39 | 90,641.39 |
| 06/23/20 | S2010418.001 | 201.20 | | 201.20 | 90,842.59 |
| 06/23/20 | S2010421.001 | 274.87 | | 274.87 | 91,117.46 |
| 06/24/20 | S2010562.001 | 207.46 | | 207.46 | 91,324.92 |
| 06/24/20 | S2010583.001 | 257.32 | | 257.32 | 91,582.24 |
| 06/24/20 | S2010585.001 | 119.44 | | 119.44 | 91,701.68 |
| 06/24/20 | S2010595.001 | 3,427.32 | | 3,427.32 | 95,129.00 |
| 06/24/20 | S2010602.001 | 326.57 | | 326.57 | 95,455.57 |
| 06/26/20 | S2010751.001 | 2,230.90 | | 2,230.90 | 97,686.47 |
| 06/26/20 | S2010751.002 | 52.02 | | 52.02 | 97,738.49 |
| 06/26/20 | S2010791.001 | 102.04 | | 102.04 | 97,840.53 |
| 06/26/20 | S2010797.001 | 4,734.74 | | 4,734.74 | 102,575.27 |
| 06/26/20 | S2010819.001 | 474.33 | | 474.33 | 103,049.60 |

| PREV BALANCE | PAYMENT | CREDITS | FINANCE | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| 30 DAYS | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

**IDEAL SUPPLY Co**

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

Statement
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,          NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 06/30/20 | 47848 |

| PAGE NO. |
|---|
| 4 of 4 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 06/29/20 | S2010904.001 | 119.77 | | 119.77 | 103,169.37 |
| 06/29/20 | S2010936.001 | 500.31 | | 500.31 | 103,669.68 |
| 06/29/20 | S2010937.001 | 231.56 | | 231.56 | 103,901.24 |
| 06/29/20 | S2011053.001 | 766.22 | | 766.22 | 104,667.46 |
| 06/29/20 | S2011064.001 | 374.15 | | 374.15 | 105,041.61 |
| 06/30/20 | S2011201.001 | | -149.28 | -149.28 | 104,892.33 |
| 06/30/20 | S2011203.001 | 180.67 | | 180.67 | 105,073.00 |
| 06/30/20 | S2011206.001 | 268.77 | | 268.77 | 105,341.77 |

Thank you for your business.

| PREV BALANCE | PAYMENT | CREDITS | NEW CHARGES | SERVICE CHARGE | BAL DUE NOW |
|---|---|---|---|---|---|
| 74,957.04 | 0.00 | -149.28 | 30,534.01 | 0.00 | 105,341.77 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0.00 | 30,384.73 | 6,040.69 | 15,145.97 | 53,770.38 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.

# IDEAL
SUPPLY C9

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:

THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT NO |
|---|---|
| 07/31/20 | 47848 |

| PAGE NO |
|---|
| 1 of 4 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 03/13/20 | S2002602.001 | 9,575.44 | 8453.37 | 1,122.07 | 1,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 3,197.60 |
| 03/13/20 | S2002728.001 | 326.84 | | 326.84 | 3,524.44 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 4,893.73 |
| 03/18/20 | S2003075.001 | 5,360.68 | | 5,360.68 | 10,254.41 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 10,302.21 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 11,873.76 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 11,903.90 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 12,480.94 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 13,516.70 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 13,770.38 |
| 04/01/20 | S2004015.001 | 2,613.83 | | 2,613.83 | 16,384.21 |
| 04/01/20 | S2004037.001 | 124.51 | | 124.51 | 16,508.72 |
| 04/01/20 | S2004117.001 | 87.44 | | 87.44 | 16,596.16 |
| 04/08/20 | S2004339.001 | 761.00 | | 761.00 | 17,357.16 |
| 04/08/20 | S2004481.001 | 317.37 | | 317.37 | 17,674.53 |
| 04/09/20 | S2004600.001 | 277.23 | | 277.23 | 17,951.76 |
| 04/14/20 | S2004685.001 | 1,501.53 | | 1,501.53 | 19,453.29 |
| 04/14/20 | S2004697.001 | 30.00 | | 30.00 | 19,483.29 |
| 04/15/20 | S2004770.001 | 426.77 | | 426.77 | 19,910.06 |
| 04/16/20 | S2004843.001 | 276.70 | | 276.70 | 20,186.76 |
| 04/17/20 | S2004902.001 | 854.48 | | 854.48 | 21,041.24 |
| 04/20/20 | S2005065.001 | 2,033.61 | | 2,033.61 | 23,074.85 |
| 04/22/20 | S2005146.001 | 2,067.43 | | 2,067.43 | 25,142.28 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 25,185.15 |
| 04/22/20 | S2005258.001 | 92.60 | | 92.60 | 25,277.75 |
| 04/24/20 | S2005332.001 | 1,601.70 | | 1,601.70 | 26,879.45 |
| 04/27/20 | S2005480.001 | 594.00 | | 594.00 | 27,473.45 |
| 04/27/20 | S2005500.001 | 191.27 | | 191.27 | 27,664.72 |
| 04/27/20 | S2005511.001 | 644.20 | | 644.20 | 28,308.92 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| 30 DAYS | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY C9

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,       NY  10271

| STATEMENT DATE | ACCT NO |
|---|---|
| 07/31/20 | 47848 |

| PAGE NO. |
|---|
| 2 of 4 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 04/29/20 | S2005632.001 | 607.43 | | 607.43 | 28,916.35 |
| 05/01/20 | S2005726.001 | 1,831.86 | | 1,831.86 | 30,748.21 |
| 05/01/20 | S2005831.001 | 100.36 | | 100.36 | 30,848.57 |
| 05/01/20 | S2005851.001 | 90.26 | | 90.26 | 30,938.83 |
| 05/01/20 | S2005855.001 | 62.75 | | 62.75 | 31,001.58 |
| 05/04/20 | S2005936.001 | 1,274.09 | | 1,274.09 | 32,275.67 |
| 05/05/20 | S2006135.001 | 643.44 | | 643.44 | 32,919.11 |
| 05/06/20 | S2006239.001 | 337.68 | | 337.68 | 33,256.79 |
| 05/07/20 | S2004946.001 | 805.95 | | 805.95 | 34,062.74 |
| 05/11/20 | S2006477.001 | 547.54 | | 547.54 | 34,610.28 |
| 05/11/20 | S2006570.001 | 181.83 | | 181.83 | 34,792.11 |
| 05/18/20 | S2007112.001 | 164.93 | | 164.93 | 34,957.04 |
| 06/05/20 | S2008619.001 | 2,320.95 | | 2,320.95 | 37,277.39 |
| 06/09/20 | S2008868.001 | 136.89 | | 136.89 | 37,414.38 |
| 06/09/20 | S2008869.001 | 624.15 | | 624.15 | 38,039.03 |
| 06/10/20 | S2009038.001 | 1,868.35 | | 1,868.35 | 39,907.38 |
| 06/10/20 | S2009045.001 | 542.38 | | 542.38 | 40,449.76 |
| 06/11/20 | S2009132.001 | 4,928.80 | | 4,928.80 | 45,378.56 |
| 06/15/20 | S2006579.001 | 77.31 | | 77.31 | 45,455.87 |
| 06/16/20 | S2009592.001 | 228.17 | | 228.17 | 45,684.04 |
| 06/16/20 | S2009655.001 | 1,870.62 | | 1,870.62 | 47,554.66 |
| 06/16/20 | S2009681.001 | 211.97 | | 211.97 | 47,766.63 |
| 06/16/20 | S2009686.001 | 18.90 | | 18.90 | 47,785.53 |
| 06/18/20 | S2009918.001 | 720.04 | | 720.04 | 48,505.57 |
| 06/18/20 | S2009932.001 | 493.34 | | 493.34 | 48,998.31 |
| 06/19/20 | S2010065.001 | 750.26 | | 750.26 | 49,749.17 |
| 06/22/20 | S2010221.001 | 18.40 | | 18.40 | 49,767.57 |
| 06/22/20 | S2010235.001 | 75.53 | | 75.53 | 49,843.10 |
| 06/22/20 | S2010319.001 | 340.90 | | 340.90 | 50,184.00 |
| 06/23/20 | S2010343.001 | 457.39 | | 457.39 | 50,641.39 |

| PREV BALANCE | PAYMENTS | DEBITS | CHARGES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL SUPPLY Co

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 07/31/20 | 47848 |

| PAGE NO. |
|---|
| 3 of 4 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 06/23/20 | S2010418.001 | 201.20 | | 201.20 | 50,842.59 |
| 06/23/20 | S2010421.001 | 274.87 | | 274.87 | 51,117.46 |
| 06/24/20 | S2010562.001 | 207.46 | | 207.46 | 51,324.92 |
| 06/24/20 | S2010583.001 | 257.32 | | 257.32 | 51,582.24 |
| 06/24/20 | S2010585.001 | 119.44 | | 119.44 | 51,701.68 |
| 06/24/20 | S2010595.001 | 3,427.32 | | 3,427.32 | 55,129.00 |
| 06/24/20 | S2010602.001 | 326.57 | | 326.57 | 55,455.57 |
| 06/26/20 | S2010751.001 | 2,230.90 | | 2,230.90 | 57,686.47 |
| 06/26/20 | S2010751.002 | 52.02 | | 52.02 | 57,738.49 |
| 06/26/20 | S2010791.001 | 102.04 | | 102.04 | 57,840.53 |
| 06/26/20 | S2010797.001 | 4,734.74 | | 4,734.74 | 62,575.27 |
| 06/26/20 | S2010819.001 | 474.33 | | 474.33 | 63,049.60 |
| 06/29/20 | S2010904.001 | 119.77 | | 119.77 | 63,169.37 |
| 06/29/20 | S2010936.001 | 500.31 | | 500.31 | 63,669.68 |
| 06/29/20 | S2010937.001 | 231.56 | | 231.56 | 63,901.24 |
| 06/29/20 | S2011053.001 | 766.22 | | 766.22 | 64,667.46 |
| 06/29/20 | S2011064.001 | 374.15 | | 374.15 | 65,041.61 |
| 06/30/20 | S2011201.001 | | | -149.28 | 64,892.33 |
| 06/30/20 | S2011203.001 | 180.67 | | 180.67 | 65,073.00 |
| 06/30/20 | S2011206.001 | 268.77 | | 268.77 | 65,341.77 |
| 07/01/20 | S2011208.001 | 10.66 | | 10.66 | 65,352.43 |
| 07/01/20 | S2011273.001 | 129.52 | | 129.52 | 65,481.35 |
| 07/02/20 | S2011372.001 | 1,892.69 | | 1,892.69 | 67,374.64 |
| 07/02/20 | S2011375.001 | 580.40 | | 580.40 | 67,955.04 |
| 07/06/20 | S2011500.001 | 5,490.24 | | 5,490.24 | 73,445.28 |
| 07/06/20 | S2011505.001 | 262.70 | | 262.70 | 73,707.98 |
| 07/07/20 | S2011506.001 | 3,999.94 | | 3,999.94 | 77,707.92 |
| 07/07/20 | S2011743.001 | 1,100.95 | | 1,100.95 | 78,808.87 |
| 07/08/20 | S2011725.001 | 568.63 | | 568.63 | 79,377.50 |
| 07/08/20 | S2011754.001 | 255.59 | | 255.59 | 79,633.09 |

| PREV BALANCE | PAYMENT | CREDITS | CHARGES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,     NY   10271

| STATEMENT DATE | ACCT. NO. |
|----------------|-----------|
| 07/31/20       | 47848     |

| PAGE NO. |
|----------|
| 4 of 4   |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|------|----------------|----------------|------------------|---------|-------------|
| 07/08/20 | S2011909.001 | 2,806.57 | | 2,806.57 | 82,439.86 |
| 07/08/20 | S2011910.001 | 469.91 | | 469.91 | 82,909.57 |
| 07/09/20 | S2011923.001 | 602.15 | | 602.15 | 83,511.72 |
| 07/09/20 | S2011934.001 | 148.71 | | 148.71 | 83,660.43 |
| 07/09/20 | S2011937.001 | 93.82 | | 93.82 | 83,754.25 |
| 07/09/20 | S2011944.001 | 256.03 | | 256.03 | 84,010.28 |
| 07/13/20 | S2012039.001 | 1,547.63 | | 1,547.63 | 85,557.91 |
| 07/13/20 | S2012058.001 | 1,766.93 | | 1,766.93 | 87,324.84 |
| 07/13/20 | S2012183.001 | 3,082.00 | | 3,082.00 | 90,406.84 |
| 07/13/20 | S2012200.001 | 1,271.95 | | 1,271.95 | 91,678.79 |
| 07/14/20 | S2012409.001 | 224.79 | | 224.79 | 91,903.58 |
| 07/15/20 | S2012550.001 | 652.79 | | 652.79 | 92,556.37 |
| 07/15/20 | S2012553.001 | 152.02 | | 152.02 | 92,708.39 |
| 07/16/20 | S2012778.001 | 289.49 | | 289.49 | 92,997.88 |
| 07/16/20 | S2012785.001 | 526.47 | | 526.47 | 93,524.35 |
| 07/16/20 | S2012788.001 | 115.65 | | 115.65 | 93,640.00 |
| 07/17/20 | S2012806.001 | 514.40 | | 514.40 | 94,154.40 |
| 07/20/20 | S2012550.002 | 115.25 | | 115.25 | 94,269.65 |
| 07/20/20 | S2012939.001 | 3,205.38 | | 3,205.38 | 97,475.03 |
| 07/21/20 | S2013039.001 | 277.82 | | 277.82 | 97,752.85 |
| 07/22/20 | S2012550.003 | 10.66 | | 10.66 | 97,763.51 |
| 07/22/20 | S2013342.001 | 934.30 | | 934.30 | 98,697.81 |
| 07/23/20 | S2013364.001 | 1,703.72 | | 1,703.72 | 100,401.53 |
| 07/23/20 | S2013454.001 | 136.80 | | 136.80 | 100,538.33 |
| 07/28/20 | S2013882.001 | 2,782.83 | | 2,782.83 | 103,321.16 |
| 07/29/20 | S2013781.001 | 3,502.70 | | 3,502.70 | 106,823.86 |

Thank you for your business.

| PREV BALANCE | PAYMENT | DEBITS | CHARGES | SERVICE CHARGE | NEW BALANCE |
|--------------|---------|--------|---------|----------------|-------------|
| 105,341.77 | 40,000.00 | 0.00 | 41,482.09 | 0.00 | 106,823.86 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---------|---------|---------|---------|--------------|
| 0.00 | 41,482.09 | 30,384.73 | 6,040.69 | 28,916.35 |

**All past due balances subject to SERVICE CHARGES of 1.50% per month.**

# IDEAL
SUPPLY Cọ

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 08/31/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 03/13/20 | S2002602.001 | 9,575.44 | | 1,122.07 | 1,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 3,197.60 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 4,566.89 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 4,614.69 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 6,186.24 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 6,216.38 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 6,793.42 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 7,829.18 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 8,082.86 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 8,125.73 |
| 06/05/20 | S2008619.001 | 2,320.95 | | 2,320.95 | 10,446.68 |
| 06/09/20 | S2008868.001 | 136.89 | | 136.89 | 10,583.57 |
| 06/09/20 | S2008869.001 | 624.15 | | 624.15 | 11,207.72 |
| 06/10/20 | S2009038.001 | 1,868.35 | | 1,868.35 | 13,076.07 |
| 06/10/20 | S2009045.001 | 542.38 | | 542.38 | 13,618.45 |
| 06/11/20 | S2009132.001 | 4,928.80 | | 4,928.80 | 18,547.25 |
| 06/16/20 | S2009592.001 | 228.17 | | 228.17 | 18,775.42 |
| 06/16/20 | S2009655.001 | 1,870.62 | | 1,870.62 | 20,646.04 |
| 06/16/20 | S2009681.001 | 211.97 | | 211.97 | 20,858.01 |
| 06/16/20 | S2009686.001 | 18.90 | | 18.90 | 20,876.91 |
| 06/18/20 | S2009918.001 | 720.04 | | 720.04 | 21,596.95 |
| 06/18/20 | S2009932.001 | 493.34 | | 493.34 | 22,090.29 |
| 06/19/20 | S2010065.001 | 750.26 | | 750.26 | 22,840.55 |
| 06/22/20 | S2010221.001 | 18.40 | | 18.40 | 22,858.95 |
| 06/22/20 | S2010235.001 | 75.53 | | 75.53 | 22,934.48 |
| 06/22/20 | S2010319.001 | 340.90 | | 340.90 | 23,275.38 |
| 06/23/20 | S2010343.001 | 457.39 | | 457.39 | 23,732.77 |
| 06/23/20 | S2010418.001 | 201.20 | | 201.20 | 23,933.97 |
| 06/24/20 | S2010583.001 | 257.32 | | 257.32 | 24,191.29 |
| 06/24/20 | S2010585.001 | 119.44 | | 119.44 | 24,310.73 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Cｏ

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 08/31/20 | 47848 |

| PAGE NO. | |
|---|---|
| 2 of 5 | |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 06/24/20 | S2010595.001 | 3,427.32 | | 3,427.32 | 27,738.05 |
| 06/24/20 | S2010602.001 | 326.57 | | 326.57 | 28,064.62 |
| 06/26/20 | S2010751.001 | 2,230.90 | | 2,230.90 | 30,295.52 |
| 06/26/20 | S2010751.002 | 52.02 | | 52.02 | 30,347.54 |
| 06/26/20 | S2010791.001 | 102.04 | | 102.04 | 30,449.58 |
| 06/26/20 | S2010797.001 | 4,734.74 | | 4,734.74 | 35,184.32 |
| 06/26/20 | S2010819.001 | 474.33 | | 474.33 | 35,658.65 |
| 06/29/20 | S2010904.001 | 119.77 | | 119.77 | 35,778.42 |
| 06/29/20 | S2010936.001 | 500.31 | | 500.31 | 36,278.73 |
| 06/29/20 | S2010937.001 | 231.56 | | 231.56 | 36,510.29 |
| 06/29/20 | S2011053.001 | 766.22 | | 766.22 | 37,276.51 |
| 06/29/20 | S2011064.001 | 374.15 | | 374.15 | 37,650.66 |
| 06/30/20 | S2011201.001 | | | -149.28 | 37,501.38 |
| 06/30/20 | S2011203.001 | 180.67 | | 180.67 | 37,682.05 |
| 06/30/20 | S2011206.001 | 268.77 | | 268.77 | 37,950.82 |
| 07/01/20 | S2011208.001 | 10.66 | | 10.66 | 37,961.48 |
| 07/01/20 | S2011273.001 | 129.52 | | 129.52 | 38,091.00 |
| 07/02/20 | S2011372.001 | 1,892.69 | | 1,892.69 | 39,983.69 |
| 07/02/20 | S2011375.001 | 580.40 | | 580.40 | 40,564.09 |
| 07/06/20 | S2011500.001 | 5,490.24 | | 5,490.24 | 46,054.33 |
| 07/06/20 | S2011505.001 | 262.70 | | 262.70 | 46,317.03 |
| 07/07/20 | S2011506.001 | 3,999.94 | | 3,999.94 | 50,316.37 |
| 07/07/20 | S2011743.001 | 1,100.95 | | 1,100.95 | 51,417.32 |
| 07/08/20 | S2011725.001 | 568.63 | | 568.63 | 51,986.55 |
| 07/08/20 | S2011754.001 | 255.59 | | 255.59 | 52,242.14 |
| 07/08/20 | S2011909.001 | 2,806.57 | | 2,806.57 | 55,048.71 |
| 07/08/20 | S2011910.001 | 469.91 | | 469.91 | 55,518.62 |
| 07/09/20 | S2011923.001 | 602.15 | | 602.15 | 56,120.77 |
| 07/09/20 | S2011934.001 | 148.71 | | 148.71 | 56,269.48 |
| 07/09/20 | S2011937.001 | 93.82 | | 93.82 | 56,363.30 |

| PREV BALANCE | PAYMENTS | CREDITS | CHARGES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | PAST DUE | 30-31 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY C9

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

Statement

REMIT TO:

THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 08/31/20 | 47848 |

| PAGE NO. |
|---|
| 3 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | BALANCE DUE |
|---|---|---|---|---|---|
| 07/09/20 | S2011944.001 | 256.03 | | 256.03 | 56,619.33 |
| 07/13/20 | S2012039.001 | 1,547.63 | | 1,547.63 | 58,166.96 |
| 07/13/20 | S2012058.001 | 1,766.93 | | 1,766.93 | 59,933.89 |
| 07/13/20 | S2012183.001 | 3,082.00 | | 3,082.00 | 63,015.89 |
| 07/13/20 | S2012200.001 | 1,271.95 | | 1,271.95 | 64,287.84 |
| 07/14/20 | S2012409.001 | 224.79 | | 224.79 | 64,512.63 |
| 07/15/20 | S2012550.001 | 652.79 | | 652.79 | 65,165.42 |
| 07/15/20 | S2012553.001 | 152.02 | | 152.02 | 65,317.44 |
| 07/16/20 | S2012778.001 | 289.49 | | 289.49 | 65,606.93 |
| 07/16/20 | S2012785.001 | 526.47 | | 526.47 | 66,133.40 |
| 07/16/20 | S2012788.001 | 115.65 | | 115.65 | 66,249.05 |
| 07/17/20 | S2012806.001 | 514.40 | | 514.40 | 66,763.45 |
| 07/20/20 | S2012550.002 | 115.25 | | 115.25 | 66,878.70 |
| 07/20/20 | S2012939.001 | 3,205.38 | | 3,205.38 | 70,084.08 |
| 07/21/20 | S2013039.001 | 277.82 | | 277.82 | 70,361.90 |
| 07/22/20 | S2012550.003 | 10.66 | | 10.66 | 70,372.56 |
| 07/22/20 | S2013342.001 | 934.30 | | 934.30 | 71,306.86 |
| 07/23/20 | S2013364.001 | 1,703.72 | | 1,703.72 | 73,010.58 |
| 07/23/20 | S2013454.001 | 136.80 | | 136.80 | 73,147.38 |
| 07/28/20 | S2013882.001 | 2,782.83 | | 2,782.83 | 75,930.21 |
| 07/29/20 | S2013781.001 | 3,502.70 | | 3,502.70 | 79,432.91 |
| 08/03/20 | S2014492.001 | 2,350.89 | | 2,350.89 | 81,783.80 |
| 08/04/20 | S2014577.001 | 472.99 | | 472.99 | 82,256.79 |
| 08/04/20 | S2014598.001 | 180.15 | | 180.15 | 82,436.94 |
| 08/05/20 | S2014638.001 | 3,254.73 | | 3,254.73 | 85,691.67 |
| 08/05/20 | S2014645.001 | 804.11 | | 804.11 | 86,495.78 |
| 08/05/20 | S2014647.001 | 1,884.05 | | 1,884.05 | 88,379.83 |
| 08/06/20 | S2014819.001 | 956.78 | | 956.78 | 89,336.61 |
| 08/07/20 | S2014891.001 | 141.69 | | 141.69 | 89,478.30 |
| 08/07/20 | S2014956.001 | 159.13 | | 159.13 | 89,637.43 |

| PREV BALANCE | PAYMENTS | DEBITS | FINANCE | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
NYSCEF DOC. NO. 25

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59
INDEX NO. 152298/2021
RECEIVED NYSCEF: 04/08/2022

# IDEAL
SUPPLY C9

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:

THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 08/31/20 | 47848 |

| PAGE NO. |
|---|
| 4 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 08/07/20 | S2015009.001 | 623.49 | | 623.49 | 90,260.32 |
| 08/10/20 | S2015037.001 | 5,416.57 | | 5,416.57 | 95,677.49 |
| 08/10/20 | S2015040.001 | 193.93 | | 193.93 | 95,871.42 |
| 08/12/20 | S2015454.001 | 449.26 | | 449.26 | 96,320.68 |
| 08/13/20 | S2014956.002 | 326.53 | | 326.53 | 96,647.21 |
| 08/13/20 | S2015599.001 | 988.49 | | 988.49 | 97,635.70 |
| 08/13/20 | S2015641.001 | 13,606.81 | | 13,606.81 | 111,242.51 |
| 08/14/20 | S2015037.002 | 2,706.23 | | 2,706.23 | 113,948.74 |
| 08/14/20 | S2015617.001 | 237.56 | | 237.56 | 114,186.30 |
| 08/14/20 | S2015656.001 | 734.15 | | 734.15 | 114,920.45 |
| 08/14/20 | S2015782.001 | 385.17 | | 385.17 | 115,305.62 |
| 08/17/20 | S2015843.001 | 607.20 | | 607.20 | 115,912.82 |
| 08/17/20 | S2015876.001 | 2,792.01 | | 2,792.01 | 118,704.83 |
| 08/18/20 | S2015037.003 | 32.15 | | 32.15 | 118,736.98 |
| 08/19/20 | S2016134.001 | 1,104.52 | | 1,104.52 | 119,841.50 |
| 08/19/20 | S2016139.001 | 51.67 | | 51.67 | 119,893.17 |
| 08/20/20 | S2016273.001 | 1,128.74 | | 1,128.74 | 121,021.91 |
| 08/20/20 | S2016274.001 | 2,169.43 | | 2,169.43 | 123,191.34 |
| 08/21/20 | S2016571.001 | 211.43 | | 211.43 | 123,402.77 |
| 08/24/20 | S2012684.001 | 15,971.24 | | 15,971.24 | 139,374.01 |
| 08/25/20 | S2016779.001 | 1,281.63 | | 1,281.63 | 140,655.64 |
| 08/26/20 | S2016964.001 | 1,519.64 | | 1,519.64 | 142,175.28 |
| 08/27/20 | S2017062.001 | 2,370.90 | | 2,370.90 | 144,546.18 |
| 08/27/20 | S2017092.001 | 149.31 | | 149.31 | 144,695.49 |
| 08/28/20 | S2012684.002 | 1,384.85 | | 1,384.85 | 146,080.34 |
| 08/28/20 | S2017104.001 | 460.57 | | 460.57 | 146,540.91 |
| 08/31/20 | S2012684.003 | 82.12 | | 82.12 | 146,623.03 |
| 08/31/20 | S2017387.001 | 5,029.51 | | 5,029.51 | 151,652.54 |
| 08/31/20 | S2017391.001 | 249.30 | | 249.30 | 151,901.84 |
| 08/31/20 | S2017399.001 | 299.62 | | 299.62 | 152,201.46 |

| PREV BALANCE | PAYMENTS | CREDITS | INVOICES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

# IDEAL
**S U P P L Y C9**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT NO |
|---|---|
| 08/31/20 | 47848 |

| PAGE NO |
|---|
| 5 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| | | | | | |

Thank you for your business.

| PREV BALANCE | PAYMENTS | CREDITS | CHARGES | SERVICE CHARGE | NET BALANCE |
|---|---|---|---|---|---|
| 106,823.86 | 27,008.37 | -382.58 | 72,768.55 | 0.00 | 152,201.46 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0.00 | 72,768.55 | 41,482.09 | 29,825.09 | 8,125.73 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.

