# EXHIBIT 10

FILED: NEW YORK COUNTY CLERK 04/25/2022 02:03 PM                INDEX NO. 152298/2021
NYSCEF DOC. NO. 42                                                              RECEIVED NYSCEF: 04/25/2022

Case 1:23-01087-jmm    Doc 16-13    Filed 07/19/24    Entered 07/19/24 16:42:59

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | |
|---|---|---|
| PRESENT: | HON. LYLE E. FRANK | PART 11M |
| | *Justice* | |

-----------------------------------------------------------------------------X

| | |
|---|---|
| THE IDEAL SUPPLY COMPANY, INDIVIDUALLY AND ON BEHALF OF ALL LIENORS, CLAIMANTS AND CREDITORS SIMILARLY SITUATED ENTITLED TO SHARE FUNDS RECEIVED BY FAHRENHEIT MECHANICAL INC.,UNDER ARTICLE 3-A OF THE NEW YORK STATE LIEN LAW, | INDEX NO. 152298/2021 <br> MOTION DATE 04/12/2022 <br> MOTION SEQ. NO. 001 |
| Plaintiff, | |
| - v - | **DECISION + ORDER ON MOTION** |
| FAHRENHEIT MECHANICAL LLC,DAVID RUSI, CONTINENTAL CASUALTY COMPANY, FAHRENHEIT MECHANICAL INC.,JANE DOE | |
| Defendant. | |

-----------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41
were read on this motion to/for                    SUMMARY JUDGMENT(AFTER JOINDER           .

Upon the foregoing documents, plaintiff has established its *prima facie* entitlement to judgment as a matter of law. This action arises out of an alleged breach of contract. In support of its motion, plaintiff has submitted the affidavit of Tracey Bates, the President of plaintiff and the subject invoices. Accordingly, it is hereby

ORDERED that plaintiff's motion for summary judgment is granted without opposition; and it is further

ORDERED that the clerk of the court is directed to enter judgment in favor of plaintiff as against defendants, Fahrenheit Mechanical Inc. and Fahrenheit Mechanical LLC, on the First, Second, Fifth, Sixth, and Seventh Causes of Action for breach of contract in the amount of $194,223.73 plus statutory interest calculated through March 21, 2022 pursuant to GBL § 567-b

FILED: NEW YORK COUNTY CLERK 04/25/2022 02:03 PM                                 INDEX NO. 152298/2021
NYSCEF DOC. NO. 42                                                        RECEIVED NYSCEF: 04/25/2022

Case 1-23-01087-jmm    Doc 16-13    Filed 07/19/24    Entered 07/19/24 16:42:59

thereon in the amount of $34,532.89, for a combined sum of $228,756.62, together with an award of costs and disbursements as calculated by the clerk of the court; and it is further

ORDERED that plaintiff's motion is granted and the answer of defendant, David Rusi, is stricken unless, within 30 days from service of a copy of this order with notice of entry, defendant David Rusi responds to Plaintiff's Demand for Bill of Particulars, Demand for Discovery and Inspection, and First Set of Interrogatories,; and it is further

ORDERED that, counsel shall appear for a preliminary conference via Microsoft Teams, link to be provided by the Court, on June 14, 2022 at 11:30am.

20220425114207LFRANK67B78758EFF649B9A97E08B486C8D699

| 4/25/2022 | | |
|---|---|---|
| **DATE** | | **LYLE E. FRANK, J.S.C.** |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |