# **EXHIBIT 12**

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. LYLE E. FRANK | PART | 11M |
|---|---|---|---|
| | *Justice* | | |

-----------------------------------------------------------------------------X

THE IDEAL SUPPLY COMPANY, INDIVIDUALLY AND ON BEHALF OF ALL LIENORS, CLAIMANTS AND CREDITORS SIMILARLY SITUATED ENTITLED TO SHARE FUNDS RECEIVED BY FAHRENHEIT MECHANICAL INC.,UNDER ARTICLE 3-A OF THE NEW YORK STATE LIEN LAW,

| INDEX NO. | 152298/2021 |
|---|---|
| MOTION DATE | 06/10/2022 |
| MOTION SEQ. NO. | 002 |

Plaintiff,

- v -

FAHRENHEIT MECHANICAL LLC,DAVID RUSI, CONTINENTAL CASUALTY COMPANY, FAHRENHEIT MECHANICAL INC.,JANE DOE

**DECISION + ORDER ON MOTION**

Defendant.

-----------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 002) 50, 51, 52, 53, 54, 55, 56, 57

were read on this motion to/for                JUDGMENT - DEFAULT                .

Upon the motion of Plaintiff The Ideal Supply Company ("Plaintiff"), by its attorneys Kaufman Dolowich & Voluck LLP, filed on June 10, 2022 (the "Motion") for an Order pursuant to CPLR § 3215 for a default judgment against defendant David Rusi ("Defendant") for failure to comply with the Court's Conditional Order dated April 25, 2022 (the "April 2022 Conditional Order"), in the amount of $228,758.62, plus costs and interest from April 1, 2022; and upon the Affirmation of Elizabeth V. Marchionni, Esq. sworn to on June 10, 2022, and all the exhibits annexed thereto in support of the Motion, and upon all the pleadings and proceedings heretofore had in this action; and no written opposition to the Motion having been submitted by Defendant; and proper notice having been provided; sufficient cause having been shown therefor; NOW, ON MOTION OF, attorneys of record for Plaintiff it is hereby

ORDERED that the Defendant is in default of the April 2022 Conditional Order; and it is further

ORDERED that Plaintiff's Motion be and the same hereby is granted as follows; and it is further;

ADJUDGED and ORDERED that the Clerk enter Judgment in favor of Plaintiff The Ideal Supply Company, having an office and principal place of business at 445 Communipaw Avenue, Jersey City, NJ 07304, against Defendant David Rusi, having a last known address of 177 Benedict Road, Staten Island, NY, in the sum of $228,758.62, with interest from April 1, 2022, together with costs and disbursements of this Action.

20220621123703LFRANK1738E50EBE6D4737A912C48723B388CA

| 6/21/2022 | |
|---|---|
| DATE | LYLE E. FRANK, J.S.C. |

| CHECK ONE: | X | CASE DISPOSED | | | | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | X | GRANTED | | DENIED | | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | | FIDUCIARY APPOINTMENT | | REFERENCE |

152298/2021 Motion No. 002
Page 2 of 2