# EXHIBIT 13

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------x
THE IDEAL SUPPLY COMPANY, individually and on          Index No.: 152298/2021
behalf of all lienors, claimants and creditors similarly
situated entitled to share funds received by Fahrenheit
Mechanical LLC a/k/a Fahrenheit Mechanical, under
Article 3-A of the New York State Lien Law,            **JUDGMENT**

     Plaintiff,

 -against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY, "JANE DOE
#1" THROUGH "JANE DOE #10", AND FAHRENHEIT
MECHANICAL INC.,

     Defendants.
------------------------------------------x

  WHEREAS, Plaintiff, The Ideal Supply Company, filed this action against, *inter alia*, Defendant David Rusi ("Defendant") on March 5, 2021, as amended on March 19, 2021;

  WHEREAS, by order dated June 21, 2022 (the "June 2022 Order"), the Court (Frank, J.) granted Plaintiff's motion for default judgment against Defendant in the amount of $228,756.62, together with an award of costs and disbursements ~~(a copy of the June 2022 Order is annexed hereto as Exhibit "A")~~;

  NOW, upon motion of Kaufman Dolowich & Voluck LLP, attorneys for Plaintiff The Ideal Supply Company, it is

  ADJUDGED that Plaintiff The Ideal Supply Company, having an office and principal place of business at 445 Communipaw Avenue, Jersey City, NJ 07304, **has judgment and** recovers from Defendant David Rusi, having a last known address of 177 Benedict Road, Staten Island, New York, ~~on Plaintiff's Second, Fifth, Sixth, and Seventh Causes of Action~~, the sum of $228,756.62, plus costs and disbursements as calculated by the Clerk of Court of ~~$605.00~~ **$295.00**, and statutory interest ~~at~~

~~X~~ 1 of $5,020.15, ~~the rate of 9% per annum~~ from the date of ~~the~~ April 25, 2022 ~~Order to the date of entry of~~ $234,073.77 ~~judgment~~, for the combined amount of ~~$229,361.62~~, and that Plaintiff have execution therefor.

~~Judgment signed this _____ day of June 2022.~~   29 th   Jun.   2022

~~ENTER:~~   *Milton Adair Tingling*
Clerk

FILED
Jun 29 2022
NEW YORK
COUNTY CLERK'S OFFICE

```
                JUNE 29 2022
    I HEREBY CERTIFY THAT I HAVE
  ADJUSTED THIS BILL OF COSTS AT
              $295.00

          [signature]
                              CLERK
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------x
THE IDEAL SUPPLY COMPANY, individually and on           Index No.: 152298/2021
behalf of all lienors, claimants and creditors similarly
situated entitled to share funds received by Fahrenheit
Mechanical LLC a/k/a Fahrenheit Mechanical, under
Article 3-A of the New York State Lien Law,             **BILL OF COSTS**

                        Plaintiff,

            -against-

FAHRENHEIT MECHANICAL LLC, DAVID RUSI,
CONTINENTAL CASUALTY COMPANY, "JANE DOE
#1" THROUGH "JANE DOE #10", AND FAHRENHEIT
MECHANICAL INC.,

                        Defendants.
------------------------------------------------x

## COSTS OF PLAINTIFF

| | |
|---|---|
| Costs for proceedings before note of issue filed | $200.00 |

## TAXABLE DISBURSEMENTS

| | |
|---|---|
| Obtaining Index Number | ~~$210.00~~ |
| Service | ~~$55.00~~ **50.00** |
| Request for Judicial Intervention | ~~$95.00~~ |
| Motion Fee | $45.00 |
| Disbursements: | ~~$405.00~~ 95.00 |
| Total Costs and Disbursements: | ~~$605.00~~ |
| | **$295.00** |

**FILED Jun 29 2022 NEW YORK COUNTY CLERK'S OFFICE**

STATE OF NEW YORK
                                SS:
COUNTY OF NEW YORK                    ATTORNEY'S AFFIRMATION

    The undersigned attorney at law of the State of New York, Adam A. Perlin, of counsel for Kaufman Dolowich & Voluck, LLP, attorneys of record for the plaintiff herein, states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount. The Undersigned affirms this statement to be true under the penalties of perjury.

Dated: June 21, 2022

_____
Adam A. Perlin, Esq.

**JUDGMENT**

1-1 FILED AND DOCKETED Jun 29 2022 AT 11:03 AM N.Y. CO. CLK'S OFFICE

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive Suite 201,
Woodbury, NY 11797

516-681-1100