# EXHIBIT 15

<u>DEMAND PURSUANT TO SECTION 76 OF THE LIEN LAW</u>
(Demand for Verified Statement)

<u>Sent By Certified Mail – R.R.R. and Regular Mail</u>

To:  Fahrenheit Mechanical LLC
5718 2nd Avenue
Brooklyn, NY 11220

Fahrenheit Mechanical LLC
120 Broadway, 36th Floor
New York, NY 10271

Cc:  David Rusi
177 Benedict Road
Staten Island, NY 10304

**PLEASE TAKE NOTICE** that the undersigned, The Ideal Supply Company, by its attorneys, Kaufman Dolowich LLP, having been entitled for more than thirty (30) days last past to a payment as hereinafter set forth, on account of the improvement hereinafter mentioned, hereby demands that you deliver to it a verified statement setting forth the entries with respect to the books and records maintained for the Lien Law Trust established by law for such improvement herein within ten days after the service upon you of this demand pursuant to provisions of N.Y. Lien Law § 76 and the names and addresses of the person or persons who on behalf of, or as Officer, Director or Agent of the Trustee made or consented to the making of any payment shown in such statement, and in connection with this demand the undersigned states:

1. The name and address of the undersigned beneficiary is The Ideal Supply Company, c/o Kaufman Dolowich LLP, 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797.

2. The public improvements on account of which the undersigned claims the right to payment is the construction project known as 230 Vesey Street, New York, New York (the "Project").

3. The amount due and unpaid to the undersigned on account of the said improvements is <u>$3,694.28</u>, which has been due since on or about July 9, 2020 for certain labor and materials for the performance of certain construction work, among other things, at the Project.

4. The monies due The Ideal Supply Company for the aforementioned work, labor and materials at the aforementioned site are due in accordance with the purchase orders between The Ideal Supply Company and Fahrenheit Mechanical LLC.

      PLEASE TAKE FURTHER NOTICE that should you fail or otherwise refuse to timely comply with this Demand, The Ideal Supply Company may apply to the court for an order directing that you comply with the request.

Dated: Woodbury, New York
       December 11, 2023

                         KAUFMAN DOLOWICH LLP
                         *Attorneys for The Ideal Supply Company*

                         By: _____
                             Erik A. Ortmann, Esq.
                             Adam A. Perlin, Esq.
                             135 Crossways Park Drive, Suite 201
                             Woodbury, New York 11797
                             (516) 681-1100

<u>DEMAND PURSUANT TO SECTION 76 OF THE LIEN LAW</u>
(Demand for Verified Statement)

<u>*Sent By Certified Mail – R.R.R. and Regular Mail*</u>

To: Fahrenheit Mechanical LLC
5718 2nd Avenue
Brooklyn, NY 11220

Fahrenheit Mechanical LLC
120 Broadway, 36th Floor
New York, NY 10271

Cc: David Rusi
177 Benedict Road
Staten Island, NY 10304

**PLEASE TAKE NOTICE** that the undersigned, The Ideal Supply Company, by its attorneys, Kaufman Dolowich LLP, having been entitled for more than thirty (30) days last past to a payment as hereinafter set forth, on account of the improvement hereinafter mentioned, hereby demands that you deliver to it a verified statement setting forth the entries with respect to the books and records maintained for the Lien Law Trust established by law for such improvement herein within ten days after the service upon you of this demand pursuant to provisions of N.Y. Lien Law § 76 and the names and addresses of the person or persons who on behalf of, or as Officer, Director or Agent of the Trustee made or consented to the making of any payment shown in such statement, and in connection with this demand the undersigned states:

1. The name and address of the undersigned beneficiary is The Ideal Supply Company, c/o Kaufman Dolowich LLP, 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797.

2. The public improvements on account of which the undersigned claims the right to payment is the construction project known as 1 Manhattan West, New York, New York (the "Project").

3. The amount due and unpaid to the undersigned on account of the said improvements is <u>$144,653.83</u>, which has been due since on or about November 9, 2020 for certain labor and materials for the performance of certain construction work, among other things, at the Project.

