# EXHIBIT 17

**From:** John Macron <johnjmacron@gmail.com>
**Sent:** Tuesday, January 30, 2024 9:31 AM
**To:** Adam Perlin
**Cc:** Mark Macron
**Subject:** Ideal v Rusi
**Attachments:** Doc Production with Bate Stamp.pdf

[EXTERNAL SENDER]

Greetings,

These are documents (487 pages, Bates Stamped) regarding this matter we have assembled. I believe you may have received some of these already.

Also, I am trying to locate any additional information from Fahrenheit for the response to Demand for the Verified Statement.

Thanks,

John J. Macron
Attorney & Counselor at Law
491 Bard Avenue
Staten Island, NY 10310
718-889-3583

Legal Disclosure: The information in this email may contain confidential, proprietary or legally privileged information. It is intended solely for the addressee. Access to this email by anyone other than the addressee is unauthorized. If you are not the intended recipient, please immediately delete this email and all copies of it from your system, destroy any hard copies of it and notify the sender. Any disclosure, printing, copying, or distribution of this message is prohibited if you are not the intended recipient.