# EXHIBIT 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE IDEAL SUPPLY COMPANY,                           Chapter 7

                                  Plaintiff,                      Adv. Pro. No. 1-23-01087-jmm

- against -

                                                      **NOTICE OF DEPOSITION**

DAVID RUSI,

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of CiviL (applicable to this proceeding pursuant to Federal Rules of Bankruptcy Procedure 9014 and 7030), Plaintiff The Ideal Supply Company, by its attorneys, Kaufman Dolowich LLP, will take the deposition upon oral examination of **Defendant David Rusi, on May 6, 2024, beginning at 10:00 a.m., at 135 Crossways Park Drive, Suite 201, Woodbury, NY 11797,** or at such other location(s) or through such other method(s) as counsel for the parties may agree. The deposition, which will be taken before a notary public or other person authorized to administer oaths, may continue thereafter as required until concluded.

PLEASE TAKE FURTHER NOTICE that said person to be examined is required to produce at such examination all books, records, documents, and papers relating to the topics enumerated herein and relevant to said action.

Dated: Woodbury, New York
        April 23, 2024

                                                  KAUFMAN DOLOWICH & VOLUCK, LLP
                                                  *Attorneys for Plaintiff The Ideal Supply Company*

                                     By: _____
                                           Adam A. Perlin, Esq.
                                           135 Crossways Park Drive, Suite 201
                                           Woodbury, New York 11797
                                           (516) 681-1100

To:   John Macron, Esq.
      491 Bard Avenue
      Staten Island, NY 10310
      *Attorneys for Defendant David Rusi*