# EXHIBIT 21

Page 1

1    UNITED STATES BANKRUPTCY COURT

     EASTERN DISTRICT OF NEW YORK

2    ------------------------------------------X

3    THE IDEAL SUPPLY COMPANY,

4                          Plaintiff,

5

6            -against-

7

8    DAVID RUSI,

9                          Defendant.

10   Adv. Pro. No.:  1-23-01087-jmm

11   ------------------------------------------X

12                          135 Crossways Park Drive

                            Woodbury, New York

13

14                          May 14th, 2024

                            9:53 a.m.

15

16           DEPOSITION of DAVID RUSI, a Defendant

17   herein, taken by the Plaintiff, held at the above-

18   mentioned time and place, before Brittany E. Bosak, a

19   Notary Public of the State of New York.

20

21

22

23

24

25   Job # 6686450

Page 2

1 A P P E A R A N C E S
2 FOR THE PLAINTIFF:
          KAUFMAN, DOLOWICH & VOLUCK, LLP
3      135 Crossways Park Drive, Suite 201
       Woodbury, New York 11797
4      BY:  ADAM PERLIN, ESQ.
5
6 FOR THE DEFENDANT:
          JOHN MACRON, ESQ
7      491 Bard Avenue
       Staten Island, New York 10310
8      BY:  JOHN MACRON, ESQ.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2    *Exhibits were retained by Counsel.*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1 I N D E X
2  WITNESS        EXAMINATION BY        PAGE
3  David Rusi      Adam Perlin        5
4
5  INFORMATION/DOCUMENTS/SPECIAL REQUESTED PAGE
6  Operating Agreement              21
7
8  PLAINTIFF'S EXHIBITS
9  EXHIBIT        DESCRIPTION        PAGE
10  Exhibit No. 1  Fahrenheit Judgment    27
11  Exhibit No. 2  Rusi Judgment      27
12  Exhibit No. 3  Summons and Complaint   29
13  Exhibit No. 4  Manhattan West Summary
14            Sheet and Invoices    38
15  Exhibit No. 5  Pier 57 Summary Sheet
16            and Invoices      43
17  Exhibit No. 6  Varick Street Summary
18            Sheet and Invoices    44
19  Exhibit No. 7  LaGuardia Summary Sheet
20            and Invoices      46
21  Exhibit No. 8  Vesey Street Summary
22            Sheet and Invoices    49
23  Exhibit No. 9  Section 71 of NY Lien
24            Law          51
25  Exhibit No. 10  Section 76 Demands    59

Page 5

1    D A V I D   R U S I, after having first been duly
2    sworn by a Notary Public of the State of New York,
3    was examined and testified as follows:
4   BY THE COURT REPORTER:
5      Q    Please state your name for the record.
6      A    David Rusi.
7      Q    Please state your current address for the
8  record.
9  A    177 Benedict Road, Staten Island, New York
10  10304.
11   EXAMINATION BY
12  MR. PERLIN:
13      Q    Good morning, Mr. Rusi.
14      A    Good morning.
15      Q    My name is Adam Perlin.  I'm an attorney
16  at Kaufman Dolowich, and I represent the Ideal
17  Supply Company in the adversary proceeding against
18  you.  Going forward I'm going to refer to Ideal
19  Supply as Ideal or Ideal Supply.
20 Is that okay?
21      A    Yes.
22      Q    And I'm going to be asking you questions
23  today about several construction projects on which
24  Fahrenheit Mechanical performed work.  When I refer
25  to Fahrenheit Mechanical I'm talking about

D. RUSI

1 Fahrenheit Mechanical, LLC.
2          Is that understood?
3      A   Yes.
4      Q   Okay.  And there's also a Fahrenheit
5 Mechanical, Inc.; is that correct?
6      A   I don't know that company.
7      Q   Oh, okay.  It's not your company?
8      A   No, no, no.
9 (A discussion was held off the record.)
10     Q   Okay.  So Fahrenheit Mechanical, LLC is
11 the company we'll be talking about today.
12         There's a court reporter, and we just
13 violated the first rule, which is we're going to try
14 not to talk over each other.
15 Please answer all my questions verbally.
16 No nods, no uh-huh.
17         Is that understood?
18     A   Yes.
19     Q   If you don't understand a question, please
20 let me know, and I will rephrase it.  If you don't
21 ask me to rephrase something, I'll assume you
22 understood the question.
23         Is that okay?
24     A   Yes.
25     Q   We can take a break whenever you want,

1  just not while a question is pending, so if you need
2  to stop, answer the question, and we'll -- we'll
3  take a break.
4          Do you understand that you're under oath
5  today?
6      A   Yes.
7      Q   Okay.  Is there any reason that you cannot
8  give complete and accurate answers to the questions
9  I ask you today?
10     A   No.
11     Q   You are not under any medication that
12 could affect your ability to answer truthfully?
13     A   No.
14     Q   Did you graduate high school?
15     A   Yes.
16     Q   When?
17     A   2003.
18     Q   And where did you go to high school?
19     A   Monsignor Farrell High School.
20     Q   Where is that located?
21     A   Staten Island, New York.
22     Q   And did you attend college?
23     A   Yes.
24     Q   Which college?
25     A   Seton Hall University.

1      Q   Did you graduate?
2      A   No.
3      Q   Have you -- how many years of college did
4  you attend?
5      A   One.
6      Q   After leaving college did you obtain any
7  professional licenses or certifications?
8  A   I went to New York Film Academy and
9      obtained, I believe, a degree for acting.
10     Q   No licenses related to construction --
11     A   No.
12     Q   -- or anything like that?
13         If you could, just describe your job
14 history since you left college.
15     A   I --
16     Q   Actually, withdrawn.  Let me make it a
17 little easier.
18         Please describe your job history in the
19 construction industry since you left college.
20     A   After college I went to California for six
21 years.  When I came --
22 MR. MACRON:  I want to interrupt.  Might
23 it be easier if he started now and worked back?
24         MR. PERLIN:  We can do that.
25     Q   Would that be easier for you?

1      A   Sure.
2      Q   That's fine.  I have no --
3          MR. MACRON:  Either way is fine.
4      Q   I have no problem with that.
5          So where are you currently employed?
6      A   I'm not.
7      Q   Okay.  What was the last job you had?
8      A   Fahrenheit Mechanical.
9      Q   And how long were you at Fahrenheit
10 Mechanical?
11     A   2020, I believe -- I don't know the date,
12 to be honest.
13 Q   Okay.  Do you remember approximately how
14 many years you were at Fahrenheit --
15     A   Three.
16     Q   -- Mechanical?
17     A   Three.
18     Q   So three years.
19         Were you an owner of Fahrenheit --
20     A   Yeah.
21     Q   -- Mechanical?
22 Were you a founder of --
23     A   Yes.
24     Q   -- Fahrenheit Mechanical?
25         Were you the sole founder of Fahrenheit

D. RUSI

1 Mechanical?
2     A    Yes.
3         Q    Were you the sole owner of Fahrenheit
4 Mechanical?
5     A    No.
6         Q    So you founded Fahrenheit Mechanical
7 sometime, you say, around 2020; is that correct?
8     A    Yes.
9         Q    And then how did you -- who were the other
10 owners of Fahrenheit Mechanical?
11     A    Valon Sela.
12     Q    Anyone else?
13     A    No.
14     Q    What percentage did Valon Sela own at
15 that -- this is -- we're talking about the founding,
16 right, the beginning of the company.
17 How many did Valon Sela own?
18     A    Between 25 and 30 percent.
19     Q    So you were the majority --
20     A    Yes.
21     Q    -- owner?
22 Have you always been the majority owner of
23 Fahrenheit?
24     A    Yes.
25     Q    What was your role in Fahrenheit

1     Mechanical at the beginning of the -- we'll say
2 around 2020 when Fahrenheit was started.
3         A    Owner in sales.
4         Q    So what did your day-to-day look like?
5         A    Looking to acquire clients, meeting with
6 clients, and trying to get work.
7         Q    Did you have anything to do with the
8 finances of the company?
9         A    No, not -- no.
10     Q    Did you make any business decisions about
11 what jobs to bid on or -- withdrawn.
12 What was Fahrenheit Mechanical's role;
13 what was the nature of its business?
14     A    Heating ventilation air-conditioning.
15     Q    Did you have experience in that industry
16 before Fahrenheit?
17     A    No.
18     Q    So when you say you were involved in
19 sales, what did that -- what did that entail?
20 A    Meeting clients, forming relationships to
21 get -- to get work.
22     Q    Who were your clients?
23     A    I met with GSA, RXR, Brickfield -- I don't
24 recall other ones.  Those were big.
25     Q    How did you decide to start a -- a

1 ventilation and HVAC company?
2 A    Previously I had a general contracting
3 company, and, truth be told, the bigger -- the
4 majority of the bigger checks and the skilled labor
5 came from either mechanical, electrical, or
6 plumbing, and I chose mechanical because I had known
7 Val, Valon -- I'll call him Val.  I'd known Val, and
8 I had been able to, kind of, introduce him to
9 people, and so it seemed like a good fit if I could
10 make that work.
11 Q    So at this time when -- when you started
12 Fahrenheit were you the ones deciding what projects
13 Fahrenheit would bid on?
14 A    When we started Fahrenheit would bid on
15 everything we could get.  We were very -- we were
16 very small.
17     Q    Did you do public and private projects?
18     A    Oh, just private.
19     Q    About how many employees did you have at
20 that time?
21     A    Two.
22     Q    In the first year do you recall about how
23 many projects Fahrenheit was working on?
24     A    I don't remember.
25     Q    Did your -- did there come a time when you

1     brought in another partner or another owner into
2 Fahrenheit?
3 A    No -- Omar Merchant might have
4 one percent.
5     Q    You say might have one percent.
6     A    Omar Merchant had one percent from, I
7 think, inception.
8     Q    From inception?
9     A    I don't remember.
10     Q    Okay.  So the company may have been -- and
11 we're talking about around 2020.
12 You think the company may have been owned
13 by you, Valon Sela, who has maybe 25 per to
14 30 percent, and Omar Merchant, who has maybe
15 one percent?
16     A    Yes.
17     Q    What was Valon Sela's role?
18     A    Operations.
19     Q    And what did that entail?
20     A    Everything from the point that I got the
21 work to performing it successfully, everything.
22     Q    So -- is it Mr. Sela?
23     A    Yes.
24     Q    Was Mr. Sela in charge of overseeing the
25 field work?

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

D. RUSI

1    A    Yes.
2    Q    What was Mr. Sela's experience in
3 mechanical, if any?
4    A    I don't know -- he was in the -- he was in
5 the HVAC field working with his uncle, but that's
6 all, you know, his experience that I know.
7    Q    What was -- -- what was Mr. Merchant's
8 role in the company?
9    A    CFO.
10    Q    And what did his role entail?
11    A    Anything finance wise.
12    Q    So did Mr. Merchant decide who -- what
13 subcontractors were going to get paid or not paid?
14    A    Yes.
15    Q    And was he in charge of making sure that
16 laborers were paid?
17    A    Yes.
18    Q    Did you guys do union work?
19    A    Yes.
20    Q    So did he make sure that union dues were
21 paid?
22    A    Yes.
23    Q    In your time with Fahrenheit was there
24    ever a lien filed against you?
25        MR. MACRON:  You being Fahrenheit?

1 MR. PERLIN:  Yes, you being Fahrenheit.
2    A    I don't remember.
3    Q    Do you recall if Fahrenheit ever filed a
4 lien?
5    A    No.
6    Q    No you don't recall, or no they didn't?
7    A    No, we didn't.
8    Q    Okay.  Did you oversee any of Mr. Sela or
9 Mr. Merchant's work?
10 A    Sometimes we would have staff -- we would
11 have meetings, all three of us together, and then,
12 you know, I guess opinions were set forth on -- on
13 what we thought was best form of action, like every
14 company, but no.  I trusted them to do their -- they
15 trusted me with sales.  I trusted them with finance
16 and -- and operations.
17 Q    You said before Fahrenheit you had a
18 general contracting --
19    A    Yes.
20    Q    -- company?
21 What was the name of that company?
22    A    Phoenix Network.
23    Q    Phoenix Network?
24    A    Yes.
25    Q    And do you recall approximately what years

1 you were at that company?
2    A    I don't remember, three years.
3    Q    Was that your company?
4    A    Yes.
5    Q    Were you the sole owner?
6    A    Yes.
7    Q    Before Phoenix Network what was your --
8 what was your job; where were you employed?
9    A    Laborer.
10    Q    And where were you a laborer?
11    A    At -- I had -- another company that I had,
12 I guess.  Before that I had another GC company, SDB.
13 Q    So before -- sorry.
14 Before Phoenix Network you were at SDB?
15    A    Yeah.
16    Q    What kind of work did SDB do?
17    A    Labor mostly.
18    Q    What field?
19    A    It was a lot of sweeping.
20    Q    And you owned that company?
21    A    Yes.
22    Q    How many employees?
23    A    Two.
24    Q    And about how long did you own that
25    company?

