UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re:

       DAVID RUSI,

                        Debtor,
------------------------------------------------------------------------X
THE IDEAL SUPPLY COMPANY,

                        Plaintiff,

              v.
DAVID RUSI,

                       Defendant.
------------------------------------------------------------------------X

Chapter 7

Case No. 23-40150-jmm

Adv. Pro. No.:
    1-23-01087-jmm

**COUNTER-STATEMENT OF MATERIAL FACTS**

    Defendant, DAVID RUSI hereby sets forth this Counter-Statement of Material Facts in opposition to the motion for summary judgment brought by Plaintiff:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Deny, see Rusi Affirmation submitted herewith at paragraph 22.

10. Admit.

11. Admit.

12. Admit.

13. Deny, see Rusi Affirmation submitted herewith at paragraph 22.

14. Deny, see Rusi Affirmation submitted herewith at paragraph 22.

15. Admit.

16. Deny, see Rusi Affirmation submitted herewith at paragraph 22.

17. Deny, see Rusi Affirmation submitted herewith at paragraph 22.

18. Deny, see Rusi Affirmation submitted herewith at paragraph 35.

19. Admit.

20. Admit.

21. Deny, see Rusi Affirmation submitted herewith at paragraph 35.

22. Deny, see Rusi Affirmation submitted herewith at paragraph 35.

23. Admit.

24. Admit.

25. Admit.

26. Deny, see Rusi Affirmation submitted herewith at paragraph 35.

27. Deny, see Rusi Affirmation submitted herewith at paragraph 35.

28. Admit.

29. Admit.

30. Admit.

31. Admit.

32. Admit.

33. Admit.

34. Neither admit, nor deny as it is a legal conclusion, and the statute speaks for itself.

35. Admit.

36. Admit.

37. Admit.

38. Admit.

39. Admit.

40. Neither admit, nor deny as it is an incomplete sentence.

41. Admit.

42. Admit.

43. Admit.

44. Admit.

46. Object to the characterization of this "fact" as Plaintiff's suspicions are not a proper fact to be established.

47. Admit.

48. Deny. No statement was ever made that "no documents exist", rather that they could not be located, see Rusi Affirmation submitted herewith at paragraphs 21, and 29.

49. Admit.

50. Deny, see Rusi Transcript at page 59:5-9.

51. Deny.

Dated:   Staten Island, New York
         August 22, 2024

/s/  *John J. Macron*
John J. Macron
491 Bard Avenue
Staten Island, NY  10310
(718) 889-3583