**IDEAL**
SUPPLY C₉

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY   10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 03/13/20 | S2002602.001 | 9,575.44 | | 1,122.07 | 1,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 3,197.60 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 4,566.89 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 4,614.69 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 6,186.24 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 6,216.38 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 6,793.42 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 7,829.18 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 8,082.86 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 8,125.73 |
| 06/05/20 | S2008619.001 | 2,320.95 | | 2,320.95 | 10,446.68 |
| 06/09/20 | S2008868.001 | 136.89 | | 136.89 | 10,583.57 |
| 06/09/20 | S2008869.001 | 624.15 | | 624.15 | 11,207.72 |
| 06/10/20 | S2009038.001 | 1,868.35 | | 1,868.35 | 13,076.07 |
| 06/10/20 | S2009045.001 | 542.38 | | 542.38 | 13,618.45 |
| 06/11/20 | S2009132.001 | 4,928.80 | | 4,928.80 | 18,547.25 |
| 06/16/20 | S2009592.001 | 228.17 | | 228.17 | 18,775.42 |
| 06/16/20 | S2009655.001 | 1,870.62 | | 1,870.62 | 20,646.04 |
| 06/16/20 | S2009681.001 | 211.97 | | 211.97 | 20,858.01 |
| 06/16/20 | S2009686.001 | 18.90 | | 18.90 | 20,876.91 |
| 06/18/20 | S2009918.001 | 720.04 | | 720.04 | 21,596.95 |
| 06/18/20 | S2009932.001 | 493.34 | | 493.34 | 22,090.29 |
| 06/19/20 | S2010065.001 | 750.26 | | 750.26 | 22,840.55 |
| 06/22/20 | S2010221.001 | 18.40 | | 18.40 | 22,858.95 |
| 06/22/20 | S2010235.001 | 75.53 | | 75.53 | 22,934.48 |
| 06/22/20 | S2010319.001 | 340.90 | | 340.90 | 23,275.38 |
| 06/23/20 | S2010343.001 | 457.39 | | 457.39 | 23,732.77 |
| 06/23/20 | S2010418.001 | 201.20 | | 201.20 | 23,933.97 |
| 06/24/20 | S2010583.001 | 257.32 | | 257.32 | 24,191.29 |
| 06/24/20 | S2010585.001 | 119.44 | | 119.44 | 24,310.73 |

| PREV BALANCE | PAYMENTS | DEBITS | FINANCE | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | OVER 30 | OVER 60 | OVER 90 | FINANCE RATE |
|---|---|---|---|---|
| | | | | |

# IDEAL
## SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

Statement
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 2 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | BALANCE BAL |
|---|---|---|---|---|---|
| 06/24/20 | S2010595.001 | 3,427.32 | | 3,427.32 | 27,738.05 |
| 06/24/20 | S2010602.001 | 326.57 | | 326.57 | 28,064.62 |
| 06/26/20 | S2010751.001 | 2,230.90 | | 2,230.90 | 30,295.52 |
| 06/26/20 | S2010751.002 | 52.02 | | 52.02 | 30,347.54 |
| 06/26/20 | S2010791.001 | 102.04 | | 102.04 | 30,449.58 |
| 06/26/20 | S2010797.001 | 4,734.74 | | 4,734.74 | 35,184.32 |
| 06/26/20 | S2010819.001 | 474.33 | | 474.33 | 35,658.65 |
| 06/29/20 | S2010904.001 | 119.77 | | 119.77 | 35,778.42 |
| 06/29/20 | S2010936.001 | 500.31 | | 500.31 | 36,278.73 |
| 06/29/20 | S2010937.001 | 231.56 | | 231.56 | 36,510.29 |
| 06/29/20 | S2011053.001 | 766.22 | | 766.22 | 37,276.51 |
| 06/29/20 | S2011064.001 | 374.15 | | 374.15 | 37,650.66 |
| 06/30/20 | S2011201.001 | | | -149.28 | 37,501.38 |
| 06/30/20 | S2011203.001 | 180.67 | | 180.67 | 37,682.05 |
| 06/30/20 | S2011206.001 | 268.77 | | 268.77 | 37,950.82 |
| 07/01/20 | S2011208.001 | 10.66 | | 10.66 | 37,961.48 |
| 07/01/20 | S2011273.001 | 129.52 | | 129.52 | 38,091.00 |
| 07/02/20 | S2011372.001 | 1,892.69 | | 1,892.69 | 39,983.69 |
| 07/02/20 | S2011375.001 | 580.40 | | 580.40 | 40,564.09 |
| 07/06/20 | S2011500.001 | 5,490.24 | | 5,490.24 | 46,054.33 |
| 07/06/20 | S2011505.001 | 262.70 | | 262.70 | 46,317.03 |
| 07/07/20 | S2011506.001 | 3,999.94 | | 3,999.94 | 50,316.37 |
| 07/07/20 | S2011743.001 | 1,100.95 | | 1,100.95 | 51,417.32 |
| 07/08/20 | S2011725.001 | 568.63 | | 568.63 | 51,986.55 |
| 07/08/20 | S2011754.001 | 255.59 | | 255.59 | 52,242.14 |
| 07/08/20 | S2011909.001 | 2,806.57 | | 2,806.57 | 55,048.71 |
| 07/08/20 | S2011910.001 | 469.91 | | 469.91 | 55,518.62 |
| 07/09/20 | S2011923.001 | 602.15 | | 602.15 | 56,120.77 |
| 07/09/20 | S2011934.001 | 148.71 | | 148.71 | 56,269.48 |
| 07/09/20 | S2011937.001 | 93.82 | | 93.82 | 56,363.30 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 3 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 07/09/20 | S2011944.001 | 256.03 | | 256.03 | 56,619.33 |
| 07/13/20 | S2012039.001 | 1,547.63 | | 1,547.63 | 58,166.96 |
| 07/13/20 | S2012058.001 | 1,766.93 | | 1,766.93 | 59,933.89 |
| 07/13/20 | S2012183.001 | 3,082.00 | | 3,082.00 | 63,015.89 |
| 07/13/20 | S2012200.001 | 1,271.95 | | 1,271.95 | 64,287.84 |
| 07/14/20 | S2012409.001 | 224.79 | | 224.79 | 64,512.63 |
| 07/15/20 | S2012550.001 | 652.79 | | 652.79 | 65,165.42 |
| 07/15/20 | S2012553.001 | 152.02 | | 152.02 | 65,317.44 |
| 07/16/20 | S2012778.001 | 289.49 | | 289.49 | 65,606.93 |
| 07/16/20 | S2012785.001 | 526.47 | | 526.47 | 66,133.40 |
| 07/16/20 | S2012788.001 | 115.65 | | 115.65 | 66,249.05 |
| 07/17/20 | S2012806.001 | 514.40 | | 514.40 | 66,763.45 |
| 07/20/20 | S2012550.002 | 115.25 | | 115.25 | 66,878.70 |
| 07/20/20 | S2012939.001 | 3,205.38 | | 3,205.38 | 70,084.08 |
| 07/21/20 | S2013039.001 | 277.82 | | 277.82 | 70,361.90 |
| 07/22/20 | S2012550.003 | 10.66 | | 10.66 | 70,372.56 |
| 07/22/20 | S2013342.001 | 934.30 | | 934.30 | 71,306.86 |
| 07/23/20 | S2013364.001 | 1,703.72 | | 1,703.72 | 73,010.58 |
| 07/23/20 | S2013454.001 | 136.80 | | 136.80 | 73,147.38 |
| 07/28/20 | S2013882.001 | 2,782.83 | | 2,782.83 | 75,930.21 |
| 07/29/20 | S2013781.001 | 3,502.70 | | 3,502.70 | 79,432.91 |
| 08/03/20 | S2014492.001 | 2,350.89 | | 2,350.89 | 81,783.80 |
| 08/04/20 | S2014577.001 | 472.99 | | 472.99 | 82,256.79 |
| 08/04/20 | S2014598.001 | 180.15 | | 180.15 | 82,436.94 |
| 08/05/20 | S2014638.001 | 3,254.73 | | 3,254.73 | 85,691.67 |
| 08/05/20 | S2014645.001 | 804.11 | | 804.11 | 86,495.78 |
| 08/05/20 | S2014647.001 | 1,884.05 | | 1,884.05 | 88,379.83 |
| 08/06/20 | S2014819.001 | 956.78 | | 956.78 | 89,336.61 |
| 08/07/20 | S2014891.001 | 141.69 | | 141.69 | 89,478.30 |
| 08/07/20 | S2014956.001 | 159.13 | | 159.13 | 89,637.43 |

| PREV. BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | BAL. FORWARD |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 & OVER |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY C₉

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 4 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 08/07/20 | S2015009.001 | 623.49 | | 623.49 | 90,260.32 |
| 08/10/20 | S2015037.001 | 5,416.57 | | 5,416.57 | 95,677.49 |
| 08/10/20 | S2015040.001 | 193.93 | | 193.93 | 95,871.42 |
| 08/12/20 | S2015454.001 | 449.26 | | 449.26 | 96,320.88 |
| 08/13/20 | S2014956.002 | 326.53 | | 326.53 | 96,647.21 |
| 08/13/20 | S2015599.001 | 988.49 | | 988.49 | 97,635.70 |
| 08/13/20 | S2015641.001 | 13,606.81 | | 13,606.81 | 111,242.51 |
| 08/14/20 | S2015037.002 | 2,706.23 | | 2,706.23 | 113,948.74 |
| 08/14/20 | S2015617.001 | 237.56 | | 237.56 | 114,186.30 |
| 08/14/20 | S2015656.001 | 734.15 | | 734.15 | 114,920.45 |
| 08/14/20 | S2015782.001 | 385.17 | | 385.17 | 115,305.62 |
| 08/17/20 | S2015843.001 | 607.20 | | 607.20 | 115,912.82 |
| 08/17/20 | S2015876.001 | 2,792.01 | | 2,792.01 | 118,704.83 |
| 08/18/20 | S2015037.003 | 32.15 | | 32.15 | 118,736.98 |
| 08/19/20 | S2016134.001 | 1,104.52 | | 1,104.52 | 119,841.50 |
| 08/19/20 | S2016139.001 | 51.67 | | 51.67 | 119,893.17 |
| 08/20/20 | S2016273.001 | 1,128.74 | | 1,128.74 | 121,021.91 |
| 08/20/20 | S2016274.001 | 2,169.43 | | 2,169.43 | 123,191.34 |
| 08/21/20 | S2016571.001 | 211.43 | | 211.43 | 123,402.77 |
| 08/24/20 | S2012684.001 | 15,971.24 | | 15,971.24 | 139,374.01 |
| 08/25/20 | S2016779.001 | 1,281.63 | | 1,281.63 | 140,655.64 |
| 08/26/20 | S2016964.001 | 1,519.64 | | 1,519.64 | 142,175.28 |
| 08/27/20 | S2017062.001 | 2,370.90 | | 2,370.90 | 144,546.18 |
| 08/27/20 | S2017092.001 | 149.31 | | 149.31 | 144,695.49 |
| 08/28/20 | S2012684.002 | 1,384.85 | | 1,384.85 | 146,080.34 |
| 08/28/20 | S2017104.001 | 460.57 | | 460.57 | 146,540.91 |
| 08/31/20 | S2012684.003 | 82.12 | | 82.12 | 146,623.03 |
| 08/31/20 | S2017387.001 | 5,029.51 | | 5,029.51 | 151,652.54 |
| 08/31/20 | S2017391.001 | 249.30 | | 249.30 | 151,901.84 |
| 08/31/20 | S2017399.001 | 299.62 | | 299.62 | 152,201.46 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 & OVER |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 5 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 09/01/20 | S2017383.001 | 1,410.34 | | 1,410.34 | 153,611.80 |
| 09/02/20 | S2017447.001 | | -127.38 | -127.38 | 153,484.42 |
| 09/02/20 | S2017659.001 | 4,171.79 | | 4,171.79 | 157,656.21 |
| 09/03/20 | S2017747.001 | 5,422.09 | | 5,422.09 | 163,078.30 |
| 09/04/20 | S2017692.001 | 28,526.00 | | 28,526.00 | 191,604.30 |
| 09/22/20 | S2019525.001 | 6,295.74 | | 6,295.74 | 197,900.04 |
| 09/23/20 | S2019525.002 | 590.80 | | 590.80 | 198,490.84 |
| 09/24/20 | S2019525.003 | 1,598.27 | | 1,598.27 | 200,089.11 |
| 09/25/20 | S2019525.004 | 1,361.25 | | 1,361.25 | 201,450.36 |
| 09/25/20 | S2019880.001 | 1,571.73 | | 1,571.73 | 203,022.09 |
| 09/25/20 | S2019893.001 | 2,148.52 | | 2,148.52 | 205,170.61 |
| 09/25/20 | S2020037.001 | 1,630.50 | | 1,630.50 | 206,801.11 |
| 09/28/20 | S2020107.001 | 25.60 | | 25.60 | 206,826.71 |
| 09/28/20 | S2020112.001 | 190.88 | | 190.88 | 207,017.59 |
| 09/29/20 | S2020224.001 | 626.78 | | 626.78 | 207,644.37 |
| 09/29/20 | S2020328.001 | 82.35 | | 82.35 | 207,726.72 |
| 09/29/20 | S2020374.001 | 12.30 | | 12.30 | 207,739.02 |
| 09/30/20 | S2020397.001 | 2,859.68 | | 2,859.68 | 210,598.70 |
| 09/30/20 | S2020397.002 | 260.91 | | 260.91 | 210,859.61 |
| 09/30/20 | S2020542.001 | 1,848.41 | | 1,848.41 | 212,708.02 |

Thank you for your business.

| PREV BALANCE | PAYMENT | CREDITS | CHARGES | SERVICE CHARGE | BALANCE DUE |
|---|---|---|---|---|---|
| 152,201.46 | 0.00 | -127.38 | 60,633.94 | 0.00 | 212,708.02 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0.00 | 66,167.11 | 67,108.00 | 41,482.09 | 37,950.82 |

**All past due balances subject to SERVICE CHARGES of 1.50% per month.**

# IDEAL
SUPPLY C9

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 03/13/20 | S2002602.001 | 9,575.44 | | 1,122.07 | 1,122.07 |
| 03/13/20 | S2002713.001 | 2,075.53 | | 2,075.53 | 3,197.60 |
| 03/18/20 | S2003015.001 | 1,369.29 | | 1,369.29 | 4,566.89 |
| 03/20/20 | S2003346.001 | 47.80 | | 47.80 | 4,614.69 |
| 03/24/20 | S2003547.001 | 1,571.55 | | 1,571.55 | 6,186.24 |
| 03/24/20 | S2003547.002 | 30.14 | | 30.14 | 6,216.38 |
| 03/24/20 | S2003547.003 | 577.04 | | 577.04 | 6,793.42 |
| 03/26/20 | S2003661.001 | 1,035.76 | | 1,035.76 | 7,829.18 |
| 03/27/20 | S2003883.001 | 253.68 | | 253.68 | 8,082.86 |
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 8,125.73 |
| 06/05/20 | S2008619.001 | 2,320.95 | | 2,320.95 | 10,446.68 |
| 06/09/20 | S2008868.001 | 136.89 | | 136.89 | 10,583.57 |
| 06/09/20 | S2008869.001 | 624.15 | | 624.15 | 11,207.72 |
| 06/10/20 | S2009038.001 | 1,868.35 | | 1,868.35 | 13,076.07 |
| 06/10/20 | S2009045.001 | 542.38 | | 542.38 | 13,618.45 |
| 06/11/20 | S2009132.001 | 4,928.80 | | 4,928.80 | 18,547.25 |
| 06/16/20 | S2009592.001 | 228.17 | | 228.17 | 18,775.42 |
| 06/16/20 | S2009655.001 | 1,870.62 | | 1,870.62 | 20,646.04 |
| 06/16/20 | S2009681.001 | 211.97 | | 211.97 | 20,858.01 |
| 06/16/20 | S2009686.001 | 18.90 | | 18.90 | 20,876.91 |
| 06/18/20 | S2009918.001 | 720.04 | | 720.04 | 21,596.95 |
| 06/18/20 | S2009932.001 | 493.34 | | 493.34 | 22,090.29 |
| 06/19/20 | S2010065.001 | 750.26 | | 750.26 | 22,840.55 |
| 06/22/20 | S2010221.001 | 18.40 | | 18.40 | 22,858.95 |
| 06/22/20 | S2010235.001 | 75.53 | | 75.53 | 22,934.48 |
| 06/22/20 | S2010319.001 | 340.90 | | 340.90 | 23,275.38 |
| 06/23/20 | S2010343.001 | 457.39 | | 457.39 | 23,732.77 |
| 06/23/20 | S2010418.001 | 201.20 | | 201.20 | 23,933.97 |
| 06/24/20 | S2010583.001 | 257.32 | | 257.32 | 24,191.29 |
| 06/24/20 | S2010585.001 | 119.44 | | 119.44 | 24,310.73 |

| PREV BALANCE | PAYMENTS | DEBITS | FINANCE | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| RETURNS | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 2 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 06/24/20 | S2010595.001 | 3,427.32 | | 3,427.32 | 27,738.05 |
| 06/24/20 | S2010602.001 | 326.57 | | 326.57 | 28,064.62 |
| 06/26/20 | S2010751.001 | 2,230.90 | | 2,230.90 | 30,295.52 |
| 06/26/20 | S2010751.002 | 52.02 | | 52.02 | 30,347.54 |
| 06/26/20 | S2010791.001 | 102.04 | | 102.04 | 30,449.58 |
| 06/26/20 | S2010797.001 | 4,734.74 | | 4,734.74 | 35,184.32 |
| 06/26/20 | S2010819.001 | 474.33 | | 474.33 | 35,658.65 |
| 06/29/20 | S2010904.001 | 119.77 | | 119.77 | 35,778.42 |
| 06/29/20 | S2010936.001 | 500.31 | | 500.31 | 36,278.73 |
| 06/29/20 | S2010937.001 | 231.56 | | 231.56 | 36,510.29 |
| 06/29/20 | S2011053.001 | 766.22 | | 766.22 | 37,276.51 |
| 06/29/20 | S2011064.001 | 374.15 | | 374.15 | 37,650.66 |
| 06/30/20 | S2011201.001 | | | -149.28 | 37,501.38 |
| 06/30/20 | S2011203.001 | 180.67 | | 180.67 | 37,682.05 |
| 06/30/20 | S2011206.001 | 268.77 | | 268.77 | 37,950.82 |
| 07/01/20 | S2011208.001 | 10.66 | | 10.66 | 37,961.48 |
| 07/01/20 | S2011273.001 | 129.52 | | 129.52 | 38,091.00 |
| 07/02/20 | S2011372.001 | 1,892.69 | | 1,892.69 | 39,983.69 |
| 07/02/20 | S2011375.001 | 580.40 | | 580.40 | 40,564.09 |
| 07/06/20 | S2011500.001 | 5,490.24 | | 5,490.24 | 46,054.33 |
| 07/06/20 | S2011505.001 | 262.70 | | 262.70 | 46,317.03 |
| 07/07/20 | S2011506.001 | 3,999.94 | | 3,999.94 | 50,316.37 |
| 07/07/20 | S2011743.001 | 1,100.95 | | 1,100.95 | 51,417.32 |
| 07/08/20 | S2011725.001 | 568.63 | | 568.63 | 51,986.55 |
| 07/08/20 | S2011754.001 | 255.59 | | 255.59 | 52,242.14 |
| 07/08/20 | S2011909.001 | 2,806.57 | | 2,806.57 | 55,048.71 |
| 07/08/20 | S2011910.001 | 469.91 | | 469.91 | 55,518.62 |
| 07/09/20 | S2011923.001 | 602.15 | | 602.15 | 56,120.77 |
| 07/09/20 | S2011934.001 | 148.71 | | 148.71 | 56,269.48 |
| 07/09/20 | S2011937.001 | 93.82 | | 93.82 | 56,363.30 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60-70 DAYS | 91-120 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,       NY   10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 3 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 07/09/20 | S2011944.001 | 256.03 | | 256.03 | 56,619.33 |
| 07/13/20 | S2012039.001 | 1,547.63 | | 1,547.63 | 58,166.96 |
| 07/13/20 | S2012058.001 | 1,766.93 | | 1,766.93 | 59,933.89 |
| 07/13/20 | S2012183.001 | 3,082.00 | | 3,082.00 | 63,015.89 |
| 07/13/20 | S2012200.001 | 1,271.95 | | 1,271.95 | 64,287.84 |
| 07/14/20 | S2012409.001 | 224.79 | | 224.79 | 64,512.63 |
| 07/15/20 | S2012550.001 | 652.79 | | 652.79 | 65,165.42 |
| 07/15/20 | S2012553.001 | 152.02 | | 152.02 | 65,317.44 |
| 07/16/20 | S2012778.001 | 289.49 | | 289.49 | 65,606.93 |
| 07/16/20 | S2012785.001 | 526.47 | | 526.47 | 66,133.40 |
| 07/16/20 | S2012788.001 | 115.65 | | 115.65 | 66,249.05 |
| 07/17/20 | S2012806.001 | 514.40 | | 514.40 | 66,763.45 |
| 07/20/20 | S2012550.002 | 115.25 | | 115.25 | 66,878.70 |
| 07/20/20 | S2012939.001 | 3,205.38 | | 3,205.38 | 70,084.08 |
| 07/21/20 | S2013039.001 | 277.82 | | 277.82 | 70,361.90 |
| 07/22/20 | S2012550.003 | 10.66 | | 10.66 | 70,372.56 |
| 07/22/20 | S2013342.001 | 934.30 | | 934.30 | 71,306.86 |
| 07/23/20 | S2013364.001 | 1,703.72 | | 1,703.72 | 73,010.58 |
| 07/23/20 | S2013454.001 | 136.80 | | 136.80 | 73,147.38 |
| 07/28/20 | S2013882.001 | 2,782.83 | | 2,782.83 | 75,930.21 |
| 07/29/20 | S2013781.001 | 3,502.70 | | 3,502.70 | 79,432.91 |
| 08/03/20 | S2014492.001 | 2,350.89 | | 2,350.89 | 81,783.80 |
| 08/04/20 | S2014577.001 | 472.99 | | 472.99 | 82,256.79 |
| 08/04/20 | S2014598.001 | 180.15 | | 180.15 | 82,436.94 |
| 08/05/20 | S2014638.001 | 3,254.73 | | 3,254.73 | 85,691.67 |
| 08/05/20 | S2014645.001 | 804.11 | | 804.11 | 86,495.78 |
| 08/05/20 | S2014647.001 | 1,884.05 | | 1,884.05 | 88,379.83 |
| 08/06/20 | S2014819.001 | 956.78 | | 956.78 | 89,336.61 |
| 08/07/20 | S2014891.001 | 141.69 | | 141.69 | 89,478.30 |
| 08/07/20 | S2014956.001 | 159.13 | | 159.13 | 89,637.43 |