4. The monies due The Ideal Supply Company for the aforementioned work, labor and materials at the aforementioned site are due in accordance with the purchase orders between The Ideal Supply Company and Fahrenheit Mechanical LLC.

PLEASE TAKE FURTHER NOTICE that should you fail or otherwise refuse to timely comply with this Demand, The Ideal Supply Company may apply to the court for an order directing that you comply with the request.

Dated: Woodbury, New York
December 11, 2023

                KAUFMAN DOLOWICH LLP
                *Attorneys for The Ideal Supply Company*

By: _____
                Erik A. Ortmann, Esq.
                Adam A. Perlin, Esq.
                135 Crossways Park Drive, Suite 201
                Woodbury, New York 11797
                (516) 681-1100

<u>DEMAND PURSUANT TO SECTION 76 OF THE LIEN LAW</u>
(Demand for Verified Statement)

<u>*Sent By Certified Mail – R.R.R. and Regular Mail*</u>

To:   Fahrenheit Mechanical LLC
      5718 2nd Avenue
      Brooklyn, NY 11220

      Fahrenheit Mechanical LLC
      120 Broadway, 36th Floor
      New York, NY 10271

Cc:   David Rusi
      177 Benedict Road
      Staten Island, NY 10304

**PLEASE TAKE NOTICE** that the undersigned, The Ideal Supply Company, by its attorneys, Kaufman Dolowich LLP, having been entitled for more than thirty (30) days last past to a payment as hereinafter set forth, on account of the improvement hereinafter mentioned, hereby demands that you deliver to it a verified statement setting forth the entries with respect to the books and records maintained for the Lien Law Trust established by law for such improvement herein within ten days after the service upon you of this demand pursuant to provisions of N.Y. Lien Law § 76 and the names and addresses of the person or persons who on behalf of, or as Officer, Director or Agent of the Trustee made or consented to the making of any payment shown in such statement, and in connection with this demand the undersigned states:

1. The name and address of the undersigned beneficiary is The Ideal Supply Company, c/o Kaufman Dolowich LLP, 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797.

2. The public improvements on account of which the undersigned claims the right to payment is the construction project known as Pier 57 located at 25 11th Avenue, New York, New York (the "Project").

3. The amount due and unpaid to the undersigned on account of the said improvements is <u>$45,831.85</u>, which has been due since on or about August 31, 2020 for certain labor and materials for the performance of certain construction work, among other things, at the Project.

4. The monies due The Ideal Supply Company for the aforementioned work, labor and materials at the aforementioned site are due in accordance with the purchase orders between The Ideal Supply Company and Fahrenheit Mechanical LLC.

PLEASE TAKE FURTHER NOTICE that should you fail or otherwise refuse to timely comply with this Demand, The Ideal Supply Company may apply to the court for an order directing that you comply with the request.

Dated: Woodbury, New York
December 11, 2023

          KAUFMAN DOLOWICH LLP
          *Attorneys for The Ideal Supply Company*

By: _____
          Erik A. Ortmann, Esq.
          Adam A. Perlin, Esq.
          135 Crossways Park Drive, Suite 201
          Woodbury, New York 11797
          (516) 681-1100

<u>DEMAND PURSUANT TO SECTION 76 OF THE LIEN LAW</u>
(Demand for Verified Statement)

<u>Sent By Certified Mail – R.R.R. and Regular Mail</u>

To: Fahrenheit Mechanical LLC
5718 2nd Avenue
Brooklyn, NY 11220

Fahrenheit Mechanical LLC
120 Broadway, 36th Floor
New York, NY 10271

Cc: David Rusi
177 Benedict Road
Staten Island, NY 10304

**PLEASE TAKE NOTICE** that the undersigned, The Ideal Supply Company, by its attorneys, Kaufman Dolowich LLP, having been entitled for more than thirty (30) days last past to a payment as hereinafter set forth, on account of the improvement hereinafter mentioned, hereby demands that you deliver to it a verified statement setting forth the entries with respect to the books and records maintained for the Lien Law Trust established by law for such improvement herein within ten days after the service upon you of this demand pursuant to provisions of N.Y. Lien Law § 76 and the names and addresses of the person or persons who on behalf of, or as Officer, Director or Agent of the Trustee made or consented to the making of any payment shown in such statement, and in connection with this demand the undersigned states:

1. The name and address of the undersigned beneficiary is The Ideal Supply Company, c/o Kaufman Dolowich LLP, 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797.