1    A    I don't remember.
2    Q    Do you recall why you left that company
3 or --
4    A    I transitioned to Phoenix just to start
5 something knew or I liked the name.
6    Q    And how many employees did Phoenix have?
7    A    I don't know.  I don't remember.
8    Q    Did you bring the employees from SDB over
9 to Phoenix?
10    A    No.
11    Q    What was the nature of Phoenix's work?
12    A    Paper general contracting, mostly, so
13 finding subcontractors.
14    Q    Any particular field, HVAC?
15    A    Any -- any field, it's general
16 contracting.
17    Q    Before SDB where were you employed?
18    A    I wasn't.  I was in -- I wasn't in
19    construction.
20 Q    What were you doing?
21 MR. MACRON:  Were you -- he asked where
22 were you employed.
23 MR. PERLIN:  Yes.
24    Q    Where were you employed?
25    A    I -- I was screenwriting, so I -- I wasn't

D. RUSI

Page 18

1 employed.
2     Q   And about how long do you recall were you
3 trying to --
4     A   Doing that?
5     Q   Yeah.
6 THE WITNESS:  I apologize.
7     A   Six years, six and a half.
8     Q   And you weren't making any money during
9 that time, for that six and a half year period?
10     A   Here and there I would make money, but
11 there was no employment. it would just come as a --
12 you know, word of mouth, can you rewrite this; can
13 you rewrite that kind of thing.
14     Q   So were you, like, freelancing --
15     A   Yes.
16     Q   -- during this time?
17     A   Yes.  There you go.
18     Q   And do you remember some of the freelance
19 work that you were doing during this time?
20 A   I'd rewritten a script called Sarah's Law.
21   I rewrote a script called -- something in Paradise,
22   but that's as far as I remember.
23       Q   Okay.  So that was about six and a half
24   years.
25           What made you decide to leave

Page 19

1     screenwriting and start your own contracting
2     business?
3         A   I was living in California, and I had met
4     my future wife, and I needed a stable -- I tried to
5     find a stable income, so I moved back from
6     California to New York where my family was.
7 Q   And do you remember approximately what
8 year it was you moved back to New York?
9     A   Let's see.  Approximately -- I don't
10   remember.
11     Q   Okay.
12     A   I'm trying to do the math, but I don't
13 remember.
14 Q   About how many years would you say
15   experience you have in the construction industry?  I
16   can try to help you out.  It looks like you said you
17   were about three years at SDB, three years at
18   Phoenix, maybe three years at Fahrenheit.
19 Are we talking about ten years experience?
20     A   Yes.
21     Q   Would you say that's somewhat --
22     A   Yeah.
23     Q   -- accurate or --
24     A   Yes.
25     Q   Are you familiar with Lien Law Article 3A?

Page 20

1     A   No.
2     Q   Okay.  Going back to Fahrenheit
3 Mechanical, I think you said in the beginning
4 Fahrenheit only did private projects or was doing
5 private projects.
6 Did there come a time where Fahrenheit
7 began to expand?
8     A   Yes.
9     Q   And in what ways did Fahrenheit expand?
10     A   I -- the nature of just larger work,
11 mostly.
12 Q   Were you doing both public and private
13 projects?
14     A   We did one -- one public project.
15     Q   So it was mostly private projects?
16     A   Yes.
17     Q   And how many employees did Fahrenheit have
18 at its peak?
19     A   Around 30.
20     Q   And do you recall approximately what year
21 that was?
22     A   I don't remember.
23     Q   Did you have any kind of operating
24   agreement for your LLC?
25     A   We should have, yes, yes.

Page 21

1 MR. PERLIN:  I would call for the
2 production of that agreement.
3 MR. MACRON:  Okay.  Taken under advisement
4     and if we have it, I'm sure we'll send it to
5     you.
6     (DOCUMENT REQUEST)
7 Q   Did the ownership percentages in
8 Fahrenheit ever change?
9     A   Yes.
10     Q   I'm going to ask you first, when they
11 changed?
12     A   I don't remember.
13     Q   All right.  How did they change?
14     A   Valon Sela left the company.
15     Q   Okay.  And where did his shares go -- not
16 his shares, but where did his ownership interest go?
17 A   I don't know.  To myself, I'm assuming --
18 they just got --
19 Q   Okay.  So at some point then his 25 to
20   30 percent all went to you, and Omar Merchant
21   remained at one percent in the company?
22     A   I -- I believe so.
23     Q   Who took over Sela's role when he left?
24     A   No one.
25     Q   So who was running the operation of

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

D. RUSI

Page 22

1  Fahrenheit?
2      A    At that point in time I -- I was going
3  through a rough time.  I attempted suicide, so I had
4  left the company, and it was, kind of, managed by, I
5  guess, whatever project managers were there because
6  I had gone into a psych ward and then a rehab
7  facility.
8      Q    You don't recall what year that was?
9      A    2020.
10     Q    So --
11     A    2020 -- yeah, 2020.
12     Q    I just want to be clear, Mr. Rusi.  I know
13  this is difficult.
14     A    Go ahead.
15     Q    So the -- Fahrenheit was started in 2020,
16  right, the same year that it began -- didn't you say
17  Fahrenheit was started approximately 2020 -- the
18  same year that it began, was that the year that you
19  began to have these problems and that Valon Sela
20  left, and all of that happened in 2020?
21 A    No.  Fahrenheit, I believe, was opened in
22 2018, three years before 2020.
23     Q    Oh, okay.
24     A    Three years so that was -- the end was at
25  2020.

Page 23

1      Q    Okay.  I misunderstood.
2      A    And yeah, these were all occurring
3  conditions.
4 Q    So you start Fahrenheit in 2018.
5 Just so that I have the chronology, what
6  happened first; did Mr. Sela leave Fahrenheit and
7  then you began to have problems, or were you having
8  problems and then Mr. Sela decided to leave?
9 A    I've had problems since -- I've had
10  problems longer than Fahrenheit existed, so it was a
11  culmination of things, and then upon Val's leaving I
12  had seen -- I noticed just, I guess, the amount of
13  disarray, but I had been heading towards a bad point
14  for a while.  It was after -- after Valon left that
15  I attempted the suicide; I went to the psych ward
16  and the rehab facility and all.
17 Q    Were those incidents related to Mr. Sela's
18 reasons for departure?
19     A    I wouldn't know.
20     Q    By the time you were in the psych ward and
21  the rehab facility had Mr. Sela already left the
22  company?
23     A    I don't remember.
24     Q    Did Mr. Merchant ever leave the company?
25     A    No.

Page 24

1 Q    Did he take over any of Mr. Sela's job
2  roles?
3      A    I wouldn't know.
4      Q    Did he take over any of your job roles?
5      A    No.
6      Q    So you were still in control of the
7  company throughout the time that you were in the
8  psych ward and the -- and the rehab facility?
9 A    No.  I had no -- I mean, I was in a psych
10  ward and a rehab facility, so no.  I had no control
11  over it.
12     Q    The ownership interest, though --
13     A    Oh, yes.
14     Q    -- you still had controlling interest in
15 the company, and that never changed?
16     A    Yes.
17     Q    What is the current ownership structure in
18 Fahrenheit?
19     A    I don't know.
20     Q    Do you know if during the time you were in
21  the psych ward and the rehab facility if Fahrenheit
22  continued to perform on projects?
23     A    I don't remember.
24     Q    Do you know if Fahrenheit continued to
25  take on new projects?

Page 25

1      A    No.
2      Q    It did not?
3      A    It did not.
4      Q    Is Fahrenheit still operating?
5      A    No.
6      Q    Does it currently have any active
7 projects?
8      A    No.
9      Q    When was its last active project?
10     A    I don't remember.
11     Q    At any time during Fahrenheit's operation
12  was it profitable?
13     A    Yes.
14     Q    When?
15     A    I don't remember.
16     Q    Do you know for approximately how many
17  years it was profitable?
18     A    I don't remember.
19     Q    Do you know why it ceased being
20 profitable?
21     A    A mix of high operating costs, poor
22 operations, and poor management.
23 Q    When Fahrenheit was profitable how were
24 profits distributed among you, Merchant, and Sela?
25     A    Through distributions.

D. RUSI

1 Q   In the percentages based on the ownership
2 interest?
3       A   I don't know.
4       Q   Why was your percentage interest in
5 Fahrenheit so much larger than the other two?
6       A   I opened the company, and that's just how
7 I was in the habit.
8       Q   Was that negotiated?
9       A   No.
10      Q   Did Mr. Merchant or Mr. Sela ever ask you
11 for a greater ownership interest in --
12      A   No.
13      Q   -- Fahrenheit?
14      A   No.
15      Q   Are you familiar with the company Ideal
16 Supply?
17      A   Yes.
18      Q   And how are you familiar with them?
19      A   By name.
20      Q   Did Fahrenheit enter into purchase orders
21 with Ideal Supply on various projects?
22      A   I believe so.
23      Q   What -- do you know if -- what was
24 Fahrenheit's role on those projects -- withdrawn.
25          What was Ideal's role on those projects?

1       A   They're a supplyer of some sort.
2       Q   Do you know what they were supplying
3 Fahrenheit?
4       A   No.
5       Q   Do you know the projects that Fahrenheit
6 worked with Ideal Supply on?
7       A   No.
8 MR. PERLIN:  I'm going to mark as
9    Plaintiff's Exhibit 1, this is a judgment
10   against Fahrenheit Mechanical for the amount of
11   $230,032.09 filed May 9th, 2022.
12        (Fahrenheit Judgment was marked as
13        Plaintiff's Exhibit No. 1 for
14        identification, as of this date.)
15        MR. PERLIN:  I'm also going to mark as
16   Exhibit 2 a judgment against David Rusi in the
17   amount of $234,073.77 filed June 29th, 2022.
18        (Rusi Judgment was marked as Plaintiff's
19        Exhibit No. 2 for identification, as of
20        this date.)
21 Q   Mr. Rusi, take a minute to review these.
22       Do you recognize these documents?
23       MR. MACRON:  These particular ones or
24   in --
25        MR. PERLIN:  Yes.

1       MR. MACRON:  -- general?
2       MR. PERLIN:  Well, no, these particular.
3       A   Yes.
4       Q   And what is your understanding of what
5 these documents are?
6 A   That Fahrenheit entered into an agreement
7   to pay this amount for supplies, and they never were
8   able to pay.
9 Q   And if you take a look at the Fahrenheit
10  judgment, which is Exhibit 1, it says -- the second
11  whereas clause says, whereas by order dated
12  April 25th, 2022, April 25th, 2022, order, The
13  Court, Frank Jay, severed Plaintiff's second, fifth,
14  sixth, and seventh causes of action for breach of
15  contract and granted Plaintiff's motion for summary
16  judgment on those causes of action and directed the
17  clerk of court to enter judgment in favor of
18  Plaintiff, and it does continue, but I want to focus
19  on that.
20 Do you see the language that I just read?
21      A   Yes.
22      Q   I'm going to mark as Exhibit 3 the summons
23 and complaint in the action -- the state court
24 action brought by Ideal Supply against Fahrenheit
25 Mechanical and David Rusi among others.