| PREV BALANCE | PAYMENTS | DEBITS | FINANCE CHARGE | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

Statement

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 4 of 5 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 08/07/20 | S2015009.001 | 623.49 | | 623.49 | 90,260.32 |
| 08/10/20 | S2015037.001 | 5,416.57 | | 5,416.57 | 95,677.49 |
| 08/10/20 | S2015040.001 | 193.93 | | 193.93 | 95,871.42 |
| 08/12/20 | S2015454.001 | 449.26 | | 449.26 | 96,320.68 |
| 08/13/20 | S2014956.002 | 326.53 | | 326.53 | 96,647.21 |
| 08/13/20 | S2015599.001 | 988.49 | | 988.49 | 97,635.70 |
| 08/13/20 | S2015641.001 | 13,606.81 | | 13,606.81 | 111,242.51 |
| 08/14/20 | S2015037.002 | 2,706.23 | | 2,706.23 | 113,948.74 |
| 08/14/20 | S2015617.001 | 237.56 | | 237.56 | 114,186.30 |
| 08/14/20 | S2015656.001 | 734.15 | | 734.15 | 114,920.45 |
| 08/14/20 | S2015782.001 | 385.17 | | 385.17 | 115,305.62 |
| 08/17/20 | S2015843.001 | 607.20 | | 607.20 | 115,912.82 |
| 08/17/20 | S2015876.001 | 2,792.01 | | 2,792.01 | 118,704.83 |
| 08/18/20 | S2015037.003 | 32.15 | | 32.15 | 118,736.98 |
| 08/19/20 | S2016134.001 | 1,104.52 | | 1,104.52 | 119,841.50 |
| 08/19/20 | S2016139.001 | 51.67 | | 51.67 | 119,893.17 |
| 08/20/20 | S2016273.001 | 1,128.74 | | 1,128.74 | 121,021.91 |
| 08/20/20 | S2016274.001 | 2,169.43 | | 2,169.43 | 123,191.34 |
| 08/21/20 | S2016571.001 | 211.43 | | 211.43 | 123,402.77 |
| 08/24/20 | S2012684.001 | 15,971.24 | | 15,971.24 | 139,374.01 |
| 08/25/20 | S2016779.001 | 1,281.63 | | 1,281.63 | 140,655.64 |
| 08/26/20 | S2016964.001 | 1,519.64 | | 1,519.64 | 142,175.28 |
| 08/27/20 | S2017062.001 | 2,370.90 | | 2,370.90 | 144,546.18 |
| 08/27/20 | S2017092.001 | 149.31 | | 149.31 | 144,695.49 |
| 08/28/20 | S2012684.002 | 1,384.85 | | 1,384.85 | 146,080.34 |
| 08/28/20 | S2017104.001 | 460.57 | | 460.57 | 146,540.91 |
| 08/31/20 | S2012684.003 | 82.12 | | 82.12 | 146,623.03 |
| 08/31/20 | S2017387.001 | 5,029.51 | | 5,029.51 | 151,652.54 |
| 08/31/20 | S2017391.001 | 249.30 | | 249.30 | 151,901.84 |
| 08/31/20 | S2017399.001 | 299.62 | | 299.62 | 152,201.46 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
### SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 09/30/20 | 47848 |

| PAGE NO. |
|---|
| 5 of 5 |

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 09/01/20 | S2017383.001 | 1,410.34 | | 1,410.34 | 153,611.80 |
| 09/02/20 | S2017447.001 | | -127.38 | -127.38 | 153,484.42 |
| 09/02/20 | S2017659.001 | 4,171.79 | | 4,171.79 | 157,656.21 |
| 09/03/20 | S2017747.001 | 5,422.09 | | 5,422.09 | 163,078.30 |
| 09/04/20 | S2017692.001 | 28,526.00 | | 28,526.00 | 191,604.30 |
| 09/22/20 | S2019525.001 | 6,295.74 | | 6,295.74 | 197,900.04 |
| 09/23/20 | S2019525.002 | 590.80 | | 590.80 | 198,490.84 |
| 09/24/20 | S2019525.003 | 1,598.27 | | 1,598.27 | 200,089.11 |
| 09/25/20 | S2019525.004 | 1,361.25 | | 1,361.25 | 201,450.36 |
| 09/25/20 | S2019880.001 | 1,571.73 | | 1,571.73 | 203,022.09 |
| 09/25/20 | S2019893.001 | 2,148.52 | | 2,148.52 | 205,170.61 |
| 09/25/20 | S2020037.001 | 1,630.50 | | 1,630.50 | 206,801.11 |
| 09/28/20 | S2020107.001 | 25.60 | | 25.60 | 206,826.71 |
| 09/28/20 | S2020112.001 | 190.88 | | 190.88 | 207,017.59 |
| 09/29/20 | S2020224.001 | 626.78 | | 626.78 | 207,644.37 |
| 09/29/20 | S2020328.001 | 82.35 | | 82.35 | 207,726.72 |
| 09/29/20 | S2020374.001 | 12.30 | | 12.30 | 207,739.02 |
| 09/30/20 | S2020397.001 | 2,859.68 | | 2,859.68 | 210,598.70 |
| 09/30/20 | S2020397.002 | 260.91 | | 260.91 | 210,859.61 |
| 09/30/20 | S2020542.001 | 1,848.41 | | 1,848.41 | 212,708.02 |

Thank you for your business.

| PREV BALANCE | PAYMENTS | CREDITS | CHARGES | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| 152,201.46 | 0.00 | -127.38 | 60,633.94 | 0.00 | 212,708.02 |

| FUTURE | CURRENT | 30+ DAYS | 60+ DAYS | 90+ DAYS |
|---|---|---|---|---|
| 0.00 | 66,167.11 | 67,108.00 | 41,482.09 | 37,950.82 |

**All past due balances subject to SERVICE CHARGES of 1.50% per month.**

# IDEAL
SUPPLY Co

445 Communipaw Avenue
Jersey City NJ 07304
201-333-2600  Fax 201-333-7376

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,       NY   10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 11/30/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 42.87 |
| 06/05/20 | S2008619.001 | 2,320.95 | | 2,320.95 | 2,363.82 |
| 06/11/20 | S2009132.001 | 4,928.80 | | 4,928.80 | 7,292.62 |
| 06/16/20 | S2009592.001 | 228.17 | | 228.17 | 7,520.79 |
| 06/16/20 | S2009655.001 | 1,870.62 | | 1,870.62 | 9,391.41 |
| 06/16/20 | S2009681.001 | 211.97 | | 211.97 | 9,603.38 |
| 06/16/20 | S2009686.001 | 18.90 | | 18.90 | 9,622.28 |
| 06/18/20 | S2009918.001 | 720.04 | | 720.04 | 10,342.32 |
| 06/18/20 | S2009932.001 | 493.34 | | 493.34 | 10,835.66 |
| 06/19/20 | S2010065.001 | 750.26 | | 750.26 | 11,585.92 |
| 06/22/20 | S2010221.001 | 18.40 | | 18.40 | 11,604.32 |
| 06/22/20 | S2010235.001 | 75.53 | | 75.53 | 11,679.85 |
| 06/22/20 | S2010319.001 | 340.90 | | 340.90 | 12,020.75 |
| 06/23/20 | S2010343.001 | 457.39 | | 457.39 | 12,478.14 |
| 06/23/20 | S2010418.001 | 201.20 | | 201.20 | 12,679.34 |
| 06/24/20 | S2010583.001 | 257.32 | | 257.32 | 12,936.66 |
| 06/24/20 | S2010585.001 | 119.44 | | 119.44 | 13,056.10 |
| 06/24/20 | S2010595.001 | 3,427.32 | | 3,427.32 | 16,483.42 |
| 06/24/20 | S2010602.001 | 326.57 | | 326.57 | 16,809.39 |
| 06/26/20 | S2010751.001 | 2,230.90 | | 2,230.90 | 19,040.89 |
| 06/26/20 | S2010751.002 | 52.02 | | 52.02 | 19,092.91 |
| 06/26/20 | S2010791.001 | 102.04 | | 102.04 | 19,194.35 |
| 06/26/20 | S2010797.001 | 4,734.74 | | 4,734.74 | 23,929.69 |
| 06/26/20 | S2010819.001 | 474.33 | | 474.33 | 24,404.02 |
| 06/29/20 | S2010904.001 | 119.77 | | 119.77 | 24,523.79 |
| 06/29/20 | S2010936.001 | 500.31 | | 500.31 | 25,024.10 |
| 06/29/20 | S2010937.001 | 231.56 | | 231.56 | 25,255.66 |
| 06/29/20 | S2011053.001 | 766.22 | | 766.22 | 26,021.88 |
| 06/29/20 | S2011064.001 | 374.15 | | 374.15 | 26,396.03 |
| 06/30/20 | S2011201.001 | | | -149.28 | 26,246.75 |

| PREV BALANCE | PAYMENTS | CREDITS | CHARGES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 11/30/20 | 47848 |

| PAGE NO. |
|---|
| 2 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | BALANCE BAL. |
|---|---|---|---|---|---|
| 06/30/20 | S2011203.001 | 180.67 | | 180.67 | 26,427.42 |
| 06/30/20 | S2011206.001 | 268.77 | | 268.77 | 26,696.19 |
| 07/01/20 | S2011208.001 | 10.66 | | 10.66 | 26,706.85 |
| 07/01/20 | S2011273.001 | 129.52 | | 129.52 | 26,836.37 |
| 07/02/20 | S2011372.001 | 1,892.69 | | 1,892.69 | 28,729.06 |
| 07/02/20 | S2011375.001 | 580.40 | | 580.40 | 29,309.46 |
| 07/06/20 | S2011500.001 | 5,490.24 | | 5,490.24 | 34,799.70 |
| 07/06/20 | S2011505.001 | 262.70 | | 262.70 | 35,062.40 |
| 07/07/20 | S2011506.001 | 3,999.94 | | 3,999.94 | 39,062.34 |
| 07/07/20 | S2011743.001 | 1,100.95 | | 1,100.95 | 40,163.29 |
| 07/08/20 | S2011725.001 | 568.63 | | 568.63 | 40,731.92 |
| 07/08/20 | S2011754.001 | 255.59 | | 255.59 | 40,987.51 |
| 07/08/20 | S2011909.001 | 2,806.57 | | 2,806.57 | 43,794.08 |
| 07/08/20 | S2011910.001 | 469.91 | | 469.91 | 44,263.99 |
| 07/09/20 | S2011923.001 | 602.15 | | 602.15 | 44,866.14 |
| 07/09/20 | S2011934.001 | 148.71 | | 148.71 | 45,014.85 |
| 07/09/20 | S2011937.001 | 93.82 | | 93.82 | 45,108.67 |
| 07/09/20 | S2011944.001 | 256.03 | | 256.03 | 45,364.70 |
| 07/13/20 | S2012039.001 | 1,547.63 | | 1,547.63 | 46,912.33 |
| 07/13/20 | S2012058.001 | 1,766.93 | | 1,766.93 | 48,679.26 |
| 07/13/20 | S2012183.001 | 3,082.00 | | 3,082.00 | 51,761.26 |
| 07/13/20 | S2012200.001 | 1,271.95 | | 1,271.95 | 53,033.21 |
| 07/14/20 | S2012409.001 | 224.79 | | 224.79 | 53,256.00 |
| 07/15/20 | S2012550.001 | 652.79 | | 652.79 | 53,910.79 |
| 07/15/20 | S2012553.001 | 152.02 | | 152.02 | 54,062.81 |
| 07/16/20 | S2012778.001 | 289.49 | | 289.49 | 54,352.30 |
| 07/16/20 | S2012785.001 | 526.47 | | 526.47 | 54,878.77 |
| 07/16/20 | S2012788.001 | 115.65 | | 115.65 | 54,994.42 |
| 07/17/20 | S2012806.001 | 514.40 | | 514.40 | 55,508.82 |
| 07/20/20 | S2012550.002 | 115.25 | | 115.25 | 55,624.07 |

| PREV BALANCE | PAYMENTS | CREDITS | INVOICES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | PAST DUE | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58 INDEX NO. 152298/2021

NYSCEF DOC. NO. 25
RECEIVED NYSCEF: 04/08/2022

# IDEAL
## SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,       NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 11/30/20 | 47848 |

| PAGE NO. |
|---|
| 3 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 07/20/20 | S2012939.001 | 3,205.38 | | 3,205.38 | 58,829.45 |
| 07/21/20 | S2013039.001 | 277.82 | | 277.82 | 59,107.27 |
| 07/22/20 | S2012550.003 | 10.66 | | 10.66 | 59,117.93 |
| 07/22/20 | S2013342.001 | 934.30 | | 934.30 | 60,052.23 |
| 07/23/20 | S2013364.001 | 1,703.72 | | 1,703.72 | 61,755.95 |
| 07/23/20 | S2013454.001 | 136.80 | | 136.80 | 61,892.75 |
| 07/28/20 | S2013882.001 | 2,782.83 | | 2,782.83 | 64,675.58 |
| 07/29/20 | S2013781.001 | 3,502.70 | | 3,502.70 | 68,178.28 |
| 08/03/20 | S2014492.001 | 2,350.89 | | 2,350.89 | 70,529.17 |
| 08/04/20 | S2014577.001 | 472.99 | | 472.99 | 71,002.16 |
| 08/04/20 | S2014598.001 | 180.15 | | 180.15 | 71,182.31 |
| 08/05/20 | S2014638.001 | 3,254.73 | | 3,254.73 | 74,437.04 |
| 08/05/20 | S2014645.001 | 804.11 | | 804.11 | 75,241.15 |
| 08/05/20 | S2014647.001 | 1,884.05 | | 1,884.05 | 77,125.20 |
| 08/06/20 | S2014819.001 | 956.78 | | 956.78 | 78,081.98 |
| 08/07/20 | S2014891.001 | 141.69 | | 141.69 | 78,223.67 |
| 08/07/20 | S2014956.001 | 159.13 | | 159.13 | 78,382.80 |
| 08/07/20 | S2015009.001 | 623.49 | | 623.49 | 79,006.29 |
| 08/10/20 | S2015037.001 | 5,416.57 | | 5,416.57 | 84,422.86 |
| 08/10/20 | S2015040.001 | 193.93 | | 193.93 | 84,616.79 |
| 08/12/20 | S2015454.001 | 449.26 | | 449.26 | 85,066.05 |
| 08/13/20 | S2014956.002 | 326.53 | | 326.53 | 85,392.58 |
| 08/13/20 | S2015599.001 | 988.49 | | 988.49 | 86,381.07 |
| 08/13/20 | S2015641.001 | 13,606.81 | | 13,606.81 | 99,987.88 |
| 08/14/20 | S2015037.002 | 2,706.23 | | 2,706.23 | 102,694.11 |
| 08/14/20 | S2015617.001 | 237.56 | | 237.56 | 102,931.67 |
| 08/14/20 | S2015656.001 | 734.15 | | 734.15 | 103,665.82 |
| 08/14/20 | S2015782.001 | 385.17 | | 385.17 | 104,050.99 |
| 08/17/20 | S2015843.001 | 607.20 | | 607.20 | 104,656.19 |
| 08/17/20 | S2015876.001 | 2,792.01 | | 2,792.01 | 107,450.20 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

Case 1-23-0100-xxxx  Doc 16-12  Filed 07/19/24  Entered 07/19/24 16:42:59

# IDEAL
**SUPPLY C₀**

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 11/30/20 | 47848 |

| PAGE NO. |
|---|
| 4 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | BALANCE BAL |
|---|---|---|---|---|---|
| 08/18/20 | S2015037.003 | 32.15 | | 32.15 | 107,482.35 |
| 08/19/20 | S2016134.001 | 1,104.52 | | 1,104.52 | 108,586.87 |
| 08/19/20 | S2016139.001 | 51.67 | | 51.67 | 108,638.54 |
| 08/20/20 | S2016273.001 | 1,128.74 | | 1,128.74 | 109,767.28 |
| 08/20/20 | S2016274.001 | 2,169.43 | | 2,169.43 | 111,936.71 |
| 08/21/20 | S2016571.001 | 211.43 | | 211.43 | 112,148.14 |
| 08/24/20 | S2012684.001 | 15,971.24 | | 15,971.24 | 128,119.38 |
| 08/25/20 | S2016779.001 | 1,281.63 | | 1,281.63 | 129,401.01 |
| 08/26/20 | S2016964.001 | 1,519.64 | | 1,519.64 | 130,920.65 |
| 08/27/20 | S2017062.001 | 2,370.90 | | 2,370.90 | 133,291.55 |
| 08/27/20 | S2017092.001 | 149.31 | | 149.31 | 133,440.86 |
| 08/28/20 | S2012684.002 | 1,384.85 | | 1,384.85 | 134,825.71 |
| 08/28/20 | S2017104.001 | 460.57 | | 460.57 | 135,286.28 |
| 08/31/20 | S2012684.003 | 82.12 | | 82.12 | 135,368.40 |
| 08/31/20 | S2017387.001 | 5,029.51 | | 5,029.51 | 140,397.91 |
| 08/31/20 | S2017391.001 | 249.30 | | 249.30 | 140,647.21 |
| 08/31/20 | S2017399.001 | 299.62 | | 299.62 | 140,946.83 |
| 09/01/20 | S2017383.001 | 1,410.34 | | 1,410.34 | 142,357.17 |
| 09/02/20 | S2017447.001 | | | -127.38 | 142,229.79 |
| 09/02/20 | S2017659.001 | 4,171.79 | | 4,171.79 | 146,401.58 |
| 09/03/20 | S2017747.001 | 5,422.09 | | 5,422.09 | 151,823.67 |
| 09/04/20 | S2017692.001 | 28,526.00 | | 28,526.00 | 180,349.67 |
| 09/22/20 | S2019525.001 | 6,295.74 | | 6,295.74 | 186,645.41 |
| 09/23/20 | S2019525.002 | 590.80 | | 590.80 | 187,236.21 |
| 09/24/20 | S2019525.003 | 1,598.27 | | 1,598.27 | 188,834.48 |
| 09/25/20 | S2019525.004 | 1,361.25 | | 1,361.25 | 190,195.73 |
| 09/25/20 | S2019880.001 | 1,571.73 | | 1,571.73 | 191,767.46 |
| 09/25/20 | S2019893.001 | 2,148.52 | | 2,148.52 | 193,915.98 |
| 09/25/20 | S2020037.001 | 1,630.50 | | 1,630.50 | 195,546.48 |
| 09/28/20 | S2020107.001 | 25.60 | | 25.60 | 195,572.08 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | BALANCE DUE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Cº

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT NO. |
|---|---|
| 11/30/20 | 47848 |

| PAGE NO. |
|---|
| 5 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 09/28/20 | S2020112.001 | 190.88 | | 190.88 | 195,762.96 |
| 09/29/20 | S2020224.001 | 626.78 | | 626.78 | 196,389.74 |
| 09/29/20 | S2020328.001 | 82.35 | | 82.35 | 196,472.09 |
| 09/29/20 | S2020374.001 | 12.30 | | 12.30 | 196,484.39 |
| 09/30/20 | S2020397.001 | 2,859.68 | | 2,859.68 | 199,344.07 |
| 09/30/20 | S2020397.002 | 260.91 | | 260.91 | 199,604.98 |
| 09/30/20 | S2020542.001 | 1,848.41 | | 1,848.41 | 201,453.39 |
| 10/01/20 | S2020037.002 | 70.55 | | 70.55 | 201,523.94 |
| 10/01/20 | S2020570.001 | 2,888.83 | | 2,888.83 | 204,412.77 |
| 10/02/20 | S2020702.001 | 821.64 | | 821.64 | 205,234.41 |
| 10/05/20 | S2020542.002 | 182.56 | | 182.56 | 205,416.97 |
| 10/05/20 | S2020850.001 | 181.15 | | 181.15 | 205,598.12 |
| 10/05/20 | S2020851.001 | 1,650.00 | | 1,650.00 | 207,248.12 |
| 10/05/20 | S2020854.001 | 143.51 | | 143.51 | 207,391.63 |
| 10/06/20 | S2020977.001 | 32,161.04 | | 32,161.04 | 239,552.67 |
| 10/06/20 | S2021030.001 | 53.62 | | 53.62 | 239,606.29 |
| 10/07/20 | S2021219.001 | 331.47 | | 331.47 | 239,937.76 |
| 10/09/20 | S2020542.003 | 63.36 | | 63.36 | 240,001.12 |
| 10/12/20 | S2020977.002 | 1,497.40 | | 1,497.40 | 241,498.52 |
| 10/13/20 | S2021737.001 | 11,855.24 | | 11,855.24 | 253,353.76 |
| 10/13/20 | S2021842.001 | 75.92 | | 75.92 | 253,429.68 |
| 10/15/20 | S2021737.002 | 707.87 | | 707.87 | 254,137.55 |
| 10/16/20 | S2022276.001 | 1,327.04 | | 1,327.04 | 255,464.59 |
| 10/16/20 | S2022277.001 | | | -3,213.88 | 252,250.71 |
| 10/19/20 | S2021737.003 | 107.83 | | 107.83 | 252,358.54 |
| 10/21/20 | S2022684.001 | 5,523.99 | | 5,523.99 | 257,882.53 |
| 10/22/20 | S2022276.002 | 2,654.08 | | 2,654.08 | 260,536.61 |
| 10/22/20 | S2022974.001 | 1,293.30 | | 1,293.30 | 261,829.31 |
| 10/26/20 | S2023003.001 | 1,280.74 | | 1,280.74 | 263,110.65 |
| 10/26/20 | S2023257.001 | 4,440.40 | | 4,440.40 | 267,551.05 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
## SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600 Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| STATEMENT DATE | ACCT NO |
|---|---|
| 11/30/20 | 47848 |

| PAGE NO. |
|---|
| 6 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 10/26/20 | S2023437.001 | 2,565.27 | | 2,565.27 | 270,116.32 |
| 10/28/20 | S2023569.001 | 1,533.14 | | 1,533.14 | 271,649.46 |
| 10/29/20 | S2023003.002 | 260.92 | | 260.92 | 271,910.38 |
| 10/29/20 | S2023840.001 | 4,705.27 | | 4,705.27 | 276,615.65 |
| 10/29/20 | S2023956.001 | 2,568.62 | | 2,568.62 | 279,184.27 |
| 10/30/20 | S2024051.001 | 7,042.10 | | 7,042.10 | 286,226.37 |
| 11/02/20 | S2024260.001 | 2,451.32 | | 2,451.32 | 288,677.89 |
| 11/03/20 | S2024051.002 | 170.61 | | 170.61 | 288,848.30 |
| 11/03/20 | S2024376.001 | 659.45 | | 659.45 | 289,507.75 |
| 11/03/20 | S2024410.001 | 312.60 | | 312.60 | 289,820.35 |
| 11/04/20 | S2024555.001 | 174.88 | | 174.88 | 289,995.23 |
| 11/05/20 | S2024704.001 | 7,347.90 | | 7,347.90 | 297,343.13 |
| 11/05/20 | S2024826.001 | 2,997.61 | | 2,997.61 | 300,340.74 |
| 11/05/20 | S2024846.001 | 1,275.94 | | 1,275.94 | 301,616.68 |
| 11/05/20 | S2024848.001 | 2,163.82 | | 2,163.82 | 303,780.50 |
| 11/05/20 | S2024848.002 | 54.41 | | 54.41 | 303,834.31 |
| 11/06/20 | S2024051.003 | 156.39 | | 156.39 | 303,991.30 |
| 11/06/20 | S2024704.002 | 23.46 | | 23.46 | 304,014.76 |
| 11/09/20 | S2025062.001 | 5,672.93 | | 5,672.93 | 309,687.89 |
| 11/10/20 | S2025126.001 | 700.88 | | 700.88 | 310,388.57 |

Thank you for your business.

| PREV BALANCE | PAYMENTS | CREDITS | NEW CHARGES | SERVICE CHARGE | NET AMOUNT |
|---|---|---|---|---|---|
| 297,481.00 | 13,223.54 | 0.00 | 26,131.11 | 0.00 | 310,388.57 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0.00 | 24,162.20 | 84,772.98 | 66,167.11 | 135,286.28 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.