2. The public improvements on account of which the undersigned claims the right to payment is the construction project known as 201 Varick Street, New York, New York (the "Project").

3. The amount due and unpaid to the undersigned on account of the said improvements is <u>$18.90</u>, which has been due since on or about June 16, 2020 for certain labor and materials for the performance of certain construction work, among other things, at the Project.

4. The monies due The Ideal Supply Company for the aforementioned work, labor and materials at the aforementioned site are due in accordance with the purchase orders between The Ideal Supply Company and Fahrenheit Mechanical LLC.

   PLEASE TAKE FURTHER NOTICE that should you fail or otherwise refuse to timely comply with this Demand, The Ideal Supply Company may apply to the court for an order directing that you comply with the request.

Dated: Woodbury, New York
   December 11, 2023

           KAUFMAN DOLOWICH LLP
           *Attorneys for The Ideal Supply Company*

           By: _____
            Erik A. Ortmann, Esq.
            Adam A. Perlin, Esq.
            135 Crossways Park Drive, Suite 201
            Woodbury, New York 11797
            (516) 681-1100

<u>DEMAND PURSUANT TO SECTION 76 OF THE LIEN LAW</u>
(Demand for Verified Statement)

*Sent By Certified Mail – R.R.R. and Regular Mail*

To: Fahrenheit Mechanical LLC
5718 2nd Avenue
Brooklyn, NY 11220

Fahrenheit Mechanical LLC
120 Broadway, 36th Floor
New York, NY 10271

Cc: David Rusi
177 Benedict Road
Staten Island, NY 10304

**PLEASE TAKE NOTICE** that the undersigned, The Ideal Supply Company, by its attorneys, Kaufman Dolowich LLP, having been entitled for more than thirty (30) days last past to a payment as hereinafter set forth, on account of the improvement hereinafter mentioned, hereby demands that you deliver to it a verified statement setting forth the entries with respect to the books and records maintained for the Lien Law Trust established by law for such improvement herein within ten days after the service upon you of this demand pursuant to provisions of N.Y. Lien Law § 76 and the names and addresses of the person or persons who on behalf of, or as Officer, Director or Agent of the Trustee made or consented to the making of any payment shown in such statement, and in connection with this demand the undersigned states:

1. The name and address of the undersigned beneficiary is The Ideal Supply Company, c/o Kaufman Dolowich LLP, 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797.
2. The public improvements on account of which the undersigned claims the right to payment is the construction project known as LaGuardia Airport, located in Flushing, New York (the "Project").
3. The amount due and unpaid to the undersigned on account of the said improvements is <u>$42.87</u>, which has been due since on or about April 22, 2020 for certain labor and materials for the performance of certain construction work, among other things, at the Project.
4. The monies due The Ideal Supply Company for the aforementioned work, labor and materials at the aforementioned site are due in accordance with the purchase orders between The Ideal Supply Company and Fahrenheit Mechanical LLC.

PLEASE TAKE FURTHER NOTICE that should you fail or otherwise refuse to timely comply with this Demand, The Ideal Supply Company may apply to the court for an order directing that you comply with the request.

Dated: Woodbury, New York
December 11, 2023

                          KAUFMAN DOLOWICH LLP
                          *Attorneys for The Ideal Supply Company*

By: _____
                          Erik A. Ortmann, Esq.
                          Adam A. Perlin, Esq.
                          135 Crossways Park Drive, Suite 201
                          Woodbury, New York 11797
                          (516) 681-1100