1         (Summons and Complaint was marked as
2         Plaintiff's Exhibit No. 3 for
3         identification, as of this date.)
4         MR. PERLIN:  For the record, I will -- I
5    will state that the summons and complaint is
6    from index number 152298, slash, 2021, and this
7    is the summons and complaint in the action that
8    those two judgments that we were just looking
9    at were issued.
10      Q   So, again, we just read in the Fahrenheit
11   judgment that The Court granted summary judgment on
12   the second, fifth, sixth, and seventh causes of
13   action.  If you take a look in the complaint, on
14   page three you'll see the second cause of action was
15   for breach of contract on the Manhattan West
16   project.
17 Do you see that?
18      A   Yes.
19      Q   Does this refresh your recollection about
20   any of the projects that Fahrenheit worked on with
21   Ideal?
22      A   No.  But now I know which job they were
23   at.
24      Q   What about the fifth cause of action on
25   page five, Pier 57 project; do you remember anything

D. RUSI

Page 30

1 about that project?
2 A   I know the project -- we worked on the
3   project.  I wasn't privy to, I guess, who the
4   suppliers were.
5 Q   What was Fahrenheit's role on the Pier 57
6   project?
7 A   HVAC, the air -- you know, heating and
8   ventilation and air-conditioning.
9       Q   What's that?
10      A   Heating ventilating and air-conditioning.
11   When I say HVAC that's what I mean.
12      Q   And what was Fahrenheit's role on the
13   Manhattan West project?
14      A   HVAC.
15      Q   Take a look at the sixth cause of action.
16   It's the Varick Street project.
17 Does that -- do you recall that project?
18      A   I recall the projects, but, like I -- I
19   wasn't -- I don't purchase the -- I never purchased
20   supplies or anything like that, so I know where
21   these projects are, but the nature of the
22   Ideal/Fahrenheit relationship I wouldn't know
23   specifically.
24      Q   And the seventh cause of action is the
25   LaGuardia Airport project.

Page 31

1 Do you recall that project?
2       A   Yes.
3       Q   And what was Fahrenheit's role on that
4 project?
5       A   HVAC.
6       Q   And I'm sorry.  Take a look at the first
7   cause of action as well, which is the Vesey Street
8   project.
9 Do you recall what project?
10      A   I don't remember, no.
11      Q   No, okay.
12 For ease of reference I'm just going to
13   refer to these as by their names, Vesey Street
14   project, Manhattan West, Pier 57, Varick Street, and
15   LaGuardia.
16 Is that clear enough?
17      A   Yes.
18      Q   Okay.  And I'm just going to ask you some
19   questions about each of these projects.
20       So I think Vesey Street project you
21 already said you don't remember?
22      A   No.
23      Q   The Manhattan West project, do you recall
24   what years Fahrenheit worked on that project?
25      A   I don't remember.

Page 32

1       Q   Was that a public or a private project?
2       A   Private.
3       Q   Who paid Fahrenheit on this project?
4       A   PJ Mechanical.
5       Q   What was the amount of Fahrenheit's
6 contract?
7       A   I don't remember.
8       Q   How was Fahrenheit paid on this project,
9 by check, direct deposit, wire transfer; do you
10 recall?
11      A   I don't -- I wouldn't know.  I don't know.
12      Q   Who would know that?
13      A   Omar Merchant.
14      Q   Do you -- were there change orders issued
15 on this project?
16      A   I don't remember.
17      Q   What was the total amount of funds
18   Fahrenheit received in connection with this project?
19      A   I don't know.
20      Q   Would you have been aware of those things
21 when you were owner of the company?
22      A   Yes.
23      Q   You just don't remember now?
24      A   Yes.
25      Q   What kind of records did Fahrenheit keep

Page 33

1 to track payments made to it by PJ Mechanical?
2 A   I don't know.  Omar Merchant kept records
3   of all of this, so I believe he handled them through
4   QuickBooks.
5       Q   Did you have access to the QuickBooks?
6       A   No.
7       Q   You didn't have access to it?
8       A   No.
9       Q   Or you just didn't review it?
10      A   No, I didn't have access.
11      Q   Why didn't you have access to the
12   QuickBooks as the 70-percent owner?
13      A   I handle sales.  Omar handled the finance,
14   and Val handled operations, so that -- we all kept
15   to our lane.
16 Q   So it was Omar's job to create those
17   records?
18      A   Yes.
19      Q   How were those records maintained?  I
20   think we said in QuickBooks.
21       Was it solely in QuickBooks?
22      A   I wouldn't know.
23      Q   And you never reviewed those records?
24      A   When we had team meetings or weekly
25   meetings Omar would print out the necessary

D. RUSI

1  spreadsheets and stuff, but I didn't have access to
2  go into QuickBooks for all that stuff.
3      Q   Do you know where those records are now?
4      A   I do not.
5      Q   Have you tried to locate those records?
6      A   Yes.
7      Q   What efforts have you made to locate those
8  records?
9  A  Every effort.  I reached out to Omar
10  Merchant.  I reached out to Val Sela.  I reached out
11  to where the original hard copies have been.  I had
12  searched where the hard copies had been.  I tried to
13  track them from location to location to location,
14  and I haven't found them.
15      Q   When you reached out to Omar Merchant what
16  did he say?
17  A   He said that he believed they were moved
18  from an office in the city to Brooklyn.  At that
19  point I reached out to the driver who picked them up
20  from an office to Brooklyn, and then I reached out
21  to who was supposed to specifically be handling
22  moving them from the city to Brooklyn, and I also
23  had hopes that we had -- that he had had them
24  somewhere on a hard drive or somewhere saved or
25  some -- or something, but --

1  Q   What was the name of the driver?  You said
2  --
3      A   Earnest Hammond.
4      Q   And what was the name of the person who
5  was responsible for moving the records from --
6      A   Earnest Hammond.
7      Q   What did Earnest -- Hammond, is it?
8      A   Yes.
9      Q   What did Earnest Hammond tell you about
10  the records?
11  A   He said he knew where the file cabinet
12  was, and the file cabinet was empty.
13      Q   Do you have any records from any projects
14  during Fahrenheit's time --
15      A   I do not.
16      Q   -- that it was operating?
17      A   I do not.
18      Q   Is Fahrenheit as a company in control or
19  in possession of any -- any documents from any of
20  the projects when it was operating?
21      A   Not that I'm aware of.
22      Q   Did Fahrenheit enter into agreements with
23  subcontractors on the Manhattan West project?
24      A   I don't know.
25      Q   Did Fahrenheit maintain insurance on --

1      A   Yes.
2      Q   -- the Manhattan West project?
3      A   Yes.
4      Q   What insurance policies?
5      A   I don't know.
6      Q   Were you responsible for obtaining those
7  insurance policies?
8      A   Omar Merchant would.
9      Q   Would you have reviewed those insurance
10  policies?
11      A   I don't remember.
12      Q   Okay.  Did Fahrenheit pay laborers that it
13  employed on the Manhattan West project?
14      A   I assume so, but I -- I don't know.
15      Q   You don't remember seeing --
16      A   I don't know.
17      Q   -- payroll records?
18      A   I don't remember.  That was towards the
19  time, I guess, I was checked out.
20      Q   Who would have been responsible for making
21  sure that the laborers were paid?
22      A   Omar Merchant.  He handles all the
23  finance.
24      Q   What records did Fahrenheit keep to track
25  payments that Fahrenheit made to laborers?

1  A   Omar kept full books and -- Omar kept full
2  books for finance, for documents, for everything.
3  He was, actually, very good at that, so it's just a
4  matter of -- I haven't been able to -- to track them
5  down; however, Omar definitely had -- had been
6  tracking everything and -- and maintained records.
7      Q   How do you know that?
8      A   Because when we would sit down for our
9  weeklies when everything was printed it was good and
10  just from speaking to everyone else that I spoke to.
11  He would make sure that, you know, documents and all
12  that stuff was taken care of.
13  Q   What was your understanding of what he
14  needed to -- when you say he had everything taken
15  care of, what do you mean by that?
16      A   That he had an understanding of who needed
17  to get paid, who didn't need to get paid, who, you
18  know.
19      Q   Did you ever review his recordkeeping?
20      A   I didn't review his recordkeeping, but we
21  had a review of things that are, you know -- I --
22  I -- biweekly or monthly sitdown.
23      Q   So what kind of financial discussions
24  occurred at those -- at those weekly meetings?
25      A   At those meetings a lot of we're short,

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

D. RUSI

1  what can we handle, what can we not, that kind of
2  thing.
3        Q    Did Fahrenheit pay premiums on surety
4  bonds for the Manhattan West project?
5  A   I don't know.
6  MR. PERLIN:  I'm going to mark as
7       Exhibit 4 a summary sheet and invoices related
8       to the Manhattan West project.
9            (Manhattan West Summary Sheet and Invoices
10           were marked as Plaintiff's Exhibit No. 4
11           for identification, as of this date.)
12           MR. PERLIN:  This is an e-filed document
13      in the state court action.  It is an Exhibit 2
14      to an affidavit by Tracy Bates, the principal
15      of Ideal Supply, in support of the motion for
16      default judgment.
17       Q    So just take a minute to review this.  I'm
18  just going to ask you a general question.
19  Who authorized Fahrenheit not to pay these
20  invoices?
21  MR. MACRON:  I don't know if that question
22  has a foundation, but --
23  MR. PERLIN:  It does because The Court has
24      already found that there was a breach by
25      failing to pay these invoices, so --

1  MR. MACRON:  How was your question phrased
2       again?  I'm sorry.
3        Q    Who authorized Fahrenheit not to pay these
4  invoices?
5  MR. MACRON:  You -- you can answer.
6  A   I don't know.
7  MR. MACRON:  I don't think that's a proper
8       question.  It's -- but that's just my opinion.
9        Q    Why didn't Fahrenheit pay these invoices?
10      A   I don't know.
11       Q    How did Fahrenheit decide which bills to
12  pay?
13  A   Typically on -- on discussion it would
14  come down to Omar Merchant's discretion on what
15  would cause a job stop.  He was trying to keep the
16  company moving and going, so we tried to handle it
17  that way.
18       Q    Were you involved in those discussions?
19      A   Sometimes.
20       Q    I'm going to ask you about the Pier 57
21  project.
22  What years did Fahrenheit work on the Pier
23  57 project?
24      A   I don't remember.
25       Q    Don't remember.

1  Was Pier 57 public or private?
2        A    Private.
3        Q    And who paid Fahrenheit on this project?
4        A    RXR.
5        Q    And how was Fahrenheit paid on this
6  project?
7        A    I don't know.  I don't remember.
8        Q    And what was Fahrenheit's contract price
9  on this project?
10      A    I don't remember.
11       Q    Were there change orders issued on this
12  project?
13      A    I don't know.
14       Q    Did Fahrenheit have any subcontractors on
15  this project?
16      A    I don't remember.
17       Q    Would you have been responsible -- were
18  you responsible for negotiating subcontracts?
19      A    Sometimes.  Typically not.
20       Q    Who would have been?
21      A    Valon Sela handled the operations.
22       Q    Did Fahrenheit keep -- withdrawn.
23           How did Fahrenheit maintain project
24  records for the projects that it worked on?
25      A    That would be -- I don't remember.  I

1  don't know.
2  Q    Do you remember if it had a separate file
3  for each project or something different?
4        A    I don't remember.
5        Q    At the weekly meetings -- I think you said
6  they were weekly.
7        A    Yeah, yep -- biweekly.
8        Q    Biweekly.
9  Did you go over all of the different
10  projects that Fahrenheit had active at that time?
11      A    Yes.
12       Q    And would you review documents during
13  those meetings?
14  A   It would be verbal, so no -- project
15  managers would keep track of hours and -- hours and
16  material and time to finish, so it would be -- it
17  would be a one-sheet reviewed as progress goes per
18  job.
19       Q    Who attended those biweekly meetings?
20      A    Who would attend?
21       Q    Yeah.
22      A    Project managers and office staff, so it
23  would be Jason Cobi, Eli Poppernikku (phonetic),
24  Valon Sela, David Rusi, Omar Merchant.
25           MR. MACRON:  Spell each one of those

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

D. RUSI

1    names.
2    A    Those are -- those are the four.
3    Q    How long, approximately, would those
4 meetings last?
5 A    I -- I don't remember, hour, two hours,
6    maybe, depending on the day or how much it was --
7    Q    Did Mr. Merchant present on -- at those
8 meetings on each of the projects?
9    A    Yes.
10    Q    And what would he typically report on?
11    A    He would be there more in a capacity to
12    just listen so that he has an understanding of what
13    was going to happen throughout the company.
14 Q    But he wasn't reporting, then, on
15 financials --
16    A    No.
17    Q    -- on a project-by-project basis?
18    A    I don't remember. We would review then --
19    I'm sorry. I'll go back. We would review then, I
20    guess, what the contract amount was, what was needed
21    to complete the contract, and what was spent so far.
22    Q    Did you discuss where -- withdrawn.
23 Fahrenheit was getting paid on these
24    projects, and in turn Fahrenheit had to pay, like,
25    laborers, right, maybe insurance.