# IDEAL
SUPPLY Co

## Statement

REMIT TO:

THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 12/31/20 | 47848 |

| PAGE NO. |
|---|
| 1 of 6 |

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,      NY  10271

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 04/22/20 | S2005146.002 | 42.87 | | 42.87 | 42.87 |
| 06/05/20 | S2008619.001 | 2,320.95 | | 2,320.95 | 2,363.82 |
| 06/11/20 | S2009132.001 | 4,928.80 | | 4,928.80 | 7,292.62 |
| 06/16/20 | S2009592.001 | 228.17 | | 228.17 | 7,520.79 |
| 06/16/20 | S2009655.001 | 1,870.62 | | 1,870.62 | 9,391.41 |
| 06/16/20 | S2009681.001 | 211.97 | | 211.97 | 9,603.38 |
| 06/16/20 | S2009686.001 | 18.90 | | 18.90 | 9,622.28 |
| 06/18/20 | S2009918.001 | 720.04 | | 720.04 | 10,342.32 |
| 06/18/20 | S2009932.001 | 493.34 | | 493.34 | 10,835.66 |
| 06/19/20 | S2010065.001 | 750.26 | | 750.26 | 11,585.92 |
| 06/22/20 | S2010221.001 | 18.40 | | 18.40 | 11,604.32 |
| 06/22/20 | S2010235.001 | 75.53 | | 75.53 | 11,679.85 |
| 06/22/20 | S2010319.001 | 340.90 | | 340.90 | 12,020.75 |
| 06/23/20 | S2010343.001 | 457.39 | | 457.39 | 12,478.14 |
| 06/23/20 | S2010418.001 | 201.20 | | 201.20 | 12,679.34 |
| 06/24/20 | S2010583.001 | 257.32 | | 257.32 | 12,936.66 |
| 06/24/20 | S2010585.001 | 119.44 | | 119.44 | 13,056.10 |
| 06/24/20 | S2010595.001 | 3,427.32 | | 3,427.32 | 16,483.42 |
| 06/24/20 | S2010602.001 | 326.57 | | 326.57 | 16,809.99 |
| 06/26/20 | S2010751.001 | 2,230.90 | | 2,230.90 | 19,040.89 |
| 06/26/20 | S2010751.002 | 52.02 | | 52.02 | 19,092.91 |
| 06/26/20 | S2010791.001 | 102.04 | | 102.04 | 19,194.95 |
| 06/26/20 | S2010797.001 | 4,734.74 | | 4,734.74 | 23,929.69 |
| 06/26/20 | S2010819.001 | 474.33 | | 474.33 | 24,404.02 |
| 06/29/20 | S2010904.001 | 119.77 | | 119.77 | 24,523.79 |
| 06/29/20 | S2010936.001 | 500.31 | | 500.31 | 25,024.10 |
| 06/29/20 | S2010937.001 | 231.56 | | 231.56 | 25,255.66 |
| 06/29/20 | S2011053.001 | 766.22 | | 766.22 | 26,021.88 |
| 06/29/20 | S2011064.001 | 374.15 | | 374.15 | 26,396.03 |
| 06/30/20 | S2011201.001 | | | -149.28 | 26,246.75 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
## SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

Statement
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 12/31/20 | 47848 |

| PAGE NO. |
|---|
| 2 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL. |
|---|---|---|---|---|---|
| 06/30/20 | S2011203.001 | 180.67 | | 180.67 | 26,427.42 |
| 06/30/20 | S2011206.001 | 268.77 | | 268.77 | 26,696.19 |
| 07/01/20 | S2011208.001 | 10.66 | | 10.66 | 26,706.85 |
| 07/01/20 | S2011273.001 | 129.52 | | 129.52 | 26,836.37 |
| 07/02/20 | S2011372.001 | 1,892.69 | | 1,892.69 | 28,729.06 |
| 07/02/20 | S2011375.001 | 580.40 | | 580.40 | 29,309.46 |
| 07/06/20 | S2011500.001 | 5,490.24 | | 5,490.24 | 34,799.70 |
| 07/06/20 | S2011505.001 | 262.70 | | 262.70 | 35,062.40 |
| 07/07/20 | S2011506.001 | 3,999.94 | | 3,999.94 | 39,062.34 |
| 07/07/20 | S2011743.001 | 1,100.95 | | 1,100.95 | 40,163.29 |
| 07/08/20 | S2011725.001 | 568.63 | | 568.63 | 40,731.92 |
| 07/08/20 | S2011754.001 | 255.59 | | 255.59 | 40,987.51 |
| 07/08/20 | S2011909.001 | 2,806.57 | | 2,806.57 | 43,794.08 |
| 07/08/20 | S2011910.001 | 469.91 | | 469.91 | 44,263.99 |
| 07/09/20 | S2011923.001 | 602.15 | | 602.15 | 44,866.14 |
| 07/09/20 | S2011934.001 | 148.71 | | 148.71 | 45,014.85 |
| 07/09/20 | S2011937.001 | 93.82 | | 93.82 | 45,108.67 |
| 07/09/20 | S2011944.001 | 256.03 | | 256.03 | 45,364.70 |
| 07/13/20 | S2012039.001 | 1,547.63 | | 1,547.63 | 46,912.33 |
| 07/13/20 | S2012058.001 | 1,766.93 | | 1,766.93 | 48,679.26 |
| 07/13/20 | S2012183.001 | 3,082.00 | | 3,082.00 | 51,761.26 |
| 07/13/20 | S2012200.001 | 1,271.95 | | 1,271.95 | 53,033.21 |
| 07/14/20 | S2012409.001 | 224.79 | | 224.79 | 53,256.00 |
| 07/15/20 | S2012550.001 | 652.79 | | 652.79 | 53,910.79 |
| 07/15/20 | S2012553.001 | 152.02 | | 152.02 | 54,062.81 |
| 07/16/20 | S2012778.001 | 289.49 | | 289.49 | 54,352.30 |
| 07/16/20 | S2012785.001 | 526.47 | | 526.47 | 54,878.77 |
| 07/16/20 | S2012788.001 | 115.65 | | 115.65 | 54,994.42 |
| 07/17/20 | S2012806.001 | 514.40 | | 514.40 | 55,508.82 |
| 07/20/20 | S2012550.002 | 115.25 | | 115.25 | 55,624.07 |

| PREV. BALANCE | PAYMENT | CREDITS | FINANCE | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| NET DUE | CURRENT | 30-79 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:

THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,       NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 12/31/20 | 47848 |

| PAGE NO. |
|---|
| 3 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | BALANCE |
|---|---|---|---|---|---|
| 07/20/20 | S2012939.001 | 3,205.38 | | 3,205.38 | 58,829.45 |
| 07/21/20 | S2013039.001 | 277.82 | | 277.82 | 59,107.27 |
| 07/22/20 | S2012550.003 | 10.66 | | 10.66 | 59,117.93 |
| 07/22/20 | S2013342.001 | 934.30 | | 934.30 | 60,052.23 |
| 07/23/20 | S2013364.001 | 1,703.72 | | 1,703.72 | 61,755.95 |
| 07/23/20 | S2013454.001 | 136.80 | | 136.80 | 61,892.75 |
| 07/28/20 | S2013882.001 | 2,782.83 | | 2,782.83 | 64,675.58 |
| 07/29/20 | S2013781.001 | 3,502.70 | | 3,502.70 | 68,178.28 |
| 08/03/20 | S2014492.001 | 2,350.89 | | 2,350.89 | 70,529.17 |
| 08/04/20 | S2014577.001 | 472.99 | | 472.99 | 71,002.16 |
| 08/04/20 | S2014598.001 | 180.15 | | 180.15 | 71,182.31 |
| 08/05/20 | S2014638.001 | 3,254.73 | | 3,254.73 | 74,437.04 |
| 08/05/20 | S2014645.001 | 804.11 | | 804.11 | 75,241.15 |
| 08/05/20 | S2014647.001 | 1,884.05 | | 1,884.05 | 77,125.20 |
| 08/06/20 | S2014819.001 | 956.78 | | 956.78 | 78,081.98 |
| 08/07/20 | S2014891.001 | 141.69 | | 141.69 | 78,223.67 |
| 08/07/20 | S2014956.001 | 159.13 | | 159.13 | 78,382.80 |
| 08/07/20 | S2015009.001 | 623.49 | | 623.49 | 79,006.29 |
| 08/10/20 | S2015037.001 | 5,416.57 | | 5,416.57 | 84,422.86 |
| 08/10/20 | S2015040.001 | 193.93 | | 193.93 | 84,616.79 |
| 08/12/20 | S2015454.001 | 449.26 | | 449.26 | 85,066.05 |
| 08/13/20 | S2014956.002 | 326.53 | | 326.53 | 85,392.58 |
| 08/13/20 | S2015599.001 | 988.49 | | 988.49 | 86,381.07 |
| 08/13/20 | S2015641.001 | 13,606.81 | | 13,606.81 | 99,987.88 |
| 08/14/20 | S2015037.002 | 2,706.23 | | 2,706.23 | 102,694.11 |
| 08/14/20 | S2015656.001 | 734.15 | | 734.15 | 103,428.26 |
| 08/14/20 | S2015782.001 | 385.17 | | 385.17 | 103,813.43 |
| 08/17/20 | S2015843.001 | 607.20 | | 607.20 | 104,420.63 |
| 08/17/20 | S2015876.001 | 2,792.01 | | 2,792.01 | 107,212.64 |
| 08/18/20 | S2015037.003 | 32.15 | | 32.15 | 107,244.79 |

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**
REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 12/31/20 | 47848 |

| PAGE NO. |
|---|
| 4 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 08/19/20 | S2016134.001 | 1,104.52 | | 1,104.52 | 108,349.31 |
| 08/19/20 | S2016139.001 | 51.67 | | 51.67 | 108,400.98 |
| 08/20/20 | S2016273.001 | 1,128.74 | | 1,128.74 | 109,529.72 |
| 08/20/20 | S2016274.001 | 2,169.43 | | 2,169.43 | 111,699.15 |
| 08/21/20 | S2016571.001 | 211.43 | | 211.43 | 111,910.58 |
| 08/25/20 | S2016779.001 | 1,281.63 | | 1,281.63 | 113,192.21 |
| 08/26/20 | S2016964.001 | 1,519.64 | | 1,519.64 | 114,711.85 |
| 08/27/20 | S2017062.001 | 2,370.90 | | 2,370.90 | 117,082.75 |
| 08/27/20 | S2017092.001 | 149.31 | | 149.31 | 117,232.06 |
| 08/31/20 | S2017387.001 | 5,029.51 | | 5,029.51 | 122,261.57 |
| 08/31/20 | S2017391.001 | 249.30 | | 249.30 | 122,510.87 |
| 08/31/20 | S2017399.001 | 299.62 | | 299.62 | 122,810.49 |
| 09/02/20 | S2017659.001 | 4,171.79 | | 4,171.79 | 126,982.28 |
| 09/03/20 | S2017747.001 | 5,422.09 | | 5,422.09 | 132,404.37 |
| 09/04/20 | S2017692.001 | 28,526.00 | 35.97 | 28,490.03 | 160,894.40 |
| 09/22/20 | S2019525.001 | 6,295.74 | | 6,295.74 | 167,190.14 |
| 09/23/20 | S2019525.002 | 590.80 | | 590.80 | 167,780.94 |
| 09/24/20 | S2019525.003 | 1,598.27 | | 1,598.27 | 169,379.21 |
| 09/25/20 | S2019525.004 | 1,361.25 | | 1,361.25 | 170,740.46 |
| 09/25/20 | S2019880.001 | 1,571.73 | | 1,571.73 | 172,312.19 |
| 09/25/20 | S2019893.001 | 2,148.52 | | 2,148.52 | 174,460.71 |
| 09/25/20 | S2020037.001 | 1,630.50 | | 1,630.50 | 176,091.21 |
| 09/28/20 | S2020107.001 | 25.60 | | 25.60 | 176,116.81 |
| 09/28/20 | S2020112.001 | 190.88 | | 190.88 | 176,307.69 |
| 09/29/20 | S2020224.001 | 626.78 | | 626.78 | 176,934.47 |
| 09/29/20 | S2020328.001 | 82.35 | | 82.35 | 177,016.82 |
| 09/29/20 | S2020374.001 | 12.30 | | 12.30 | 177,029.12 |
| 09/30/20 | S2020397.001 | 2,859.68 | | 2,859.68 | 179,888.80 |
| 09/30/20 | S2020397.002 | 260.91 | | 260.91 | 180,149.71 |
| 09/30/20 | S2020542.001 | 1,848.41 | | 1,848.41 | 181,998.12 |

| PREV BALANCE | PAYMENTS | CREDITS | CHARGES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| RETURNS | CURRENT | 30-31 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT. NO. |
|---|---|
| 12/31/20 | 47848 |

| PAGE NO. |
|---|
| 5 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 10/01/20 | S2020037.002 | 70.55 | | 70.55 | 182,068.87 |
| 10/01/20 | S2020570.001 | 2,888.83 | | 2,888.83 | 184,957.50 |
| 10/02/20 | S2020702.001 | 821.64 | | 821.64 | 185,779.14 |
| 10/05/20 | S2020542.002 | 182.56 | | 182.56 | 185,961.70 |
| 10/05/20 | S2020850.001 | 181.15 | | 181.15 | 186,142.85 |
| 10/06/20 | S2020977.001 | 32,161.04 | | 32,161.04 | 218,303.89 |
| 10/06/20 | S2021030.001 | 53.62 | | 53.62 | 218,357.51 |
| 10/07/20 | S2021219.001 | 331.47 | | 331.47 | 218,688.98 |
| 10/09/20 | S2020542.003 | 63.36 | | 63.36 | 218,752.34 |
| 10/12/20 | S2020977.002 | 1,497.40 | | 1,497.40 | 220,249.74 |
| 10/16/20 | S2022276.001 | 1,327.04 | | 1,327.04 | 221,576.78 |
| 10/21/20 | S2022684.001 | 5,523.99 | | 5,523.99 | 227,100.77 |
| 10/22/20 | S2022276.002 | 2,654.08 | | 2,654.08 | 229,754.85 |
| 10/22/20 | S2022974.001 | 1,293.30 | | 1,293.30 | 231,048.15 |
| 10/26/20 | S2023003.001 | 1,280.74 | | 1,280.74 | 232,328.89 |
| 10/26/20 | S2023257.001 | 4,440.40 | | 4,440.40 | 236,769.29 |
| 10/26/20 | S2023437.001 | 2,565.27 | | 2,565.27 | 239,334.56 |
| 10/28/20 | S2023569.001 | 1,533.14 | | 1,533.14 | 240,867.70 |
| 10/29/20 | S2023003.002 | 260.92 | | 260.92 | 241,128.62 |
| 10/29/20 | S2023840.001 | 4,705.27 | | 4,705.27 | 245,833.89 |
| 10/29/20 | S2023956.001 | 2,568.62 | | 2,568.62 | 248,402.51 |
| 10/30/20 | S2024051.001 | 7,042.10 | | 7,042.10 | 255,444.61 |
| 11/02/20 | S2024260.001 | 2,451.32 | | 2,451.32 | 257,895.93 |
| 11/03/20 | S2024051.002 | 170.61 | | 170.61 | 258,066.54 |
| 11/03/20 | S2024376.001 | 659.45 | | 659.45 | 258,725.39 |
| 11/03/20 | S2024410.001 | 312.60 | | 312.60 | 259,038.59 |
| 11/04/20 | S2024555.001 | 174.88 | | 174.88 | 259,213.47 |
| 11/05/20 | S2024704.001 | 7,347.90 | | 7,347.90 | 266,561.37 |
| 11/05/20 | S2024826.001 | 2,997.61 | | 2,997.61 | 269,556.98 |
| 11/05/20 | S2024846.001 | 1,275.94 | | 1,275.94 | 270,834.92 |

| PREV BALANCE | PAYMENTS | DEBITS | FINANCE | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| NET 30 | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

# IDEAL
## SUPPLY Co

**445 Communipaw Avenue**
**Jersey City NJ 07304**
**201-333-2600  Fax 201-333-7376**

**Statement**

REMIT TO:
THE IDEAL SUPPLY CO
445 COMMUNIPAW AVENUE
JERSEY CITY NJ 07304
201-333-2600

CUSTOMER
FAHRENHEIT MECHANICAL
120 BROADWAY 36TH FLOOR
NEW YORK,        NY  10271

| STATEMENT DATE | ACCT NO |
|---|---|
| 12/31/20 | 47848 |

| PAGE NO |
|---|
| 6 of 6 |

| DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE | RUNNING BAL |
|---|---|---|---|---|---|
| 11/05/20 | S2024848.001 | 2,163.82 | | 2,163.82 | 272,998.74 |
| 11/05/20 | S2024848.002 | 54.41 | | 54.41 | 273,053.15 |
| 11/06/20 | S2024051.003 | 156.39 | | 156.39 | 273,209.54 |
| 11/06/20 | S2024704.002 | 23.46 | | 23.46 | 273,233.00 |
| 11/09/20 | S2025062.001 | 5,672.93 | | 5,672.93 | 278,905.93 |
| 11/10/20 | S2025126.001 | 700.88 | | 700.88 | 279,606.81 |

Thank you for your business.

| PREV BALANCE | PAYMENTS | DEBITS | CREDITS | SERVICE CHARGE | NET BALANCE |
|---|---|---|---|---|---|
| 310,388.57 | 30,781.76 | 0.00 | 0.00 | 0.00 | 279,606.81 |

| 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 24,162.20 | 73,446.49 | 181,998.12 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.

Case 1:23-01087-jmm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:59

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE IDEAL SUPPLY COMPANY, individually and on
behalf of all lienors, claimants and creditors similarly
situated entitled to share funds received by Fahrenheit
Mechanical LLC a/k/a Fahrenheit Mechanical, under
Article 3-A of the New York State Lien Law,

Index No.: 152298/2021

Plaintiff,

**AFFIRMATION IN SUPPORT**

Motion Seq. No. 1

-against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY, "JANE DOE
#1" THROUGH "JANE DOE #10", AND FAHRENHEIT
MECHANICAL INC.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK        )
                        ) ss.
COUNTY OF NASSAU        )

ELIZABETH V. MARCHIONNI, an attorney duly admitted to practice law in the State

of New York hereby affirms as follows under the penalties of perjury:

1.        I am a partner of Kaufman Dolowich & Voluck, LLP, attorneys for The Ideal

Supply Company ("Ideal Supply" or "Plaintiff"), the plaintiff in the above-captioned matter.  I

am fully familiar with all of the facts and circumstances herein and have personal knowledge of

the facts supporting the statements contained herein.

2.        I submit this affirmation in support of Plaintiff's motion for an Order pursuant to

CPLR § 3212(e) directing the entry of summary judgment in favor of Plaintiff and against

Defendant Fahrenheit Mechanical Inc. and/or Fahrenheit Mechanical LLC  on its First, Second,

Fifth, Sixth, and Seventh Causes of Action for breach of contract in the sum of $194,223.73 plus

statutory interest through March 21, 2022 in the amount of $34,532.89, for a combined amount

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

of $228,756.62, together with costs and disbursements; or, in the alternative, the sum of

$194,223.73 on its Eighth Cause of Action for an account stated, plus statutory interest through

March 21, 2022 pursuant to GBL § 756-b in the amount of $34,532.89, for a combined amount

of $228,756.62, together with an award of costs and disbursements; or, in the alternative, the sum

of $194,223.73 on its Ninth Cause of Action for Quantum Meruit/Unjust Enrichment; plus

statutory interest through March 21, 2022 pursuant to GBL § 756-b in the amount of $34,532.89,

for a  combined amount of $228,756.62, together with an award of costs and disbursements each

based upon the ground that said Defendant possesses no defenses thereto.

3.      This affirmation is also submitted in support of that portion of Plaintiff's motion

for a conditional order, compelling Defendant David Rusi to respond to Plaintiff's Demand for

Bill of Particulars, Demand for Discovery and Inspection, and First Set of Interrogatories, within

a time set by the Court, or otherwise have his Answer stricken; and for such other and further

relief as may be just, proper and equitable.

***The Pleadings and Procedural History***

4.      Plaintiff commenced this action on March 5, 2021 by filing a Summons and

Complaint against Defendants Fahrenheit Mechanical Inc., David Rusi, and Continental Casualty

Company (NYSCEF Doc. No. 1, 2).

5.      On or about March 19, 2021 Plaintiff filed as of right a Supplemental Summons

and Amended Complaint adding Fahrenheit Mechanical LLC as a Defendant (NYSCEF Doc.

No. 3, 4).  A copy of the Supplemental Summons and Amended Complaint are annexed hereto as

**Exhibit "1"**.

2

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

6.      Between March 23, 2021 and May 3, 2021, Plaintiff personally served each of the Defendants in this action and duly filed each affidavit of service (NYSCEF Doc. Nos. 5, 6, 7, 8, 9, and 10).

7.      Defendant Continental Casualty Company appeared and filed its Answer to the Amended Complaint on May 26, 2021 (NYSCEF Doc. No. 12). A copy of Continental Casualty Company's Answer is annexed hereto as **Exhibit "2"**.

8.      Counsel for Defendants Fahrenheit Mechanical LLC and David Rusi reached out to my office to request additional answering time through June 4, 2021, which Plaintiff agreed to provide by Stipulation (NYSCEF Doc. No. 11).

9.      As a part of those discussions, said Defendants' counsel requested a copy of the Demand for a Verified Statement that Plaintiff previously served pursuant to New York Lien Law Sec. 76 ("Demand for Trust Accounting"), as well as copies of Plaintiff's outstanding invoices.

10.     On May 18, 2021 and June 1, 2021, I provided a copy of Ideal Supply's Demand for Trust Accounting as well as copies of all outstanding invoices to counsel for Defendants Fahrenheit Mechanical and David Rusi (the "Voluntary Production"). Copies of the May 18, 2021 and June 1, 2021 Emails are annexed collectively as **Exhibit "3"**.