1 Did you discuss at those meetings how to
2 prioritize where money was being spent?
3    A    Yes.
4    Q    Did you discuss -- withdrawn.
5 What role did you play in those
6    discussions about how -- about prioritizing how
7    money was going to get spent?
8    A    I trusted that Omar knew what the right
9    ideas were to pay who was necessary, and I didn't
10    get in the way of that.
11 Q    Were you ever surprised by what was -- by
12 what money was being spent on?
13 A    No.
14 MR. PERLIN: I'm going to just mark as
15    Exhibit 5 the summary sheet and invoices from
16    the Pier 57 project.
17    (Pier 57 Summary Sheet and Invoices were
18    marked as Plaintiff's Exhibit No. 5 for
19    identification, as of this date.)
20 Q You can just take a look at the summary
21    sheet -- you can look at the whole exhibit, if you
22    want, but I'm just going to ask you some quick
23    questions on the summary -- on the summary chart.
24    A    Where is the summary chart?
25    Q    Oh, the very first page -- sorry -- after

1 Exhibit 3.
2 MR. MACRON: One page over. There you go.
3 Q    Does this refresh your recollection at all
4 about Ideal Supply's role on the 57 Pier project?
5    A    No.
6    Q    Do you recall any discussions about -- at
7    these meetings about paying Ideal Supply?
8    A    Yes.
9    Q    Do you recall discussing not paying Ideal
10 Supply?
11    A    No, I don't remember.
12    Q    We're going to move to the Varick Street
13 project.
14    A    Can I use the bathroom real quickly?
15    Q    Absolutely.
16 (A discussion was held off the record.)
17 (A recess was taken.)
18 Q    I think we were about to start on the
19 Varick Street project.
20    (Varick Street Summary Sheet and Invoices
21    were marked as Plaintiff's Exhibit No. 6
22    for identification, as of this date.)
23    Q    Mr. Rusi, there's -- turn to the summary
24    chart. It's just a single invoice.
25    Do you remember any discussions about --

1    A    No.
2    Q    -- Ideal's role on this project?
3    A    No.
4    Q    Don't remember any discussions about this
5 invoice?
6    A    No.
7    Q    What years did Fahrenheit work on the
8    Varick Street project?
9    A    I don't remember.
10    Q    Was this a public or a private project?
11    A    Private.
12    Q    So who paid Fahrenheit on this project?
13    A    GSA.
14    Q    And how was Fahrenheit paid on this
15 project?
16    A    I might be wrong.
17    Q    GSA would be public, right?
18    A    It's a private -- it was a private project
19 for sure. I'm trying to think --
20    Q    If you don't remember, that's --
21    A    I don't remember.
22    Q    That's fine.
23    A    I apologize.
24    Q    Do you know Fahrenheit's contract price on
25    this project?

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

D. RUSI

Page 46

1    A   I don't remember.
2    Q   Do you remember if there were change
3 orders?
4    A   I don't know.
5    Q   Do you know what records Fahrenheit kept
6 pertaining to this particular project?
7    A   I don't.
8    Q   Would Mr. Merchant know the answer to
9 that?
10    A   Yes.
11    Q   Again, did Fahrenheit maintain insurance
12 on this project?
13    A   Yes.
14    Q   Do you know what insurance policy it is?
15    A   No.
16    Q   Would Mr. Merchant know the answer to
17 that?
18 A   Yes.
19 MR. PERLIN:  Let's mark as Exhibit 7 --
20    this is going to be a summary sheet and
21    invoices related to the LaGuardia project.
22    (LaGuardia Summary Sheet and Invoices were
23    marked as Plaintiff's Exhibit No. 7 for
24    identification, as of this date.)
25    Q   Mr. Rusi, take a look at the summary sheet

Page 47

1 for this exhibit for the LaGuardia project.
2 Do you recall Ideal Supply's role on this
3 project?
4    A   No.
5    Q   Do you remember anything about this
6 invoice?
7    A   No.
8    Q   Any discussions about paying or not paying
9 this invoice?
10    A   No.
11    Q   What years did Fahrenheit work on the
12 LaGuardia project?
13    A   I don't remember.
14    Q   Was it public or private, if you remember?
15    A   I don't remember -- private.
16    Q   Do you know Fahrenheit's contract price?
17    A   I don't remember.
18    Q   Do you know if there were change orders?
19    A   I don't know.
20    Q   Do you know if Fahrenheit had
21 subcontractors on this project?
22    A   I don't remember.
23    Q   Would Mr. Merchant know the answer to
24    question about subcontractors?
25    A   He should.

Page 48

1    Q   Would Mr. Merchant know -- would
2 Mr. Merchant have information about Fahrenheit's
3 contract price?
4    A   Yes.
5    Q   And change orders?
6    A   Yes.
7    Q   Would -- who at Fahrenheit was responsible
8 for maintaining the initial documents from projects
9 including, like, the contract and change orders?
10    A   Omar Merchant.
11    Q   And I'm sorry if I already asked you this,
12 but do you know how those -- how those files were
13 maintained?
14    A   They were printed on letterhead.
15    Q   The accounting records you said were
16 maintained in QuickBooks --
17    A   Yes.
18    Q   -- you believe?
19 Those were, I'm assuming, stored in native
20 format, right, in a -- in a format that you could
21 change on a computer, an electronic format?
22    A   Yes.
23    Q   Where -- whose computer were those --
24    A   Omar Merchant.
25    Q   Only Omar Merchant had access to the

Page 49

1 QuickBooks or others as well?
2    A   I don't remember.
3    Q   Where -- what happened -- withdrawn.
4 Where is Omar Merchant's computer now?
5    A   I don't know.
6    Q   Was that part of the -- withdrawn.
7 When you were searching for
8    project-related records, is that part of what you
9    were --
10    A   Yes.
11    Q   -- trying to locate?
12    A   Yes.
13    Q   Let me finish, and then you can answer.
14    A   No, no.  I'm sorry.
15    Q   No.  It's okay.
16 Was that part of what you were trying to
17 locate?
18    A   Yes.
19    Q   And you were unsuccessful --
20    A   Yes.
21    Q   -- in locating that?
22 I'm going to show you what we'll mark as
23 Exhibit 8.  This is a summary sheet and invoices
24 from the Vesey Street project.
25    (Vesey Street Summary Sheet and Invoices

D. RUSI

1    were marked as Plaintiff's Exhibit No. 8
2    for identification, as of this date.)
3 Q   I know you said you don't remember this
4    project. Just take a look at the summary sheet,
5    flip through the invoices, and tell me if this
6    refreshes your recollection about anything related
7    to the project -- the Vesey Street project?
8    A   No.
9        Q   Do you recall any -- ever reviewing any of
10   these invoices?
11   A   No.
12       Q   Do you recall Fahrenheit paying any of
13   these invoices?
14   A   No.
15       Q   Do you recall any discussions with anyone
16   at Fahrenheit about these invoices?
17 A   No.
18       MR. MACRON:  These invoices in particular?
19       MR. PERLIN:  Yes, please particular
20   invoices.
21   Q   No, okay.
22       Did Fahrenheit have written policies about
23   recordkeeping?
24   A   I don't remember.
25       Q   Would Mr. Merchant know the answer?

1    A   I wouldn't know.
2    Q   Okay. Give me one moment.
3 MR. PERLIN:  I'm going to mark as Exhibit
4 9 Section 71 of the New York Lien Law.
5        (Section 71 of NY Lien Law was marked as
6        Plaintiff's Exhibit No. 9 for
7        identification, as of this date.)
8    Q   Have you ever seen this law before?
9    A   No.
10       Q   Section two of Section 71 lists various
11   items for which Fahrenheit might render payments on
12   a project. We've already discussed some of them,
13   but they include certain payments of taxes, payments
14   of subcontractors, architects, engineers, surveyors,
15   labors, material men. There's different categories
16   here. They're layed out in A through F.
17 Do you see that here?
18       A   Yes.
19       Q   Mr. Rusi, take a minute to review these
20   items, and I'm going to ask you for each of the
21   projects that we discussed, and I'll project by
22   project, but I'm -- just to give you a preview, I'm
23   going to ask you if you know of anything other
24   than -- withdrawn.
25       I'm going to ask you if you remember

1    specifically making any of these payments -- if
2    Fahrenheit made any payments related to these
3    categories for the project that we have been
4    discussing, so take a look, familiarize yourself
5    with A through F, and then I'll ask you some
6    questions. Let me know when you're done.
7 MR. MACRON:  Just --
8    Q   That's it.
9    A   Oh, okay. Wow.
10       Q   Mr. Rusi, do you remember discussing any
11   of the items listed here with Mr. Merchant for any
12   of the projects that we discussed?
13       A   Some.
14       Q   So let's go through.
15 Which ones do you remember discussing with
16 him?
17       A   I remember in a general way, just that's
18   how the discussions went. I can't -- I don't recall
19   project by project.
20 Q   Okay. Generally what do you remember
21   discussing with him -- what on this list jogged your
22   memory -- you said, I remember some, so what on this
23   list do you remember discussing as a general matter
24   with Mr. Merchant?
25       A   Just at certain points, you know, he'd

1    say, I have to pay this person, or I have to pay
2    that person, or we can't afford to pay this person,
3    and I would trust him to do -- to handle and go
4    through. Specifics I don't remember.
5        Q   For any of the projects?
6        A   No.
7        Q   Would Mr. Merchant have information about
8    which of these items --
9        A   I wouldn't know.
10       Q   Fahrenheit paid?
11       A   I wouldn't know. He should.
12       Q   I can go line by line, if but if -- if
13   you're telling me that you have no recollection or
14   no knowledge of whether or not Fahrenheit paid any
15   of these items, I'll -- I'll save us the time.
16 MR. MACRON:  I think what he said was he
17       had no knowledge of discussion regarding which
18       of these to pay.
19       Q   So --
20       MR. MACRON:  I think that's how he phrased
21   it.
22       Q   So do you --
23       MR. PERLIN:  So I'll ask it this way.
24       Q   Did Fahrenheit pay subcontractors,
25   architects, engineers, surveyors, or material men on

D. RUSI

Page 54

1 the Manhattan West project?
2      A   Yes.
3      Q   You know that for a fact?
4      A   We had to pay our laborers for sure.
5      Q   What about subcontractors?
6      A   No.  I don't know any of this -- any of
7 the others.  I don't remember.
8  Q  Do you -- would your role at Fahrenheit at
9   the time of these projects include you overseeing
10   payment of these -- of these categories?
11      A   No.
12      Q   Would Mr. Merchant have come to you for
13   authorization before making payments of any of these
14   items?
15      A   I don't remember.
16      Q   Having reviewed the list, do you recall if
17 payments were ever made for items not on this list?
18      A   No.
19      Q   You know -- do you recall Fahrenheit
20   making payments for rent on any of its -- on any of
21   the projects we discussed?
22      A   I'm confused.
23      Q   I'm asking you if -- I'm -- if Fahrenheit
24   ever paid rent --
25      A   Yes.

Page 55

1  Q   -- on any of its projects that we
2   discussed, on the Varick Street project or Manhattan
3   West -- we can go project by project I -- if we need
4   to, but -- let's do it this way.
5      A   Can I --
6      Q   Yeah.
7      A   Can I ask to clarify it; is that okay?
8      Q   You can ask to clarify.  If you don't
9 understand the question, I'll rephrase.
10 On the Manhattan West project did
11 Fahrenheit rent any space?
12      A   No.
13      Q   On the Varick Street project did
14 Fahrenheit rent any space?
15      A   At that location or did we have an office?
16   That's where I'm confused.  I apologize.
17 Q   Sorry.  I'm asking rent related to the
18   projects, rental spaces related to the project.
19      A   Oh, I don't believe so.
20      Q   Okay.  Did Fahrenheit ever use funds that
21   it was receiving on a project to pay its -- its own
22   rent?
23         MR. MACRON:  On any project?
24         MR. PERLIN:  Yeah.
25      A   Yes.