11.     Included in the Voluntary Production were also copies of the material delivery/ship tickets, a copy of a May 2021 account statement, and other documents that Plaintiff intended to rely upon in this Action.

12.     In reply, counsel for said Defendants confirmed receipt of the Voluntary Production by email on June 1, 2021. A copy of the June 1, 2021 Email Reply is attached as **Exhibit "4"**.

3

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

13.     On June 4, 2021 Defendants Fahrenheit Mechanical and David Rusi filed their

Answer to the Amended Complaint. (NYSCEF Doc. No. 13). A copy of said Defendants'

Answer is annexed as **Exhibit "5"**.

14.     Although Defendants Fahrenheit Mechanical LLC and David Rusi answered and

appeared, no Verified Statement or Trust Accounting was ever provided.

15.     On July 6, 2021, Plaintiff filed and served a Demand for Bill of Particulars as to

Affirmative Defenses raised by Defendants Fahrenheit Mechanical LLC and David Rusi

(NYSCEF Doc. No. 14).  A copy of Plaintiff's Demand for Bill of Particulars as to Affirmative

Defenses is annexed as **Exhibit "6"**.

16.     No response was received; as such, I sent a good faith email to counsel for

Defendants Fahrenheit Mechanical and Rusi on September 27, 2021.  A copy of the September

27, 2021 Email is annexed as **Exhibit "7"**.

17.     No response was received and a further good faith email was sent on October 25,

2021.  A copy of the October 25, 2021 Email is annexed as **Exhibit "8"**.

18.     On October 29, 2021, Plaintiff served Defendant Rusi with a Demand for

Documents and Inspection and Interrogatories (NYSCEF Doc. Nos. 15, 16).  Copies of

Plaintiff's Demand for Discovery and Inspection to Defendant Rusi and First Set of

Interrogatories to Defendant Rusi are annexed hereto as **Exhibits "9" and "10"** respectively.

19.     After receiving no response, I sent a good faith email to counsel for Defendants

Fahrenheit Mechanical and Rusi on November 22, 2021, and provided a 10 day courtesy

extension for the responses.  A copy of the November 22, 2021 Email is annexed as **Exhibit

"11"**.

4

20.     To date, Plaintiff has received no responses to the various outstanding discovery from Defendants Fahrenheit Mechanical and David Rusi despite Plaintiff's good faith efforts and courtesy extensions.

21.     Said Defendants have intentionally failed and refused to provide information regarding their Affirmative Defenses as well as basic information required in connection with Plaintiff's claim for Lien Law Art. 3-A trust fund diversion.

22.     Said Defendants' failure has delayed this matter and prejudiced Plaintiff's ability to seek class certification under Lien Law Art. 3-A.

***Plaintiff's Motion for Summary Judgment & A Condition Order Should Be Granted***

23.     Summary judgment provides for the expeditious resolution of cases such as this that may properly be resolved as a matter of law.  Where, as here, no genuine issues of material fact are present, summary judgment should be granted.

24.     As set forth in greater detail in the accompanying memorandum of law, Plaintiff is entitled to summary judgment against Fahrenheit Mechanical on its claims of breach of contract on five separate projects for which Plaintiff supplied materials, or, in the alternative, on its claim for an account stated, or, in the alternative, on its claim for quantum meruit.

25.     It is indisputable that Plaintiff provided the materials and that Fahrenheit Mechanical accepted the materials.  The cost of the materials Plaintiff provided is established by the monthly statements and invoices sent by Plaintiff, and it is undisputed that Fahrenheit Mechanical at no time ever objected to any statement or invoice it received from Plaintiff.

26.     In contrast to the incontrovertible evidence supporting Plaintiff's right to payment, there exists no support in the record for any defense provided by Fahrenheit

5

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

Mechanical or David Rusi. Indeed, said Defendants provided nothing at all despite repeated requests by Plaintiff for proof of any basis for non-payment.

27. Further, this motion is not premature because Plaintiff voluntarily disclosed documents relied upon and no relevant discovery remains that is in the sole possession of Plaintiff.

28. Moreover, to the extent this Court grants Plaintiff's request for an order compelling Defendant Rusi to respond to Plaintiff's Demand for Bill of Particulars, Demand for Discovery and Inspection, and First Set of Interrogatories, Plaintiff reserves all rights to seek leave for class certification based on any trust accounting information provided by Rusi.

29. Based on the foregoing and for all the reasons further set forth in Plaintiff's Memorandum of Law in Support, this Court should grant Plaintiff's motion for summary judgment in an amount not less than $194,223.73, plus interest, pursuant to New York General Business Law § 756-b; and issue a conditional order compelling Defendant Rusi to substantively respond to Plaintiff's outstanding discovery, or otherwise striking Rusi's Answer.

**WHEREFORE**, The Ideal Supply Company respectfully requests this Court grant its motion for summary judgment against Defendants Fahrenheit Mechanical in its entirety and grants its motion to compel or preclude against Defendant David Rusi, together with such other and further relief the Court deems just.

Dated: Woodbury, New York
    April 1, 2022

_____
ELIZABETH V. MARCHIONNI

# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Index No.: 152298/2021

THE IDEAL SUPPLY COMPANY, individually and on          Date Purchased: 3/5/21
behalf of all lienors, claimants and creditors similarly
situated entitled to share funds received by Fahrenheit       **SUPPLEMENTAL**
Mechanical LLC a/k/a Fahrenheit Mechanical, under            **SUMMONS**
Article 3-A of the New York State Lien Law,

                                                             Plaintiff designates New York
                                                             County as the place for trial.
                            Plaintiff,

                                                             The basis for venue is Defendant's
            -against-                                        residence.

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY, "JANE DOE
#1" THROUGH "JANE DOE #10", AND FAHRENHEIT
MECHANICAL INC.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the above-named Defendant(s):

        YOU ARE HEREBY SUMMONED to answer the Amended Verified Complaint in this

action and to serve a copy of your answer, or, if same is not served with this Supplemental

Summons, to serve a notice of appearance upon the Plaintiff's attorney within twenty (20) days

after the service of this Summons, exclusive of the day of service (or within thirty (30) days after

the service is complete if this Summons is not personally delivered to you within the State of New

York); and in case of your failure to appear or answer, judgment will be taken against you by

default for the relief demanded in the Amended Verified Complaint.

Dated: Woodbury, New York
         April 13, 2021

                                    KAUFMAN DOLOWICH & VOLUCK, LLP
                                    *Attorneys for Plaintiff The Ideal Supply Company*

                            By: _____
                                    Erik A. Ortmann, Esq.
                                    Elizabeth V. Marchionni, Esq.
                                    135 Crossways Park Drive, Suite 201
                                    Woodbury, New York 11797
                                    (516) 681-1100

<u>DEFENDANTS' ADDRESS:</u>

FAHRENHEIT MECHANICAL LLC
120 Broadway, 36th Floor
New York, New York 10271

DAVID RUSI
c/o FAHRENHEIT MECHANICAL INC.
120 Broadway, 36th Floor
New York, New York 10271

CONTINENTAL CASUALTY COMPANY
C/O NYS DEPARTMENT OF FINANIAL SERVICES
333 S. Wabash Ave,
Chicago, IL 60604

FAHRENHEIT MECHANICAL INC.
120 Broadway, 36th Floor
New York, New York 10271

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE IDEAL SUPPLY COMPANY, individually and on
behalf of all lienors, claimants and creditors similarly          Index No.: 152298/2021
situated entitled to share funds received by Fahrenheit
Mechanical LLC a/k/a Fahrenheit Mechanical., under               **AMENDED**
Article 3-A of the New York State Lien Law,                      **VERIFIED COMPLAINT**

                              Plaintiff,

              -against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY,
 "JANE DOE #1" THROUGH "JANE DOE #10",
AND FAHRENHEIT MECHANICAL INC.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Plaintiff The Ideal Supply Company ("Ideal Supply" or "Plaintiff"), by and through its

attorneys, Kaufman Dolowich & Voluck, LLP, as and for its Amended Verified Complaint against

defendants, Fahrenheit Mechanical LLC, Fahrenheit Mechanical Inc. ("Fahrenheit"), David Rusi,

Continental Casualty Company, and Jane Doe #1 through Jane Doe #10 (collectively

"Defendants"), alleges as follows:

        1.      At all relevant times, Ideal Supply was and/or is a foreign corporation duly

organized and existing under and by virtue of the laws of the State of Delaware and authorized to

conduct business in the State of New York.

        2.      That upon information and belief, at all times hereinafter mentioned, Defendant

Fahrenheit Mechanical LLC was/is a domestic limited liability company duly organized and

existing under and by virtue of the laws of the State of New York with a principal office located

at 120 Broadway, 36th Floor, New York, New York.

1

3.      That upon information and belief, at all times hereinafter mentioned, Defendant Fahrenheit Inc. ("Fahrenheit") was/is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York with a principal office located at 120 Broadway, 36th Floor, New York, New York.

4.      Upon information and belief, defendant David Rusi is and was at all times hereinafter mentioned, principal, officer and/or owner of Defendant Fahrenheit.

5.      Upon information and belief Continental Casualty Company is an insurance company authorized to do business in the State of New York, with a principal place of business located at 151 North Franklin Street, Chicago, Illinois.

6.      Upon information and belief, defendants "Jane Doe "#1" through Jane Doe "#10" are fictitious names of individuals, their true names being unknown to Plaintiff, but are persons intended to be either members, managers, or member managers of Fahrenheit or are persons who received funds for the improvement of real property further described herein in trust for the Plaintiff under the provisions of New York Lien Law Article 3-A, and have either converted said trust funds or diverted same and/or applied or consented to the application of said trust funds for purposes other than allowed trust purposes as specified in Section 71 of the Lien Law.

## AS AND FOR A FIRST CAUSE OF ACTION
(Breach of Contract – Vesey Street Project)

7.      Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "6" as if fully set forth herein.

8.      Plaintiff and Defendant Fahrenheit entered into certain purchase order(s) whereby Plaintiff agreed to supply Defendant certain plumbing materials on its behalf to the private improvement located at 230 Vesey Street, New York, New York 10000 ("Vesey Street Project").

9.      Plaintiff duly furnished and Defendant Fahrenheit accepted plumbing materials for

2

Vesey Street Project in the agreed upon price of $3,694.28.

10.    Despite Plaintiff's complete performance, Defendant Fahrenheit failed to remit payment to Plaintiff under the foregoing purchase orders in the amount of $3,694.28.

11.    As of August 9, 2020, a balance of $3,694.28 remains due and owed to Plaintiff from Defendant Fahrenheit for materials furnished to the Vesey Street Project.

12.    Despite due demand for, Defendant Fahrenheit has failed to pay Plaintiff all sums due to it and Plaintiff is entitled to a judgment in the amount of $3,694.28, plus contractual interest thereon at the rate of 1.5 Percent per month.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Breach of Contract – Manhattan West Project)

13.    Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "12" as if fully set forth herein.

14.    Plaintiff and Defendant Fahrenheit entered into certain purchase order(s) whereby Plaintiff agreed to supply Defendant Fahrenheit certain plumbing materials on its behalf to the private improvement located at 1 Manhattan West, New York, New York (the "Manhattan West Project").

15.    Plaintiff duly furnished and Defendant Fahrenheit accepted plumbing materials for the Manhattan West Project in the agreed upon price of $144,635.83.

16.    Despite Plaintiff's complete performance, Defendant Fahrenheit failed to remit payment to Plaintiff under the aforementioned purchase orders in the amount of $144,635.83 for materials furnished for the Manhattan West Project.

17.    As of December 9, 2020, a balance of $144,635.83 remains due and owed to Plaintiff from Defendant Fahrenheit for materials furnished to the Manhattan West Project.

3

18. Despite due demand for, Defendant Fahrenheit has failed to pay Plaintiff all sums due to it and Plaintiff is entitled to a judgment in the amount of $144,635.83, plus contractual interest thereon at the rate of 1.5 Percent per month.

### AS AND FOR A THIRD CAUSE OF ACTION
(Breach of Contract – Hammel Houses Project)

19. Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "18" as if fully set forth herein.

20. Plaintiff and Defendant Fahrenheit entered into certain purchase order(s) whereby Plaintiff agreed to supply Defendant Fahrenheit certain plumbing materials for a public improvement known as Hammel Houses owned by New York City Housing Authority and located in Queens, New York (the "Hammel Houses Project").

21. Plaintiff duly furnished and Defendant Fahrenheit accepted plumbing materials for the Hammel Houses Project in the agreed upon price of $17,711.83.

22. Despite Plaintiff's complete performance, Defendant Fahrenheit failed to remit payment to Plaintiff under the aforementioned purchase orders in the amount of $17,711.83.

23. As of December 10, 2020, a balance of $17,711.83 remains due and owed to Plaintiff from Defendant Fahrenheit for materials furnished to the Hammel Houses Project.

24. Despite due demand for, Defendant Fahrenheit has failed to pay Plaintiff all sums due and Plaintiff is entitled to a judgment in the amount of $17,711.83, plus contractual interest thereon at the rate of 1.5 Percent per month.

### AS AND FOR A FOURTH CAUSE OF ACTION
(Payment Bond Claim Against Continental Casualty Company– Hammel Houses)

25. Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "24" as if fully set forth herein.

4

26.     Continental Casualty Company, as surety, issued a Labor and Material Payment Bond No. 30035701 (the "Bond"), in the principal sum of $139,222,000 for the befit of the Hammel Houses Project, pursuant to State Finance Law Section 137. A copy of the Bond is annexed hereto as Exhibit "1".

27.     Pursuant to the Bond, Continental Casualty Company bound itself to promptly pay all persons having claims for materials supplied to the Project, among others.

28.     The materials supplied by Plaintiff to Fahrenheit Mechanical under the Hammel Houses Project purchase orders were provided for, and reasonably required for use in the performance of, the Project.

29.     Plaintiff has not been paid in full for said material in the sum of $17,711.83.

30.     Within the applicable period, Plaintiff duly provided notice under the Bond of its claim for sums due for materials supplied to the Hammel Houses Project.

31.     Plaintiff has complied with all requirements of the Bond.

32.     Continental Casualty Company is liable under the Bond for all sums due and owing Plaintiff for its material supplied to the Hammel Houses Project.

33.     Continental Casualty Company has failed to make payment to Plaintiff for the value of the material supplied to the Hammel Houses Project for which it remains unpaid.

34.     By reason of the foregoing, Plaintiff is entitled to a judgment against Continental Casualty Company and the Bond in the amount of $17,711.83, plus interest and reasonable attorney's fees pursuant to State Finance Law Section 137.

### AS AND FOR A FIFTH CAUSE OF ACTION
(Breach of Contract – Pier 57 Project)

35.     Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "34" as if fully set forth herein.

5

36.    Plaintiff and Defendant Fahrenheit entered into certain purchase order(s) whereby Plaintiff agreed to supply Defendant Fahrenheit certain plumbing materials on its behalf to the private improvement located at Pier 57, New York, New York (the "Pier 57 Project").

37.    Plaintiff duly furnished and Defendant Fahrenheit accepted plumbing materials for the Pier 57 Project in the agreed upon price of $45,831.85.

38.    Despite Plaintiff's complete performance, Defendant Fahrenheit failed to remit payment to Plaintiff under the foregoing purchase orders in the amount of $45,831.85.

39.    As of September 30, 2020, a balance of $45,831.85 remains due and owed to Plaintiff from Defendant Fahrenheit for materials furnished to the Pier 57 Project.

40.    Despite due demand for, Defendant Fahrenheit has failed to pay Plaintiff all sums due to it and Plaintiff is entitled to a judgment in the amount to be determined at trial, but estimated to be at least $45,831.85, plus contractual interest thereon at the rate of 1.5 percent per month.

### AS AND FOR A SIXTH CAUSE OF ACTION
(Breach of Contract – Varick Street Project)

41.    Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "40" as if fully set forth herein.

42.    Plaintiff and Defendant Fahrenheit entered into certain purchase order(s) whereby Plaintiff agreed to supply Defendant certain plumbing materials on its behalf to the private improvement located at 201 Varick Street, New York, New York (the "Varick Street Project").

43.    Plaintiff duly furnished and Defendant Fahrenheit accepted plumbing materials for the Varick Street Project in the agreed upon price of $18.90. Despite Plaintiff's performance, Defendant Fahrenheit failed to remit payment to Plaintiff under the foregoing purchase orders in the amount of $18.90.

6

44. As of July 16, 2020, a balance of $18.90 remains due and owed to Plaintiff from Defendant Fahrenheit for materials furnished for the Varick Street project.

45. Despite due demand for, Defendant Fahrenheit has failed to pay Plaintiff all sums due to it and Plaintiff is entitled to a judgment in the amount to be determined at trial, but estimated to be at least $18.90, plus contractual interest thereon at the rate of 1.5 Percent per month.

## AS AND FOR A SEVENTH CAUSE OF ACTION
### (Breach of Contract – La Guardia Airport Project)

46. Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "45" as if fully set forth herein.

47. Plaintiff and Defendant Fahrenheit entered into certain purchase order(s) whereby Plaintiff agreed to supply Defendant certain plumbing materials on its behalf to the public improvement known as La Guardia Airport located in East Elmhurst, New York (the "La Guardia Airport Project").

48. Plaintiff duly furnished and Defendant Fahrenheit accepted plumbing materials for the La Guardia Airport Project in the agreed upon price of $47.87.

49. Despite Plaintiff's complete performance, Defendant Fahrenheit failed to remit payment to Plaintiff under the aforementioned purchase orders in the amount of $47.87.

50. As of May 21, 2020, a balance of $42.87 remains due and owed to Plaintiff from Defendant Fahrenheit for materials furnished to the La Guardia Airport Project.

51. Despite due demand for, Defendant Fahrenheit has failed to pay Plaintiff all sums due to it and Plaintiff is entitled to a judgment in the amount of $47.87, plus contractual interest thereon at the rate of 1.5 Percent per month.

7

## AS AND FOR AN EIGHTH CAUSE OF ACTION
### (Account Stated against Defendant Fahrenheit)

52. Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "51" as if fully set forth herein.

53. Plaintiff supplied Defendant Fahrenheit with certain plumbing supplies and materials at Defendant's request.

54. Plaintiff sent and Defendant Fahrenheit received various invoices for the plumbing supplies and materials furnished by Plaintiff.

55. On or about January 21, 2021, Plaintiff sent, and Defendant Fahrenheit received an account statement of all outstanding invoices past due and owing to Plaintiff by Defendant Fahrenheit.

56. Defendant Fahrenheit retained and accepted and did not object to any invoice or account statement provided by Plaintiff.

57. Upon information and belief, Defendant Fahrenheit has failed to remit payment to Plaintiff under the past due invoices or accounting statement. The amount outstanding and due from Defendant Fahrenheit amount to the sum of $211,935.56, plus contractual interest thereon at a rate of 1.5 Percent per month.

## AS AND FOR A NINTH CAUSE OF ACTION
### (Unjust Enrichment/*Quantum Meruit*)

58. Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "57" as if set forth herein.

59. Plaintiff furnished Defendant Fahrenheit with certain plumbing supplies and materials at Defendant Fahrenheit's request.

8

60. Plaintiff's plumbing supplies provided to Defendant Fahrenheit did enhance the value of the Projects to the benefit of the Defendant Fahrenheit and others.

61. The fair and reasonable value of the amount still outstanding and due from Defendant Fahrenheit for the Projects in excess of $211,935.56.

62. Defendant Fahrenheit has been unjustly enriched by Plaintiff having supplied and furnished various plumbing supplies and materials without due compensation.

63. Despite due demand therefor, Defendant Fahrenheit has failed to pay Plaintiff in the sum of $211,935.56 and Plaintiff is entitled to a judgment in the amount of $211,935.56, plus statutory interest thereon or in the alternative, *quantum meruit* against Defendant Fahrenheit for the materials supplied by Plaintiff for its various Projects.

## AS AND FOR AN ELEVENTH CAUSE OF ACTION
### (Lien Law Art. 3-A Trust Diversion)

64. Plaintiff repeats and realleges all of the allegations set forth in paragraphs "1" through "63" as if set forth herein.

65. The funds received by Fahrenheit Mechanical from the various owners/construction managers or otherwise constituted trust funds within the meaning of Article 3-A of the Lien Law were and are required to be held and applied for the payment of the costs and expenditures for the improvement of the foregoing Project prior to being used for any other purpose.

66. Upon information and belief, Fahrenheit and/or David Rusi, as its principal responsible for the administration of Project funds (hereinafter together referred to as the "Trustees"), have converted or been the recipients of converted trust funds, or diverted same, and/or applied or consented to the application of trust funds for purposes other than those allowed by Article 3-A of the Lien Law.

9

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

67. On or about February 2, 2021, Plaintiff served a demand on Fahrenheit and David Rusi, pursuant to Section 76 of the Lien Law seeking an accounting of the trust funds.

68. To date, no response or accounting has been provided by Trustees to Plaintiff.

69. Upon information and belief, the Trustees have failed to maintain trust accounting books and records as required by law and, as such, a presumption that said Trustees has misapplied or diverted, and/or consented to the misapplication and/or diversion of trust funds arises.

70. Upon information and belief, Trustees have transferred said trust funds or permitted the transfer of said funds to their own accounts and to other transferees, Jane Does #1 through #10, the names of which are unknown at this time.

71. Upon information and belief, said transferees were not furnishers of labor, materials or supplies for the improvement of the subject real property and were not trust beneficiaries of the funds received by Trustees from the owner/construction manager, or other beneficiaries under Article 3-A of the Lien Law.

72. In addition to Plaintiff, there may be other contractors, materialmen and suppliers who furnished labor and materials for the improvement of the Projects such as named lienor defendants, the existence, nature, extent and correctness of whose claims are not presently known.

73. Upon information and belief, the Trustees' diversion was committed with the intent to deprive Plaintiff and other potential beneficiaries of trust funds.

74. This cause of action is brought as a class action under Article 3-A of the Lien Law.

75. Plaintiff has no adequate remedy at law.

10

**WHEREFORE**, Plaintiff The Ideal Supply Company, hereby demands judgment:

(a)     On the First Cause of Action, judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in an amount of $3,694.28 plus contractual interest at the rate of 1.5 Percent from August 9, 2020 thereon;

(b)     On the Second Cause of Action, judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in an amount of $144,635.83 plus contractual interest at the rate of 1.5 Percent from December 9, 2020 thereon;

(c)     On the Third Cause of Action, judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in an amount of $17,711.83 plus contractual interest at the rate of 1.5 Percent from December 10, 2020 thereon;

(d)     On the Fourth Cause of Action, judgment against Defendant Continental Casualty Insurance Company and the Bond in in favor of Plaintiff, in an amount of $17,711.83 plus interest and reasonable attorney's fees;

(e)     On the Fifth Cause of Action judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in an amount of $45,831.85 plus contractual interest at the rate of 1.5 Percent from September 30, 2020 thereon;

(f)     On the Sixth Cause of Action, judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in an amount of $18.90 plus contractual interest at the rate of 1.5 Percent from July 16, 2020 thereon;

(g)     On the Seventh Cause of Action, judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in an amount of $42.87 plus contractual interest at the rate of 1.5 Percent from May 21, 2020 thereon;

11

Case 1:23-01087-jpm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:58

(h)    On the Eighth Cause of Action, judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in an amount of $211,935.56, together with statutory interest thereon, from January 21, 2021 and the costs and disbursement of this action.