Page 56

1  Q   Did Fahrenheit ever use funds received on
2 the projects we discussed today to pay its rent?
3      A   I don't remember specifics.
4      Q   Would Mr. Merchant know the answer to
5 that?
6      A   I don't know.
7      Q   Who paid Fahrenheit's rent?
8      A   Omar Merchant would cut the checks but --
9 yeah, but a conversation would be had.
10      Q   With you?
11      A   Yes.
12      Q   Do you remember nose conversations?
13      A   I don't remember.
14      Q   Do you remember typically where funds for
15   Fahrenheit's rent came from?
16      A   No.
17      Q   For the -- for the Manhattan West project
18   did Fahrenheit height ever use money received from
19   that project to pay subcontractors on other
20   projects?
21      A   I don't believe so.
22      Q   What's the basis of your --
23      A   Of my belief?
24      Q   Of your belief.
25      A   I don't recall hiring many subcontractors

Page 57

1   at that point, I guess, or -- I -- I don't think we
2   did.  We had -- laborers, ourselves, were in the
3   union, so.
4  Q   Did Fahrenheit ever pay -- take funds from
5   one project to pay subcontractors on another?
6      A   Yes.
7      Q   Do you recall which projects that occurred
8 on?
9      A   No.
10      Q   Okay.  Did Fahrenheit ever take funds from
11 one project to pay laborers on another project?
12      A   I don't know.
13      Q   You don't know or you don't recall?
14      A   I don't recall.
15      Q   Did Fahrenheit ever use funds received on
16 a project to pay personal expenses of its owners?
17      A   Yes.
18      Q   Do you recall if that happened on any of
19   the projects we discussed here?
20      A   I don't recall.
21      Q   What kind of personal expenses would those
22 funds have been used for?
23      A   Anything, anything --
24      Q   Do you recall any specifics?
25      A   No.

15 (Pages 54 - 57)

D. RUSI

Page 58

1      Q   Do you recall --
2      A   Entertainment, I'm sure, entertainment,
3   that kind of thing.  I mean, I was just trying to
4   keep the company going, so at certain points it was
5   just trying to get it --
6 MR. MACRON:  You've got to answer his
7 question.
8          Would you reread the question?
9          (Requested testimony was read.)
10         MR. MACRON:  It's about personal expenses.
11     A   I don't recall.
12     Q   Do you recall anything specific that you
13 personally bought --
14     A   I --
15     Q   -- using funds on a project?
16     A   I don't recall.
17     Q   Did you -- you don't -- do you recall
18 anything that Mr. Merchant -- any personal expenses
19 Mr. Merchant paid --
20     A   No.
21     Q   -- using funds?
22     A   No.
23     Q   Do you recall any personal expenses that
24 Mr. Sela used funds -- used project funds to pay?
25     A   No.

Page 60

1      A   No.
2      Q   Okay.  I have nothing further.
3
4
5          (11:15 a.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 59

1      Q   But you recall generally that it occurred?
2      A   Personal, no.  Entertainment would be, I
3   guess, for Fahrenheit.  That's where it would be
4   mostly.
5 Q   Project funds would be used to pay for
6   entertainment?
7      A   Yes.
8      Q   What kind of entertainment?
9      A   Lunches, dinners, sales associated.
10     Q   Okay.
11         MR. PERLIN:  I'm going to mark as Exhibit
12     10 the Lien Law 76 demands that Ideal Supply
13     served on Fahrenheit Mechanical and David Rusi.
14         (Section 76 Demands were marked as
15         Plaintiff's Exhibit No. 10 for
16         identification, as of this date.)
17 Q   Mr. Rusi, these are a series of 76 --
18 Section 76 demands that were served on Fahrenheit
19 Mechanical and yourself, courtesy copy to yourself,
20 along with an affidavit of service for these items.
21 Do you recognize these documents?
22     A   No.
23     Q   Have you ever seen them before today?
24     A   No.
25     Q   Do you know what they are?

Page 61

1          W I T N E S S   C E R T I F I C A T I O N
2
3
4 I have read the foregoing transcript
5   of my testimony and find it to be true and accurate
6   to the best of my knowledge and belief.
7
8
9   _____
10  David Rusi
11
12  Subscribed and sworn to before me
13  this _____ day of _____ , 2024
14
15
16        NOTARY PUBLIC
17
18
19
20
21
22
23
24
25

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 62

1
2          C E R T I F I C A T E
3
4      I, Brittany E. Bosak, a Shorthand Reporter and
5      Notary Public of the State of New York, do
6      hereby certify:
7      That the witness whose examination is
8      hereinbefore set forth, was duly sworn, and
9      that such examination is a true record of the
10     testimony given by such witness.
11     I further certify that I am not related to any
12     of the parties to this action by blood or
13     marriage; and that I am in no way interested in
14     the outcome of this matter.
15     IN WITNESS WHEREOF, I have hereunto set my hand
16     this 14th day of May 2024.
17
18
19
20
21  Brittany E. Bosak
22  *Brittany E Bosak*
23
24
25

---

Page 63

1          ERRATA SHEET
       Priority-One Court Reporting/Veritext
2          718-983-1234
   ASSIGNMENT NO. P1-6686450
3  CASE NAME: Ideal Supply v. David Rusi
   DATE OF DEPOSITION: 5/14/2024
4  WITNESS' NAME: David Rusi
5
   PAGE/LINE(S)/   CHANGE       REASON
6  ____/____/_____   /_____
   ____/____/_____   /_____
7  ____/____/_____   /_____
   ____/____/_____   /_____
8  ____/____/_____   /_____
   ____/____/_____   /_____
9  ____/____/_____   /_____
   ____/____/_____   /_____
10 ____/____/_____   /_____
   ____/____/_____   /_____
11 ____/____/_____   /_____
   ____/____/_____   /_____
12 ____/____/_____   /_____
   ____/____/_____   /_____
13 ____/____/_____   /_____
   ____/____/_____   /_____
14 ____/____/_____   /_____
   ____/____/_____   /_____
15 ____/____/_____   /_____
   ____/____/_____   /_____
16 ____/____/_____   /_____
   ____/____/_____   /_____
17 ____/____/_____   /_____
   ____/____/_____   /_____
18 ____/____/_____   /_____
   ____/____/_____   /_____

17 (Pages 62 - 63)

| & | | | |
| --- | --- | --- | --- |

**&**

**&** 2:2

**1**

**1** 3:10 27:9,13 28:10
**1-23-01087** 1:10
**10** 3:25 59:12 59:15
**10304** 5:10
**10310** 2:7
**10978** 62:20
**11797** 2:3
**11:15** 60:5
**135** 1:12 2:3
**14th** 1:14 62:16
**152298** 29:6
**177** 5:9

**2**

**2** 3:11 27:16,19 38:13
**20** 63:22
**2003** 7:17
**201** 2:3
**2018** 22:22 23:4
**2020** 9:11 10:7 11:2 13:11 22:9,11,11,15 22:17,20,22,25
**2021** 29:6
**2022** 27:11,17 28:12,12

**2024** 1:14 61:13 62:16
**21** 3:6
**230,032.09** 27:11
**234,073.77** 27:17
**25** 10:18 13:13 21:19
**25th** 28:12,12
**27** 3:10,11
**29** 3:12
**29th** 27:17

**3**

**3** 3:12 28:22 29:2 44:1
**30** 10:18 13:14 20:19 21:20
**38** 3:14
**3a** 19:25

**4**

**4** 3:13 38:7,10
**43** 3:16
**44** 3:18
**46** 3:20
**49** 3:22
**491** 2:7

**5**

**5** 3:3,15 43:15 43:18
**5/14/2024** 63:3
**51** 3:24
**57** 3:15 29:25 30:5 31:14

**39:20,23** 40:1 43:16,17 44:4
**59** 3:25

**6**

**6** 3:17 44:21
**6686450** 1:25

**7**

**7** 3:19 46:19,23
**70** 33:12
**71** 3:23 51:4,5 51:10
**718-983-1234** 63:2
**76** 3:25 59:12 59:14,17,18

**8**

**8** 3:21 49:23 50:1

**9**

**9** 3:23 51:4,6
**9:53** 1:14
**9th** 27:11

**a**

**a.m.** 1:14 60:5
**ability** 7:12
**able** 12:8 28:8 37:4
**above** 1:18
**absolutely** 44:15
**academy** 8:8
**access** 33:5,7 33:10,11 34:1

**48:25**
**accounting** 48:15
**accurate** 7:8 19:23 61:5
**acquire** 11:5
**acting** 8:9
**action** 15:13 28:14,16,23,24 29:7,13,14,24 30:15,24 31:7 38:13 62:12
**active** 25:6,9 41:10
**actually** 8:16 37:3
**adam** 2:4 3:3 5:15
**address** 5:7
**adv** 1:10
**adversary** 5:17
**advisement** 21:3
**affect** 7:12
**affidavit** 38:14 59:20
**afford** 53:2
**agreement** 3:6 20:24 21:2 28:6
**agreements** 35:22
**ahead** 22:14
**air** 11:14 30:7,8 30:10

**airport** 30:25
**amount** 23:12
 27:10,17 28:7
 32:5,17 42:20
**answer** 6:15
 7:2,12 39:5
 46:8,16 47:23
 49:13 50:25
 56:4 58:6
**answers** 7:8
**apologize** 18:6
 45:23 55:16
**approximately**
 9:13 15:25
 19:7,9 20:20
 22:17 25:16
 42:3
**april** 28:12,12
**architects**
 51:14 53:25
**article** 19:25
**asked** 17:21
 48:11
**asking** 5:22
 54:23 55:17
**assignment**
 63:2
**associated** 59:9
**assume** 6:21
 36:14
**assuming** 21:17
 48:19
**attempted** 22:3
 23:15

**attend** 7:22 8:4
 41:20
**attended** 41:19
         5:15
**authorization**
 54:13
**authorized**
 38:19 39:3
**avenue** 2:7
**aware** 32:20
 35:21

### b

**back** 8:23 19:5
 19:8 20:2
 42:19
**bad** 23:13
**bankruptcy** 1:1
**bard** 2:7
**based** 26:1
**basis** 42:17
 56:22
**bates** 38:14
**bathroom**
 44:14
**began** 20:7
 22:16,18,19
 23:7
**beginning**
 10:16 11:1
 20:3
**belief** 56:23,24
 61:6
**believe** 8:9 9:11
 21:22 22:21
 26:22 33:3

 48:18 55:19
 56:21
**believed** 34:17
**benedict** 5:9
**best** 15:13 61:6
**bid** 11:11 12:13
 12:14
**big** 11:24
**bigger** 12:3,4
**bills** 39:11
**biweekly** 37:22
 41:7,8,19
**blood** 62:12
**bonds** 38:4
**books** 37:1,2
**bosak** 1:19 62:4
 62:21
**bought** 58:13
**breach** 28:14
 29:15 38:24
**break** 6:25 7:3
**brickfield**
 11:23
**bring** 17:8
**brittany** 1:18
 62:4,21
**brooklyn** 34:18
 34:20,22
**brought** 13:1
 28:24
**business** 11:10
 11:13 19:2

### c

**c** 2:1 61:1,1
 62:2,2
**cabinet** 35:11
 35:12
**california** 8:20
 19:3,6
**call** 12:7 21:1
**called** 18:20,21
**capacity** 42:11
**care** 37:12,15
**case** 63:3
**categories**
 51:15 52:3
 54:10
**cause** 29:14,24
 30:15,24 31:7
 39:15
**causes** 28:14,16
 29:12
**ceased** 25:19
**certain** 51:13
 52:25 58:4
**certifications**
 8:7
**certify** 62:6,11
**cfo** 14:9
**change** 21:8,13
 32:14 40:11
 46:2 47:18
 48:5,9,21 63:5
**changed** 21:11
 24:15
**charge** 13:24
 14:15

chart  43:23,24
  44:24
check  32:9
checked  36:19
checks  12:4
  56:8
chose  12:6
chronology
  23:5
city  34:18,22
clarify  55:7,8
clause  28:11
clear  22:12
  31:16
clerk  28:17
clients  11:5,6
  11:20,22
cobi  41:23
college  7:22,24
  8:3,6,14,19,20
come  12:25
  18:11 20:6
  39:14 54:12
commission
  63:25
company  1:3
  5:17 6:6,7,11
  10:16 11:8
  12:1,3 13:10
  13:12 14:8
  15:14,20,21
  16:1,3,11,12,20
  16:25 17:2
  21:14,21 22:4
  23:22,24 24:7