(i)    On the Ninth Cause of Action, judgment against Defendant Fahrenheit Mechanical Inc., in favor of Plaintiff, in the amount of $211,935.56, together with statutory interest thereon and the costs and disbursement of this action; and

(j)    On the Tenth Cause of Action against Defendant Fahrenheit Mechanical Inc., David Rusi and/or Jane Does #1 through #10 as follows:

    i.    declaring that Defendant Fahrenheit Mechanical Inc., David Rusi and Jane Does #1 through #10 are trustees of the payments received on the Project, and that Plaintiff and all others who may join in this action, be adjudged to have a claim thereon for the amount of their respective claims with prejudgment interest;

    ii.    compelling Defendant Fahrenheit Mechanical Inc., David Rusi and Jane Does #1 through #10 to disclose all transactions with reference to the improvement hereinbefore described, including a statement of all monies held or paid on account thereof, and to whom paid and the dates of such payments;

    iii.    compelling Defendant Fahrenheit Mechanical Inc., David Rusi and Jane Does #1 through #10 to disclose, account for and pay over all sums of money held or received by each on account of said improvement, and account for the disposition of any such sums of money disposed of, and also the place or places, property and assets of every kind and nature into which the said sums or any part thereof have been placed;

12

iv.   adjudging and determining that Plaintiff have a money judgment against all aforesaid Defendants on behalf of itself and all other labor and material suppliers similarly situated, and declaring that a trust has been created against the Defendants herein for the sum of $211,935.56 on behalf of Plaintiff and in an additional amount to be determined at trial for the amount determined to be due from the Defendants to all other labor and material suppliers similarly situated who join in this action by reason of the diversion and breach of the provisions of Article 3-A of the Lien Law, with prejudgment interest;

v.    that this Court take such proceedings as may be necessary to bring before it and under its control all such trust funds and all property of every type and nature into which the same may have been diverted, and distribute the same among all parties and person entitled thereto;

vi.   for its reasonable attorneys' fees and the costs and disbursements of this action;

vii.  for punitive damages in the sum of $1,000,000;

viii. awarding Plaintiff the costs of this action, including reasonable attorneys' fees and expenses, expert's fees and other disbursements; and

(k)   Plus interest, costs and disbursements in connection with this action, and such other and further relief as this Court may deem just and proper.

[Signature Page To Follow]

13

Dated: Woodbury, New York
April 13, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff The Ideal Supply Company*

By: _____

Erik A. Ortmann, Esq.
Elizabeth V. Marchionni, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

14

## ATTORNEY VERIFICATION

STATE OF NEW YORK     )
                            ) ss.

COUNTY OF NASSAU     )

ERIK A. ORTMANN, being duly sworn, deposes and says:

I am a partner with the law firm Kaufman Dolowich & Voluck LLP, attorneys for Plaintiff The Ideal Supply Company. I have read the foregoing Amended Complaint and know the contents therein to be true and the same is true to deponent's own knowledge and according to the books and papers of the Plaintiff, except as to matters thereon stated to be alleged upon information and belief, and as to this matters deponent believes them to be true.

This verification is made by deponent and not by the Plaintiff, because the Plaintiff does not reside nor maintain its office in the county where the deponent maintains his office. The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are based upon a review of the facts, pleadings, and proceedings in this matter, as well as conversations with the Plaintiff and its employees.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

_____

ERIK A. ORTMANN

Sworn to before me this
13th day of April, 2021

_____
Notary Public

Solomon Abramov
Notary Public, State of New York
No. 02AB6358691
Qualified in Queens County
Commission Expires May 15, 20 21

15

**EXHIBIT 2**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                    Index No.: 152298/2021
-------------------------------------------------------------X

THE IDEAL SUPPLY COMPANY, individually
and on behalf of all lienors, claimants and creditors
similarly situated entitled to share funds received by
Fahrenheit Mechanical LLC a/k/a Fahrenheit
Mechanical, under Article 3-A of the
New York State Lien Law,                                            **VERIFIED ANSWER**
                                                                   **OF CONTINENTAL**
                        *Plaintiff,*                               **CASULATY COMPANY**

        -against-

FAHRENHEIT MECHANICAL LLC,
DAVID RUISI, CONTINENTAL
CASUALTY COMPANY and "JANE DOE #1"
THROUGH "JANE DOE #10",

                        *Defendants.*
-------------------------------------------------------------X

        Defendant, Continental Casualty Company ("Continental"), by its attorneys, Arthur J.

Semetis, P.C., answers the Amended Verified Complaint ("Complaint") of Plaintiff, The Ideal

Supply Company ("Ideal Supply"), as follows:

        1.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained within paragraph 1 of the Complaint.

        2.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained within paragraph 2 of the Complaint.

        3.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained within paragraph 3 of the Complaint.

        4.      Admits the truth of the allegations contained within paragraph 4 of the Complaint.

        5.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained within paragraph 5 of the Complaint.

**AS AND FOR A RESPONSE TO**
**A FIRST CAUSE OF ACTION**
**(Breach of Contract – Vesey Street Project)**

6.      With respect to the allegations contained within paragraph 6 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 5 of the Complaint as if fully set forth herein.

7.      Denies knowledge or information sufficient to form a belied as to the truth of the allegations contained within paragraph 7 of the Complaint.

8.      Denies knowledge or information sufficient to form a belied as to the truth of the allegations contained within paragraph 8 of the Complaint.

9.      Denies knowledge or information sufficient to form a belied as to the truth of the allegations contained within paragraph 9 of the Complaint.

10.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 10 of the Complaint.

11.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 11 of the Complaint.

**AS AND FOR A RESPONSE TO**
**A SECOND CAUSE OF ACTION**
**(Breach of Contract – Manhattan West Project)**

12.      With respect to the allegations contained within paragraph 12 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 11 of the Complaint as if fully set forth herein.

13.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 13 of the Complaint.

2

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

14.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 14 of the Complaint.

15.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 15 of the Complaint.

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 16 of the Complaint.

17.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 17 of the Complaint.

### AS AND FOR A RESPONSE TO
### A THIRD CAUSE OF ACTION
### (Breach of Contract – Hammel Houses Project)

18.     With respect to the allegations contained within paragraph 18 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 17 of the Complaint as if fully set forth herein.

19.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 19 of the Complaint.

20.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 20 of the Complaint.

21.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 21 of the Complaint.

22.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 22 of the Complaint.

23.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 23 of the Complaint.

3

## AS AND FOR A RESPONSE TO
## A FOURTH CAUSE OF ACTION
### (Payment Bond Claim Against Continental Casualty Company
### Hammel Houses Project)

24. With respect to the allegations contained within paragraph 24 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 23 of the Complaint as if fully set forth herein.

25. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 25 of the Complaint, and respectfully refers the Court to the Payment Bond at the trial of this action for its true terms and conditions.

26. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 26 of the Complaint, and respectfully refers the Court to the Payment Bond at the trial of this action for its true terms and conditions.

27. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 27 of the Complaint.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 28 of the Complaint.

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 29 of the Complaint.

30. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 30 of the Complaint.

31. Denies the truth of the allegations contained within paragraph 31 of the Complaint.

32. Denies the truth of the allegations contained within paragraph 32 of the Complaint.

33. Denies the truth of the allegations contained within paragraph 33 of the Complaint.

4

**AS AND FOR A RESPONSE TO**
**A FIFTH CAUSE OF ACTION**
**(Breach of Contract – Pier 57 Project)**

34.     With respect to the allegations contained within paragraph 34 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 33 of the Complaint as if fully set forth herein.

35.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 35 of the Complaint.

36.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 36 of the Complaint.

37.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 37 of the Complaint.

38.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 38 of the Complaint.

39.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 39 of the Complaint.

**AS AND FOR A RESPONSE TO**
**A SIXTH CAUSE OF ACTION**
**(Breach of Contract – Varick Street Project)**

40.     With respect to the allegations contained within paragraph 40 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 39 of the Complaint as if fully set forth herein.

41.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 41 of the Complaint.

5

42.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 42 of the Complaint.

43.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 43 of the Complaint.

44.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 44 of the Complaint.

**AS AND FOR A RESPONSE TO**
**A SEVENTH CAUSE OF ACTION**
**(Breach of Contract – La Guiardia Airport Project)**

45.     With respect to the allegations contained within paragraph 45 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 44 of the Complaint as if fully set forth herein.

46.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 46 of the Complaint.

47.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 47 of the Complaint.

48.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 48 of the Complaint.

49.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 49 of the Complaint.

50.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 50 of the Complaint.

6

### AS AND FOR A RESPONSE TO
### A EIGHTH CAUSE OF ACTION
**(Account Stated Against Defendant Fahrenheit)**

51.     With respect to the allegations contained within paragraph 51 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 50 of the Complaint as if fully set forth herein.

52.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 52 of the Complaint.

53.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 53 of the Complaint.

54.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 54 of the Complaint.

55.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 55 of the Complaint.

56.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 56 of the Complaint.

### AS AND FOR A RESPONSE TO
### A NINTH CAUSE OF ACTION
**(Unjust Enrichment/Quantum Meruit)**

57.     With respect to the allegations contained within paragraph 57 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 56 of the Complaint as if fully set forth herein.

58.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 58 of the Complaint.

7

59.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 59 of the Complaint.

60.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 60 of the Complaint.

61.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 61 of the Complaint.

62.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 62 of the Complaint.

### AS AND FOR A RESPONSE TO
### THE ELEVENTH CAUSE OF ACTION
**(Line Law Art. 3-A Trust Diversion)**

63.     With respect to the allegations contained within paragraph 63 of the Complaint, Continental repeats, reiterates and realleges its responses to the allegations contained within paragraphs 1 through 62 of the Complaint as if fully set forth herein.

64.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 64 of the Complaint.

65.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 65 of the Complaint.

66.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 66 of the Complaint.

67.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 67 of the Complaint.

68.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 68 of the Complaint.

8

69.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 69 of the Complaint.

70.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 70 of the Complaint.

71.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 71 of the Complaint.

72.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 72 of the Complaint.

73.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 73 of the Complaint.

74.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 74 of the Complaint.

## AS AND FOR ITS FIRST AFFIRMATIVE DEFENSE

75.     The Complaint fails to state a cause of action upon which relief may be granted.

## AS AND FOR ITS SECOND AFFIRMATIVE DEFENSE

76.     Upon information and belief, Ideal Supply's claims are barred due to its failure to furnish the required work under its agreement with Fahrenheit Mechanical, LLC ("Fahrenheit").

## AS AND FOR ITS THIRD AFFIRMATIVE DEFENSE

77.     Upon information and belief, Ideal Supply breached its Agreement with Fahrenheit.

## AS AND FOR ITS FOURTH AFFIRMATIVE DEFENSE

78.     There is no cognizable causation between the damage claimed by Ideal Supply and any act or omission by Continental.

Case 1:23-01087-jpm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:58

## AS AND FOR ITS FIFTH AFFIRMATIVE DEFENSE

79.     Ideal Supply has failed to mitigate its damages.

## AS AND FOR ITS SIXTH AFFIRMATIVE DEFENSE

80.     The damages alleged by Ideal Supply were caused by the culpable conduct of some

other third person(s) or parties over whom Continental neither had nor exercised control.

## AS AND FOR ITS SEVENTH AFFIRMATIVE DEFENSE

81.     Upon information and belief, Ideal Supply has been paid in full.

## AS AND FOR ITS EIGHTH AFFIRMATIVE DEFENSE

82.     Upon information and belief, Ideal Supply was paid in excess of all sums due.

## AS AND FOR ITS NINTH AFFIRMATIVE DEFENSE

83.     Upon information and belief, Ideal Supply is owed no money.

## AS AND FOR ITS TENTH AFFIRMATIVE DEFENSE

84.     Upon information and belief, Ideal Supply is barred from recovery in this

proceeding by the doctrine of waiver.

## AS AND FOR ITS ELEVENTH AFFIRMATIVE DEFENSE

85.     Upon information and belief, Ideal Supply is barred from recovery in this

proceeding by the doctrine of laches.

## AS AND FOR ITS TWELFTH AFFIRMATIVE DEFENSE

86.     Upon information and belief, Ideal Supply is barred from recovery in this

proceeding by the doctrine of unclean hands.

10

## AS AND FOR ITS THIRTEENTH AFFIRMATIVE DEFENSE

87.     Upon information and belief, Ideal Supply failed to comply with the notice provisions of the Payment Bond.

## AS AND FOR ITS FOURTEENTH AFFIRMATIVE DEFENSE

88.     If Continental is found liable under the terms of and conditions of the Payment Bond, its liability is limited to the penal sum of the Payment Bond.

**WHEREFORE**, Continental Casualty Company respectfully demands judgment:

a) dismissing the Complaint with prejudice;

b) awarding costs and disbursements, including attorneys' fees;

c) such other, further and different relief as the Court deems just and proper.

Dated: New York, New York
         May 24, 2021

ARTHUR J. SEMETIS, P.C.


By: /s/ Constantine T. Tzifas
         Constantine T. Tzifas, Esq.
*Attorneys for Defendant*
*Continental Casulaty Company*
286 Madison Avenue – Suite 1801
New York, New York 10017
Telephone:  (212) 557-5055

11

Case 1:23-01007-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

## VERIFICATION

Constantine T. Tzifas, an attorney duly licensed to practice law before the courts of the State of New York affirms under the penalties of perjury:

I am an attorney associated with the firm of Arthur J. Semetis, P.C. attorneys for defendant Continental Casualty Company herein, that I have read the foregoing **Verified Answer of Continental Casualty Company** and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes them to be true.

The reason why deponent and not Continental Casualty Company makes this verification is that Continental Casualty Company maintains its offices outside the county where the offices of Arthur J. Semetis, P.C. are located.

Dated: New York, New York
       May 26, 2021

/s/ Constantine T. Tzifas
Constantine T. Tzifas

12

# EXHIBIT 3

Case 1-23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

| | |
|---|---|
| **From:** | Elizabeth Marchionni |
| **Sent:** | Tuesday, May 18, 2021 12:43 PM |
| **To:** | 'Joseph DeBlase' |
| **Subject:** | RE: The Ideal Supply Company v. Fahrenheit Mechanical LLC et al - Index No. 152298/2021 |
| **Attachments:** | Demand for Verified Statement.pdf |

Joe:

Good to speak with you as well. The revised Stipulation looks good; I will return a signed copy shortly.

As discussed, attached is the Demand for Verified Statements containing a helpful breakdown on each job. Please let me know your client's ability and time table to respond.

I will also get you the open invoices and delivery tickets as noted.

Thanks,
Liz

**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

| | |
|---|---|
| Direct: | 516-283-8723 |
| Cell: | 845-721-3198 |
| Main: | 516-681-1100 |
| Email: | emarchionni@kdvlaw.com |

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may contain privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

Case 1:23-0108-1-jmm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58

| | |
|---|---|
| **From:** | Elizabeth Marchionni |
| **Sent:** | Tuesday, June 1, 2021 9:37 AM |
| **To:** | 'Joseph DeBlase' |
| **Subject:** | RE: The Ideal Supply Company v. Fahrenheit Mechanical LLC et al - Index No. 152298/2021 |
| **Attachments:** | Summary of Open Invoices by Job May 28 2021.pdf |

Joe:

In furtherance of our discussions, attached please find a summary of the open invoices by job, together with a link (below) to copies of all open invoices, ship tickets, May Statement and the like. (The link will expire in a week.)

https://kdvlaw-my.sharepoint.com/:f:/p/emarchionni/EsvlWyPypoxGhnLxCH1N678BBRYgTW14VYR1lJM7dyeb_w?e=LR9yxX

Please let me know when we can expect a Verified Statement and how your client wishes to proceed.

Regards,
Liz


**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

Direct: 516-283-8723
Cell: 845-721-3198
Main: 516-681-1100
Email: emarchionni@kdvlaw.com

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

.

# EXHIBIT 4

| | |
|---|---|
| **From:** | Joseph DeBlase <jdeblase@travislawnyc.com> |
| **Sent:** | Tuesday, June 1, 2021 11:32 AM |
| **To:** | Elizabeth Marchionni |
| **Subject:** | Re: The Ideal Supply Company v. Fahrenheit Mechanical LLC et al - Index No. 152298/2021 |

[EXTERNAL SENDER]

Liz,

Thank you for these documents. I will speak with my client and get back to you.

Regards,

Joe

Joseph A. DeBlase| Travis Law PLLC | www.travislawnyc.com | (212) 248-2120 | 80 Maiden Lane, Suite 304, New York, New York 10038

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

Case 1-23-01087-jmm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:58

# EXHIBIT 5

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE IDEAL SUPPLY COMPANY, individually and on
behalf of all lienors, claimants and creditors similarly     Index No.: 152298/2021
situated entitled to share funds received by Fahrenheit
Mechanical LLC a/k/a Fahrenheit Mechanical, under
Article 3-A of the New York State Lien Law,                  **VERIFIED ANSWER**

                                    Plaintiff,

            -against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY, "JANE DOE
#1" THROUGH "JANE DOE #10", AND FAHRENHEIT
MECHANICAL INC.,

                                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE, that defendants FAHRENHEIT MECHANICAL LLC and

DAVID RUSI (collectively referred to herein as "Defendants"), hereby appear in this action and

that the undersigned has been retained as attorney for the Defendants and demands that you serve

all papers in this action upon the undersigned at the address set forth below.

       PLEASE TAKE FURTHER NOTICE, that the Defendants hereby interpose the following

Answer to the Complaint (the "Complaint") herein:

       1.     Defendants deny knowledge or information sufficient to form a belief as to the

allegations contained in paragraph 1 of the Complaint.

       2.     Defendants admit Fahrenheit Mechanical LLC is a corporation organized and

existing under the laws of the State of New York but denies the remaining allegations contained

in paragraph 2 of the Complaint.

       3.     Defendants deny knowledge or information sufficient to form a belief as to the

allegations contained in paragraph 3 of the Complaint.

1

4.      Defendants admit defendant David Rusi was an officer of defendant Fahrenheit Mechanical LLC, but Defendants deny the remaining allegations contained in paragraph 4 of the Complaint.

5.      Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 5 of the Complaint.

6.      Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 6 of the Complaint.

**AS AND FOR THE SECTION TITLED**
**FIRST CAUSE OF ACTION**

7.      Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 6 of Plaintiff's Complaint as if fully set forth herein.

8.      Defendants deny the allegations contained in paragraph 8 of the Complaint.

9.      Defendants deny the allegations contained in paragraph 9 of the Complaint.

10.     Defendants deny the allegations contained in paragraph 10 of the Complaint.

11.     Defendants deny the allegations contained in paragraph 11 of the Complaint.

12.     Defendants deny the allegations contained in paragraph 12 of the Complaint.

**AS AND FOR THE SECTION TITLED**
**SECOND CAUSE OF ACTION**

13.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 12 of Plaintiff's Complaint as if fully set forth herein.

14.     Defendants deny the allegations contained in paragraph 14 of the Complaint.

15.     Defendants deny the allegations contained in paragraph 15 of the Complaint.

16.     Defendants deny the allegations contained in paragraph 16 of the Complaint.

17.     Defendants deny the allegations contained in paragraph 17 of the Complaint.

2

18.     Defendants deny the allegations contained in paragraph 18 of the Complaint.

## AS AND FOR THE SECTION TITLED
## THIRD CAUSE OF ACTION

19.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 18 of Plaintiff's Complaint as if fully set forth herein.

20.     Defendants deny the allegations contained in paragraph 20 of the Complaint.

21.     Defendants deny the allegations contained in paragraph 21 of the Complaint.

22.     Defendants deny the allegations contained in paragraph 22 of the Complaint.

23.     Defendants deny the allegations contained in paragraph 23 of the Complaint.

24.     Defendants deny the allegations contained in paragraph 24 of the Complaint.

## AS AND FOR THE SECTION TITLED
## FOURTH CAUSE OF ACTION

25.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 24 of Plaintiff's Complaint as if fully set forth herein.

26.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26 of the Complaint and direct the Court to the exhibit thereto for the terms therein.

27.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 27 of the Complaint and direct the Court to the Bond for the terms therein.

28.     Defendants deny the allegations contained in paragraph 28 of the Complaint.

29.     Defendants deny the allegations contained in paragraph 29 of the Complaint.

30.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 30 of the Complaint.

3

31.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 31 of the Complaint.

32.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 32 of the Complaint.

33.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 33 of the Complaint.

34.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 34 of the Complaint.

## AS AND FOR THE SECTION TITLED
## FIFTH CAUSE OF ACTION

35.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 34 of Plaintiff's Complaint as if fully set forth herein.

36.     Defendants deny the allegations contained in paragraph 36 of the Complaint.

37.     Defendants deny the allegations contained in paragraph 37 of the Complaint.

38.     Defendants deny the allegations contained in paragraph 38 of the Complaint.

39.     Defendants deny the allegations contained in paragraph 39 of the Complaint.

40.     Defendants deny the allegations contained in paragraph 40 of the Complaint.

## AS AND FOR THE SECTION TITLED
## SIXTH CAUSE OF ACTION

41.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 40 of Plaintiff's Complaint as if fully set forth herein.

42.     Defendants deny the allegations contained in paragraph 42 of the Complaint.

43.     Defendants deny the allegations contained in paragraph 43 of the Complaint.

44.     Defendants deny the allegations contained in paragraph 44 of the Complaint.

4

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58

45.     Defendants deny the allegations contained in paragraph 45 of the Complaint.

## AS AND FOR THE SECTION TITLED
## SEVENTH CAUSE OF ACTION

46.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 45 of Plaintiff's Complaint as if fully set forth herein.

47.     Defendants deny the allegations contained in paragraph 47 of the Complaint.

48.     Defendants deny the allegations contained in paragraph 48 of the Complaint.

49.     Defendants deny the allegations contained in paragraph 49 of the Complaint.

50.     Defendants deny the allegations contained in paragraph 50 of the Complaint.

51.     Defendants deny the allegations contained in paragraph 51 of the Complaint.

## AS AND FOR THE SECTION TITLED
## EIGHTH CAUSE OF ACTION

52.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 51 of Plaintiff's Complaint as if fully set forth herein.

53.     Defendants deny the allegations contained in paragraph 53 of the Complaint.

54.     Defendants deny the allegations contained in paragraph 54 of the Complaint.

55.     Defendants deny the allegations contained in paragraph 55 of the Complaint.

56.     Defendants deny the allegations contained in paragraph 56 of the Complaint.

57.     Defendants deny the allegations contained in paragraph 57 of the Complaint.

## AS AND FOR THE SECTION TITLED
## NINTH CAUSE OF ACTION

58.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 57 of Plaintiff's Complaint as if fully set forth herein.

59.     Defendants deny the allegations contained in paragraph 59 of the Complaint.

60.     Defendants deny the allegations contained in paragraph 60 of the Complaint.

5

61.     Defendants deny the allegations contained in paragraph 61 of the Complaint.

62.     Defendants deny the allegations contained in paragraph 62 of the Complaint.

63.     Defendants deny the allegations contained in paragraph 63 of the Complaint.

## AS AND FOR THE SECTION TITLED
## ELEVENTH CAUSE OF ACTION

64.     Defendants repeat and reallege each response to the allegations contained in paragraphs 1 through 63 of Plaintiff's Complaint as if fully set forth herein.

65.     Paragraph 65 of the Complaint contains legal conclusions and assertions to which no responsive pleading is required. To the extent a response is required, Defendants deny the allegations contained in paragraph 65 of the Complaint.

66.     Defendants deny the allegations contained in paragraph 66 of the Complaint.

67.     Defendants deny the allegations contained in paragraph 67 of the Complaint.

68.     Defendants deny the allegations contained in paragraph 68 of the Complaint.

69.     Defendants deny the allegations contained in paragraph 69 of the Complaint.

70.     Defendants deny the allegations contained in paragraph 70 of the Complaint.

71.     Defendants deny the allegations contained in paragraph 71 of the Complaint.

72.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 72 of the Complaint.

73.     Defendants deny the allegations contained in paragraph 73 of the Complaint.

74.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 74 of the Complaint.

75.     Defendants deny the allegations contained in paragraph 75 of the Complaint.

6

## PRAYER FOR RELIEF

Defendants deny all claims and allegations contained in Plaintiff's "WHEREFORE" clause in the Complaint, including the denial of Parts "(a)" through "(k)" and all subparts therein., and Defendants specifically deny that Plaintiff is entitled to any of the relief it seeks.