24:15 26:6,15
  32:21 35:18
  39:16 42:13
  58:4
complaint  3:12
  28:23 29:1,5,7
  29:13
complete  7:8
  42:21
computer
  48:21,23 49:4
conditioning
  11:14 30:8,10
conditions  23:3
confused  54:22
  55:16
connection
  32:18
construction
  5:23 8:10,19
  17:19 19:15
continue  28:18
continued
  24:22,24
contract  28:15
  29:15 32:6
  40:8 42:20,21
  45:24 47:16
  48:3,9
contracting
  12:2 15:18
  17:12,16 19:1
control  24:6,10
  35:18

controlling
  24:14
conversation
  56:9
conversations
  56:12
copies  34:11,12
copy  59:19
correct  6:5
  10:7
costs  25:21
counsel  4:2
court  1:1 5:4
  6:12 28:13,17
  28:23 29:11
  38:13,23 63:1
courtesy  59:19
create  33:16
crossways  1:12
  2:3
culmination
  23:11
current  5:7
  24:17
currently  9:5
  25:6
cut  56:8

d

d  3:1 5:1,1
date  9:11 27:14
  27:20 29:3
  38:11 43:19
  44:22 46:24
  50:2 51:7
  59:16 63:3

dated  28:11
david  1:8,16
  3:3 5:6 27:16
  28:25 41:24
  59:13 61:10
  63:3,4,20
day  11:4,4 42:6
  61:13 62:16
  63:22
decide  11:25
  14:12 18:25
  39:11
decided  23:8
deciding  12:12
decisions  11:10
default  38:16
defendant  1:9

                  37:5
degree  8:9
demands  3:25
  59:12,14,18
departure
  23:18
depending  42:6
deposit  32:9
deposition  1:16
  63:3
describe  8:13
  8:18
description  3:9
different  41:3,9
  51:15
difficult  22:13

**dinners** 59:9
**direct** 32:9
**directed** 28:16
**disarray** 23:13
**discretion** 39:14
**discuss** 42:22
43:1,4
**discussed** 51:12
51:21 52:12
54:21 55:2
56:2 57:19
**discussing** 44:9
52:4,10,15,21
52:23
**discussion** 6:9
39:13 44:16
53:17
**discussions** 37:23 39:18
43:6 44:6,25
45:4 47:8
50:15 52:18
**distributed** 25:24
**distributions** 25:25
**district** 1:1
**document** 21:6
38:12
**documents** 3:5
27:22 28:5
35:19 37:2,11
41:12 48:8
59:21

**doing** 17:20
18:4,19 20:4
20:12
**dolowich** 2:2
5:16
**drive** 1:12 2:3
34:24
**driver** 34:19
35:1
**dues** 14:20
**duly** 5:1 62:8

**e**

**e** 1:18 2:1,1 3:1
38:12 61:1,1
62:2,2,4,21
**earnest** 35:3,6
35:7,9
**ease** 31:12
**easier** 8:17,23
8:25
**eastern** 1:1
**effort** 34:9
**efforts** 34:7
**either** 9:3 12:5
**electrical** 12:5
**electronic** 48:21
**eli** 41:23
**employed** 9:5
16:8 17:17,22
17:24 18:1
36:13
**employees** 12:19 16:22
17:6,8 20:17

**employment** 18:11
**empty** 35:12
**engineers** 51:14 53:25
**entail** 11:19
13:19 14:10
**enter** 26:20
28:17 35:22
**entered** 28:6
**entertainment** 58:2,2 59:2,6,8
**errata** 63:1
**esq** 2:4,6,8
**examination** 3:2 5:11 62:7,9
**examined** 5:3
**exhibit** 3:9,10
3:11,12,13,15
3:17,19,21,23
3:25 27:9,13
27:16,19 28:10
28:22 29:2
38:7,10,13
43:15,18,21
44:1,21 46:19
46:23 47:1
49:23 50:1
51:3,6 59:11
59:15
**exhibits** 3:8 4:2
**existed** 23:10
**expand** 20:7,9
**expenses** 57:16
57:21 58:10,18

58:23
**experience** 11:15 14:2,6
19:15,19
**expires** 63:25

**f**

**f** 51:16 52:5
61:1 62:2
**facility** 22:7
23:16,21 24:8
24:10,21
**fact** 54:3
**fahrenheit** 3:10
5:24,25 6:1,4
6:10 9:8,9,14
9:19,24,25
10:3,6,10,23,25
11:2,12,16
12:12,13,14,23
13:2 14:23,25
15:1,3,17
19:18 20:2,4,6
20:9,17 21:8
22:1,15,17,21
23:4,6,10
24:18,21,24
25:4,23 26:5
26:13,20 27:3
27:5,10,12
28:6,9,24
29:10,20 30:22
31:24 32:3,8
32:18,25 35:18
35:22,25 36:12
36:24,25 38:3

38:19 39:3,9
39:11,22 40:3
40:5,14,22,23
41:10 42:23,24
45:7,12,14
46:5,11 47:11
47:20 48:7
50:12,16,22
51:11 52:2
53:10,14,24
54:8,19,23
55:11,14,20
56:1,18 57:4
57:10,15 59:3
59:13,18
**fahrenheit's**
25:11 26:24
30:5,12 31:3
32:5 35:14
40:8 45:24
47:16 48:2
56:7,15
**failing** 38:25
**familiar** 19:25
26:15,18
**familiarize**
52:4
**family** 19:6
**far** 18:22 42:21
**farrell** 7:19
**favor** 28:17
**field** 13:25 14:5
16:18 17:14,15
**fifth** 28:13
29:12,24

**file** 35:11,12
41:2
**filed** 14:24 15:3
27:11,17 38:12
**files** 48:12
**film** 8:8
**finance** 14:11
15:15 33:13
36:23 37:2
**finances** 11:8
**financial** 37:23
**financials**
42:15
**find** 19:5 61:5
**finding** 17:13
**fine** 9:2,3 45:22
**finish** 41:16
49:13
**first** 5:1 6:13
12:22 21:10
23:6 31:6
43:25
**fit** 12:9
**five** 29:25
**flip** 50:5
**focus** 28:18
**follows** 5:3
**foregoing** 61:4
**form** 15:13
**format** 48:20
48:20,21
**forming** 11:20
**forth** 15:12
62:8

**forward** 5:18
**found** 34:14
38:24
**foundation**
38:22
**founded** 10:6
**founder** 9:22
9:25
**founding** 10:15
**four** 42:2
**frank** 28:13
**freelance** 18:18
**freelancing**
18:14
**full** 37:1,1
**funds** 32:17
55:20 56:1,14
57:4,10,15,22
58:15,21,24,24
59:5
**further** 60:2
62:11
**future** 19:4

**g**

**gc** 16:12
**general** 12:2
15:18 17:12,15
28:1 38:18
52:17,23
**generally** 52:20
59:1
**getting** 42:23
**give** 7:8 51:2,22
**given** 62:10

**go** 7:18 18:17
21:15,16 22:14
34:2 41:9
42:19 44:2
51:21 52:14
53:3,12 55:3
**goes** 41:17
**going** 5:18,18
5:22 6:13
14:13 20:2
21:10 22:2
27:8,15 28:22
31:12,18 38:6
38:18 39:16,20
42:13 43:7,14
43:22 44:12
46:20 49:22
51:3,20,23,25
58:4 59:11
**good** 5:13,14
12:9 37:3,9
**graduate** 7:14
8:1
**granted** 28:15
29:11
**greater** 26:11
**gsa** 11:23 45:13
45:17
**guess** 15:12
16:12 22:5
23:12 30:3
36:19 42:20
57:1 59:3
**guys** 14:18

| h | | | |
|---|---|---|---|

**habit** 26:7
**half** 18:7,9,23
**hall** 7:25
**hammond** 35:3
  35:6,7,9
**hand** 62:15
**handle** 33:13
  38:1 39:16
  53:3
**handled** 33:3
  33:13,14 40:21
**handles** 36:22
**handling** 34:21
**happen** 42:13
**happened**
  22:20 23:6
  49:3 57:18
**hard** 34:11,12
  34:24
**heading** 23:13
**heating** 11:14
  30:7,10
**height** 56:18
**held** 1:17 6:9
  44:16
**help** 19:16
**hereinbefore**
  62:8
**hereunto** 62:15
**high** 7:14,18,19
  25:21
**hiring** 56:25
**history** 8:14,18

**honest** 9:12
**hopes** 34:23
**hour** 42:5
**hours** 41:15,15
  42:5
**huh** 6:16
**hvac** 12:1 14:5
  17:14 30:7,11
  30:14 31:5

| i | | | |
|---|---|---|---|

**ideal** 1:3 5:16
  5:18,19,19
  26:15,21 27:6
  28:24 29:21
  30:22 38:15
  44:4,7,9 47:2
  59:12 63:3
**ideal's** 26:25
  45:2
**ideas** 43:9
**identification**
  27:14,19 29:3
  38:11 43:19
  44:22 46:24
  50:2 51:7
  59:16
**inception** 13:7
  13:8
**incidents** 23:17
**include** 51:13
  54:9
**including** 48:9
**income** 19:5
**index** 29:6

**industry** 8:19
  11:15 19:15
**information**
  3:5 48:2 53:7
**initial** 48:8
**insurance**
  35:25 36:4,7,9
  42:25 46:11,14
**interest** 21:16
  24:12,14 26:2
  26:4,11
**interested**
  62:13
**interrupt** 8:22
**introduce** 12:8
**invoice** 44:24
  45:5 47:6,9
**invoices** 3:14
  3:16,18,20,22
  38:7,9,20,25
  39:4,9 43:15
  43:17 44:20
  46:21,22 49:23
  49:25 50:5,10
  50:13,16,18,20
**involved** 11:18
  39:18
**island** 2:7 5:9
  7:21
**issued** 29:9
  32:14 40:11
**items** 51:11,20
  52:11 53:8,15
  54:14,17 59:20

| j | | | |
|---|---|---|---|

**jason** 41:23
**jay** 28:13
**jmm** 1:10
**job** 1:25 8:13
  8:18 9:7 16:8
  24:1,4 29:22
  33:16 39:15
  41:18
**jobs** 11:11
**jogged** 52:21
**john** 2:6,8
**judgment** 3:10
  3:11 27:9,12
  27:16,18 28:10
  28:16,17 29:11
  29:11 38:16
**judgments** 29:8
**june** 27:17

| k | | | |
|---|---|---|---|

**kaufman** 2:2
  5:16
**keep** 32:25
  36:24 39:15
  40:22 41:15
  58:4
**kept** 33:2,14
  37:1,1 46:5
**kind** 12:8 16:16
  18:13 20:23
  22:4 32:25
  37:23 38:1
  57:21 58:3
  59:8