## GENERAL DENIAL

Defendants deny all claims and allegations not unequivocally admitted herein.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

That the Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to obtain personal jurisdiction over Defendants and failed to properly serve Defendants with the Summons and Complaint.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

That Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations and/or administrative filing periods.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by release, payment and/or waiver.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part, by equitable principles, including but not limited to, unclean hands, estoppel, laches, and/or setoff.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff knowingly submitted to and acquiesced in the actions alleged in the Complaint.

7

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because such claims have been waived, discharged and/or abandoned.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred because Defendants have fully discharged their obligations, if any, to Plaintiff, and Defendants performed all material obligations under any applicable contract that may be in question.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Plaintiff's remedies are barred, in whole or in part, to the extent that it failed to mitigate its alleged damages.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because Defendants did not breach any duty to Plaintiff.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

The Complaint is barred by Plaintiff's own breach of contract.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to meet conditions precedent.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

Upon information and belief, any monies due and owing to Plaintiff are less than pleaded and/or improperly calculated and therefore, Defendants are not liable to Plaintiff, or, in the alternative, Plaintiff's claims should be reduced, and Defendants are entitled to a set-off.

8

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58
INDEX NO. 152298/2021

RECEIVED NYSCEF: 06/08/2022

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to name and serve a necessary party.

### AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

The contracts alleged by Plaintiff between Plaintiff and Defendants are fraudulent and void.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained in as much as it would result in double recovery by the Plaintiff for the same injuries.

### AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of accord and satisfaction.

### AS AND FOR AN EIGTEENTH AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages and is not entitled to the amounts claimed due in the Complaint, or alternatively, the alleged damages are *de minimis*, so no damages are due and owing.

### AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

The alleged damages sustained by Plaintiff were not as the result of any culpable or negligent conduct of the Defendants herein, or in the alternative, the amount of damages otherwise recoverable shall be diminished in the percentage proportion of the culpable conduct of the Plaintiff and/or others which contributed to the culpable conduct that caused damage.

### AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff did not fully perform the terms and conditions of its alleged contracts with Defendants, which Plaintiff alleged in the Complaint, and as a consequence, the monies are not due, owing, or payable to Plaintiff.

9

## AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to comply with notice requirements of the alleged underlying contract between the parties.

## RESERVATION OF RIGHTS

Defendants reserve and do not waive any additional rights and/or further defenses or claims they have or that may arise hereafter during the course of this litigation.

**WHEREFORE**, Defendants Fahrenheit Mechanical LLC and David Rusi, hereby respectfully request judgment as follows: (i) dismissing Plaintiff's Complaint; (ii) for costs and expenses, including attorneys' fees, incurred in connection with this action; and (iii) for such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 4, 2021

TRAVIS LAW PLLC

By: _____

Christopher R. Travis, Esq.
*Attorney for Defendants*
*Fahrenheit Mechanical LLC and David Rusi*
80 Maiden Lane, Suite 304
New York, New York 10038
Tel: (212) 248-2120

10

FILED: NEW YORK COUNTY CLERK 04/08/2022 11:47 AM
INDEX NO. 152298/2021

NYSCEF DOC. NO. 32

RECEIVED NYSCEF: 04/08/2022

# EXHIBIT 6

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants, and creditors similarly situated to share funds received by Fahrenheit Mechanical LLC a/k/a Fahrenheit Mechanical, under Article 3-A of the New York State Lien Law,

Index No.: 152298/2021

Plaintiff,

**DEMAND FOR A BILL OF PARTICULARS AS TO <u>AFFIRMATIVE DEFENSES</u>**

-against-

FAHRENHEIT MECHANICAL LLC, *et. al.*,

Defendants.

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to CPLR §§ 3041 et. seq., within thirty (30) days from the date of service hereof, Defendants Fahrenheit Mechanical LLC and David Rusi ("Defendants"), are required to serve upon the undersigned a Verified Bill of Particulars as to their Affirmative Defenses set forth in their Verified Answer setting forth:

1.      Set forth the manner, way, and specific deficiency by which the Complaint fails to state any claim, as alleged in the First Affirmative Defense of the Verified Answer.

2.      Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff failed to obtain personal jurisdiction over Defendants and failed to properly serve Defendants, as alleged in the Second Affirmative Defense of the Verified Answer.

3.      Set forth the specific limitations, factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the "applicable statutes of limitations and/or administrative filing periods", as alleged in the Third Affirmative Defense of the Verified Answer.

Case 1:23-01007-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:50

4.      Itemize and set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by release, payment and/or waiver, as alleged in the Fourth Affirmative Defense of the Verified Answer.

5.      Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands, as alleged in the Fifth Affirmative Defense of the Verified Answer.

6.      Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the doctrine of estoppel, as alleged in the Fifth Affirmative Defense of the Verified Answer.

7.      Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the doctrine of laches, as alleged in the Fifth Affirmative Defense of the Verified Answer.

8.      Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the doctrine of setoff, as alleged in the Fifth Affirmative Defense of the Verified Answer.

9.      Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part "because Plaintiff knowingly submitted to and acquiesced in the actions alleged", as alleged in the Sixth Affirmative Defense of the Verified Answer.

10.      Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the doctrine of waiver, as alleged in the Seventh Affirmative Defense of the Verified Answer.

2

11.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the doctrine of discharge, as alleged in the Seventh Affirmative Defense of the Verified Answer.

12.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part by the doctrine of abandonment, as alleged in the Seventh Affirmative Defense of the Verified Answer.

13.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's claims are barred in whole or in part "because Defendants have fully discharged their obligations, if any, to Plaintiff, and Defendants performed all material obligations under any applicable contract that may be in question," as alleged in the Eighth Affirmative Defense of the Verified Answer.

14.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff failed to mitigate its damages, as alleged in the Ninth Affirmative Defense of the Verified Answer.

15.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which Defendant(s) did not breach any duty to Plaintiff, as alleged in the Tenth Affirmative Defense of the Verified Answer.

16.     Identify the specific contract and set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff breached said contract, as alleged in the Eleventh Affirmative Defense of the Verified Answer.

17.     Identify the specific term or condition precedent and set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff failed to meet it, as alleged in the Twelfth Affirmative Defense of the Verified Answer.

3

18.     Identify the specific amounts of setoff and to which causes of action Defendant alleges it is entitled, as alleged by Defendant in the Thirteenth Affirmative Defense of the Verified Answer.

19.     Identify the specific party, and set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff "failed to name and serve a necessary party", as alleged in the Fourteenth Affirmative Defense of the Verified Answer.

20.     Identify the specific contract and set forth the factual basis, circumstances, manner, way, and/or fashion, in which each said contract is fraudulent and void, as alleged in the Fifteenth Affirmative Defense of the Verified Answer.

21.     Set forth factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff's recovery in this action "would result in double recovery by Plaintiff for the same injuries", as alleged in the Sixteenth Affirmative Defense of the Verified Answer.

22.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which an accord and satisfaction was reached, as alleged in the Seventeenth Affirmative Defense of the Verified Answer.

23.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which "Plaintiff has suffered no damages and is not entitled to the amounts claimed due in the Complaint, or alternatively, the alleged damages are de minimis, so no damages are due and owing", as alleged in the Eighteenth Affirmative Defense of the Verified Answer.

24.     Set forth the factual basis, circumstances, manner, way, and/or fashion, in which "the alleged damages sustained by Plaintiff were not as the result of any culpable or negligent conduct of the Defendants herein, or in the alternative, the amount of damages otherwise recoverable shall be diminished in the percentage proportion of the culpable conduct of the

4

Plaintiff and/or others which contributed to the culpable conduct that caused damage", as alleged in the Nineteenth Affirmative Defense of the Verified Answer.

      25.    Identify the specific contract and set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff did not fully perform the terms or conditions of each said contract, as alleged in the Twentieth Affirmative Defense of the Verified Answer.

      26.    Identify the specific contract and set forth the factual basis, circumstances, manner, way, and/or fashion, in which Plaintiff did not comply with notice requirements of each said contract, as alleged in the Twenty-First Affirmative Defense of the Verified Answer.

      PLEASE TAKE FURTHER NOTICE, that in the event Defendants fail to comply with the foregoing demand within thirty (30) days, Plaintiff will move to preclude the offering of any evidence as to the matters herein demanded, or other relief permitted by Article 31 of the CPLR.

Dated: Woodbury, New York
      July 6, 2021

                  KAUFMAN DOLOWICH & VOLUCK LLP
                  *Attorneys for Plaintiff*

                  By : _____
                     Erik A. Ortmann, Esq.
                     Elizabeth V. Marchionni, Esq.
                     135 Crossways Park Drive, Suite 201
                     Woodbury, New York 11797
                     (516) 681-1100

To:    (*VIA NYSCEF*)
       Christopher R. Travis, Esq.
       *Attorney for Defendants*
       *Fahrenheit Mechanical LLC and David Rusi*
       80 Maiden Lane, Suite 304
       New York, New York 10038
       Tel: (212) 248-2120

5

# EXHIBIT 7

**From:** Elizabeth Marchionni <emarchionni@kdvlaw.com>
**Sent:** Monday, September 27, 2021 7:55 PM
**To:** 'Joseph DeBlase' <jdeblase@travislawnyc.com>; Christopher Travis <ctravis@travislawnyc.com>
**Cc:** Erik Ortmann <eortmann@kdvlaw.com>
**Subject:** FW: NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share f

Counselors –

I'm following up on this matter. Please advise as no BOP was received; this is our good faith effort to resolve any dispute.
Also, as you know we made a voluntary production of documents on June 1 2021 (see attached). Given the circumstances, Ideal's instructed us to move forward (absent any further discussions regarding resolution). Please contact me directly to discuss.

Thanks,
Liz

**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

Direct:   516-283-8723
Cell:     845-721-3198
Main:     516-681-1100
Email:    emarchionni@kdvlaw.com

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** efile@nycourts.gov <efile@nycourts.gov>
**Sent:** Tuesday, July 6, 2021 4:49 PM
**To:** ctzifas@gmail.com; Andrew Kao <akao@kdvlaw.com>; efile@nycourts.gov; Erik Ortmann

Case 1:23-01067-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

<eortmann@kdvlaw.com>; crt@ctravislaw.com; ctzifas@semetislaw.com; ctravis@travislawnyc.com;
jdeblase@travislawnyc.com; Elizabeth Marchionni <emarchionni@kdvlaw.com>; emarchio@gmail.com
**Subject:** NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF
PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and
creditors similarly situated entitled to share fu...

[EXTERNAL SENDER]



# New York County Supreme Court
## Notification of Filing
## 07/06/2021

On 07/06/2021, the NYSCEF System received the documents listed below from filing user, ELIZABETH
MARCHIONNI . Please keep this notice as a confirmation of this filing.

## Case Information

Index #: **152298/2021**
Caption: **THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors
similarly situated entitled to share funds received by Fahrenheit Mechanical Inc., under Article 3-A of
the New York State Lien Law v. FAHRENHEIT MECHANICAL LLC et al**
eFiling Status: **Partial Participation Recorded**
Assigned Case Judge: **No Judge Assigned**

## Documents Received

| Doc # | Document | Received Date |
|-------|----------|---------------|
| 14 | DEMAND FOR BILL OF PARTICULARS | 07/06/2021 |

## E-mail Service Notifications Sent

| Name | Email Address |
|------|---------------|
| CONSTANTINE TZIFAS | ctzifas@semetislaw.com |
| ERIK ORTMANN | eortmann@kdvlaw.com |

| CHRISTOPHER TRAVIS | ctravis@travislawnyc.com |
|---|---|
| ANDREW KAO | akao@kdvlaw.com |
| ELIZABETH MARCHIONNI | emarchionni@kdvlaw.com |

## E-mail Service Notifications NOT Sent

Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent

| Party | Attorney |
|---|---|
| FAHRENHEIT MECHANICAL INC., Defendant/Respondent | No Representation Recorded |
| JANE DOE, Defendant/Respondent | No Representation Recorded |

## Filing User

**ELIZABETH MARCHIONNI** | emarchionni@kdvlaw.com | 516-681-1100 | 135 Crossways Park Drive, Suite 201, Woodbury, NY 11797

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**

**Phone:** 646-386-5956

**Website:** http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

# EXHIBIT 8

| **From:** | Elizabeth Marchionni |
|---|---|
| **Sent:** | Monday, October 25, 2021 11:44 AM |
| **To:** | 'Joseph DeBlase'; Christopher Travis |
| **Cc:** | Erik Ortmann |
| **Subject:** | RE: NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share f |

| **Importance:** | High |
|---|---|

Counselors –

I did not receive a response to my email below; please advise. As mentioned, this is our good faith effort to move this matter forward in a mutual manner, if possible.

Regards,
Liz

**Elizabeth Marchionni**
*Partner*



KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Direct:  516-283-8723
Cell:    845-721-3198
Main:    516-681-1100
Email:   emarchionni@kdvlaw.com

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** Elizabeth Marchionni <emarchionni@kdvlaw.com>
**Sent:** Monday, September 27, 2021 7:55 PM
**To:** 'Joseph DeBlase' <jdeblase@travislawnyc.com>; Christopher Travis <ctravis@travislawnyc.com>
**Cc:** Erik Ortmann <eortmann@kdvlaw.com>
**Subject:** FW: NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share f

Counselors –

I'm following up on this matter. Please advise as no BOP was received; this is our good faith effort to resolve any dispute.
Also, as you know we made a voluntary production of documents on June 1 2021 (see attached). Given the circumstances, Ideal's instructed us to move forward (absent any further discussions regarding resolution). Please contact me directly to discuss.

Thanks,
Liz

**Elizabeth Marchionni**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury,NY11797

Direct:   516-283-8723
Cell:      845-721-3198
Main:    516-681-1100
Email:    emarchionni@kdvlaw.com

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** efile@nycourts.gov <efile@nycourts.gov>
**Sent:** Tuesday, July 6, 2021 4:49 PM
**To:** ctzifas@gmail.com; Andrew Kao <akao@kdvlaw.com>; efile@nycourts.gov; Erik Ortmann

Case 1-23-01007-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

<eortmann@kdvlaw.com>; crt@ctravislaw.com; ctzifas@semetislaw.com; ctravis@travislawnyc.com; jdeblase@travislawnyc.com; Elizabeth Marchionni <emarchionni@kdvlaw.com>; emarchio@gmail.com
**Subject:** NYSCEF Notification: New York - Other Matters - Contract Non-Commercial - <DEMAND FOR BILL OF PARTICULARS> 152298/2021 (THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share fu...

[EXTERNAL SENDER]



# New York County Supreme Court
## Notification of Filing
## 07/06/2021

On 07/06/2021, the NYSCEF System received the documents listed below from filing user, ELIZABETH MARCHIONNI . Please keep this notice as a confirmation of this filing.

## Case Information

Index #: **152298/2021**
Caption: **THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share funds received by Fahrenheit Mechanical Inc., under Article 3-A of the New York State Lien Law v. FAHRENHEIT MECHANICAL LLC et al**
eFiling Status: **Partial Participation Recorded**
Assigned Case Judge: **No Judge Assigned**

## Documents Received

| Doc # | Document | Received Date |
|-------|----------|---------------|
| 14 | DEMAND FOR BILL OF PARTICULARS | 07/06/2021 |

## E-mail Service Notifications Sent

| Name | Email Address |
|------|---------------|
| CONSTANTINE TZIFAS | ctzifas@semetislaw.com |
| ERIK ORTMANN | eortmann@kdvlaw.com |

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

| CHRISTOPHER TRAVIS | ctravis@travislawnyc.com |
| ANDREW KAO | akao@kdvlaw.com |
| ELIZABETH MARCHIONNI | emarchionni@kdvlaw.com |

## E-mail Service Notifications NOT Sent

Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent

| Party | Attorney |
| --- | --- |
| FAHRENHEIT MECHANICAL INC., Defendant/Respondent | No Representation Recorded |
| JANE DOE, Defendant/Respondent | No Representation Recorded |

## Filing User

**ELIZABETH MARCHIONNI** | emarchionni@kdvlaw.com | 516-681-1100 | 135 Crossways Park Drive, Suite 201, Woodbury, NY 11797

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*



**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**

**Phone:** 646-386-5956

**Website:** http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

4

**EXHIBIT 9**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

THE IDEAL SUPPLY COMPANY, individually and on     Index No.: 152298/2021
behalf of all lienors, claimants, and creditors similarly
situated to share funds received by Fahrenheit Mechanical
LLC a/k/a Fahrenheit Mechanical, under Article 3-A of the
New York State Lien Law,

                                     Plaintiff,                  **PLAINTIFF'S FIRST**
**DEMAND FOR DISCOVERY**
**& INSPECTION TO**
**DEFENDANT RUSI**

          -against-

FAHRENHEIT MECHANICAL LLC, *et. al.*,

                               Defendants.

-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Article 31 of the New York Civil Practice Law

and Rules, Plaintiff Ideal Supply Company ("Ideal Supply" or "Plaintiff) hereby requests that

Defendant David Rusi ("Rusi " or "Defendant") produce and permit defendant to inspect and copy

all documents described below at the office of the undersigned counsel for Plaintiff at 135

Crossways Park Drive, Suite 201, Woodbury, New York, within twenty (20) days hereof.

<u>DEFINITIONS AND INSTRUCTIONS</u>

      1.       "Ideal Supply" or "Plaintiff' shall mean the plaintiff Ideal Supply Company and/or

any of its present or former officers, directors, employees, partners, agents, representatives,

consultants, experts, attorneys, joint venturers, corporate parents, subsidiaries or affiliates.

      2.       " Rusi " or "Defendant" shall mean the defendant David Rusi.

      3.       "Fahrenheit" means Fahrenheit Mechanical Inc. and/or Fahrenheit Mechanical

LLC and/or any of its present or former officers, directors, employees, partners, agents,

representatives, consultants, experts, attorneys, joint venturers, corporate parents, subsidiaries or

affiliates, other than Rusi.

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

4.      "Project(s)" shall mean the private and/or public improvement projects referred to and defined in Plaintiff's Complaint, including those located or known as:

> 230 Vesey Street, New York, New York 100000 ("Vesey Street Project");
>
> 47 Hall Street, Brooklyn, New York 11201 (the "Hall Street Project");
>
> 1 Manhattan West, New York, New York ("Manhattan West Project");
>
> Pier 57 located at 25 11th Avenue, New York, New York ("Pier 57 Project");
>
> 201 Varick Street, New York, New York ("Varick Street Project");
>
> LaGuardia Airport located in Flushing New York ("LaGuardia Project")(collectively the "Projects").

5.      "Complaint" shall refer to Plaintiff's Amended Complaint in the above-captioned action, including any initial and all amended pleadings.

6.      "Answer" shall refer to Rusi's Answer in the above-captioned action, including any initial and all amended pleadings.

7.      "Document" is used herein in the broadest sense of the term and means any writing of any kind, including but not limited to: letters, notes, facsimiles, emails, interoffice and intra-office memoranda, minutes or records of meetings, lists, studies, reports, contracts, statistics, calendar or diary entries, pamphlets, bulletins, telegrams, photographs, video or audio recordings, microfilm, microfiche, films, charts, graphs, drawings, plans, tabulations, invoices, financial and payment records, checks, books, receipts, tax returns, worksheets, electronically stored information on computers, digital, optical or magnetic storage media and back-up devices, tapes or other recordings, voicemails and any other tangible thing by which information is transmitted or stored. Designated documents include all non-identical copies of such documents, including all drafts, alterations, modifications, changes and amendments thereto, copies containing handwritten

2

notes or other marginalia, and all attachments, enclosures or other documents that are attached to, relate to or refer to such designated documents.

8.  "Communications" means any contact, oral, written or otherwise, direct or indirect, between two or more persons, including conversations, meetings, interviews, telephone calls, computer email messages, letters or transmittals of documents, and includes a review by any person of documents under the custody, control or supervision of another person.

9.  "Person" is used herein in the broadest sense of the term and means any individual as well as any entity, including any private company or any government agency.

10.  "Relating to" a given subject matter as used herein means a document or communication that constitutes, embodies, comprises, reflects, identifies, states, refers to, deals with, comments on, responds to, describes, analyzes, contains information concerning, or is in any way pertinent to that subject matter.

11.  "And" as well as "or" shall be construed conjunctively as necessary in order to bring within the scope of the request all responses which might otherwise be construed to be outside its scope.

12.  Words in the singular include the plural, and words in the plural include the singular. "Each" and "any" are both singular and plural. Words in the past tense include the present, and words in the present tense include the past.

13.  Each demand herein is continuing and requires prompt supplementary responses if further responsive documents are subsequently obtained or discovered by Defendant or otherwise come into its possession, custody or control.

14.  If Defendant claims that any responsive document is privileged or for any other reason not discoverable, the response hereto shall state: (1) the type of document *(e.g.,*

3

memorandum, report, chart, etc.); (2) the date of the document; (3) the title of the document; (4) a description of the subject matter of the document; (5) the name(s) and address(es) of the person(s) who prepared the document, the person(s) to whom it was directed or circulated and the person(s) now in possession of the document; and (6) the nature of and factual and legal basis for the privilege claimed or other ground for non-production.

15.    If Defendant asserts that any document request is confusing, Defendant shall explain the source of its confusion, set forth its understanding of the request, and respond in accordance with its understanding.

16.    If any document called for by this document request is not within Defendant's possession, custody or control, it shall so state in writing and state the name and address of any person or entity known by Defendant to possess such document.

17.    Unless otherwise indicated, Defendant is to produce all documents responsive to any request that were created between January 1, 2019, and present.

<u>DOCUMENTS TO BE PRODUCED</u>

1.    Provide documents concerning the trust account(s) maintained by Fahrenheit in connection with the Projects from 2019 to the present.

2.    Provide a copy of Fahrenheit's bank signature card or other documentation correspondence whereby Rusi is an authorized signatory(ies) on any bank account used by Fahrenheit to deposit trust funds received by Fahrenheit on any of the Projects.

3.    Provide copies of statements for any bank accounts used by Fahrenheit in 2019 to the present to deposit any trust funds received on the Projects.

4

4.     Provide copies of all cancelled checks signed by Rusi on any bank account used by Fahrenheit to deposit trust funds received by Fahrenheit on any of the Projects from 2019 to the present.

5.     Provide copies of all compensation and/or payments issued by Fahrenheit to Rusi in whatever form from 2019 to the present.

6.     Provide copies of any K-1 issued to Rusi by Fahrenheit for years 2019 and 2020.

7.     Provide copies of Rusi's 2019 and 2020 income tax returns.

8.     Provide copies of documents Defendant intends to rely upon in support of any of his Affirmative Defenses set forth in his Answer, including without limitation: the Eleventh, Thirteenth and Sixteenth Affirmative Defenses.

PLEASE TAKE FURTHER NOTICE, that in the event Defendants fail to comply with the foregoing demand within thirty (30) days, Plaintiff will move to preclude the offering of any evidence as to the matters herein demanded, or other relief permitted by Article 31 of the CPLR.

Dated: Woodbury, New York
         October 29, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff Ideal Supply Company*

By:  _____
     Erik A. Ortmann, Esq.
     Elizabeth V. Marchionni, Esq.
     135 Crossways Park Drive, Suite 201
     Woodbury, New York 11797
     (516) 681-1100

To:     (*VIA NYSCEF*)
         Christopher R. Travis, Esq.
         *Attorney for Defendants*
         *Fahrenheit Mechanical LLC and David Rusi*
         80 Maiden Lane, Suite 304
         New York, New York 10038
         Tel: (212) 248-2120

5

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share funds received by Fahrenheit Mechanical LLC a/k/a Fahrenheit Mechanical, under Article 3-A of the New York State Lien Law,

                      Plaintiff,

      -against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI, CONTINENTAL CASUALTY COMPANY, "JANE DOE #1" THROUGH "JANE DOE #10", AND FAHRENHEIT MECHANICAL INC.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.: 152298/2021

**STATEMENT OF
MATERIAL FACTS**

Motion Seq. No. 1

       Plaintiff The Ideal Supply Company ("Ideal Supply" or "Plaintiff"), hereby set forth this Statement of Material Facts in support of its motion for summary judgment pursuant to CPLR § 3212:

       1.     Plaintiff Ideal Supply was and is a foreign corporation duly organized and existing under and by virtue of the laws of the State of Delaware and authorized to conduct business in the State of New York.  (Amended Complaint ¶ 1.)