| | | | |
|---|---|---|---|
| **knew** 17:5 | **laborer** 16:9,10 | **list** 52:21,23 | 50:18 52:7 |
| 35:11 43:8 | **laborers** 14:16 | 54:16,17 | 53:16,20 55:23 |
| **know** 6:6,20 | 36:12,21,25 | **listed** 52:11 | 58:6,10 |
| 9:11 14:4,6,6 | 42:25 54:4 | **listen** 42:12 | **made** 18:25 |
| 15:12 17:7 | 57:2,11 | **lists** 51:10 | 33:1 34:7 |
| 18:12 21:17 | **labors** 51:15 | **little** 8:17 | 36:25 52:2 |
| 22:12 23:19 | **laguardia** 3:19 | **living** 19:3 | 54:17 |
| 24:3,19,20,24 | 30:25 31:15 | **llc** 6:1,10 20:24 | **maintain** 35:25 |
| 25:16,19 26:3 | 46:21,22 47:1 | **llp** 2:2 | 40:23 46:11 |
| 26:23 27:2,5 | 47:12 | **locate** 34:5,7 | **maintained** |
| 29:22 30:2,7 | **lane** 33:15 | 49:11,17 | 33:19 37:6 |
| 30:20,22 32:11 | **language** 28:20 | **located** 7:20 | 48:13,16 |
| 32:11,12,19 | **larger** 20:10 | **locating** 49:21 | **maintaining** |
| 33:2,22 34:3 | 26:5 | **location** 34:13 | 48:8 |
| 35:24 36:5,14 | **law** 3:24 18:20 | 34:13,13 55:15 | **majority** 10:19 |
| 36:16 37:7,11 | 19:25 51:4,5,8 | **long** 9:9 16:24 | 10:22 12:4 |
| 37:18,21 38:5 | 59:12 | 18:2 42:3 | **make** 8:16 |
| 38:21 39:6,10 | **layed** 51:16 | **longer** 23:10 | 11:10 12:10 |
| 40:7,13 41:1 | **leave** 18:25 | **look** 11:4 28:9 | 14:20 18:10 |
| 45:24 46:4,5,8 | 23:6,8,24 | 29:13 30:15 | 37:11 |
| 46:14,16 47:16 | **leaving** 8:6 | 31:6 43:20,21 | **making** 14:15 |
| 47:18,19,20,23 | 23:11 | 46:25 50:4 | 18:8 36:20 |
| 48:1,12 49:5 | **left** 8:14,19 | 52:4 | 52:1 54:13,20 |
| 50:3,25 51:1 | 17:2 21:14,23 | **looking** 11:5 | **managed** 22:4 |
| 51:23 52:6,25 | 22:4,20 23:14 | 29:8 | **management** |
| 53:9,11 54:3,6 | 23:21 | **looks** 19:16 | 25:22 |
| 54:19 56:4,6 | **letterhead** | **lot** 16:19 37:25 | **managers** 22:5 |
| 57:12,13 59:25 | 48:14 | **lunches** 59:9 | 41:15,22 |
| **knowledge** | **licenses** 8:7,10 | | **manhattan** |
| 53:14,17 61:6 | **lien** 3:23 14:24 | **m** | 3:13 29:15 |
| **known** 12:6,7 | 15:4 19:25 | **macron** 2:6,8 | 30:13 31:14,23 |
| **l** | 51:4,5 59:12 | 8:22 9:3 14:25 | 35:23 36:2,13 |
| **labor** 12:4 | **liked** 17:5 | 17:21 21:3 | 38:4,8,9 54:1 |
| 16:17 | **line** 53:12,12 | 27:23 28:1 | 55:2,10 56:17 |
| | 63:5 | 38:21 39:1,5,7 | |
| | | 41:25 44:2 | |

**mark** 27:8,15
28:22 38:6
43:14 46:19
49:22 51:3
59:11
**marked** 27:12
27:18 29:1
38:10 43:18
44:21 46:23
50:1 51:5
59:14
**marriage** 62:13
**material** 41:16
51:15 53:25
**math** 19:12
**matter** 37:4
52:23 62:14
**mean** 24:9
30:11 37:15
58:3
**mechanical**
5:24,25 6:1,5
6:10 9:8,10,16
9:21,24 10:1,4
10:6,10 11:1
12:5,6 14:3
20:3 27:10
28:25 32:4
33:1 59:13,19
**mechanical's**
11:12
**medication**
7:11
**meeting** 11:5
11:20

**meetings** 15:11
33:24,25 37:24
37:25 41:5,13
41:19 42:4,8
43:1 44:7
**memory** 52:22
**men** 51:15
53:25
**mentioned** 1:18
**merchant** 13:3
13:6,14 14:12
21:20 23:24
25:24 26:10
32:13 33:2
34:10,15 36:8
36:22 41:24
42:7 46:8,16
47:23 48:1,2
48:10,24,25
50:25 52:11,24
53:7 54:12
56:4,8 58:18
58:19
**merchant's**
14:7 15:9
39:14 49:4
**met** 11:23 19:3
**minute** 27:21
38:17 51:19
**misunderstood**
23:1
**mix** 25:21
**moment** 51:2
**money** 18:8,10
43:2,7,12

56:18
**monsignor**
7:19
**monthly** 37:22
**morning** 5:13
5:14
**motion** 28:15
38:15
**mouth** 18:12
**move** 44:12
**moved** 19:5,8
34:17
**moving** 34:22
35:5 39:16

**n**

**n** 2:1 3:1 61:1,1
**name** 5:5,15
15:21 17:5
26:19 35:1,4
63:3,4
**names** 31:13
42:1
**native** 48:19
**nature** 11:13
17:11 20:10
30:21
**necessary**
33:25 43:9
**need** 7:1 37:17
55:3
**needed** 19:4
37:14,16 42:20
**negotiated** 26:8
**negotiating**
40:18

**network** 15:22
15:23 16:7,14
**never** 24:15
28:7 30:19
33:23
**new** 1:1,12,19
2:3,7 5:2,9
7:21 8:8 19:6,8
24:25 51:4
62:5
**nods** 6:16
**nose** 56:12
**notary** 1:19 5:2
61:16 62:5
63:24
**noticed** 23:12
**number** 29:6
**ny** 3:23 51:5

**o**

**o** 61:1
**oath** 7:4
**obtain** 8:6
**obtained** 8:9
**obtaining** 36:6
**occurred** 37:24
57:7 59:1
**occurring** 23:2
**office** 34:18,20
41:22 55:15
**oh** 6:7 12:18
22:23 24:13
43:25 52:9
55:19
**okay** 5:20 6:4,7
6:10,23 7:7 9:7

9:13 13:10
15:8 18:23
19:11 20:2
21:3,15,19
22:23 23:1
31:11,18 36:12
49:15 50:21
51:2 52:9,20
55:7,20 57:10
59:10 60:2
**omar** 13:3,6,14
21:20 32:13
33:2,13,25
34:9,15 36:8
36:22 37:1,1,5
39:14 41:24
43:8 48:10,24
48:25 49:4
56:8
**omar's** 33:16
**ones** 11:24
12:12 27:23
52:15
**opened** 22:21
26:6
**operating** 3:6
20:23 25:4,21
35:16,20
**operation**
21:25 25:11
**operations**
13:18 15:16
25:22 33:14
40:21

**opinion** 39:8
**opinions** 15:12
**order** 28:11,12
**orders** 26:20
32:14 40:11
46:3 47:18
48:5,9
**original** 34:11
**outcome** 62:14
**oversee** 15:8
**overseeing**
13:24 54:9
**own** 10:14,17
16:24 19:1
55:21
**owned** 13:12
16:20
**owner** 9:19
10:3,21,22
11:3 13:1 16:5
32:21 33:12
**owners** 10:10
57:16
**ownership** 21:7
21:16 24:12,17
26:1,11

**p**

**p** 2:1,1
**p1-6686450**
63:2
**page** 3:2,5,9
29:14,25 43:25
44:2 63:5
**paid** 14:13,13
14:16,21 32:3

32:8 36:21
37:17,17 40:3
40:5 42:23
45:12,14 53:10
53:14 54:24
56:7 58:19
**paper** 17:12
**paradise** 18:21
**park** 1:12 2:3
**part** 49:6,8,16
**particular**
17:14 27:23
28:2 46:6
50:18,19
**parties** 62:12
**partner** 13:1
**pay** 28:7,8
36:12 38:3,19
38:25 39:3,9
39:12 42:24
43:9 53:1,1,2
53:18,24 54:4
55:21 56:2,19
57:4,5,11,16
58:24 59:5
**paying** 44:7,9
47:8,8 50:12
**payment** 54:10
**payments** 33:1
36:25 51:11,13
51:13 52:1,2
54:13,17,20
**payroll** 36:17
**peak** 20:18

**pending** 7:1
**people** 12:9
**percent** 10:18
13:4,5,6,14,15
21:20,21 33:12
**percentage**
10:14 26:4
**percentages**
21:7 26:1
**perform** 24:22
**performed** 5:24
**performing**
13:21
**period** 18:9
**perlin** 2:4 3:3
5:12,15 8:24
15:1 17:23
21:1 27:8,15
27:25 28:2
29:4 38:6,12
38:23 43:14
46:19 50:19
51:3 53:23
55:24 59:11
**person** 35:4
53:1,2,2
**personal** 57:16
57:21 58:10,18
58:23 59:2
**personally**
58:13
**pertaining** 46:6
**phoenix** 15:22
15:23 16:7,14
17:4,6,9 19:18

**phoenix's** 17:11
**phonetic** 41:23
**phrased** 39:1 53:20
**picked** 34:19
**pier** 3:15 29:25 30:5 31:14 39:20,22 40:1 43:16,17 44:4
**pj** 32:4 33:1
**place** 1:18
**plaintiff** 1:4,17 2:2 28:18
**plaintiff's** 3:8 27:9,13,18 28:13,15 29:2 38:10 43:18 44:21 46:23 50:1 51:6 59:15
**play** 43:5
**please** 5:5,7 6:15,19 8:18 50:19
**plumbing** 12:6
**point** 13:20 21:19 22:2 23:13 34:19 57:1
**points** 52:25 58:4
**policies** 36:4,7 36:10 50:22

**policy** 46:14
**poor** 25:21,22
**poppernikku** 41:23
**possession** 35:19
**premiums** 38:3
**present** 42:7
**preview** 51:22
**previously** 12:2
**price** 40:8 45:24 47:16 48:3
**principal** 38:14
**print** 33:25
**printed** 37:9 48:14
**prioritize** 43:2
**prioritizing** 43:6
**priority** 63:1
**private** 12:17 12:18 20:4,5 20:12,15 32:1 32:2 40:1,2 45:10,11,18,18 47:14,15
**privy** 30:3
**pro** 1:10
**problem** 9:4
**problems** 22:19 23:7,8,9,10
**proceeding** 5:17

**production** 21:2
**professional** 8:7
**profitable** 25:12,17,20,23
**profits** 25:24
**progress** 41:17
**project** 20:14 22:5 25:9 29:16,25 30:1 30:2,3,6,13,16 30:17,25 31:1 31:4,8,9,14,20 31:23,24 32:1 32:3,8,15,18 35:23 36:2,13 38:4,8 39:21 39:23 40:3,6,9 40:12,15,23 41:3,14,22 42:17,17 43:16 44:4,13,19 45:2,8,10,12,15 45:18,25 46:6 46:12,21 47:1 47:3,12,21 49:8,24 50:4,7 50:7 51:12,21 51:22 52:3,19 52:19 54:1 55:2,3,3,10,13 55:18,21,23 56:17,19 57:5 57:11,11,16

58:15,24 59:5
**projects** 5:23 12:12,17,23 20:4,5,13,15 24:22,25 25:7 26:21,24,25 27:5 29:20 30:18,21 31:19 35:13,20 40:24 41:10 42:8,24 48:8 51:21 52:12 53:5 54:9,21 55:1 55:18 56:2,20 57:7,19
**proper** 39:7
**psych** 22:6 23:15,20 24:8 24:9,21
**public** 1:19 5:2 12:17 20:12,14 32:1 40:1 45:10,17 47:14 61:16 62:5 63:24
**purchase** 26:20 30:19
**purchased** 30:19

**q**

**question** 6:19 6:22 7:1,2 38:18,21 39:1 39:8 47:24 55:9 58:7,8

questions   5:22
  6:15 7:8 31:19
  43:23 52:6
quick   43:22
quickbooks
  33:4,5,12,20,21
  34:2 48:16
  49:1
quickly   44:14

**r**

r   2:1 5:1 61:1
  62:2
reached   34:9
  34:10,10,15,19
  34:20
read   28:20
  29:10 58:9
  61:4
real   44:14
reason   7:7 63:5
reasons   23:18
recall   11:24
  12:22 15:3,6
  15:25 17:2
  18:2 20:20
  22:8 30:17,18
  31:1,9,23
  32:10 44:6,9
  47:2 50:9,12
  50:15 52:18
  54:16,19 56:25
  57:7,13,14,18
  57:20,24 58:1
  58:11,12,16,17
  58:23 59:1

received   32:18
  56:1,18 57:15
receiving   55:21
recess   44:17
recognize
  27:22 59:21
recollection
  29:19 44:3
  50:6 53:13
record   5:5,8
  6:9 29:4 44:16
  62:9
recordkeeping
  37:19,20 50:23
records   32:25
  33:2,17,19,23
  34:3,5,8 35:5
  35:10,13 36:17
  36:24 37:6
  40:24 46:5
  48:15 49:8
refer   5:18,24
  31:13
reference   31:12
refresh   29:19
  44:3
refreshes   50:6
regarding
  53:17
rehab   22:6
  23:16,21 24:8
  24:10,21
related   8:10
  23:17 38:7
  46:21 49:8