       2.     Defendant Fahrenheit Mechanical LLC was/is a domestic limited liability company duly organized and existing under and by virtue of the laws of the State of New York with a principal office located at 120 Broadway, 36th Floor, New York, New York. (Amended Complaint ¶ 2; Answer ¶ 2.)

       3.     Defendant Fahrenheit Mechanical Inc. was/is a domestic limited liability company duly organized and existing under and by virtue of the laws of the State of New York

with a principal office located at 120 Broadway, 36th Floor, New York, New York. (Amended Complaint ¶ 3.)

4.      Defendant David Rusi is and was at all times hereinafter mentioned, principal, officer, and/or owner of Defendant Fahrenheit Mechanical.  (Amended Complaint ¶ 4; Answer ¶ 4.)

***Ideal Supply's Breach of Contract Claims***

5.      Fahrenheit Mechanical had been a customer of Ideal Supply's for a number of years. (Affidavit of Tracy Bates ("Bates Affidavit") ¶ 5.)

6.      Fahrenheit Mechanical is in the business of performing and providing mechanical labor and material to private and public improvement projects in the New York City area.  (Bates Affidavit ¶ 6.)

7.      Ideal Supply and Fahrenheit Mechanical entered into purchase orders whereby Ideal Supply agreed to supply Fahrenheit Mechanical with certain plumbing materials for the Projects.  (Bates Affidavit ¶ 7.)

8.      The Projects for which Ideal Supply supplied Fahrenheit Mechanical various materials for use and incorporation, and for which it remains outstanding in payment are limited to the following (Bates Affidavit ¶ 8):

    a.  230 Vesey Street, New York, New York 100000 ("Vesey Street Project");

    b.  1 Manhattan West, New York, New York ("Manhattan West Project");

    c.  Pier 57 located at 25 11th Avenue, New York, New York ("Pier 57 Project");

    d.  201 Varick Street, New York, New York ("Varick Street Project"); and

    e.  LaGuardia Airport located in Flushing New York ("LaGuardia Project").

2

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

9.      In furtherance of Fahrenheit Mechanical's agreements to perform work on the above referenced Projects, Fahrenheit Mechanical placed orders for certain plumbing-related materials with Ideal Supply between April 2020 and November 2020 as follows (Bates Affidavit ⁋ 9):

a.   Vesey Street Project – Seven (7) outstanding invoices totaling $3,694.28 (Bates Affidavit ⁋ 9(a); Ex. 1 to the Bates Affidavit);

b.   Manhattan West Project – Seventy One (71) outstanding invoices totaling $144,635.83 (Bates Affidavit ⁋ 9(b); Exhibit 2 to the Bates Affidavit);

c.   Pier 57 Project – Fifty One (51) outstanding invoices totaling $45,981.13 (Bates Affidavit ⁋ 9(c); Exhibit 3 to the Bates Affidavit);

d.   Varick Street Project – One outstanding invoice totaling $18.90 (Bates Affidavit ⁋ 9(d); Exhibit 4 to the Bates Affidavit); and

e.   LaGuardia Project - One outstanding invoice totaling $42.87 (Bates Affidavit ⁋ 9(e); Exhibit 5 to the Bates Affidavit).

10.     By November 9, 2020, all materials ordered by Fahrenheit Mechanical were delivered to Fahrenheit Mechanical, picked up from Ideal Supply's shop facility by Fahrenheit Mechanical, or shipped directly to the appropriate Project, at Fahrenheit Mechanical's direction and request.  (Bates Affidavit ⁋ 10.)

11.     Despite Ideal Supply completing performance on the Projects, Fahrenheit Mechanical failed to remit payment to Ideal Supply. (Bates Affidavit ⁋ 11.)

12.     The total amount that Fahrenheit Mechanical owes Ideal Supply for its unpaid invoices for the Projects is $194,223.73.  (Bates Affidavit ⁋ 12.)

3

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

13.     The amount of interest due on Ideal Supply's unpaid invoices through March 21, 2022 is $34,532.89. (Bates Affidavit ⁋ 13; Ex. 6 to the Bates Affidavit.)

14.     The combined sum currently due Ideal Supply from Fahrenheit Mechanical is $228,756.62, comprised of the amount in the unpaid invoices plus interest.  (Bates Affidavit ⁋ 14.)

***Ideal Supply's Account Stated Claim***

15.     As set forth above, Ideal Supply supplied Fahrenheit Mechanical with certain plumbing supplies and materials for the various Projects. (Bates Affidavit ⁋ 15.)

16.     It is Ideal Supply's standard practice to provide and deliver invoices for all materials purchased and delivered to its customers, including Fahrenheit Mechanical. (Bates Affidavit ⁋ 16.)

17.     Ideal Supply mailed to Fahrenheit Mechanical each invoice for materials purchased and delivered to Fahrenheit Mechanical on the date of the invoice or the next day by putting the same into an envelope, affixing the appropriate postage to the envelope, and depositing the same them into an official depository (post box) under the exclusive care and custody of the United States Postal Service.  (Bates Affidavit ⁋ 17.)

18.     It is also Ideal Supply's standard practice to obtain a signature from the recipient of its materials. (Bates Affidavit ⁋ 18.)

19.     In accordance with these practices, Ideal Supply sent invoices to Fahrenheit Mechanical and obtained signatures from Fahrenheit Mechanical for each delivery of its materials.  (Bates Affidavit ⁋ 19.)

20.     Fahrenheit Mechanical accepted all materials and rejected none.  (Bates Affidavit ⁋ 20.)

4

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:58

21.     Fahrenheit Mechanical also accepted all invoices for these materials without objection or rejection.  (Bates Affidavit ¶ 21.)

22.     Ideal Supply also regularly sent monthly statements (the "Statements") to Fahrenheit Mechanical by regular mail, none of which were returned or rejected for any reason. (Bates Affidavit ¶ 22.)

23.     Since the inception of this lawsuit, partial payment on several invoices reflected in the last Statement were made on behalf of or by Fahrenheit Mechanical, and the total remaining sum due is accurately recited above.  (Bates Affidavit ¶ 23.)

24.     Finally, and importantly, Fahrenheit Mechanical retained all delivered materials and corresponding invoices without return or revocation.  (Bates Affidavit ¶ 24.)

25.     Fahrenheit Mechanical received payment on the various Projects in part for the materials Ideal Supply delivered, but failed and refused to tender payment to Ideal Supply for the materials Ideal Supply provided.  (Bates Affidavit ¶ 25.)

26.     The total amount that Fahrenheit Mechanical owes Ideal Supply for its unpaid invoices for the Projects is $194,223.73. (Bates Affidavit ¶ 26.)

27.     The amount of interest due on Ideal Supply's unpaid invoices through March 21, 2022, is $34,532.89.  (Bates Affidavit ¶ 27; Ex. 6 to the Bates Affidavit.)

28.     The combined sum currently due Ideal Supply from Fahrenheit Mechanical is $228,756.62, comprised of the amount in the unpaid invoices plus interest.  (Bates Affidavit ¶ 27.)

***Ideal Supply's Quantum Meruit Claim***

29.     Ideal Supply supplied Fahrenheit Mechanical with certain plumbing supplies and materials for the various Projects at Fahrenheit Mechanical's request. (Bates Affidavit ¶ 28.)

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

30.     Ideal Supply's plumbing supplies provided to Fahrenheit Mechanical enhanced

the value of the Projects to the benefit of Fahrenheit Mechanical.  (Bates Affidavit ¶ 29.)

31.     The fair and reasonable value of the amount due and owing Ideal Supply from

Fahrenheit Mechanical as reflected in Ideal Supply's unpaid invoices is $194,223.73.  (Bates

Affidavit ¶ 30.)

32.     The amount of interest due on Ideal Supply's unpaid invoices through March 21,

2022, is $34,532.89.  (Bates Affidavit ¶ 31; Ex. 6 to the Bates Affidavit.)

33.     The combined sum currently due Ideal Supply from Fahrenheit Mechanical is

$228,756.62, comprised of the amount in the unpaid invoices plus interest.  (Bates Affidavit ¶

32.)

34.     Fahrenheit Mechanical has been unjustly enriched, as it benefited from Ideal

Supply's services supplying and furnishing various plumbing supplies and materials for which

Fahrenheit Mechanical did not pay due compensation.  (Bates Affidavit ¶ 33.)

Dated: Woodbury, New York
       April 7, 2022

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff Ideal Supply Company*

By: _____
       Elizabeth V. Marchionni
       Adam A. Perlin
       135 Crossways Park Drive, Ste. 201
       Woodbury, NY 11797
       (516) 681-1100

6

Case 1:23-01087-jmm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:58

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE IDEAL SUPPLY COMPANY, individually and on behalf of all lienors, claimants and creditors similarly situated entitled to share funds received by Fahrenheit Mechanical LLC a/k/a Fahrenheit Mechanical, under Article 3-A of the New York State Lien Law,

Index No.: 152298/2021

                       Plaintiff,

Motion Seq. No. 1

      -against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI, CONTINENTAL CASUALTY COMPANY, "JANE DOE #1" THROUGH "JANE DOE #10", AND FAHRENHEIT MECHANICAL INC.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**KAUFMAN DOLOWICH & VOLUCK, LLP**
*Attorneys for Plaintiff Ideal Supply Company*
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100

Case 1:23-01087-jpm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

## TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................................................................................. iii, iv

PRELIMINARY STATEMENT ....................................................................................................1

STATEMENT OF FACTS ..............................................................................................................1

ARGUMENT ...................................................................................................................................2

       POINT I
       IDEAL SUPPLY IS ENTITLED TO SUMMARY
       JUDGMENT ON ITS BREACH OF CONTRACT CLAIMS ...........................................3

       POINT II
       IDEAL SUPPLY IS ENTITLED TO SUMMARY
       JUDGMENT ON ITS ACCOUNT STATED CLAIM.......................................................4

       POINT III
       IDEAL SUPPLY IS ENTITLED TO SUMMARY
       JUDGMENT ON ITS QUANTUM MERUIT CLAIM......................................................5

       POINT IV
       IDEAL SUPPLY REQUESTS A CONDITIONAL ORDER
       COMPELLING DEFENDANT RUSI TO RESPOND TO
       PLAINTIFF'S DEMANDS OR OTHERWISE STRIKING HIS ANSWER ....................6

CONCLUSION.................................................................................................................................7

# **TABLE OF AUTHORITIES**

Cases                                                                                                   Page

Dark v. Yoshii LLC,
2011 WL 11069938, Index No. 1147612009, at *8 (Sup. Ct. N.Y. County 2011) .....................2, 3

Dee v. Rakower,
112 A.D.3d 204 (2d Dep't 2013) ......................................................................................................3

JP Morgan Chase v. J.H. Elec. of New York, Inc.,
69 A.D.3d 802 (2d Dep't 2010) ........................................................................................................3

Merritt Hill Vineyards Inc. v. Windy Heights Vineyard, Inc.,
61 N.Y.2d 106 (1984) .......................................................................................................................2

Palmetto Partners, L.P. v. AJW Qualified Partners, LLC,
83 A.D.3d 804 (2d Dep't 2011) ........................................................................................................3

Paragon Restoration Grp. v. Cambridge Sq. Condominiums,
42 A.D.3d 905 (4th Dep't 2007) .......................................................................................................3

Unisol, Inc. v. Kidron,
180 A.D.3d 570 (1st Dep't 2020) ...............................................................................................2, 4, 5

Walter Boss, Inc. v. Cleary,
2018 WL 6674303, Index No. 013643/2008, at *19 (Sup. Ct. N.Y. County 2018) .......................5

Weiser v. Builders Square, Inc.,
164 Misc.2d 623 (Sup. Ct. Erie County 1995) ................................................................................3


Statutes and Laws

NY Lien Law § 3-A .....................................................................................................................1, 6

Case 1:23-01087-jmm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:59

## PRELIMINARY STATEMENT

This action arises because Defendants Fahrenheit Mechanical Inc. and/or Fahrenheit Mechanical LLC (together, "Fahrenheit Mechanical") decided to take something and not pay for it. Fahrenheit Mechanical accepted plumbing materials provided by Ideal Supply Company ("Ideal Supply" or "Plaintiff") and, for no stated reason, much less any legitimate one, simply refused to pay for those materials. As a result, Ideal Supply commenced this action to collect payment to which it is entitled that Fahrenheit Mechanical improperly denied to it.

Ideal Supply additionally seeks an order compelling Defendant David Rusi to respond to Plaintiff's Demand for Bill of Particulars, Demand for Documents and Inspection, and Interrogatories (collectively, the "Demands"). After receiving no response, Plaintiff provided Defendants with courtesy extensions and attempted in good faith to avoid motion practice. Despite Plaintiff's efforts, in the nearly five months since Plaintiff served its discovery demands, Defendants returned no response and no documents. Rather, Defendants intentionally chose not to provide Plaintiff any information in support of their affirmative defenses, and have likewise denied Plaintiff even basic information concerning Defendants' trust expenditures that Plaintiff needs to pursue its claim for trust diversion under NY Lien Law § 3-A. Accordingly, Plaintiff seeks a conditional order requiring Rusi to respond, or otherwise striking Rusi's Answer.

## STATEMENT OF FACTS

Plaintiff respectfully refers the Court to the Affidavit of Tracy Bates, sworn to on April 1, 2022 (the "Bates Affidavit"), together with the Affirmation of Elizabeth V. Marchionni dated April 1, 2022 (the "Marchionni Affirmation") for a full recitation of facts. A brief summary of facts relevant to the current motion is set forth below for ease of reference.

1

Case 1:23-01087-jpm Doc 16-12 Filed 07/19/24 Entered 07/19/24 16:42:59

Plaintiff and Fahrenheit Mechanical entered into purchase orders (the "Purchase Orders") whereby Plaintiff agreed to supply Fahrenheit Mechanical with certain plumbing materials for various construction projects (the "Projects"). Between April 2020 and November 2020, Fahrenheit Mechanical placed orders with Plaintiff for certain plumbing-related materials. By November 9, 2020, Fahrenheit Mechanical received all materials ordered from Plaintiff. Yet nearly one year and a half later, Fahrenheit Mechanical owes Plaintiff $228,756.62, comprised of 194,223.73 for unpaid materials and $34,532.89 for interest through March 21, 2022, resulting from Fahrenheit's acceptance of the materials, receipt of timely invoices, its failure to ever object to any invoice or materials supplied by Plaintiff, and its unjustified refusal to pay Plaintiff.

## ARGUMENT

Summary judgment provides for the expeditious resolution of cases such as this that may properly be resolved as a matter of law. See Merritt Hill Vineyards Inc. v. Windy Heights Vineyard, Inc., 61 N.Y.2d 106, 111 (1984). Where, as here, no genuine issues of material fact are present, summary judgment should be granted. See e.g. Dark v. Yoshii LLC, 2011 WL 11069938, Index No. 1147612009, at *8 (Sup. Ct. N.Y. County 2011) (granting summary judgment where invoices constituted binding contract because they contained material terms with respect to purchase and sale).

There also is no legitimate argument that Plaintiff's motion is premature because Defendants may wish for the opportunity to take discovery. As detailed in the Marchionni Affirmation, Defendants unreasonably delayed pursuing discovery and, in any event, Plaintiff voluntarily disclosed documents relied upon in this motion and no relevant discovery remains in the sole possession of Plaintiff. Accordingly, Plaintiff's summary judgment motion is properly before the Court for determination. See Unisol, Inc. v. Kidron, 180 A.D.3d 570, 571 (1st Dep't

2

Case 1:23-01087-jmm   Doc 16-12   Filed 07/19/24   Entered 07/19/24 16:42:59

2020) (rejecting argument that summary judgment motion was premature in part because non-movant delayed discovery and failed to demonstrate facts needed were exclusively within movant's knowledge).

## POINT I

### IDEAL SUPPLY IS ENTITLED TO SUMMARY JUDGMENT ON ITS BREACH OF CONTRACT CLAIMS

The admissible record evidence conclusively establishes that Fahrenheit Mechanical breached the Purchase Agreements by accepting materials from Plaintiff and failing to pay for them.

The elements of a cause of action for breach of contract are (1) formation of a contract between the plaintiff and the defendant, (2) performance by plaintiff, (3) defendant's failure to perform, and (4) resulting damage.  See Palmetto Partners, L.P. v. AJW Qualified Partners, LLC, 83 A.D.3d 804 (2d Dep't 2011); JP Morgan Chase v. J.H. Elec. of New York, Inc., 69 A.D.3d 802 (2d Dep't 2010); Dee v. Rakower, 112 A.D.3d 204 (2d Dep't 2013); Paragon Restoration Grp. v. Cambridge Sq. Condominiums, 42 A.D.3d 905 (4th Dep't 2007).

Courts have held that invoices such as those at issue here constitute binding contracts. Dark, 2011 WL 11069938, at *8 (granting summary judgment where invoices constituted binding contract because they contained material terms with respect to purchase and sale); Weiser v. Builders Square, Inc., 164 Misc.2d 623, 624 (Sup. Ct. Erie County 1995) (noting on summary judgment that there existed no dispute that the invoice constituted a valid contract). Here, the invoices set forth the material terms with respect to the purchase and sale of the materials Plaintiff supplied.  It is further undisputed that Fahrenheit Mechanical paid some of the invoices, as evidenced by the exclusion from Plaintiff's current motion of two Projects mentioned in Plaintiff's Amended Complaint because Plaintiff received payment for them from

3

Fahrenheit Mechanical after commencement of this action.  (*See* Bates Affidavit ‖ 8 n.1.)  This conduct further establishes the enforceability of the invoices.

Fahrenheit Mechanical's breach of the contracts is similarly not in doubt.  The invoices establish the materials supplied by Plaintiff and accepted by Fahrenheit Mechanical that remain unpaid.  Fahrenheit Mechanical's unprincipled refusal to pay for materials that it received, accepted, and benefited inflicted damages on Plaintiff in the amount of $194,223.73, plus interest of $34,532.89 through March 21, 2022, for a combined amount due of $228,756.62.  (*See* Bates Affidavit ‖ 4.)

## POINT II

### IDEAL SUPPLY IS ENTITLED TO SUMMARY JUDGMENT ON ITS ACCOUNT STATED CLAIM

Should the Court deny Plaintiff relief on its breach of contract claims, Plaintiff alternatively established its entitlement to an account stated.  To establish an account stated, Plaintiff need only prove that it presented the invoices to Fahrenheit Mechanical, that Fahrenheit Mechanical accepted those invoices, and that Fahrenheit Mechanical agreed to pay the amount stated.  Unisol, Inc., 180 A.D.3d at 571.

The evidence in the record conclusively establishes each of these elements.  First, it is clear that Fahrenheit received the materials at issue in the invoices.  It is Plaintiff's standard practice to obtain a signature from the recipient of its materials, and Fahrenheit signed for the materials here at issue here.  (*See* Bates Affidavit ‖ 18-19; *see also* Exs. 1-5 to the Bates Affidavit.)  Moreover, there is no dispute that Plaintiff sent monthly statements and invoices to Fahrenheit Mechanical, that Fahrenheit Mechanical never raised any objection to any of the amounts in the statements or invoices or the materials received, and, importantly, that Fahrenheit Mechanical retained all delivered materials without any objection or rejection.  (Bates Affidavit

4

Case 1:23-01087-jmm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:59

at ¶¶ 17-24.)

Accordingly, the evidence in the record conclusively establishes Plaintiff's entitlement to relief in its account stated claim against Fahrenheit Mechanical. See Unisol, Inc., 180 A.D. at 571 (affirming lower court decision granting summary judgment on account stated claim where plaintiff established it "supplied labor and materials for the project and invoiced [defendant] for payment on those services and materials . . . and [defendant] paid some of the outstanding invoices.").

### POINT III

### IDEAL SUPPLY IS ENTITLED TO SUMMARY
### JUDGMENT ON ITS QUANTUM MERUIT CLAIM

Proceeding in the alternative, should the Court deny Plaintiff relief on its breach of contract and account stated claims, the incontrovertible evidence establishes Plaintiff's entitlement to recover in quantum meruit.

The elements of a claim in quantum meruit are as follows: the performance of services in good faith, acceptance of the services by the person to whom they are rendered, an expectation of compensation therefor, and the reasonable value of the services. Here, there is no question that Plaintiff supplied the plumbing materials and Fahrenheit Mechanical accepted those materials, as evidenced by the invoices. (*See* Exs. 1-5 to the Bates Affidavit.) As further evidenced by the invoices, Plaintiff performed the work with reasonable expectation of payment. The reasonable value of Plaintiff's services is found in the invoices themselves. Fahrenheit Mechanical enriched itself through acceptance of the materials for its own use and enjoyment. Plaintiff suffered the loss of income for its services and materials. (See Bates Affidavit ¶¶ 29-33.) On this record, Plaintiff is entitled to reimbursement from Fahrenheit Mechanical for its loss. See Walter Boss, Inc. v. Cleary, 2018 WL 6674303, Index No. 013643/2008, at *19 (Sup. Ct. N.Y. County 2018).

5

## POINT IV

### IDEAL SUPPLY REQUESTS A CONDITIONAL ORDER
### COMPELLING DEFENDANT RUSI TO RESPOND TO
### PLAINTIFF'S DEMANDS OR OTHERWISE STRIKING HIS ANSWER

As recounted in detail in the Marchionni Affirmation, as part of discussions between Plaintiff's counsel and counsel to Fahrenheit Mechanical and Rusi, Plaintiff's counsel extended Defendants' time to answer through June 4, 2021 and voluntarily provided to Defendants' counsel copies of all outstanding invoices and copies of the material delivery/ship tickets. (Marchionni Affirmation ¶¶ 8-11.)  At this time, Plaintiff's counsel provided a copy of Ideal Supply's Demand for a Trust Accounting that it previously served on Fahrenheit Mechanical. (Id. ¶¶ 9, 10.)  While Defendants' counsel confirmed receipt of these documents, and filed their Answer on June 4, 2021, Defendants opted not to provide any Verified Statement or Trust Accounting.

Defendants' decision to completely ignore Plaintiff's demand for a Verified Statement or Trust Accounting amounted to the first of a series by Defendants to obstruct Plaintiff's ability to adequately pursue its case.  Plaintiff ultimately filed a Demand for a Bill of Particulars as to Defendants' Affirmative Defenses, a Demand for Documents and Inspection, and Interrogatories.  Plaintiff received no response to any of these demands.  Indeed, Plaintiff's numerous good faith attempts to resolve these issues without motion practice were consistently met with Defendants' silence.  (See Marchionni Affirmation ¶¶ 15-20.)

This Court should not sanction Defendants' intentional and flagrant refusal to provide information concerning their Affirmative Defenses, or Defendants' obstruction of Plaintiff's ability to pursue its claim for trust diversion under NY Lien Law § 3-A.  Accordingly, the Court

6

Case 1:23-01087-jmm    Doc 16-12    Filed 07/19/24    Entered 07/19/24 16:42:59

should grant a conditional order setting forth a deadline by which Defendants must comply or else strike their Answer.

## **CONCLUSION**

In light of the foregoing, Plaintiff respectfully requests that the Court grant summary judgment in favor of Plaintiff and against Defendant Fahrenheit Mechanical Inc. and/or Fahrenheit Mechanical LLC in the sum of $194,223.73, plus interest of $34,532.89 through March 21, 2022, for a combined amount due of $228,756.62, as well as a conditional order, compelling Defendant Defendants to respond to Plaintiff's Demand for Bill of Particulars, Demand for Discovery and Inspection, and First Set of Interrogatories, within a time set by the Court, or otherwise striking their Answer.

Dated: Woodbury, New York
April 7, 2022

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff Ideal Supply Company*

By: _____
Elizabeth V. Marchionni
Adam A. Perlin
135 Crossways Park Drive, Ste. 201
Woodbury, NY 11797
(516) 681-1100

7