50:6 52:2
  55:17,18 62:11
relationship
  30:22
relationships
  11:20
remained   21:21
remember   9:13
  12:24 13:9
  15:2 16:2 17:1
  17:7 18:18,22
  19:7,10,13
  20:22 21:12
  23:23 24:23
  25:10,15,18
  29:25 31:10,21
  31:25 32:7,16
  32:23 36:11,15
  36:18 39:24,25
  40:7,10,16,25
  41:2,4 42:5,18
  44:11,25 45:4
  45:9,20,21
  46:1,2 47:5,13
  47:14,15,17,22
  49:2 50:3,24
  51:25 52:10,15
  52:17,20,22,23
  53:4 54:7,15
  56:3,12,13,14
render   51:11
rent   54:20,24
  55:11,14,17,22
  56:2,7,15

rental   55:18
rephrase   6:20
  6:21 55:9
report   42:10
reporter   5:4
  6:12 62:4
reporting
  42:14 63:1
represent   5:16
request   21:6
requested   3:5
  58:9
reread   58:8
responsible
  35:5 36:6,20
  40:17,18 48:7
retained   4:2
review   27:21
  33:9 37:19,20
  37:21 38:17
  41:12 42:18,19
  51:19
reviewed   33:23
  36:9 41:17
  54:16
reviewing   50:9
rewrite   18:12
  18:13
rewritten   18:20
rewrote   18:21
right   10:16
  21:13 22:16
  42:25 43:8
  45:17 48:20

road 5:9
role 10:25
  11:12 13:17
  14:8,10 21:23
  26:24,25 30:5
  30:12 31:3
  43:5 44:4 45:2
  47:2 54:8
roles 24:2,4
rough 22:3
rule 6:13
running 21:25
rusi 1:8,16 3:3
  3:11 5:6,13
  22:12 27:16,18
  27:21 28:25
  41:24 44:23
  46:25 51:19
  52:10 59:13,17
  61:10 63:3,4
  63:20
rxr 11:23 40:4

**s**

s 2:1 5:1 61:1,1
  63:5
sales 11:3,19
  15:15 33:13
  59:9
sarah's 18:20
save 53:15
saved 34:24
says 28:10,11
school 7:14,18
  7:19

screenwriting
  17:25 19:1
script 18:20,21
sdb 16:12,14,16
  17:8,17 19:17
searched 34:12
searching 49:7
second 28:10
  28:13 29:12,14
section 3:23,25
  51:4,5,10,10
  59:14,18
see 19:9 28:20
  29:14,17 51:17
seeing 36:15
seemed 12:9
seen 23:12 51:8
  59:23
sela 10:11,14
  10:17 13:13,22
  13:24 15:8
  21:14 22:19
  23:6,8,21
  25:24 26:10
  34:10 40:21
  41:24 58:24
sela's 13:17
  14:2 21:23
  23:17 24:1
send 21:4
separate 41:2
series 59:17
served 59:13,18
service 59:20

set 15:12 62:8
  62:15
seton 7:25
seventh 28:14
  29:12 30:24
several 5:23
severed 28:13
shares 21:15,16
sheet 3:14,15
  3:18,19,22
  38:7,9 41:17
  43:15,17,21
  44:20 46:20,22
  46:25 49:23,25
  50:4 63:1
short 37:25
shorthand 62:4
show 49:22
signature 62:20
single 44:24
sit 37:8
sitdown 37:22
six 8:20 18:7,7
  18:9,23
sixth 28:14
  29:12 30:15
skilled 12:4
slash 29:6
small 12:16
sole 9:25 10:3
  16:5
solely 33:21
somewhat
  19:21

sorry 16:13
  31:6 39:2
  42:19 43:25
  48:11 49:14
  55:17
sort 27:1
space 55:11,14
spaces 55:18
speaking 37:10
special 3:5
specific 58:12
specifically
  30:23 34:21
  52:1
specifics 53:4
  56:3 57:24
spell 41:25
spent 42:21
  43:2,7,12
spoke 37:10
spreadsheets
  34:1
stable 19:4,5
staff 15:10
  41:22
start 11:25
  17:4 19:1 23:4
  44:18
started 8:23
  11:2 12:11,14
  22:15,17
state 1:19 5:2,5
  5:7 28:23 29:5
  38:13 62:5

**staten**  2:7 5:9
  7:21
**states**  1:1
**stop**  7:2 39:15
**stored**  48:19
**street**  3:17,21
  30:16 31:7,13
  31:14,20 44:12
  44:19,20 45:8
  49:24,25 50:7
  55:2,13
**structure**  24:17
**stuff**  34:1,2
  37:12
**subcontractors**
  14:13 17:13
  35:23 40:14
  47:21,24 51:14
  53:24 54:5
  56:19,25 57:5
**subcontracts**
  40:18
**subscribed**
  61:12 63:21
**successfully**
  13:21
**suicide**  22:3
  23:15
**suite**  2:3
**summary**  3:13
  3:15,17,19,21
  28:15 29:11
  38:7,9 43:15
  43:17,20,23,23
  43:24 44:20,23

46:20,22,25
  49:23,25 50:4
**summons**  3:12
  28:22 29:1,5,7
**suppliers**  30:4
**supplies**  28:7
  30:20
**supply**  1:3 5:17
  5:19,19 26:16
  26:21 27:6
  28:24 38:15
  44:7,10 59:12
  63:3
**supply's**  44:4
  47:2
**supplyer**  27:1
**supplying**  27:2
**support**  38:15
**supposed**  34:21
**sure**  9:1 14:15
  14:20 21:4
  36:21 37:11
  45:19 54:4
  58:2
**surety**  38:3
**surprised**
  43:11
**surveyors**
  51:14 53:25
**sweeping**  16:19
**sworn**  5:2
  61:12 62:8
  63:21

**t**

**t**  61:1,1,1 62:2
  62:2
**take**  6:25 7:3
  24:1,4,25
  27:21 28:9
  29:13 30:15
  31:6 38:17
  43:20 46:25
  50:4 51:19
  52:4 57:4,10
**taken**  1:17 21:3
  37:12,14 44:17
**talk**  6:14
**talking**  5:25
  6:11 10:15
  13:11 19:19
**taxes**  51:13
**team**  33:24
**tell**  35:9 50:5
**telling**  53:13
**ten**  19:19
**testified**  5:3
**testimony**  58:9
  61:5 62:10
**thing**  18:13
  38:2 58:3
**things**  23:11
  32:20 37:21
**think**  13:7,12
  20:3 31:20
  33:20 39:7
  41:5 44:18
  45:19 53:16,20
  57:1

**thought**  15:13
**three**  9:15,17
  9:18 15:11
  16:2 19:17,17
  19:18 22:22,24
  29:14
**time**  1:18 12:11
  12:20,25 14:23
  18:9,16,19
  20:6 22:2,3
  23:20 24:7,20
  25:11 35:14
  36:19 41:10,16
  53:15 54:9
**today**  5:23 6:11
  7:5,9 56:2
  59:23
**together**  15:11
**told**  12:3
**took**  21:23
**total**  32:17
**towards**  23:13
  36:18
**track**  33:1
  34:13 36:24
  37:4 41:15
**tracking**  37:6
**tracy**  38:14
**transcript**  61:4
**transfer**  32:9
**transitioned**
  17:4
**tried**  19:4 34:5
  34:12 39:16

| | | | |
|---|---|---|---|
| **true**  61:5 62:9 | **union**   14:18,20 | **veritext**  63:1 | **wise**  14:11 |
| **trust**  53:3 | 57:3 | **vesey**  3:21 31:7 | **withdrawn** |
| **trusted**  15:14 | **united**  1:1 | 31:13,20 49:24 | 8:16 11:11 |
| 15:15,15 43:8 | **university**  7:25 | 49:25 50:7 | 26:24 40:22 |
| **truth**  12:3 | **unsuccessful** | **violated**  6:13 | 42:22 43:4 |
| **truthfully**  7:12 | 49:19 | **voluck**  2:2 | 49:3,6 51:24 |
| **try**  6:13 19:16 | **use**  44:14 55:20 | | **witness**  3:2 |
| **trying**  11:6 | 56:1,18 57:15 | **w** | 18:6 62:7,10 |
| 18:3 19:12 | **used**  57:22 | | 62:15 63:4 |
| 39:15 45:19 | 58:24,24 59:5 | **w**  61:1 | **woodbury**  1:12 |
| 49:11,16 58:3 | **using**  58:15,21 | **want**  6:25 8:22 | 2:3 |
| 58:5 | | 22:12 28:18 | **word**  18:12 |
| **turn**  42:24 | **v** | 43:22 | **work**  5:24 11:6 |
| 44:23 | | **ward**  22:6 | 11:21 12:10 |
| **two**  12:21 | **v**  5:1 63:3 | 23:15,20 24:8 | 13:21,25 14:18 |
| 16:23 26:5 | **val**  12:7,7,7 | 24:10,21 | 15:9 16:16 |
| 29:8 42:5 | 33:14 34:10 | **way**  9:3 39:17 | 17:11 18:19 |
| 51:10 | **val's**  23:11 | 43:10 52:17 | 20:10 39:22 |
| **typically**  39:13 | **valon**  10:11,14 | 53:23 55:4 | 45:7 47:11 |
| 40:19 42:10 | 10:17 12:7 | 62:13 | **worked**  8:23 |
| 56:14 | 13:13,17 21:14 | **ways**  20:9 | 27:6 29:20 |
| | 22:19 23:14 | **we've**  51:12 | 30:2 31:24 |
| **u** | 40:21 41:24 | **weeklies**  37:9 | 40:24 |
| | **varick**  3:17 | **weekly**  33:24 | **working**  12:23 |
| **u**  5:1 | 30:16 31:14 | 37:24 41:5,6 | 14:5 |
| **uh**  6:16 | 44:12,19,20 | **went**  8:8,20 | **wow**  52:9 |
| **uncle**  14:5 | 45:8 55:2,13 | 21:20 23:15 | **written**  50:22 |
| **under**  7:4,11 | **various**  26:21 | 52:18 | **wrong**  45:16 |
| 21:3 | 51:10 | **west**  3:13 29:15 | |
| **understand** | **ventilating** | 30:13 31:14,23 | **x** |
| 6:19 7:4 55:9 | 30:10 | 35:23 36:2,13 | **x**  1:2,11 3:1 |
| **understanding** | **ventilation** | 38:4,8,9 54:1 | |
| 28:4 37:13,16 | 11:14 12:1 | 55:3,10 56:17 | **y** |
| 42:12 | 30:8 | **whereof**  62:15 | **yeah**  9:20 |
| **understood**  6:2 | **verbal**  41:14 | **wife**  19:4 | 16:15 18:5 |
| 6:17,22 | **verbally**  6:15 | **wire**  32:9 | 19:22 22:11 |

23:2  41:7,21
55:6,24 56:9
**year**   12:22 18:9
  19:8 20:20
  22:8,16,18,18
**years**   8:3,21
  9:14,18 15:25
  16:2 18:7,24
  19:14,17,17,18
  19:19 22:22,24
  25:17 31:24
  39:22 45:7
  47:11
**yep**   41:7
**york**   1:1,12,19
  2:3,7 5:2,9
  7:21 8:8 19:6,8
  51:4 62:5

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116

(a) Signing. The deposition shall be submitted to the witness for examination and shall be read to or by him or her, and any changes in form or substance which the witness desires to make shall be entered at the end of the deposition with a statement of the reasons given by the witness for making them. The deposition shall then be signed by the witness before any officer authorized to administer an oath. If the witness fails to sign and return the deposition within sixty days, it may be used as fully as though signed. No changes to the transcript may be made by the witness more than sixty days after submission to the witness for examination.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.


Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.